IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
LODGED ___ RECEIVED
FEB 08 2002
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

LEVITON MANUFACTURING CO., INC.,

    Plaintiff

v.

UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.*,

    Defendants

Civil Action No. AMD 01-CV-3855

## ORDER

Plaintiff's Unopposed Motion to Extend Time, having been read and considered, it is this _____ day of February, 2002, ORDERED that Plaintiff's time to respond to Defendants' Motion to Dismiss is hereby extended to Monday, February 18, 2002.

_____
Judge, United States District Court

