UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

March 6, 2002

MEMORANDUM TO COUNSEL RE:

Leviton Manufacturing, Inc. v. Universal Security Instruments, Inc.
Civ. No. AMD 01-3855

    I think oral argument on the motion to dismiss might be useful in this case. Accordingly, I have scheduled a hearing to take place in Courtroom 5B on Thursday, April 4, 2002, at 3:00 p.m.

    Despite the informal nature of this letter, it is an Order of Court and the Clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file