IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEVITON MANUFACTURING CO.,     :
INC.,                          :
    Plaintiff             :
                               :
                               :
v.                             :     Civil No. AMD 01-3855
                               :
UNIVERSAL SECURITY             :
INSTRUMENTS, INC., et al.,     :
    Defendants            :

...o0o...

ORDER

On April 4, 2002, this case came before the Court for a hearing on pending motions.

Counsel were heard, and the Court rendered its rulings on the record.  Accordingly, it is this

5th day of April, 2002, ORDERED

(1)     The motion for judgment on the pleading and alternatively to dismiss for

failure to state a claim upon which relief can be granted (Paper No. 4) IS DENIED IN PART

AND GRANTED IN PART;

(2)     Plaintiff shall file an amended complaint (as to count two) within 20 days of

this order, and defendants shall file their answers on or before 20 days thereafter;

(3)     Counsel shall confer and submit a proposed case management order within

30 days after the filing of the answers to the amended complaint; and

(4)     The Clerk shall TRANSMIT a copy of this Order to all counsel.

_____
ANDRE M. DAVIS
United States District Judge

