IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br> Plaintiff <br><br> v. <br><br> UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.*, <br><br> Defendants | Civil Action No. AMD 01-CV-3855 |

## ORDER

The Stipulated Motion to Extend Time, having been read and considered, it is this 6th day of June, 2002, ORDERED that Leviton's time to respond to Defendants' Motion to Disqualify is hereby extended to Monday, June 17, 2002.

_____
Judge, United States District Court