FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 14 P 12:26

CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

_____ FILED  _____ ENTERED
_____ LODGED  _____ RECEIVED

JUN 17 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEVITON MANUFACTURING CO., INC.,

    Plaintiff

v.

UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.*,

    Defendants

Civil Action No. AMD 01-CV-3855

**STIPULATION AND ORDER TO EXTEND TIME**

Plaintiff Leviton Manufacturing Co., Inc. ("Leviton") and Defendants Universal Security Instruments, Inc. and USI Electric, Inc. ("Defendants"), hereby stipulate and agree that the time within which Leviton may oppose Defendants' Motion to Disqualify is hereby extended up to and including



June 19, 2002, and that Leviton will serve its opposition papers on Defendants' counsel by overnight courier to arrive at counsel's office on June 20, 2002.

Respectfully submitted,

_____
John C. Dougherty
Hugh J. Marbury

Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000

Paul J. Sutton
Barry G. Magidoff

Greenberg Traurig, LLP
Lipstick Building
885 Third Avenue
New York, New York 10022
(212) 801-2100

Attorneys for Plaintiff

_____
Maurice U. Cahn
Frederick N. Samuels

Cahn & Samuels, LLP
2000 P Street, NW, Suite 200
Washington, D.C. 20036
(202) 331-8777

Attorneys for Defendants

SO ORDERED this ___ day of June, 2002

_____
Andre M. Davis, USDJ