<div style="text-align:center">

**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

</div>

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | U.S. COURTHOUSE<br>101 W. LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0801<br>FAX (410) 962-0820 |

July 16, 2002

MEMORANDUM TO COUNSEL RE:    Leviton Manufacturing Co., Inc., v. Universal Security Instruments, Inc., et al.
Case No.  AMD 01-3855

    This is to inform you that I have scheduled a hearing in this case for Monday July 29, 2002, at 11:00 a.m. The hearing will be held in courtroom 5B of the Courthouse.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

<div style="margin-left:50%">

Very truly yours,

/s/ Andre M. Davis

Andre M. Davis
United States District Judge

</div>

AMD:tt
cc:   Court file