IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEVITON MANUFACTURING CO. :
    Plaintiff :
:
v. : Civil No. AMD 01-3855
:
UNIVERSAL SECURITY :
INSTRUMENTS, et al., :
    Defendants :

...oOo...

ORDER

This case came before the Court for a hearing on the pending motion for disqualification of plaintiff's counsel. Counsel having been heard, and the Court having rendered its ruling on the record, it is this 29th day of July, 2002 ORDERED

(1) The motion to disqualify Paul J. Sutton and the law firm of Greenberg Traurig, LLP (Paper No. 15) IS DENIED;

(2) The Clerk shall TRANSMIT a copy of this Order to counsel.

                                          ANDRE M. DAVIS
                                          United States District Judge