ORIGINAL



$50 FEE PAID
#118734?
FEE NOT PAID
(SEND LETTER)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JUL 26 2002

BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

Leviton Manufacturing Co., Inc.
**Plaintiff(s)**

Case No.: 01CV3855 AMD

vs.

Universal Security Instruments, Inc. et al.
**Defendant(s)**

\* \* \* \* \* \*

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 31 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Maurice U. Cahn, am a member in good standing of the bar of this Court. My bar number is 4171 I am moving the admission of

William E. Bradley to appear *pro hac vice* in this case as

counsel for Universal Security Instruments, Inc. and USI Electric, Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Virginia Supreme Court | 10/9/1998 |
| U.S. Distrtict Court for Eastern Distict of Virginia | 12/4/1998 |
| U.S. District Court for District of Columbia | 7/9/1999 |
| District of Columbia Court of Appeals | 11/6/2000 |
| U.S. Court of Appeals for the Fourth Circuit | 1/1999 |
| U.S. Court of Appeals for the Federal Circuit | 8/1999 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court ___0___ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                    Page 1 of 2



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Maurice U. Cahn | William E. Bradley |
| Printed Name | Printed Name |
| Cahn & Samuels, LLP | Cahn & Samuels, LLP |
| Firm | Firm |
| 2000 P St., NW Washington, DC 20036 | 2000 P St. NW, Washington, DC 20036 |
| Address | Address |
| 202 331-8777 | 202 331-8777 |
| Telephone Number | Telephone Number |
| 202 331-3838 | 202 331-3838 |
| Fax Number | Fax Number |

Prid 290019
Plid 5462

*******************************************************************

### ORDER

☒ GRANTED        ☐ DENIED    Felicia C. Cannon

7-30-02                          by _Lisa Harlow_

Date                            Clerk, United States District Court

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                    Page 2 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of:

**MOTION FOR ADMISSION *PRO HAC VICE***

were served on Plaintiff's attorney by first class mail, postage prepaid, this 24th day of July 2002 to the following address:

John C. Dougherty, Esq.
Piper Marbury Rudnick & Wolf, LLP
6225 Smith Avenue
Baltimore, Maryland  21209-3600

By: _____
Maurice U. Cahn