```
                                          FILED
                                     U.S. DISTRICT COURT
                                    DISTRICT OF MARYLAND
UNITED STATES DISTRICT COURT
  DISTRICT OF MARYLAND    2002 SEP -3  A 11: 53
```

|  |  |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.* <br><br> Defendants. | CLERK'S OFFICE <br> AT BALTIMORE <br><br> BY_____DEPUTY <br><br> Civil Action No. 01 CV 3855 AMD <br><br> FILED ____ ENTERED <br> ____ LODGED ____ RECEIVED <br><br> SEP 09 2002 <br><br> CLERK U.S. DISTRICT COURT <br> DISTRICT OF MARYLAND <br> BY_____DEPUTY |

## JOINT PROPOSED CASE MANAGEMENT ORDER

In accordance with the Court's April 5, 2002 Order, the Court's comments at the July 29, 2002 hearing and pursuant to Rules 26(f) and 16(b) of the Federal Rules of Civil Procedure, counsel for the parties met beginning on June 21, 2002 and concluding on August 28, 2002 to discuss a joint proposed case management order, and jointly and respectfully submit the following proposal. On matters where the parties have been unable to agree, each party has noted its position in italics.

1. **Initial Disclosures**

   The parties will exchange Fed. R. Civ. P. 26(a)(1) initial disclosures by August 2, 2002.

2. **Joinder or Other Parties and Amendment of Pleadings**

   All motions to join other parties and amend the pleading shall be filed by September 9, 2002.

3. **Discovery**

   A. Unless otherwise specified in this Order, discovery shall be governed by the Federal Rules of Civil Procedure, the Local Rules, and Discovery Guidelines of this Court.



B. Discovery shall begin upon the entry of this Order, or earlier if ordered by the Court.

C. The number of Interrogatories served by each side shall not exceed twenty-five (25) per F.R.Civ.P. 33(a).

D. The number of Request for Production of Documents served by each side shall not exceed

[*plaintiff's proposal*: **thirty (30)** per L.R. 104(1)]



E. Fact discovery shall be completed by January 13, 2002.

F. Plaintiff and defendants shall take no more than the following number of depositions:



[*defendants' proposal*: **15** per side]

This limitation applies to all party and non-party witnesses, but does not include expert witnesses. Unless otherwise agreed by the parties or ordered by the Court, no deposition of a single witness shall last more than eight (8) hours, inclusive of ordinary breaks and a one hour lunch. The deposition of a single witness under a Rule 30(b)(6) notice is considered one deposition under this paragraph.

G. All discovery disputes and the parties' compliance with this Order shall be referred to a Magistrate Judge, provided the parties have first complied with the requirements of Local Rule 104(7), if applicable.

- 3 -

4. **Expert Discovery**

    A.    Expert reports on issues where a party bears the burden of proof shall be served by Feburary 10, 2003.

    B.    Rebuttal expert reports shall be served by March 3, 2003.

    C.    Expert discovery shall be concluded by March 24, 2003.

5. **Dispositive Motions**

Dispositive motions may be filed at any time, but no later than April 21, 2003.

6. **Settlement Conference**

If the parties agree that this case is amenable to settlement, they shall promptly advise the Court.

7. **Modifications to this Order**

The Court shall modify this Order for good cause shown upon the request of any party.

8. **Pretrial Conference**

A pretrial conference shall be held on ~~_____~~ *as scheduled hereafter* [*As soon after the deadline for dispositive motions as practical*].

9.  **Trial**

Trial of this matter shall begin on ___*as scheduled hereafter AMD*___. [*The parties estimate that the trial shall take 5 days*]

Respectfully submitted,

___*/s/ John C. Dougherty /HJM*___  
John C. Dougherty  
Hugh J. Marbury

Piper Rudnick LLP  
6225 Smith Avenue  
Baltimore, Maryland 21209  
410-580-3000

Paul J. Sutton  
Barry G. Magidoff  
Joseph M. Manak  
Joseph V. Saphia

Greenberg Traurig, LLP  
Lipstick Building  
885 Third Avenue  
New York, New York 10022  
(212) 801-2100

Attorneys for Plaintiff

SO ORDERED this 9th day of September 2002

___*/s/ Maurice Cahn /HJM*___  
Maurice U. Cahn  
Frederick N. Samuels

Cahn & Samuels, LLP  
2000 P Street, NW, Suite 200  
Washington, D.C. 20036  
(202) 331-8777

Attorneys for Defendants

___*/s/ Andre M. Davis*___  
Andre M. Davis, USDJ