**ORIGINAL**



#50 FEE PAID
# 118945 FEE NOT PAID (SEND LETTER)

**IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Leviton Manufacturing Co., Inc. | * | |
| **Plaintiff(s)** | * | |
| | | Case No.: __01CV3855 AMD__ |
| vs. | * | |
| | | ___FILED   ___ENTERED |
| Universal Security Instruments Inc., and USI Electric, Inc. | * | ___LODGED  ___RECEIVED |
| **Defendant(s)** | | OCT 3 1 2002 |
| | ****** | AT BALTIMORE |
| | | CLERK U.S. DISTRICT COURT |
| | | DISTRICT OF MARYLAND |
| | | BY_____ DEPUTY |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, John C. Dougherty, am a member in good standing of the bar of this Court. My bar number is 10462. I am moving the admission of Joseph G. Lee to appear *pro hac vice* in this case as counsel for Leviton Manufacturing Co., Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Massachusetts | 1983 |
| U.S. Court of Military Appeals | 1984 |
| U. S. Supreme Court | 1985 |
| New Jersey | 1989 |
| U. S. District Court, New Jersey | 1991 |
| U. S. Court of Appeals 3rd Circuit | 1991 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.



4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (NOTE: Make check payable to: Clerk, United States District Court.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| John C. Dougherty | Joseph G. Lee |
| Printed Name | Printed Name |
| Piper Rudnick LLP | Greenberg Traurig LLP |
| Firm | Firm |
| 6225 Smith Avenue | 885 Third Avenue, New York, NY, 10022 |
| Address | Address |
| Baltimore, Maryland  21209-3600 | (212) 801-2100 |
| Address | Telephone Number |
| 410-580-3001 | (212) 688-2449 |
| Fax Number | Fax Number |

*******************************************************************

## ORDER

☑ GRANTED     ☐ DENIED

Felicia C. Cannon

_10-31-02_
Date

Clerk, United States District Court