ORIGINAL

 FEE PAID / FEE NOT PAID (SEND LETTER)

IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Leviton Manufacturing Co., Inc.<br>**Plaintiff(s)** | * | |
| vs. | * | Case No.: **01CV3855 AMD** |
| Universal Security Instruments<br>Inc., and USI Electric, Inc.<br>**Defendant(s)** | * | |

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 31 2002

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## MOTION FOR ADMISSION *PRO HAC VICE*

I, John C. Dougherty, am a member in good standing of the bar of this Court. My bar number is 10462. I am moving the admission of Brad S. Needleman to appear *pro hac vice* in this case as counsel for Leviton Manufacturing Co., Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York | 1992 |
| U. S. Court of Appeals, Federal Circuit | 1996 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court

\\ny2-srv01\672594v01\41912.020700

U.S. District Court (Rev. 7/2001) - Pro Hac Vice                                                     Page 1 of 2

6.    Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.    **The $50.00 fee for admission *pro hac vice* is enclosed.** (NOTE: Make check payable to: Clerk, United States District Court.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| John C. Dougherty | Brad S. Needleman |
| Printed Name | Printed Name |
| Piper Rudnick LLP | Greenberg Traurig LLP |
| Firm | Firm |
| 6225 Smith Avenue | 885 Third Avenue, New York, NY, 10022 |
| Address | Address |
| Baltimore, Maryland 21209-3600 | (212) 801-2100         PHA 96788 |
| Address | Telephone Number |
| 410-580-3001 | (212) 688-2449 |
| Fax Number | Fax Number |

*********************************************************************

## ORDER

☑ GRANTED        ☐ DENIED

__10-31-02__                **Felicia C. Cannon**
Date

Clerk, United States District Court

_by [signature]_