IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEVITON MANUFACTURING CO., INC.,

    Plaintiff

v.

UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.*,

    Defendants

Civil Action No. AMD 01-CV-3855

## ORDER

Upon consideration of the Stipulated Motion For Extension of Time to Extend the Close of Fact Discovery, it is hereby

ORDERED this day that the close of fact discovery is extended for two weeks until January 31, 2003.

ENTERED this 14th Day of January, 2003.

                Andre M. Davis
                United States District Judge

