IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEVITON MANUFACTURING, INC.,    :
   Plaintiff      :

           :

  v.         :   CIVIL NO. AMD 01-3855

           :

UNIVERSAL SECURITY   :
INSTRUMENTS, INC., et al.,  :
   Defendants     :

       ...oOo...

O R D E R

Plaintiff's unopposed motion to compel discovery from defendants has been read

and considered. For good cause, it is this 22nd day of January, 2003, by the United States

District Court for the District of Maryland,

  ORDERED that the motion to compel (Paper No. 32) is GRANTED.

  The Clerk shall TRANSMIT a copy of this order to all counsel.

        _____
        ANDRE M. DAVIS
        United States District Judge

