IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**Northern Division**

------------------------------------X

LEVITON MANUFACTURING CO., INC., :

       Plaintiff, :

    v. :     Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS, :
INC., *et al.*,
    :
       Defendants.
    :

------------------------------------X

## ORDER

Upon consideration of the Interim Sealing Motion filed by the Plaintiff, Leviton Manufacturing Co., Inc., at the request and on behalf of the Defendants, it is this 27th day of January 2003, hereby

ORDERED that the Defendants' Opposition to the Plaintiff's Motion to Compel Discovery, and documents attached to that Opposition, shall be SEALED pursuant to Local Rule 105.11 and the Stipulated Protective Order previously entered in this case, until further Order of the Court.

*/s/ Andre M. Davis*
Judge, United States District Court
for the District of Maryland

117728.00601/50224775v1