**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LEVITON MANUFACTURING CO., INC.,                :

       Plaintiff,                                                              :

       v.                                                                            :          Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,               :
INC., *et al.*,
                                                                                           :
       Defendants.
                                                                                           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## INTERIM SEALING MOTION

Pursuant to Local Rule 105.11 and the Stipulated Protective Order entered by the Court in this Case, the Plaintiff, Leviton Manufacturing Company, Inc. ("Leviton"), files this Interim Sealing Motion to accompany its submission of purportedly confidential material attached to its Reply Brief in Support of its Motion to Extend Discovery and Plaintiff's Opposition to Defendants' Cross-Motion to Bifurcate ("Reply Brief") and states as follows:

    1.    In support of its Reply Brief, Leviton has referenced to and attached as an exhibit, a copy of certain documents designated by the Defendants as "CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" pursuant to the Stipulated Protective Order.

    2.    Pursuant to the Stipulated Protective Order, Leviton has placed its Reply Brief and the attached copy of the confidential documents in an envelope affixed with the sealing language set forth in the Stipulated Order.

3.  By the filing of this Interim Sealing Motion, Leviton does not waive its rights to object to the confidential designation of the materials filed herewith or referenced herein. However, Leviton believes that there are no alternatives to sealing its filing that would permit the Court's prompt review of the confidential materials and at the same time maintain the documents' purported protected status.

WHEREFORE, Leviton requests that this Court grant its Interim Sealing Motion, and without waiving Leviton's rights to object to the confidential designation of the materials filed herewith, place the Reply Brief and attached copies of the confidential documents under Seal , until further ordered by the Court.

Respectfully submitted,

/s/
D. Christopher Ohly, Fed. Bar No. 01725
BLANK ROME LLP
250 West Pratt Street, Suite 1100
Baltimore, Maryland 21201
Telephone: (410) 659-1400
Facsimile: (410) 659-1414

Paul J. Sutton
Barry G. Magidoff
Joseph G. Lee
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York  10022
Telephone: (212) 801-2100
Facsimile: (212) 688-2449

*Counsel for the Plaintiff,*
*Leviton Manufacturing Co., Inc.*

2

117728.00601/50229270v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March 2003, a copy of the foregoing Interim Sealing Motion which was electronically filed in this case on March 12, 2003, was sent by first class mail, postage prepaid, to Maurice U. Cahn and Frederick N. Samuels, Cahn & Samuels, LLP, Headquarters Building, 2000 P Street, N.W., Suite 200, Washington, DC 20036.

                              /s/
                        D. Christopher Ohly

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LEVITON MANUFACTURING CO., INC.,          :

      Plaintiff,                                                :

      v.                                                           :     Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,          :
INC., *et al.,*
                                                                        :
      Defendants.
                                                                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**ORDER**

Upon consideration of the Interim Sealing Motion filed by the Plaintiff, Leviton Manufacturing Company, Inc., it is this ____ day of _____, 2003, hereby

ORDERED that the Plaintiff's Reply Brief in Support of its Motion to Extend Discovery and Plaintiff's Opposition to Defendants' Cross-Motion to Bifurcate and documents attached to, shall be SEALED pursuant to Local Rule 105.11 and the Stipulated Protective Order previously entered in this case, until further Order of the Court.

                                                                                     _____
                                                                                     Judge, United States District Court
                                                                                        for the District of Maryland