UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

------------------------------------- X
LEVITON MANUFACTURING CO., INC.,  :

      Plaintiff,  :

   v.  :  Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,  :
INC., *et al.*,
    :
      Defendants.
    :
------------------------------------- X

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

Plaintiff's Reply Brief in Support of its Motion to Extend Discovery and Plaintiff's Opposition to Defendants' Cross-Motion to Bifurcate will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

March 12, 2003                                                               /s/
                                                             D. Christopher Ohly
                                                              Federal Bar No. 01725
                                                             BLANK ROME LLP
                                                             250 West Pratt Street
                                                             Suite 1100
                                                             Baltimore, MD  21201
                                                             (410) 659-1400
                                                             (410) 659-1414 (facsimile)

2

                Paul J. Sutton
                Joseph M. Manak
                Barry G. Magidoff
                Joseph G. Lee
                GREENBERG TRAURIG, LLP
                885 Third Avenue
                New York, New York 10022
                Telephone:  (212) 848-1000
                Facsimile:  (212) 688-2449

                Attorneys for Plaintiff,
                *Leviton Manufacturing Co., Inc.*