UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

------------------------------------- X
LEVITON MANUFACTURING CO., INC.,              :

      Plaintiff,                                      :

                                                    Civil Action No. 01 CV 3855 AMD

   v.                                                     :

UNIVERSAL SECURITY INSTRUMENTS,       :
INC., *et al.*,
                                         :

      Defendants.
                                         :
------------------------------------- X

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

     Plaintiff's Reply Brief in Support of its Motion to Extend Discovery and Plaintiff's Opposition to Defendants' Cross-Motion to Bifurcate will be filed with the Clerk's Office in paper format so that it may be placed under seal.

     I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

March 12, 2003
                                                           /s/
                                          D. Christopher Ohly
                                          Federal Bar No. 01725
                                          BLANK ROME LLP
                                          250 West Pratt Street
                                          Suite 1100
                                          Baltimore, MD  21201
                                          (410) 659-1400
                                          (410) 659-1414 (facsimile)

2

        Paul J. Sutton
        Joseph M. Manak
        Barry G. Magidoff
        Joseph G. Lee
        GREENBERG TRAURIG, LLP
        885 Third Avenue
        New York, New York 10022
        Telephone:  (212) 848-1000
        Facsimile:  (212) 688-2449

        Attorneys for Plaintiff,
        *Leviton Manufacturing Co., Inc.*

117728.00601/50229237v1