UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

------------------------------------- X
LEVITON MANUFACTURING CO., INC.,           :

      Plaintiff,                                              :

                                       Civil Action No. 01 CV 3855 AMD

      v.                                                        :

UNIVERSAL SECURITY INSTRUMENTS,            :
INC., *et al.*,
                                                          :
      Defendants.
                                                          :
------------------------------------- X

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

    Plaintiff's Reply Brief in Support of its Motion to Extend Discovery and Plaintiff's Opposition to Defendants' Cross-Motion to Bifurcate will be filed with the Clerk's Office in paper format so that it may be placed under seal.

    I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.


March 12, 2003                                      /s/
                                                    _____
                                                    D. Christopher Ohly
                                                    Federal Bar No. 01725
                                                    BLANK ROME LLP
                                                    250 West Pratt Street
                                                    Suite 1100
                                                    Baltimore, MD  21201
                                                    (410) 659-1400
                                                    (410) 659-1414 (facsimile)

117728.00601/50229237v1

2

        Paul J. Sutton
        Joseph M. Manak
        Barry G. Magidoff
        Joseph G. Lee
        GREENBERG TRAURIG, LLP
        885 Third Avenue
        New York, New York 10022
        Telephone:  (212) 848-1000
        Facsimile:  (212) 688-2449

        Attorneys for Plaintiff,
        *Leviton Manufacturing Co., Inc.*

117728.00601/50229237v1