Leviton Continues to Rack Up Court Victories

In GFCI Patent Litigation Suits

Little Neck, NY, March 11, 2003 -- Leviton Manufacturing Company is pleased to announce it

continues to accumulate court victories in its ongoing litigation against companies that infringe on

its GFCI patent. To date, at least 10 companies have acknowledged the validity of Leviton's U.S.

and Canadian GFCI patents and admitted to infringing on them. Judgments issued in many Federal

Courts throughout the country resulted in infringing companies having to pay damages to Leviton

as well as a permanent injunction against these corporations, their officers, directors, and

shareholders.

According to Bill Marshall, Vice President of Marketing and Product Development for

Leviton Manufacturing, "Though it's not widely known, private parties can be held personally

liable for participating in patent infringement, even if they're only guiding these unlawful activities.

Parties who purchase infringing devices for resale can be held as liable as if they manufactured the

devices themselves. Leviton intends to prosecute all parties as appropriate who have participated in

these activities to the full extent of the law."

Leviton has identified several importers of infringing devices and companies who have

misrepresented their devices as being manufactured in the United States. These include:

* Yotai/Van-Sheen, d/b/a Yatai (UL listed to File # E170241, E197052, E195089, E178961)

* Yueqing Ruameili, d/b/a HML (UL listed to File # E202934, E192185, E174279)

* Jiamei Electrical Engineering (UL listed to File # E206150)

* Universal Security Instruments (UL listed to File # E170241, E197052)

* USI (UL listed to File# E170241, E197052)

Universal Security Instruments, Inc. and USI have not only infringed on Leviton's patent rights, but

also used a graphic of the American flag to falsely suggest their GFCIs were designed and

engineered in the United States. Leviton has initiated legal action against these companies to stop

their infringing activities and their misrepresentation of products not made in America. The

company is requesting that distributors, contractors and other groups that stock GFCI inventory take

note of any "identifiers" such as the name of the manufacturer or distributor of these products and

their UL file listing numbers and report suspicious devices they may have in inventory to Leviton.

Leviton is vigilantly pursuing legal action against companies and individuals who import

these infringing GFCIs, sell and distribute them, install and use them, and make or modify them. In

each of its legal actions, the company is seeking treble damages for lost sales, and recovery of

attorneys' fees and costs. It is also seeking a permanent injunction, an accounting of all infringing

offers for sales and actual sales, and inspection of the infringers' documents and financial records.

In several instances Leviton is also pursuing personal liability, and recovery of damages against

those who have "guided" the infringing activities of their companies.

Leviton has also commenced legal action before the United States International Trade

Commission (ITC). The ITC has the authority to stop offending goods from entering the country

through U.S. Customs officials. In taking this action, Leviton is working to stop the shipment of

infringing GFCIs to innocent purchasers of the illegal devices. The company is asking anyone with

information regarding infringing GFCIs to contact Steve Campolo of Leviton at: 718-201-6672.

For more information, contact Leviton Manufacturing Co., Inc., 59-25 Little Neck Parkway,

Little Neck, NY 11362-2591 Phone: 1-800-323-8920 * Tech Line 1-800-824-3005