UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C.
Before the Honorable Sidney Harris
Administrative Law Judge


MOTION DOCKET
NUMBER
478-28

| | |
|---|---|
| In the Matter of: | Investigation No. 337-TA-478 |
| CERTAIN GROUND FAULT CIRCUIT INTERRUPTERS ("GFCIs) AND PRODUCTS CONTAINING SAME | |

## MOTION OF COMPLAINANT LEVITON MANUFACTURING CO. INC. TO TERMINATE INVESTIGATION ON THE BASIS OF WITHDRAWAL OF THE COMPLAINT

Complainant Leviton Manufacturing Co., Inc. ("Leviton"), pursuant to Commission Rule 210.21(a)(1),[1] respectfully moves for an order terminating this investigation on the basis of withdrawal of the Complaint.[2]

As the parties discussed during the Preliminary Conference, U.S. Patent No. 4,595,894 ("the '894 patent") will expire prior to scheduled completion of this investigation.[3] Prelim. Conf. Tr. at 6-14. In light of this fact, Leviton acknowledged during the Preliminary Conference that it could obtain relief from the Commission only on the basis of summary determinations collectively establishing a violation of Section 337. *Id.* at 15. On February 21, 2003, the Administrative Law Judge denied Leviton's motion for summary determination that certain of Respondents' GFCI products infringe claim 1 of the '894 patent. *See* Order No. 9 (Feb. 21, 2003). Leviton continues to believe that Respondents' products infringe the '894 patent, and has

---

[1] Commission Rule 210.21(a)(1) permits any party to move for an order terminating an investigation, any time prior to issuance of an initial determination on violation of Section 337, upon such terms and conditions as the Administrative Law Judge deems proper.

[2] The undersigned notified counsel for Respondents and the Commission Staff by telephone early in the afternoon of March 3, 2003 of Leviton's intention to file this motion.

[3] The '894 patent issued on June 17, 1986.

1

taken steps toward the filing of a second motion for summary determination addressing certain issues that the Administrative Law Judge found were not fully addressed in Leviton's first motion. Leviton has come to recognize, however, that the rapidly shortening period of relief Leviton could enjoy in the event it prevailed by summary determination, especially in view of the difficulties being raised by Respondents in connection with taking the deposition of their technical expert, would not justify the burden on the Administrative Law Judge, the Commission, and the staff, that continuation of this investigation would entail. Accordingly, in view of the approaching expiration of the '894 patent and the issuance of Order No. 9, Leviton hereby withdraws its Complaint and respectfully requests issuance of an order terminating the investigation.[4]

Granting of this motion does not in any way adversely affect the public interests. Indeed, by conserving the resources of the Commission and its staff, Leviton respectfully submits that this motion and termination of this investigation under the circumstances set forth above clearly advances an important public interest.

---

[4] Leviton intends to pursue its pending district court litigation against Respondents for damages owed to it as a result of Respondents' past and continuing willful infringement, as soon as this investigation is formally terminated and the statutorily mandated stays are lifted.

2

Accordingly, for the foregoing reasons, Leviton respectfully requests that the Administrative Law Judge issue an order terminating this investigation on the basis of withdrawal of the Complaint.

Respectfully submitted,

Cecilia H. Gonzalez
Bert C. Reiser
Rachel A. Adams
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2402
Telephone: (202) 783-0800

Paul J. Sutton
Barry G. Magidoff
Joseph Manak
Daniel Ladow
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, NY 10022
(212) 801-2100

Counsel for Complainant
LEVITON MANUFACTURING COMPANY INC.

Dated:   March 3, 2003

3

## CERTIFICATE OF SERVICE

I, Erika Weinstein, hereby certify that copies of MOTION OF COMPLAINANT LEVITON MANUFACTURING CO., INC. TO TERMINATE INVESTIGATION ON THE BASIS OF WITHDRAWAL OF THE COMPLAINT were served this 3rd day of March 2003, as follows:

| | |
|---|---|
| Honorable Marilyn R. Abbott<br>Secretary<br>U.S. International Trade Commission<br>500 E Street, SW, Room 112<br>Washington, DC 20436 | Original plus six copies by hand |
| Honorable Sidney Harris<br>Administrative Law Judge<br>U.S. International Trade Commission<br>500 E. Street, SW, Suite 317<br>Washington, DC 20436 | Two copies by hand |
| David H. Hollander, Jr.<br>Office of Unfair Import Investigations<br>U.S. International Trade Commission<br>500 E. Street, SW, Suite 401<br>Washington, DC 20436 | One copy by hand |

*On Behalf of Respondents Yueqing Huameili Electronic Co., Ltd. d/b/a HML, Yueqing Huameili Electronic Co., Ltd. and Van-Sheen Electric Appliance Co., Ltd. d/b/a Yatai Switch Factory:*

| | |
|---|---|
| Gary M. Hnath<br>Fei-Fei Chao<br>Vanable, Baetjer, Howard & Civiletti, LLP<br>1201 New York Avenue, NW<br>Suite 1000<br>Washington, DC 20005 | One copy by hand<br>One copy by facsimile |

*On Behalf of Respondent Sammax International Ltd.:*

Irving M. Kriegsman  
Kriegsman & Kriegsman  
Attorneys at Law  
665 Franklin Street  
Framingham, MA 01702  

One copy by facsimile  
Once copy Federal Express  

*On Behalf of Respondent Jiamei Electrical Engineering Co., Ltd.:*

Xuezhai Liushi Town  
Yueqing Zhejiang  
Peoples Republic of China 325604  

One copy by first-class mail  

*[signature]*  
Erika J. Weinstein