**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0801**<br>**FAX (410) 962-0820**<br>**MDDAMDChambers@mdd.uscourts.gov** |

March 19, 2003

MEMORANDUM TO COUNSEL RE:

Leviton Manufacturing Co., Inc. v. University Security Instruments, Inc.
Civil No. AMD 01-3855

    I will hold a hearing on all outstanding motions and requests in Courtroom 5B beginning at 10:30 a.m. on Thursday, April 17, 2003.

    Despite the informal nature of this Memorandum, it is an Order of Court and the Clerk shall docket is as such.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt