IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LEVITON MANUFACTURING CO., INC.,  :

        Plaintiff,  :

        v.  :  Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,  :
INC., *et al.*,
    :
        Defendants.
    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**ORDER**

Upon consideration of the Interim Sealing Motion filed by the Plaintiff, Leviton Manufacturing Company, Inc., it is this 21st day of March, 2003, hereby

ORDERED that the Plaintiff's Motion to Compel and documents attached to, shall be SEALED pursuant to Local Rule 105.11 and the Stipulated Protective Order previously entered in this case, until further Order of the Court.

                                        _____/s/_____
                                        Judge, United States District Court
                                          for the District of Maryland