| CLAIM 1 of '945 PATENT | '945 PATENT DISCLOSURE |
|---|---|
| 1. Switching apparatus for selectively completing or interrupting an electrical connection between input and output conductors, or the like, comprising, in combination | Col. 3, ln 67 – Col. 4, ln 7:<br>Before referring in more detail to the drawings of the present specification, it is important here to emphasize the universality of the switch receptacle system being described here. By that, what is meant is that the basic switching arrangement described below may be utilized not only in conjunction with remote control wireless switching systems but also in conjunction with circuit breaking mechanisms and systems, such as of the ground fault circuit interrupting type. |
| a housing; | Col. 4, ln 17-20:<br>[I]llustrates a preferred embodiment of our invention wherein three distinct housing portions 12, 14 and 16, respectively, when assembled, make up the overall system 10 housing. |
| a magnetizable armature disposed within a portion of said housing and being movable between first and second positions; | Col. 6, ln 20-27:<br>Coil 74 functions in a manner similar to that of a solenoid stator or coil, and has associated with it a plunger 94 (FIG. 4) supported for reciprocating movement within a central opening of coil 74. Plunger 94, shown more clearly in FIG. 4, includes a generally cylindrical body 96 from which a hook portion 98 extends outwardly and then at approximately 90 degrees from the body 96. |
| electromagnet coil means disposed within said housing for moving said armature means when energized from the first position to the second position; | Col. 6, ln 20-27:<br>Coil 74 functions in a manner similar to that of a solenoid stator or coil, and has associated with it a plunger 94 (FIG. 4) supported for reciprocating movement within a central opening of coil 74.<br><br>Col. 6, ln 56-63:<br>Viewed in FIG. 4, it should now be obvious to the reader that reciprocation of plunger 94 as a result of alternate energization and deenergization of coil 74 will result in like reciprocation of actuatin member 104, first toward coil 74 when the |

|  | coil is actuated, and therafter away from coil 74 under the biasing forces of spring 112 when the coil is deenergized. |
|---|---|
| an input contact electrically connected to said input conductor; | Fixed contact |
| an output contact electrically connected to said output conductor, | Movable contact |
| strap means for mounting the switching apparatus upon a selected surface, | Col. 5, ln 10-17:<br>While this view does not reveal some of the more critical components and features of this invention, it does serve to illustrate the position of the mounting strap 22 with respect to its neighboring components. Mounting screws 32 are shown extending through muting slots 34 of strap 22 to orient the reader insofar as the mounting of the entire assembly 10 within a duplex receptacle box is concerned. |
| said strap means including portions thereof which define a path of the magnetic field generated by said coil means to influence the position of said armature, | Col. 7, ln 10-23:<br>Before going on to a description of other components of the present invention and system, it is very strongly emphasized here that a novel feature of the present invention includes the use of and provision of the strap and its upstanding ribs 48 and 50 to serve as means by which the magnetic circuit associated with coil 74 and plunger 94 flows and is conducted. In other words, portions of strap 22 in the form of its configuration and disposition with respect to the coil 74 serve as a path and an inducement of the magnetic circuit which enables coil 74 and its plunger 94 to act in a solenoid-like fashion. Strap 22 serves the function of a coil frame and actually includes part of the magnetic circuit upon the firing of coil 74. |
| and movable cam means responsive to movement of said plunger means for influencing a separation of said input and output contacts, thereby interrupting electrical connection between them, |  |
| said apparatus further including movable | Col. 8, ln 62 – Col. 9, ln 35: |

| | |
|---|---|
| actuating means having portions thereof in contact with said armature means for influencing the position of said cam means, said movable actuating means including kicking means for contacting and causing alternating rotary and counter-direction rotary movements of said cam means in response to movement of said armature, said rotary and counter-direction rotary movements causing electrical paths to open and close, said movable cam means being formed with an opening therethrough, thereby providing a recess into which a conducting pin of an electrical plug is able to be positioned, during use, without interfering with the operation of both the cam means and parts with which it cooperatively engages. | [A]ctuation of coil 74 in response to a signal generated by the electronic components heretofore described, will result in retraction of the body portion 96 of plunger 94 toward the center of opening 102 within coil 74.  This retraction occurs against the biasing forces of helical spring 112 **[moveable means responsive to movement of said plunger means]** with the resulting movement of actuating member 104 and its kicker leg 120 in the same direction as plunger 94 due to the engagement of hook 98 within recess 108 of leg 106.<br><br>Referring to FIG. 8, this movement of kicker leg 120 is shown having moved from the position depicted in phantom outline within FIG. 8 in the direction of the arrow shown in that view toward the position shown in FIG. 8 wherein leg 120 engages ramp surface 138 of cam 132.<br><br>. . . . with the result that movable contacts 196 and 198 have been moved away from their respective contacted fixed contacts 214 and 216 to the position shown in FIG. 10.  **[influencing a separation of said input and output contacts]** This clockwise motion of cam 132 as a result of the actuation of coil 74 has thus resulted in **[thereby interrupting electrical connection between them]** breaking the electrical circuit as between the fixed and movable contacts herein described. |