| CLAIM 1 of '894 PATENT | CLAIM 2 of '338 PATENT | CLAIM 1 of '945 PATENT |
|---|---|---|
| 1. Switching apparatus for selectively interrupting an electrical connection between input and output conductors, or the like, comprising, in combination | Switching apparatus for selectively **completing or** interrupting an electrical connection between input and output conductors, or the like, comprising, in combination<br><br>See Col. 3, ln 67 – Col. 4, ln 7 | Switching apparatus for selectively **completing or** interrupting an electrical connection between input and output conductors, or the like, comprising, in combination<br><br>See Col. 3, ln 67 – Col. 4, ln 7 |
| a housing; | a housing;<br><br>See Col. 4, ln 17-20. | a housing;<br><br>See Col. 4, ln 17-20. |
| magnetizable plunger means disposed within a portion of said housing for movement between first and second positions; | a magnetizable **armature** disposed within a portion of said housing and being movable between first and second positions;<br><br>Ref. numeral 94, see FIG. 14<br>See Col. 6, ln 20-27 | a magnetizable **armature** disposed within a portion of said housing and being movable between first and second positions;<br><br>Ref. numeral 94, see FIG. 14<br>See Col. 6, ln 20-27. |
| electromagnet coil means disposed within said housing for moving said plunger means when energized from the first position to the second position; | electromagnet coil means disposed within said housing for moving said **armature** when energized from the first position to the second position;<br><br>Ref. numeral 74, see FIG. 14<br>See Col. 6, ln 20-27 | electromagnet coil means disposed within said housing for moving said **armature** when energized from the first position to the second position;<br><br>Ref. numeral 74, see FIG. 14<br>See Col. 6, ln 20-27 |
| an input contact electrically connected to said input conductor; | an input contact electrically connected to said input conductor; | an input contact electrically connected to said input conductor; |
| an output contact electrically connected to said output conductor, | an output contact electrically connected to said output conductor, | an output contact electrically connected to said output conductor, |
| strap means for mounting the switching apparatus upon a selected surface, | strap means for mounting the switching apparatus upon a selected surface,<br><br>Ref. numeral 22, see FIG. 22<br>See Col. 5, ln 10-17 | strap means for mounting the switching apparatus upon a selected surface,<br><br>Ref. numeral 22, see FIG. 22<br>See Col. 5, ln 10-17 |

| | | |
|---|---|---|
| said strap means including portions thereof which define a path of the magnetic field generated by said coil means to influence the position of said plunger means, | said strap means including portions thereof which define a path of the magnetic field generated by said coil means to influence the position of said *armature*,<br><br>See Col. 7, ln 10-23 | said strap means including portions thereof which define a path of the magnetic field generated by said coil means to influence the position of said *armature*,<br><br>See Col. 7, ln 10-23 |
| and movable means responsive to movement of said plunger means for influencing a separation of said input and output contacts, thereby interrupting electrical connection between them, | and movable *cam* means responsive to movement of said armature for influencing a separation of said input and output contacts, thereby interrupting electrical connection between them.<br><br>See Col. 8, ln 62–Col. 9, ln 35 | and movable *cam* means responsive to movement of said armature for influencing a separation of said input and output contacts, thereby interrupting electrical connection between them,<br><br>See Col. 8, ln 62–Col. 9, ln 35: |
| said movable means including first and second movable members, movement of said second member being caused by movement of said first member. | 2. Apparatus according to claim 1, further including movable actuating means **[first movable member]** having portions thereof in contact with said armature means for influencing the position of said cam means **[second movable member, movement of said second member being caused by movement of said first member]**.<br><br>Col. 8, ln 62 – Col. 9, ln 35 | said apparatus further including movable actuating means having portions thereof in contact with said armature means **[first movable member]** for influencing the position of said cam means **[second movable member]**, said movable actuating means including kicking means for contacting and causing alternating rotary and counter-direction rotary movements of said cam means in response to movement of said armature**[movement of said second member being caused by movement of said first member]**, said rotary and counter-direction rotary movements causing electrical paths to open and close, said movable cam means being formed with an opening therethrough, thereby providing a recess into which a conducting pin of an electrical plug is able to be positioned, |

| | | |
|---|---|---|
| | | during use, without interfering with the operation of both the cam means and parts with which it cooperatively engages.<br><br>Col. 8, ln 62 – Col. 9, ln 35 |