UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

---

LEVITON MANUFACTURING CO., INC., :

      Plaintiff, :

   v. :   Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS, :
INC., *et al.*,

      :

      Defendants.

      :

---

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

The Plaintiff, Leviton Manufacturing Co., Inc.'s Opposition to Defendants' Emergency Motion for Temporary Restraining Order and Protective Order includes certain pages that contain transcript references that will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

April 7, 2003

                                                   /s/
                                        D. Christopher Ohly
                                        Federal Bar No. 01725
                                        BLANK ROME LLP
                                        The Farragut Building
                                        900 17th Street, N.W., Suite 1000
                                        Washington, D.C. 20006
                                        (202) 530-7400
                                        (202) 463-6915 (facsimile)

2

        Paul J. Sutton
        Joseph M. Manak
        Barry G. Magidoff
        Joseph G. Lee
        GREENBERG TRAURIG, LLP
        885 Third Avenue
        New York, New York 10022
        Telephone:  (212) 848-1000
        Facsimile:  (212) 688-2449

        Attorneys for Plaintiff,
        *Leviton Manufacturing Co., Inc.*