

# GFCI Receptacle
## Almond • 15 AMP

USI Electric® GFCI Receptacles are ideal for both residential and commercial use. Every USI Electric® GFCI Receptacle comes with everything needed to install.

All USI Electric® GFCI Receptacles include easy to follow instructions for installing and testing. USI's maintenance free operation lasts for years.

**STANDARD**

 

**Model USI-8150 Contents:**
1 - Almond 15 AMP 125V GFCI
1 - Matching Flexible Wall Plate
1 - Set of Mounting Screws



- Flexible Wall Plate
- Outlet
- RESET Button
- TEST Button
- Outlet

Visit Us on the Web! **www.usielectric.com**



**USI ELECTRIC, INC.**
Owings Mills, Maryland 21117 USA
Made in China
© 2000 USI ELECTRIC, INC.





Visit Us on the Web! www.usielectric.com

**USI ELECTRIC, INC.**
Owings Mills, Maryland 21117 USA
Made in China
© 2000 USI ELECTRIC, INC.

STANDARD

Model USI-8150

# VOLUME II

## DEPOSITION OF NAIM PERRY

### LEVITON MANUFACTURING COMPANY V. ORBIT ELECTRIC & LIGHTING, INC.

March 8, 2002

**CONDENSED TRANSCRIPT AND KEYWORD INDEX**

BARKLEY

Page 315

1  Q  Who paid his salary?
2  A  We paid it.
3  Q  Regent did?
4  A  Regent paid.
5  Q  Do you remember this person's name?
6  A  Dr. Safa or Safi, I don't know.
7  I don't recall it. If you want the right name,
8  I don't remember it at this time.
9  Q  Do you remember a first name?
10 A  No.
11 Q  Was he related in any way to any of
12 the principals of Regent?
13 A  No, he was Muslim. And all of our
14 partners are Jewish. I don't think he was related
15 to any of us.
16     And after the revolution he left
17 from Iran to China because China was one of the
18 only countries that they didn't need visa from --
19 and he didn't want to go to war; he was a young
20 man. He didn't want to go to the army, so he went
21 directly to China. And he studied there and he
22 became a doctor. But the doctors in China -- he
23 was a heart surgeon for children.
24     And his salary was $100 a month.
25 And when I offered him $500 a month, he took it

Page 316

1  immediately.
2  Q  Did you know this gentleman before
3  you formed Regent?
4  A  No.
5  Q  How did you come in contact with
6  him?
7  A  I was in the hotel, and I saw a
8  person -- I was in Bejing at the hotel sitting at
9  the lobby at night. And I saw somebody came with
10 a face known to me, a Middle Eastern face, and I
11 was doing nothing there and cannot speak with
12 anybody Chinese. So I asked him if he can speak
13 English, and he said, Yes.
14     But you have accent Iranian. And I
15 said, Yes.
16     So we became acquainted. And he
17 told me that since his salary is not enough, he
18 comes to the hotel in the evenings and does
19 massages and chiropractor work for the guests of
20 the hotel, and he earns some money. So we became
21 acquainted.
22     And then I told him if I have such
23 a job for you, can you accept it? And he accepted
24 it. And then I hired him.
25     And then he stayed about three or

Page 317

1  four months. And then he couldn't stay longer
2  because Baixiang is a very dirty area; it's a
3  village and not a very pleasant place.
4     So resigned and he left us.
5  Q  Have you ever seen any of the
6  employees at Yatai, the factory employees?
7  A  The employees -- I went two times
8  there, because as I mentioned, it was a very, very
9  unpleasant area. Totally I went two times there.
10 One time I went when they started the business,
11 and the building was not ready. It was raining.
12 And the building has no doors, and it was very
13 unpleasant meeting.
14     And I saw that they had two big
15 rooms with assembling tables. And they had about
16 200 or 300 girls from age nine to 17 or 18
17 assembling the pieces together. This is one time
18 I went.
19     And the second time I went to
20 Baixiang I think even I didn't bother to go to the
21 factory; I stayed close to the airport and talked
22 to them at the hotel.
23     That's my recollection.
24 Q  This is the Yatai factory you're
25 talking about now?

Page 318

1  A  Yes.
2  Q  Did Yatai -- Yatai employed
3  children as young as age nine to manufacture
4  GFCIs?
5  A  Assemble GFCIs.
6  Q  To assemble GFCIs?
7  A  Yes.
8  Q  Do you have an understanding of how
9  much they were paid?
10 A  No, but I'm sure less than $1 a
11 day.
12     MR. MANAK: I'd like to mark as
13 Plaintiff's Deposition Exhibit 38 a document
14 bearing Bates numbers OR 03599.
15     (Plaintiff's Exhibit 38 was marked
16     for identification by the Deposition
17     Officer and is attached hereto.)
18     THE DEPONENT: Yes.
19 Q  BY MR. MANAK: Mr. Perry, is
20 Plaintiff's Exhibit 38 a letter from Regent to
21 Yatai dated December 5, 1996?
22 A  I can see it.
23 Q  This letter was sent by
24 Mr. Azadegan?
25 A  Yes, sir.

32 (Pages 315 to 318)