## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ------------------------------------ X | | |
| LEVITON MANUFACTURING CO., INC., | : | |
| Plaintiff, | : | |
| | | Civil Action No. 01 CV 3855 AMD |
| v. | : | |
| UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.*, | : | |
| | : | |
| Defendants. | | |
| | : | |
| ------------------------------------ X | | |

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit C, which is an attachment to Leviton Manufacturing Co., Inc.'s Opposition to Defendants' Emergency Motion for Temporary Restraining Order and Protective Order exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

April 7, 2003

/s/
D. Christopher Ohly
Federal Bar No. 01725
BLANK ROME LLP
The Farragut Building
900 17th Street, N.W., Suite 1000
Washington, D.C. 20006
(202) 530-7400
(202) 463-6915 (facsimile)

117728.00601/35327569v1

Paul J. Sutton
Joseph M. Manak
Barry G. Magidoff
Joseph G. Lee
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York 10022
Telephone:  (212) 848-1000
Facsimile:  (212) 688-2449

Attorneys for Plaintiff,
*Leviton Manufacturing Co., Inc.*