**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

------------------------------------- X
LEVITON MANUFACTURING CO., INC., :

      Plaintiff, :

            Civil Action No. 01 CV 3855 AMD

   v. :

UNIVERSAL SECURITY INSTRUMENTS, :
INC., *et al.*,

            :

      Defendants.
            :
------------------------------------- X

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibit D, which is an attachment to Leviton Manufacturing Co., Inc.'s Opposition to Defendants' Emergency Motion for Temporary Restraining Order and Protective Order exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

April 7, 2003

                                                               /s/
                                           D. Christopher Ohly
                                           Federal Bar No. 01725
                                           BLANK ROME LLP
                                           The Farragut Building
                                           900 17th Street, N.W., Suite 1000
                                           Washington, D.C. 20006
                                           (202) 530-7400
                                           (202) 463-6915 (facsimile)

        Paul J. Sutton
        Joseph M. Manak
        Barry G. Magidoff
        Joseph G. Lee
        GREENBERG TRAURIG, LLP
        885 Third Avenue
        New York, New York 10022
        Telephone: (212) 848-1000
        Facsimile: (212) 688-2449

        Attorneys for Plaintiff,
        *Leviton Manufacturing Co., Inc.*

117728.00601/35327570v1