```
 1            THE UNITED STATES INTERNATIONAL TRADE COMMISSIONIn the Matter
 2                                ) Investigation No.:CERTAIN GROUN
 3   INTERRUPTERS (GFCIs) AND PRODUCTS )CONTAINING SAME
 4                           Wednesday,
 5                           U.S. International
 6                           500 E Street, S.W.
 7        The preliminary conference commenced, pursuant toNotice, a
 8        BEFORE:   THE HONORABLE SIDNEY HARRIS                   Jud
 9   APPEARANCES:
10   On behalf of Complainant, Leviton Manufacturing Co.,
11   Inc.:
12        PAUL J. SUTTON, Esquire
13        Greenberg Traurig, LLP
14        885 Third Avenue
15        New York, New York   10022-4834
16        (212) 801-2108
17   Also on behalf of Complainant, Leviton Manufacturing
18   Co., Inc.:
19        CECILIA H. GONZALEZ, Esquire
20        BERT C. REISER, Esquire
21        RACHEL A. ADAMS, Esquire
22        Howrey, Simon, Arnold & White
23        1299 Pennsylvania Avenue, N.W.
24        Washington, D.C.   20004-2402
25        (202) 783-0800
```

1              Nobody is really requesting, including
2     Complainant, an accelerated trial date, so I think the
3     expectation on all parties seems to be that one way or
4     another it's probably not going to go to trial.  Either
5     Complainants expect to win on a summary motion or expect to
6     obtain a settlement.
7              Respondents, I think rightfully so, may take the
8     position that well, don't believe they're going to be able
9     to win on summary and that if it goes to the merits they
10    need the full scope of discovery, and that's going to take a
11    while.  By the time we get to that point, as I think Mr.
12    Hnath has indicated, they may move to terminate the
13    investigation on the ground that there's not enough time for
14    any practical relief to be granted.
15             That's all hypothetical.  I don't think there's
16    any harm, as you indicated, in setting a schedule based on
17    the requests of the parties with the knowledge that that is
18    likely not to go the full route of the entire schedule.  In
19    the absence of anybody requesting anything differently, that
20    seems to be appropriate to us.
21             JUDGE HARRIS:  Any further comments?
22             MR. SUTTON:  No, Your Honor.  Thank you.
23             JUDGE HARRIS:  Mr. Hnath?
24             MR. HNATH:  No, sir.
25             JUDGE HARRIS:  All right.  Why don't you just