IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LEVITON MANUFACTURING CO., INC.,                :

          Plaintiff,                                        :

    v.                                                                :    Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,         :
INC., *et al.*,
                                                                                  :

          Defendants.
                                                                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**INTERIM SEALING MOTION**

Pursuant to Local Rule 105.11 and the Stipulated Protective Order entered by the Court in this Case, the Plaintiff, Leviton Manufacturing Company, Inc. ("Leviton"), files this Interim Sealing Motion to accompany its submission of purportedly confidential material contained in and attached to Leviton's Opposition to Defendants' Emergency Motion for Temporary Restraining Order and Protective Order ("Leviton's Opposition") and states as follows:

       1.       In support of Leviton's Opposition, Leviton has referenced to and attached as exhibits, copies of certain excerpts of transcripts designated by the Defendants as "CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" pursuant to the Stipulated Protective Order.

       2.       Pursuant to the Stipulated Protective Order, Leviton has placed copies of certain pages of its Opposition and attachments thereto, which contain the purportedly confidential

transcript excerpts in an envelope affixed with the sealing language set forth in the Stipulated Order.

  3. By the filing of this Interim Sealing Motion, Leviton does not waive its rights to object to the confidential designation of the materials filed herewith or referenced herein. However, Leviton believes that there are no alternatives to sealing its filing that would permit the Court's prompt review of the confidential materials and at the same time maintain the documents' purported protected status.

  WHEREFORE, Leviton requests that this Court grant its Interim Sealing Motion, and without waiving Leviton's rights to object to the confidential designation of the materials filed herewith, place certain pages of and attachments to Leviton's Opposition under Seal, until further ordered by the Court.

            Respectfully submitted,

            /s/
            D. Christopher Ohly, Fed. Bar No. 01725
            BLANK ROME LLP
            The Farragut Building
            900 17th Street, N.W., Suite 1000
            Washington, D.C.  20006
            Telephone: (202) 530-7400
            Facsimile: (202) 463-6915

            Paul J. Sutton
            Barry G. Magidoff
            Joseph G. Lee
            GREENBERG TRAURIG, LLP
            885 Third Avenue
            New York, New York  10022
            Telephone: (212) 801-2100
            Facsimile: (212) 688-2449

            *Counsel for the Plaintiff,*
            *Leviton Manufacturing Co., Inc.*

117728.00601/35327179v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of April 2003, a copy of the foregoing Interim Sealing Motion, which was electronically filed in this case on April 7, 2003, was sent by first class mail, postage prepaid, to Maurice U. Cahn and Frederick N. Samuels, Cahn & Samuels, LLP, Headquarters Building, 2000 P Street, N.W., Suite 200, Washington, DC 20036.

                                          /s/
                                   D. Christopher Ohly

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LEVITON MANUFACTURING CO., INC.,                :

        Plaintiff,                                                      :

        v.                                                                   :        Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,            :
INC., *et al.*,
                                                                             :
        Defendants.
                                                                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**ORDER**

Upon consideration of the Interim Sealing Motion filed by the Plaintiff, Leviton Manufacturing Company, Inc., it is this ____ day of _____, 2003, hereby

ORDERED that the Plaintiff, Leviton Manufacturing Company, Inc.'s Opposition to Defendants' Emergency Motion for Temporary Restraining Order and Protective Order and documents attached to, shall be SEALED pursuant to Local Rule 105.11 and the Stipulated Protective Order previously entered in this case, until further Order of the Court.

                                                                           _____
                                                                          Judge, United States District Court
                                                                           for the District of Maryland