Appendix B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Leviton Manufacturing, Inc.                *
      (Plaintiff)
      vs.                                  *       Case No. 01CV3855 AMD
Universal Security Instruments, Inc.
and USI Electric, Inc.                     *
      (Defendants)                    *******

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one:**

[ ] Exhibit _____, which is an attachment to _____

_____

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[x] <u>Defendant's Motion for Summary Judgment on Count Two (Trade Dress)</u>
              (title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_April 8, 2003_
Date

/s/

Maurice U. Cahn         04171
*Printed Name*          *Bar Number*

2000 P Street NW, Suite 200
*Address*

Washington, D.C. 20036
*City/State/Zip*

202 331-8777        202 331-3838
*Phone No.*         *Fax No.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEVITON MANUFACTURING CO., INC. | ) | |
| | ) | |
| (Plaintiff) | ) | |
| v. | ) | 01CV3855 AMD |
| | ) | |
| UNIVERSAL SECURITY INSTRUMENTS, INC. et al | ) | |
| | ) | |
| (Defendants) | ) | |

**DEFENDANTS' INTERIM MOTION TO FILE UNDER SEAL**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNT TWO**

Defendants respectfully request that its Motion for Summary Judgment on Count Two (Trade Dress) filed under seal pursuant to the Protective Order entered by the Court in this case. Defendants submit that good cause exists for granting this motion. In particular, Defendants submit that the memorandum and exhibits contain deposition testimony which has been identified as confidential and subject to protection of the Protective Order. Accordingly, Defendants' respectfully request the present motion be granted. A draft Order is submitted herewith for the convenience of the Court.

Respectfully submitted,

UNIVERSAL SECURITY INSTRUMENTS INC.
USI ELECTRIC, INC.

By:_____
Maurice U. Cahn, Esq.
William E. Bradley, Esq.
CAHN & SAMUELS, LLP
2000 P Street, NW, Suite 200
Washington, D.C. 20036
(202) 331-8777

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEVITON MANUFACTURING CO., INC. | ) | |
| (Plaintiff) | ) ) | |
| v. | ) | 01CV3855 AMD |
| | ) | |
| UNIVERSAL SECURITY INSTRUMENTS, INC. et al | ) ) ) | |
| (Defendants) | ) | |

### ORDER

Having reviewed the papers submitted herewith and finding good cause therein, Defendants' Motion to File Under Seal its Motion for Summary Judgment on Count Two (Trade Dress) is GRANTED.

SO ORDERED AND ADJUDGED this ___ day of _____ , 2003.

_____
United States District Judge