EXHIBIT A2

CLAIMS OF U.S. PATENT NO. 4518945

1. Switching apparatus for selectively completing or interrupting an electrical connection between input and output conductors, or the like, comprising, in combination: a housing; a magnetizable armature disposed within a portion of said housing and being movable between first and second positions; electromagnet coil means disposed within said housing for moving said armature when energized from the first position to the second position; an input contact electrically connected to said input conductor; an output contact electrically connected to said output conduct; strap means for mounting the switching apparatus upon a selected surface, said strap means including portions thereof which define a path of the magnetic field generated by said coil means to influence the position of said armature, and movable cam means responsive to movement of said armature for influencing a separation of said input and output contacts, thereby interrupting electrical connection between them, said apparatus further including movable actuating means having portions thereof in contact with said armature means for influencing the position of said cam means, said movable actuating means including kicking means for contacting and causing alternating rotary and counter-direction rotary movements of said cam means in response to movement of said armature, said rotary and counter-direction rotary movements causing electrical paths to open and close, said movable cam means being formed with an opening therethrough, thereby providing a recess into which a conducting pin of an electrical plug is able to be positioned, during use, without interfering with the operation of both the cam means and parts with which it cooperatively engages.

2. Apparatus according to claim 1, wherein said cam means includes portions thereof disposed in the path of said actuating means.

3. Apparatus according to claim 1, wherein said cam means is supported for rotary movement about an axis which substantially coincides with an axis of entry of an electrical connector to be joined with the switching apparatus.

4. A system for controlling lighting and electrical apparatus within an electrically wired building comprising in combination: a power main of the building, at least one power outlet of the main, a transmitter unit having: input means for entering of any of a plurality of addresses into the transmitter unit, means for generating synchronously with the mains voltage, a multibit digital signal, comprising a multibit digital address signal representing an entered address, the digital signal being modulated on a carrier the frequency of which is a plurality of times greater than mains frequency, so that the bits of the digital signal comprise predetermined numbers of cycles of the carrier, the predetermined numbers depending upon the bit values, a period within each bit occurring near a zero crossing point of the mains voltage, and output means for coupling the modulated digital signal onto the main, and at least one slave unit for controlling the supply of power to an apparatus and having: means for defining an address for that slave unit, a power input coupled to the main within the building, means for receiving from said power input said digital signal, means for recognizing the logical values of the bits of the received digital signal by counting during said period the number of cycles of the carrier and determining the value of the bit with respect to non-overlapping number ranges one of which will contain the counted

number, and means for comparing the digital address signal received by the receiving means with the address of the defining means and for rendering the slave unit operable to effect an apparatus power supply control operation when correspondence is found between said address and the digital address signal, said transmitter being coupled to a power outlet of the main so as to be usable optionally at various places within the building, a switching apparatus for selectively completing or interrupting an electrical connection between input and output conductors, the switching apparatus comprising: a housing including a normally accessible face portion; a magnetizable armature disposed within a portion of said housing and being movable between first and second positions; electromagnet coil means disposed within said housing for moving said armature when energized from the first position to the second position; an input contact electrically connected to said input conductor; an output contact electrically connected to said output conductor; strap means for mounting the switching apparatus upon a selected surface, said strap means including portions thereof which define a path of the magnetic field generated by said coil means to influence the position of said armature, and movable cam means responsive to movement of said armature for influencing a separation of said input and output contacts, thereby interrupting electrical connection between them, said apparatus further including movable actuating means having portions thereof in contact with said armature means for influencing the position of said cam means, said movable actuating means including kicking means for contacting and causing alternating rotary and counter-direction rotary movements of said cam means in response to movement of said armature, said rotary and counter-direction rotary movements causing electrical paths to open and close.

5. A slave unit for use in connection with a domestic electrical power main, or the like, comprising, in combination: means for connecting the power input of an electrical apparatus to the unit; a current control means for controlling the energization of the apparatus; means for defining an address for the unit; and means responsive to a multibit digital signal arriving at the unit, modulated on a carrier having a frequency a plurality of times greater than the main frequency, the responsive means including counting means for counting the number of cycles of the carrier in periods which are short in relation to a half-cycle of the mains voltage and which are substantially near zero crossing points of the main voltage; means for determining the values of the bits with respect to non-overlapping ranges one of which will contain the counted numbers of said periods; and a comparator for comparing the address defined by the defining means with one portion of the digital signal and for producing a signal to control the current control device in dependence upon another portion of the digital signal when correspondence is found between said address and said one portion of the digital signal, said slave unit including a switching apparatus for selectively completing or interrupting an electrical connection between input and output conductors, the switching apparatus comprising a housing including a normally accessible face portion; a magnetizable armature disposed within a portion of said housing and being movable between first and second positions; electromagnet coil means disposed within said housing for moving said armature when energized from the first position; an input contact electrically connected to said input conductor; an output contact electrically connected to said output conductor; straps means for mounting the switching apparatus upon a selected surface, said strap means including portions thereof which define a path of the magnetic field generated by said coil means to influence the position of said armature, and movable cam means responsive to movement of said armature for influencing a separation of said input and output contacts, thereby interrupting electrical connection between them, said apparatus further including

movable actuating means having portions thereof in contact with said armature means for influencing the position of said cam means, said movable actuating means including kicking means for contacting and causing alternating rotary and counter-direction rotary movements of said cam means in response to movement of said armature, said rotary and counter-direction rotary movements causing electrical paths to open and close.

\\ny2-srv01\692693v02\41912.020700