UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

------------------------------------- X
LEVITON MANUFACTURING CO., INC.,           :

      Plaintiff,                         :
                                                 Civil Action No. 01 CV 3855 AMD
   v.                                       :

UNIVERSAL SECURITY INSTRUMENTS,           :
INC., *et al.*,
                                      :
      Defendants.
                                      :
------------------------------------- X

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit C, which is an attachment to Leviton Manufacturing Co., Inc.'s Opposition to Defendants' Motion for Summary Judgment on Invalidity for Double Patenting exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

    I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

April 14, 2003

                                           Barry G. Magidoff
                                           Paul J. Sutton
                                           Joseph M. Manak
                                           Joseph G. Lee
                                           GREENBERG TRAURIG, LLP
                                           885 Third Avenue
                                           New York, New York 10022
                                           Telephone: (212) 848-1000
                                           Facsimile: (212) 688-2449

D. Christopher Ohly
Federal Bar No. 01725
BLANK ROME LLP
The Farragut Building
900 17th Street, N.W., Suite 1000
Washington, D.C.  20006
(202) 530-7400
(202) 463-6915 (facsimile)

Attorneys for Plaintiff,
*Leviton Manufacturing Co., Inc.*