**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

```
----------------------------------------------------------- X
LEVITON MANUFACTURING CO., INC.,          )
                                          )
              Plaintiff,                  )
                                          )
       vs.                                )   Civil Action No. 01 CV 3855 AMD
                                          )
UNIVERSAL SECURITY INSTRUMENTS,           )
INC., et al.,                             )
                                          )
              Defendants.                 )
                                          )
----------------------------------------------------------- X
```

**NOTICE OF SERVICE OF MOTION TO COMPEL**

I HEREBY CERTIFY, pursuant to Local Rule 104.8.a of the United States District Court for the District of Maryland, that on the 20th day of March, 2003, copies of the Motion to Compel the Production of Documents and Supporting Memorandum filed by the Plaintiff, Leviton Manufacturing Co., Inc., were mailed, postage prepaid, to Maurice U. Cahn and Frederick N. Samuels, Cahn & Samuels, LLP, Headquarters Building, 2000 P Street, N.W., Suite 200, Washington, DC 20036. I also certify that another copy of the same Motion, and another copy of the same Memorandum, were hand delivered to Maurice Cahn, Esq., at the same address, on Tuesday, April 15, 2003.

Respectfully submitted,

/s/
D. Christopher Ohly
BLANK ROME LLP
The Farragut Building
900 17th Street, N.W.
Washington, D.C. 20006
Phone: (202) 530-7400
Facsimile: (202) 463-6915

Paul J. Sutton
Barry G. Magidoff
Joseph G. Lee
GREENBERG TRAURIG, LLP
Lipstick Building
885 Third Avenue
New York, New York  10022
Telephone: (212) 801-2150
Facsimile: (212) 688-2449

*Attorneys for the Plaintiff,
Leviton Manufacturing Co., Inc.*