**Appendix B**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Leviton Manufacturing, Co., Inc.   *

    vs.   *   **Case No.**   01CV3855 AMD

Universal Security Instruments,   *
Inc., et al.   *******

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one:**

[ ]   Exhibit _____, which is an attachment to _____

_____

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[x]   Defendants' Motion for Sanctions for Violating Protective Order
                              (title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_April 15, 2003_    /s/
**Date**

                                  Maurice U. Cahn      4171
                                  *Printed Name*          *Bar Number*
                                2000 P Street NW, Suite 200
                                *Address*
                                Washington, D.C. 20036
                                *City/State/Zip*
                                202 331-8777    202 331-3838
                                *Phone No.*           *Fax No.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEVITON MANUFACTURING CO., INC. | ) | |
| (Plaintiff) | ) | |
| v. | ) | 01CV3855 AMD |
| UNIVERSAL SECURITY INSTRUMENTS, INC. et al | ) | |
| (Defendants) | ) | |

### DEFENDANTS' INTERIM MOTION TO FILE UNDER SEAL DEFENDANTS' MOTION FOR SANCTIONS FOR VIOLATION OF THE PROTECTIVE ORDER

Defendants respectfully request that its Motion for Sanctions for Violation of the Protective Order be filed under seal pursuant to the Protective Order entered by the Court in this case. Defendants submit that good cause exists for granting this motion. In particular, Defendants submit that the moving papers reflect the content of deposition testimony which has been identified as confidential and subject to protection of the Protective Order. Accordingly, Defendants' respectfully request the present motion be granted. A draft Order is submitted herewith for the convenience of the Court.

Respectfully submitted,

UNIVERSAL SECURITY INSTRUMENTS INC.
USI ELECTRIC, INC.

By: _____
Maurice U. Cahn, Esq.
William E. Bradley, Esq.
CAHN & SAMUELS, LLP
2000 P Street, NW, Suite 200
Washington, D.C. 20036
(202) 331-8777

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEVITON MANUFACTURING CO., INC. | ) | |
| | ) | |
| (Plaintiff) | ) | |
| v. | ) | 01CV3855 AMD |
| | ) | |
| UNIVERSAL SECURITY INSTRUMENTS, INC. et al | ) | |
| | ) | |
| (Defendants) | ) | |

**ORDER**

Having reviewed the papers submitted herewith and finding good cause therein, Defendants' Motion to File Under Seal Defendants' Motion for Sanctions for Violating the Protective Order is GRANTED.

SO ORDERED AND ADJUDGED this ____ day of _____, 2003.

_____
United States District Judge