UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
LEVITON MANUFACTURING CO., INC.,              :
               Plaintiff,                     :
                                                      Civil Action No. 01 CV 3855 AMD
        v.                                    :
UNIVERSAL SECURITY INSTRUMENTS,               :
INC., et al.,
                                              :
               Defendants.
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

Plaintiff's Opposition to Defendants' Motion to Quash the Subpoena of Maurice Cahn and Motion for Protective Order, and exhibits attached thereto, will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

April 16, 2003

/s/
D. Christopher Ohly
Federal Bar No. 01725
BLANK ROME LLP
900 17th Street NW, Suite 1000
Washington, DC 20006
(202) 530-7400

2

        Paul J. Sutton
        Joseph M. Manak
        Barry G. Magidoff
        Joseph G. Lee
        GREENBERG TRAURIG, LLP
        885 Third Avenue
        New York, New York 10022
        Telephone:  (212) 848-1000
        Facsimile:  (212) 688-2449

        Attorneys for Plaintiff,
        *Leviton Manufacturing Co., Inc.*

117728.00601/35328378v1