IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| LEVITON MANUFACTURING CO., INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 01 CV 3855 AMD |
| UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### INTERIM SEALING MOTION

Pursuant to Local Rule 105.11 and the Stipulated Protective Order entered by the Court in this Case, the Plaintiff, Leviton Manufacturing Company, Inc. ("Leviton"), files this Interim Sealing Motion to accompany its submission of purportedly confidential material included in, and attached to its Opposition to Defendants' Motion to Quash the Subpoena of Maurice Cahn and states as follows:

1.  In support of its Opposition to Defendants' Motion to Quash the Subpoena of Maurice Cahn (the "Opposition"), Leviton has referenced in the Opposition, as well as attached as exhibits, copies of certain documents and transcripts designated by the Defendants as "CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" pursuant to the Stipulated Protective Order.

117728.00601/35328380v1

2. Pursuant to the Stipulated Protective Order, Leviton has placed its Opposition and the attached copy of the confidential documents in an envelope affixed with the sealing language set forth in the Stipulated Order.

3. By the filing of this Interim Sealing Motion, Leviton does not waive its rights to object to the confidential designation of the materials filed herewith or referenced herein. However, Leviton believes that there are no alternatives to sealing its filing that would permit the Court's prompt review of the confidential materials and at the same time maintain the documents' purported protected status.

WHEREFORE, Leviton requests that this Court grant its Interim Sealing Motion, and without waiving Leviton's rights to object to the confidential designation of the materials filed herewith, place the Motion to Compel and attached copies of the confidential documents under Seal, until further ordered by the Court.

Respectfully submitted,

/s/
D. Christopher Ohly, Fed. Bar No. 01725
BLANK ROME LLP
900 17th Street NW, Suite 1000
Washington, DC 20006
Phone (202) 530-7400
Facsimile (202) 463-6915

Paul J. Sutton
Barry G. Magidoff
Joseph G. Lee
GREENBERG TAURIG, LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 801-2100
Facsimile: (212) 688-2449

*Counsel for the Plaintiff,*
*Leviton Manufacturing Co., Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 17th day of April 2003, a copy of the foregoing Interim Sealing Motion, which was electronically filed with the Court, as well as electronically mailed to William Bradley, Esq. and Cahn & Samuels, LLP on April 16, 2003, was hand delivered to Maurice U. Cahn and Frederick N. Samuels, Cahn & Samuels, LLP, Headquarters Building, 2000 P Street, N.W., Suite 200, Washington, DC 20036.

                                                                      /s/
                                                    D. Christopher Ohly

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LEVITON MANUFACTURING CO., INC.,                :

        Plaintiff,                                             :

        v.                                                        :        Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,           :
INC., *et al.,*
                                                                  :
        Defendants.
                                                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## **ORDER**

Upon consideration of the Interim Sealing Motion filed by the Plaintiff, Leviton Manufacturing Company, Inc., it is this ____ day of _____, 2003, hereby

ORDERED that Plaintiff's Opposition to Defendants' Motion to Quash the Subpoena of Maurice Cahn, and the documents attached thereto, shall be SEALED pursuant to Local Rule 105.11 and the Stipulated Protective Order previously entered in this case, until further Order of the Court.

                                                                                           _____
                                                                                      Judge, United States District Court
                                                                                       for the District of Maryland