IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEVITON MANUFACTURING CO., INC., | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. AMD 01-3855 |
| | : | |
| UNIVERSAL SECURITY INSTRUMENTS, INC., et al., | : | |
| Defendants | : | |

...o0o...

O R D E R

On April 17, 2003, this case came before the Court for a hearing on pending motions. Counsel were heard, and the Court rendered its rulings on the record. Accordingly, it is this 21st day of April, 2003, ORDERED

(1) The motions to seal (Paper Nos. 44, 45, 58, 60, and 68) are GRANTED;

(2) The motion to extend discovery deadlines (Paper No. 42) is GRANTED IN PART AND DENIED IN PART;

(3) The motions to vacate and bifurcate (Paper Nos. 37 and 43) are GRANTED;

(4) The motions for protective order and for temporary restraining order (Paper No. 50) and to strike and for sanctions (Paper Nos. 65 and 66) are DENIED;

(5) The motion to compel (Paper No. 53) is DENIED; and

(6) The motion to quash and for protective order (Paper No. 57) is GRANTED.

/s/
ANDRE M. DAVIS
United States District Judge