UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
LEVITON MANUFACTURING CO., INC.,                      :

      Plaintiff,                                        :

   v.                                                              :   Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,       :
INC., *et al.*,
                                               :

      Defendants.
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## REVISED CASE MANAGEMENT ORDER

      The Plaintiff, Leviton Manufacturing Co., Inc. (the "Plaintiff") and the Defendants, Universal Security Interests, Inc. and USI Electric, Inc. (collectively, the "Defendants"), through their counsel and pursuant to a hearing held before the Court on April 17, 2003, submit this Revised Case Management Order, and state as follows:

      1.      The parties will update their respective discovery responses on or before May 5, 2003. In addition, on or before May 5, 2003, the Defendants shall produce to Plaintiff packaged samples of each and all GFCIs offered for sale by Defendants which have not been produced to date.

      2.      Plaintiff shall provide to the Defendants the name, address and phone number of counsel for the parties from other litigation involving Plaintiff's enforcement of the GFCI patent, in order that the Defendants may secure permission for access to documents, transcripts, settlement agreements and related papers in those cases which are subject to Stipulated Protective Orders. On or before May 30, 2003, to the extent that such permission has been

secured by the Defendants, the Plaintiff shall then make available for inspection and copying by Defendants a copy of all documents and things exchanged in those proceedings. In the event the Defendants cannot secure permission for access from all required parties, the Defendants may seek further assistance of the Court.

3. The deadline for all fact and expert discovery, including expert designations and depositions on liability is June 20, 2003. The following depositions shall be taken on the dates below:

| Name | Date |
|---|---|
| Michael Kovens | May 14, 2003 |
| Phillip Hampton | TBA |
| Lawrence Goffney | TBA |
| Steve Campolo | TBA |
| Jerome Massie | TBA |

4. The deadline for dispositive Motions is July 21, 2003. All further submissions regarding summary judgment motions, whether motions, oppositions or replies, shall be stayed until July 21, 2003. Also on July 21, 2003, any motion or opposition already filed, as of April 17, 2003, may be supplemented or amended as necessary.

Dated:   April 23, 2003

/s/
Maurice U. Cahn
Frederick N. Samuels
CAHN & SAMUELS, LLP
2000 P Street, N.W., Suite 200
Washington, D.C. 20036
(202)331-8777
(202)331-3838 (facsimile)
Attorneys for Defendants,
*USI Electric, Inc. and Universal Security Interests, Inc.*

/s/
D. Christopher Ohly
BLANK ROME LLP
The Farragut Building
900 17th Street, N.W., Suite 1000
Washington, D.C. 20006
(202) 530-7400
(202) 463-6915 (facsimile)
Attorneys for Plaintiff,
*Leviton Manufacturing Company., Inc.*

2

SO ORDERED:

_____
Andre M. Davis
U.S. District Court Judge

117728.00601/35328883v1