IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC.,<br><br>Plaintiff<br><br>v.<br><br>UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.*,<br><br>Defendants | Civil Action No. AMD 01-CV-3855 |

**DEFENDANTS' CONSENTED TO MOTION TO WITHDRAW PENDING SUMMARY JUDGMENT MOTIONS WITHOUT PREJUDICE**

Defendants' Universal Security Instruments *et al.* ("USI") hereby move to withdraw all of USI's pending summary judgment motions without prejudice. USI seeks withdrawal of the pending motions to re-file superceding or amended versions of the same on July 21, 2003 as agreed to by the parties. USI submits that withdrawal of the presently pending motions without prejudice will avoid confusion as to briefing schedule and arguments being presented to the Court. USI also acknowledges that withdrawal without prejudice moots the need for Plaintiff to file opposition papers until after the re-filing of USI's motions.

**WHEREFORE**, USI respectfully requests that this Consented to Motion to Withdraw Pending Summary Judgment Motions Without Prejudice be granted.

Respectfully submitted,

_____/s/_____
William E. Bradley
Maurice U. Cahn
CAHN & SAMUELS, LLP
2000 P Street, N.W., Suite 200
Washington, D.C. 20036

1

(202)331-8777
(202)331-3838 (facsimile)

Attorneys for Defendants,
*Universal Security Instr. et al.*.

CONSENTED TO BY:

_____/s/_____
D. Christopher Ohly
BLANK ROME LLP
The Farragut Building
900 17th Street, N.W., Suite 1000
Washington, D.C. 20006
(202) 530-7400
(202) 463-6915 (facsimile)

Attorneys for Plaintiff,
*Leviton Manufacturing Company., Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC.,<br><br>Plaintiff<br><br>v.<br><br>UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.*,<br><br>Defendants | Civil Action No. AMD 01-CV-3855 |

## **ORDER**

Defendants' Consented to Motion to Withdraw Pending Summary Judgment Motions Without Prejudice, having been read and considered, it is this _____ day of July, 2003, ORDERED that Defendants' motion be GRANTED.

_____
Judge, United States District Court