IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br> Plaintiff <br><br> v. <br><br> UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.*, <br><br> Defendants | Civil Action No. AMD 01-CV-3855 |

## **ORDER**

Defendants' Consented to Motion to Withdraw Pending Summary Judgment Motions Without Prejudice, having been read and considered, it is this ___14th___ day of July, 2003, ORDERED that Defendants' motion be GRANTED.

/s/ Andre M. Davis
―――――――――――――――
Judge, United States District Court