# EXHIBIT A



**GREENBERG**
ATTORNEYS AT LAW
**TRAURIG**

Joseph G. Lee
212-801-2150
leejo@gtlaw.com

June 4, 2003

**VIA TELECOPIER**

William E. Bradley, Esq.
Cahn & Samuels, LLP
Headquarters Building
2000 P Street, Suite 200
Washington, DC 20036-6924

      Re:    *Leviton Manufacturing Company, Inc. v. Universal Security*
              *Instruments, Inc., et al.*, Docket No. 01 CV 3855 AMD

Dear Bill:

     This letter is in response to your letter dated May 30, 2003, requesting dates in which to inspect documents subject to confidential protective orders with Preferred, HML, Van-Sheen and BRITE USA. As early as next week the same will be ready for inspection at our offices at 885 Third Avenue, New York City.

     Please call me at your earliest convenience to inform me when you can travel to New York. Given the sensitivity of the documents, Leviton does not wish to send originals by courier to Washington, DC or Baltimore, Maryland.

     Also, it is my understanding from Joe Manak that you wish to take the deposition of Mr. Massie the week of June 23rd. Please give me a firm date.

                      Very truly yours

                      Joseph G. Lee

GREENBERG TRAURIG, LLP
885 THIRD AVENUE
NEW YORK, NEW YORK 10022-4834
212-848-1000   FAX 212-688-2449   www.gtlaw.com
\\ny2-srv01\699405v01\41912.020700

NEW YORK   MIAMI   WASHINGTON, D.C.   ATLANTA   PHILADELPHIA   TYSONS CORNER   CHICAGO   BOSTON   PHOENIX   WILMINGTON   LOS ANGELES   DENVER
SÃO PAULO   FORT LAUDERDALE   BOCA RATON   WEST PALM BEACH   ORLANDO   TALLAHASSEE

# EXHIBIT B

LAW OFFICES OF

# CAHN & SAMUELS, LLP

INTELLECTUAL PROPERTY COUNSEL

June 5, 2003



Joseph G. Lee, Esq.
GREENBERG TRAURIG, LLP
Lipstick Building
885 Third Avenue
New York, New York 10022

Re:    Leviton v. Universal Security Instruments et al
       Civil Action No. AMD-01-CV-3855
       Our Ref: 295.0009

Dear Joe:

Thank you for your facsimile letter of June 4, 2003.  In view of your reluctance to produce documents at either your local counsel's Baltimore office or your firm's DC office, we will make arrangements to travel to New York on Thursday, June 12, 2003 to inspect documents.  Please advise us as soon as possible as to the volume of documents we can expect to review so we can make plans to stay in New York and continue the inspection on Friday, June 13, 2003 if necessary.

As for the depositions of Leviton's experts, we propose to take the deposition of Jerome Massie on Wednesday, June 17, 2003 here in Washington, DC, and propose to take the deposition of Steve Campolo on Friday, June 20, 2003 either here in Washington, DC, or if more convenient for the witness, in Baltimore, Maryland.

Sincerely yours,

William E. Bradley, Esq.

WEB/std

cc:  D. Christopher Ohly, Esq.

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN†
WILLIAM J. BUNDREN‡
WILLIAM E. BRADLEY‡

* ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE
† ADMITTED IN DC, FL, OH AND
US PATENT & TRADEMARK OFFICE
‡ ADMITTED IN VA, DC AND
US PATENT & TRADEMARK OFFICE

HEADQUARTERS
BUILDING
2000 P STREET
NORTHWEST
SUITE 200
WASHINGTON, DC
20036-6924

202·331·8777
FAX: 202·331·3838
WWW.PATTMCOPY.COM

**Subject:** [Fwd: Leviton v. USI]
    **Date:** Wed, 11 Jun 2003 17:07:54 -0400
  **From:** "William E. Bradley" <wbradley@pattmcopy.com>
      **To:** "Daghir, Roberta" <Daghir@BlankRome.com>

```
See the attached email.  I haven't heard from Joe Lee, so I'm concerned
he isn't in the office today.  Please make sure that the guys in New
York know not to expect us tomorrow and that we are going up there on
June 19 and 20 instead.
```

**Subject:** Re: Leviton v. USI
    **Date:** Wed, 11 Jun 2003 14:43:04 -0400
  **From:** "William E. Bradley" <wbradley@pattmcopy.com>
      **To:** LeeJo@gtlaw.com

I am now free on the 19th and would like to take you up on your offer. Instead of us inspecting documents tomorrow, I will travel to New York to inspect documents on the 19th and Maurice will join me in New York for the deposition on the 20th. Please reply to this e-mail, so I know you received it and know that you do not expect us in New York tomorrow. Thanks.

LeeJo@gtlaw.com wrote:

> Better yet. Why don't you all come up the 19th and do the inspection and then Campolo the next day?
>
>     -----Original Message-----
>     **From:** William E. Bradley [mailto:wbradley@pattmcopy.com]
>     **Sent:** Thursday, June 05, 2003 5:22 PM
>     **To:** Lee, Joseph (Assoc-NY-IP)
>     **Subject:** Re: Leviton v. USI
>
>     Thanks for your prompt response. We will be at your offices on June 12 around 10 am.
>
>     LeeJo@gtlaw.com wrote:
>
> >     Dear Bill:
> >
> >     In response to your request this date to inspect the sister litigation documents in New York from the ITC, Preferred and BRITE USA cases, your propsal of June 12, 2003 is acceptable. Approximately 10 boxes will be produced. Further, your proposed date of June 17, 2003 for Mr. Massie is also acceptable. We are looking into Mr Campolo's schedule at this time and will get back to you. Regards, Joe.
> >
> >     ---
> >
> >     The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review,

# EXHIBIT C

LAW OFFICES OF
# CAHN & SAMUELS, LLP
INTELLECTUAL PROPERTY COUNSEL

June 6, 2003



PATENTS
COPYRIGHTS
TRADEMARKS

D. Christopher Ohly, Esq.
BLANK ROME COMISKY & McCAULEY, LLP
The Farragut Building
900 17th Street, N.W., Suite 1000
Washington, D.C. 20006

Re:    Leviton v. Universal Security Instruments et al
       Civil Action No. AMD-01-CV-3855
       <u>Our Ref: 295.0009</u>

Dear Chris:

It has recently come to our attention that Leviton does indeed have an archive of catalogues dating back to at least the early 1980s. These catalogues were not made available for our document inspection last January. During the inspection when we specifically inquired as to the existence of catalogues from prior years, we were told by counsel that <u>all</u> documents responsive to our requests were produced for inspection. This appears not to be the case.

With specific reference to our Requests for Production, you will see that Request for Production No. 19, asks for:

"All documents and things referring or relating to the promotion, marketing, packaging or advertising of each type of model of GFCI made, used, advertised, offered for sale or sold by or on behalf of Leviton, including without limitation price lists, *product catalogues*, publications, advertisements, marketing materials, brochures, press releases, instruction manuals, packaging materials, product inserts and booklets."

Likewise, Request for Production No. 22 asks for:

"All documents and things referring or relating to offers for sale, or solicitation of orders, for each type and model of GFCI used, advertised, offered for sale or sold by or on behalf of Leviton, including without limitation price lists, *product catalogues*, product proposals, letters, communications, quotes, orders or offers for sale."

Indisputably, our document requests sought production of these catalogues. In view of the foregoing, we now request that these

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN†
WILLIAM J. BUNDREN‡
WILLIAM E. BRADLEY‡

* ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE
† ADMITTED IN DC, FL, OH AND
US PATENT & TRADEMARK OFFICE
‡ ADMITTED IN VA, DC AND
US PATENT & TRADEMARK OFFICE

HEADQUARTERS
BUILDING
2000 P STREET
NORTHWEST
SUITE 200
WASHINGTON, DC
20036-6924

202•331•8777
FAX: 202•331•3838
WWW.PATTMCOPY.COM

D. Christopher Ohly, Esq.
June 6, 2003
Page 2 of 2

catalogues be produced for inspection during our visit to Greenberg,
Traurig's New York office on June 12, 2003.

Very truly yours,

William E. Bradley, Esq.

cc: Joseph Lee, Esq.

enclosures
WEB/std

# EXHIBIT D

LAW OFFICES OF

# CAHN & SAMUELS, LLP

INTELLECTUAL PROPERTY COUNSEL

June 23, 2003



PATENTS
COPYRIGHTS
TRADEMARKS

**VIA FACSIMILE**

Joseph G. Lee, Esq.
GREENBERG TRAURIG, LLP
Lipstick Building
685 Third Avenue
New York, New York 10022

Re:   Leviton v. Universal Security Instruments et al
      Civil Action No. AMD-01-CV-3855

Dear Joe:

Thank you for your cordial reception during our document inspection at your New York offices on June 19, 2003. We are writing to follow-up on the inspection and other housekeeping matters.

First, we again want to voice our concern that Leviton still has not produced its catalogues for inspection. We understand that Leviton does keep an archive of its catalogues. Accordingly, we are perplexed that Leviton has failed to make them available despite our repeated requests. Please apprise us when you expect the catalogues to be ready for our review.

Second, with respect to the documents we want copied from those produced for inspection last week, I am attaching a list of the documents we want copied to this letter. Please contact me if you have any questions regarding the requested documents.

Next, we would like to confirm our understanding regarding the schedule for filing dispositive motions in this case. We understand Judge Davis' order to require opening briefs to be filed on or after July 21, 2003. Thereafter, the parties would respond as required by the Local Rules. Specifically, opposition briefs or cross-motion papers would be due 14 days after the opening briefs and then replies and other responses would be due 11 days later.

Finally, we want to confirm that the deposition of Jerome Massie will commence at 10 a.m. on Thursday, June 26, 2003, at our offices located at 2000 P Street, NW, Suite 200, Washington, DC 20036.

Sincerely yours,

W. E. Bradley

William E. Bradley, Esq.

cc:  D. Christopher Ohly, Esq.

enclosure

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN†
WILLIAM J. BUNDREN‡
WILLIAM E. BRADLEY‡

* ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE
† ADMITTED IN DC, FL, OH AND
US PATENT & TRADEMARK OFFICE
‡ ADMITTED IN VA, DC AND
US PATENT & TRADEMARK OFFICE

HEADQUARTERS
BUILDING
2000 P STREET
NORTHWEST
SUITE 200
WASHINGTON, DC
20036-6924

202·331·8777
FAX: 202·331·3838
WWW.PATTMCOPY.COM

## DOCUMENTS TO BE COPIED FOR PRODUCTION

A. From the ITC Correspondence folders:
   1) ITC Correspondence, Vol. 3. (in its entirety)

B. From the ITC Pleadings folders:
   1) Complainant's Discovery Statement (probably supposed to be at Tab 21A – which was empty)
   2) Complainant's Responses to Interrogatories (Tab 27)
   3) Complainant's Responses to Document Requests (Tab 27A)
   4) Complainant's Responses to 2nd Set of Interrogatories (Tab 33)
   5) Complainant's Responses to 2nd Set of Document Requests (Tab 33B)
   6) Complainant's Privilege Log (probably supposed to be at Tab 40 – which was empty)
   7) Complainant's Supplemental Responses to First Set of Interrogatories (Tab 41B)
   8) Complainant's Supplemental Responses to First Set of Document Requests (Tab 41D)
   9) Complainant's Supplemental Responses to Second Set of Interrogatories (Tab 41E)
   10) Complainant's Supplemental Responses to Second Set of Document Requests (Tab 41F)
   11) Order No. 5 (Tab 42)
   12) Respondent's Motion to Stay (Tab 53)
   13) Respondent's Motion to Terminate (Tab 54)
   14) Respondent's Memorandum in Support and Exhibits 1-22 (Tab 55)
   15) Complainant's Opposition to Motion to Shorten (Tab 56)
   16) Respondent's Motion for Leave to File Reply re: Motion to Stay (Tab 57)
   17) Respondent's Submission of Expert Reports (Tab 60)
   18) Campolo Expert Report (Tab 61)
   19) Massie Expert Report (Tab 62)
   20) Complainant's Responses to 3rd Set of Interrogatories (Tab 63)
   21) Complainant's Responses to 3rd Set of Document Requests (Tab 64)
   22) Complainant's Opposition to Motion to Terminate (Tab 66)
   23) Commission Response to Motion to Terminate (Tab 67)
   24) Complainant's Opposition to Motion to Stay (Tab 68)
   25) Complainant's Motion for Summary Determination re: Infringement (Tab 69)
   26) Complainant's Memorandum in Support of Motion for Summary Determination re: Infringement (Tab 70)
   27) Declaration of Steve Campolo in Support of Motion for Summary Determination re: Infringement (Tab 71)
   28) Declaration of Jerome Massie in Support of Motion for Summary Determination re: Infringement (Tab 72)
   29) Respondent's Reply re: Motion to Stay (Tab 74)
   30) Complainant's Motion to File Surreply (Tab 75)
   31) Declaration of Steve Campolo in Support of Motion for Summary Determination re: Validity and Enforceability (Tab 81)
   32) Declaration of Sokolow in Support of Motion for Summary Determination re; Validity and Enforceability (Tab 82)

33) Respondent's Response to Surreply re: Motion to Stay (Tab 83)

34) Respondent's Motion to Compel and Exhibits 1-20 (Tab 87)

35) Respondent's Memorandum in Support of Motion to Compel (Tab 88)

36) Complainant's Motion for Summary Determination re: Validity and Enforceability (Tab 89)

37) Complainant's Memorandum in Support of Motion for Summary Determination re: Validity and Enforceability (Tab 90)

38) Complainant's Motion for Summary Determination re: Economic Prong (Tab 92)

39) Declaration of Edward Plaia in Support of Motion for Summary Determination re: Economic Prong (Tab 93)

40) Complainant's Opposition to Respondent's Surreply re:  Motion to Stay (Tab 94)

41) Complainant's Opposition to Respondent's Motion to Compel (Tab 96)

42) Commission Response to Respondent's Motion to Compel (Tab 97)

43) Respondent's Motion for Leave to File Reply re: Motion to Compel (Tab 101)

44) Respondent's Reply in Support of Motion to Compel (Tab 102)

45) Respondent's Opposition to Motion for Summary Determination re: Infringement (Tab 106 or 114)

46) Supplemental Declaration of Edward Plaia (Tab 108)

47) Order No. 7 re: Motion to Compel (Tab 113)

49) Complainant's Response in Motion for Summary Determination re: Validity and Enforceability (Tab 115)

50) Commission Reply re: Summary Determination re: Infringement (Tab 116)

51) Complainant's Supplemental Responses Pursuant to Order No. 7 (Tab 117)

52) Complainant's Responses to 4th Set of Document Requests (Tab 118)

53) Respondent's Response to Complainant's and Commission's Reply re: Infringement (Tab 120)

54) Respondent's Opposition to Complainant's Motion for Summary Determination re: Economic Prong (Tab 121)

55) Complainant's Responses to 5th Set of Document Requests (Tab 122)

56) Commission Response to Motion for Summary Determination re: Validity and Enforceability (Tab 123)

57) Commission Response to Motion for Summary Determination re: Economic Prong (Tab 124)

58) Respondent's Conditional Cross-Motion for Summary Determination of Invalidity and Unenforceability (Tab 125)

59) Respondent's Opposition to Motion for Summary Determination and In Support of Cross-Motion re: Invalidity and Unenforceability (Tab 126)

60) Respondent's Motion to Compel Compliance with Order No. 7 (Tab 128)

C.  Other Pleadings from the ITC not in the ITC Folders

    1)  Complainant's Motion for Leave to File a Reply in Support of its Motion for Summary Determination re: Economic Prong

    2)  Commission Investigative Staff's Response to Respondent's Conditional Cross-Motion for Summary Determination re: Invalidity and Unenforceability

3) Complainant's Reply in Support of Motion for Summary Determination re: Validity and Enforceability
4) Complainant's Motion to Terminate Investigation on Basis of Withdrawal of the Complaint
5) Complainant's Opposition to Respondent's Motion to Compel Compliance with Order No. 7 and for Sanctions
6) Respondent's Motion for Leave and Memorandum in Response to Complainant's Reply in Support of its Motion for Summary Determination re: Economic Prong
7) Respondent's Motion for Leave and Response to Complainant's and the Staff's Submissions Concerning Motion for Summary Determination re" Validity and Enforceability and Respondent's Cross-Motion
8) Respondent's Response to Motion of Complainant to Terminate Investigation on the Basis of Withdrawal of the Complaint
9) Order No. 10" Concerning Respondent's Draft Motion for Sanctions
10) Respondent's Motion for Leave and Reply in Support of Motion to Compel Compliance with Order No. 7 and for Sanctions
11) Response of Complainant to Order No. 10
12) Respondent's Reply to Response of Complainant to Order No. 10
13) Petition of Complainant for Review of Order No. 11
14) Complainant's Reply in Support of its Petition for Review of Order No. 11
15) Respondent's Supplemental Response to Complainant's Motion to Terminate Investigation on the Basis of Withdrawal of the Complaint
16) Response of Complainant to Respondent's Supplemental Response to Complainant's Motion to Terminate
17) Response of the Office of Unfair Import Investigations to Complainant's and Respondent's Petitions for Review of Order No. 13
18) Motion of Complainant for Leave to File Reply to the Opposition of Respondent's to Petition of Complainant for Partial Review of Order No. 13
19) Opposition of Respondent's to Complainant's Motion for Leave to File a Reply to Respondent's Opposition to Complainant's Petition for Partial Review of Order No. 13
20) Motion of Complainant for Leave to Reply to Respondent's Opposition to Motion for Leave to File a Reply to Respondent's Opposition to Complainant's Petition for Partial Review of Order No. 13
21) Further Reply of Complainant to Respondent's Opposition to Motion of Complainant for Leave to File a Reply to Respondent's Opposition to Complainant's Petition for Partial Review of Order No. 13
22) Respondent's Response to Complainant's Motion for Leave to Reply to Respondent's Opposition
23) Response of the Office of Unfair Import Investigations to Complainant's and Respondent's Petition for Review of Order No. 13

D. From the Box with the ITC Deposition Transcripts
1) Transcript of Tansi Deposition
2) Transcript of Rivera Deposition
3) Transcript of Sutton Deposition

4) Transcript of Massie Deposition
5) Transcript of Campolo Deposition (1)
6) Transcript of Campolo Deposition (2)
7) Declaration of Gene Haynes
8) 2nd Declaration of Gene Haynes

E. From the ITC Production
1) LMC 02990 through LMC 03073
2) LMC 03241 and LMC 03242
3) LMC 03311 through LMC 03316
4) LMC 03439 through LMC 03452
5) LMC 05932 through LMC 05946
6) LMC 07475 through LMC 07483
7) LMC 09022 through LMC 09048
8) LMC 10487 through LMC 10640
9) LMC 10962 through LMC 10969
10) LMC 14320 though LMC 14332

F. From the Preferred Industries Production
1) LMC 01494 though LMC 01536
2) LMC 02361 though LMC 02704
3) LMC 03253 though LMC 03800
4) LMC 09285 through LMC 09308

G. From the Brite USA Pleadings
1) Settlement Agreement (Tab 11)

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME : 06/23/2003 18:16
                                    NAME : CAHN & SAMUELS,LLP
                                    FAX  : 202-3313838
                                    TEL  : 202-3318777
```

| | |
|---|---|
| DATE,TIME | 06/23  18:15 |
| FAX NO./NAME | 4636915 |
| DURATION | 00:00:53 |
| PAGE(S) | 06 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# C A H N   &   S A M U E L S ,   L L P
## I N T E L L E C T U A L   P R O P E R T Y   L A W   C O U N S E L

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| D. Christopher Ohly, Esq. | William E. Bradley |
| COMPANY: | DATE: |
| BLANK ROME LLP | JUNE 23, 2003 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 202-463-6915 | 6 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER:<br>295.0009 |
| RE: | YOUR REFERENCE NUMBER: |
| Leviton v. Universal, 01-CV-3855 | |

☐ URGENT     X FOR REVIEW     ☐ PLEASE COMMENT     ☐ PLEASE REPLY     ☐ PLEASE RECYCLE

NOTES/COMMENTS:

See Attached

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS
INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED
ABOVE AND TO THOSE PROPERLY ENTITLED TO ACCESS TO THE
INFORMATION.  IT IS EXEMPTED FROM DISCOSURE UNDER  APPLICABLE LAW
INCLUDING COURT ORDERS.  IF THE READER OF THIS MESSAGE IS NOT THE
INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR
DELIVERING THIS FACSIMILE TO THE INTENDED RECIPIENT, YOU ARE
HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION,OR

# CAHN & SAMUELS, LLP
## INTELLECTUAL PROPERTY LAW COUNSEL

### FACSIMILE TRANSMITTAL SHEET

| TO:<br>D. Christopher Ohly, Esq. | FROM:<br>William E. Bradley |
|---|---|
| COMPANY:<br>BLANK ROME LLP | DATE:<br>JUNE 23, 2003 |
| FAX NUMBER:<br>202-463-6915 | TOTAL NO. OF PAGES INCLUDING COVER:<br>6 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER:<br>295.0009 |
| RE:<br>Leviton v. Universal, 01-CV-3855 | YOUR REFERENCE NUMBER: |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

See Attached

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND TO THOSE PROPERLY ENTITLED TO ACCESS TO THE INFORMATION. IT IS EXEMPTED FROM DISCOSURE UNDER  APPLICABLE LAW INCLUDING COURT ORDERS. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS FACSIMILE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION,OR DUPLICATION OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR FACSIMILE, AND MAIL THIS FACSIMILE BACK TO US IMMEDIATELY. THANK YOU.

```
┌─────────────────────────────────────────┐
│     TRANSMISSION VERIFICATION REPORT     │
└─────────────────────────────────────────┘
```

```
                              TIME : 06/23/2003 18:14
                              NAME : CAHN & SAMUELS,LLP
                              FAX  : 202-3313838
                              TEL  : 202-3318777
```

```
┌──────────────────────────────────────────────────────────────────────┐
│  DATE,TIME            06/23  18:12                                      │
│  FAX NO./NAME         12126882449                                      │
│  DURATION             00:01:57                                         │
│  PAGE(S)              06                                               │
│  RESULT               OK                                               │
│  MODE                 STANDARD                                         │
│                       ECM                                             │
└──────────────────────────────────────────────────────────────────────┘
```

# CAHN & SAMUELS, LLP
## INTELLECTUAL PROPERTY LAW COUNSEL

---

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Joseph Lee, Esq. | William E. Bradley |
| **COMPANY:** | **DATE:** |
| GREENBERG TRAURIG, LLP | JUNE 23, 2003 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| 212 688-2449 | 6 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
|  | 295.0009 |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| Leviton v. Universal, CV-3855 |  |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    X PLEASE REPLY    ☐ PLEASE RECYCLE

---

NOTES/COMMENTS:

See Attached

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS
INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED
ABOVE AND TO THOSE PROPERLY ENTITLED TO ACCESS TO THE
INFORMATION. IT IS EXEMPTED FROM DISCOSURE UNDER APPLICABLE LAW
INCLUDING COURT ORDERS. IF THE READER OF THIS MESSAGE IS NOT THE
INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR
DELIVERING THIS FACSIMILE TO THE INTENDED RECIPIENT, YOU ARE
HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION,OR
DUPLICATION OR THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU

# CAHN & SAMUELS, LLP
## INTELLECTUAL PROPERTY LAW COUNSEL

### FACSIMILE TRANSMITTAL SHEET

| TO:<br>Joseph Lee, Esq. | FROM:<br>William E. Bradley |
|---|---|
| COMPANY:<br>GREENBERG TRAURIG, LLP | DATE:<br>JUNE 23, 2003 |
| FAX NUMBER:<br>212 688-2449 | TOTAL NO. OF PAGES INCLUDING COVER:<br>6 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER:<br>295.0009 |
| RE:<br>Leviton v. Universal, CV-3855 | YOUR REFERENCE NUMBER: |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    X PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

See Attached

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND TO THOSE PROPERLY ENTITLED TO ACCESS TO THE INFORMATION. IT IS EXEMPTED FROM DISCOSURE UNDER APPLICABLE LAW INCLUDING COURT ORDERS. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS FACSIMILE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION,OR DUPLICATION OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR FACSIMILE, AND MAIL THIS FACSIMILE BACK TO US IMMEDIATELY. THANK YOU.

# EXHIBIT E

**Subject: RE: bates numbers**
   **Date:** Tue, 8 Jul 2003 16:26:50 -0400
   **From:** TamrazH@gtlaw.com
      **To:** wbradley@pattmcopy.com

thank you so much

-----Original Message-----
From: William E. Bradley [mailto:wbradley@pattmcopy.com]
Sent: Tuesday, July 08, 2003 4:18 PM
To: Tamraz, Habibah (Assoc-NY-IP)
Subject: bates numbers


The original production ended with LMC-USI 01587.  However, on May 6,
2003, Blank Rome sent us USI Supp. 0001-0031 (instead of starting with
1588).  We don't have any preference as to where you start the new
numbers for the production.  Thanks.
Bill

# EXHIBIT F

LAW OFFICES OF

CAHN & SAMUELS, LLP

INTELLECTUAL PROPERTY COUNSEL

July 11, 2003

**VIA FACSIMILE**



P A T E N T S
COPYRIGHTS
TRADEMARKS

D. Christopher Ohly, Esq.
BLANK ROME COMISKY & McCAULEY, LLP
The Farragut Building
900 17th Street, N.W., Suite 1000
Washington, D.C. 20006

Re:    Leviton v. Universal Security Instruments et al
       Civil Action No. AMD-01-CV-3855
       <u>Our Ref: 295.0009</u>

Dear Chris:

It is now after the close of business on Friday, July 11, 2003, and we still have not received the documents we identified in our June 23, 2003 for copying. As you are well aware, dispositive motions are due on July 21, 2003. We need the documents to prepare our motions and supporting memoranda. Seeing as the earliest we can now expect the documents is Monday, July 14, 2003, we will have less than one week to review the materials and prepare our papers. We object to the delay in producing these documents and ask that the documents be forwarded to our offices immediately.

In addition, in view of the fact that the catalogues we have repeatedly requested to be produced are not forthcoming, we will be serving you with a motion to compel absent an immediate response indicating that the catalogues will be made available for inspection.

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN†
WILLIAM E. BRADLEY‡

* ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE
† ADMITTED IN DC, FL, OH AND
US PATENT & TRADEMARK OFFICE
‡ ADMITTED IN VA, DC AND
US PATENT & TRADEMARK OFFICE

Very truly yours,

William E. Bradley, Esq.

HEADQUARTERS
BUILDING
2000 P STREET
NORTHWEST
SUITE 200
WASHINGTON, DC
20036-6924

202•331•8777
FAX: 202•331•3838
WWW.PATTMCOPY.COM

cc:  Joseph Lee, Esq.
WEB/std

# EXHIBIT G

LAW OFFICES OF
## CAHN & SAMUELS, LLP
INTELLECTUAL PROPERTY COUNSEL

July 11, 2003

**<u>VIA FACSIMILE</u>**



PATENTS
COPYRIGHTS
TRADEMARKS

D. Christopher Ohly, Esq.
BLANK ROME COMISKY & McCAULEY, LLP
The Farragut Building
900 17th Street, N.W., Suite 1000
Washington, D.C. 20006

Re:    Leviton v. Universal Security Instruments et al
       Civil Action No. AMD-01-CV-3855
       <u>Our Ref: 295.0009</u>

Dear Chris:

On Monday, July 14, 2003 we received one box of documents responsive to the items we requested to be copied. This box represents a fraction of the documents we identified in our June 23, 2003 letter for copying. It is now after the close of business on Tuesday, July 15, 2003, leaving us with four business days in which to complete and file our dispositive motions. The delay in production of documents is inexcusable and will be brought to the attention of Judge Davis if we do not receive assurances that the documents will be produced to us immediately. While we loathe to communicate directly with the Court, we believe the gamesmanship and deliberate delay in production is not only prejudicial to our ability to effectively prepare our motions, but also the exact conduct Judge Davis indicated he would no longer tolerate in this action.

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN†
WILLIAM E. BRADLEY‡

* ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE
† ADMITTED IN DC, FL, OH AND
US PATENT & TRADEMARK OFFICE
‡ ADMITTED IN VA, DC AND
US PATENT & TRADEMARK OFFICE

Very truly yours,

William E. Bradley, Esq.

HEADQUARTERS
BUILDING
2000 P STREET
NORTHWEST
SUITE 200
WASHINGTON, DC
20036-6924

202•331•8777
FAX: 202•331•3838
WWW.PATTMCOPY.COM

cc: Joseph Lee, Esq.
WEB/std