UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEVITON MANUFACTURING CO., INC., | ) | Civil Action No. 01CV3855 AMD |
| Plaintiff, | ) | **PLAINTIFF'S FED. R. CIV. P.** |
| | ) | **26(A)(1) INITIAL DISCLOSURES** |
| v. | ) | |
| UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.* | ) ) | |
| | ) | |
| Defendants. | ) ) | |

Pursuant to the Federal Rules of Civil Procedure Rule 26(a), plaintiff Leviton Manufacturing Co., Inc. ("Leviton"), hereby provides the following information to defendants, USI Electric, Inc. and Universal Security Instruments, Inc. (collectively "USI").

1.   **Rule 26(a)(1)(A) - Individuals likely to have discoverable information that Leviton may use to support its claims or defenses.**

James N. Pearse
Lester Rivera
Dennis Oddson
Steve Campolo
Stephen Sokolow
Leviton Manufacturing Co., Inc.
59-25 Little Neck Parkway
Little Neck, New York 11362
Telephone: (718) 229-4040

Officers, directors, employees, agents, and representatives of USI
7-A Gwynns Mill Court
Owings Mills, Maryland 21117
Telephone: (800) 390-4321

These individuals are likely to have discoverable information that Leviton may use to support its claims or defenses related to, among other things, USI's infringement of United States Patent No. 4,595,894 and USI's trade dress infringement and false designation of origin.

2. **Rule 26(a)(1)(B) - Documents, data compilations, and tangible things that are in the possession, custody, or control of Leviton that it may use to support its claims or defenses.**

The documents Leviton may use to support its claims and/or defenses include:

1. U.S. Patent Number 4,595,894 dated June 17, 1986 (which incorporates by reference U.S. Patent Number 4,518,945) including the Certificates of Correction issued by the United States Patent and Trademark Office dated July 12, 1988 and December 11, 2001;

2. The prior art cited in those patents;

3. Certain of Leviton's sales records;

4. Certain of Leviton's advertising and marketing records;

5. Other documents regarding the ground fault circuit interrupter industry; and

6. A sample of a USI GFCI Model 8155 ground fault circuit interrupter product.

Leviton assumes that USI has copies of the patent and prior art documents of record, which were either served on USI with Leviton's Amended Complaint and other papers, or are readily available via public information sources. Leviton, upon entry of an appropriate Fed. R. Civ. P. 26(c) Protective Order, and subject to proper objections, shall make available to USI's counsel, additional documents, materials and things relevant to the subject matter of this litigation at a mutually agreeable time and place. Leviton shall supplement the foregoing with documents, materials and things during and/or after discovery proceedings in this case.

3. **Rule 26(a)(1)(C) - A computation of any category of damages claimed by Leviton.**

Leviton is unable at this time to provide an assessment of the damages to which it is entitled pursuant to 36 U.S.C. § 284, absent information concerning the extent of infringing sales by USI, but in no event is Leviton entitled to less than a reasonable royalty for the manufacture, use, sale or offer for sale of the patented invention by USI. Leviton requires further discovery from USI and expert analyses before it can reasonably compute its damages.

4. **Rule 26(a)(1)(D) - Any insurance agreement under which any person carrying on an insurance business may be liable for this action.**

Leviton presently knows of no insurance agreements or policies applicable to this dispute.

Dated: July 15, 2002

_____
John Dougherty
Hugh Marbury
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone: (410) 580-3000
Facsimile: (410) 580-3001

Paul J. Sutton
Joseph M. Manak
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 801-2100
Facsimile: (212) 688-2449

Attorneys for Plaintiff Leviton
Manufacturing Co., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of July, 2002, a true and correct copy of the foregoing has been sent via facsimile and U.S. Mail, postage prepaid, to Maurice V. Cahn, Esq. and Frederick N. Samuels, Esq., Cahn & Samuels, LLP, 2000 P Street NW, Suite 200, Washington, DC 20036.

_____
Hugh Marbury