**Appendix B**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

LEVITON MANUFACTURING, INC.
    (Plaintiff)                   *

        vs.                                *        Case No. 01CV3855 AMD

UNIVERSAL SECURITY INSTRUMENTS, INC.
AND USI ELECTRIC, INC.         *
    (Defendants)            *******

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one:**

[ ✓ ] Exhibit __5__, which is an attachment to _Defendants' Motion for Summary Judgment on Count Two (Trade Dress)_

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[ ] _____
                  (title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.


July 21, 2003                                            /s/
*Date*

                                                Maurice U. Cahn      4171
                                                *Printed Name*               *Bar Number*

                                            2000 P Street, NW Suite 200
                                           *Address*

                                           Washington, D.C. 20036
                                           *City/State/Zip*

                                           202 331-8777      202 331-3838
                                           *Phone No.*                  *Fax No.*