**United States Patent** [19] [11] **4,386,338**

**Doyle et al.** [45] **May 31, 1983**

[54] **REMOTE CONTROL SYSTEM**

[75] Inventors: **Richard C. Doyle**, Greenlawn; **Lester Rivera**, Brooklyn, both of N.Y.

[73] Assignee: **Leviton Manufacturing Company, Inc.**, Little Neck, N.Y.

[21] Appl. No.: **207,534**

[22] Filed: **Nov. 17, 1980**

[51] **Int. Cl.**[3] .......... **H04Q 5/04**

[52] **U.S. Cl.** .......... **340/310 A**; 340/310 CP

[58] **Field of Search** .......... 340/310 A, 310 CP

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,590,271 | 6/1971 | Peters | 340/310 A |
| 4,024,528 | 5/1977 | Boggs et al. | 340/310 A |
| 4,215,276 | 7/1980 | Janeway | 340/310 A |

*Primary Examiner*—Glen R. Swann, III
*Attorney, Agent, or Firm*—Paul J. Sutton

[57] **ABSTRACT**

The present invention teaches a remote control system, also capable of designation as a universal switch receptacle system, which is usable in conjunction with remote control devices as well as ground fault circuit interrupting systems. Features include, without limitation, a mounting strap which supports ground terminals while also serving as a magnetic circuitry conduit; a novel flip-flop cam arrangement which enables alternate making and breaking of a circuit; and space-saving means for supporting the cam arrangement about an axis of rotation which coincides with a ground prong insertion axis.

**4 Claims, 14 Drawing Figures**



U.S. Patent May 31, 1983 Sheet 1 of 11 4,386,338

FIG. 1

10
22
30
28
34
30
18
28
20
24
26
12
18
16
20
14
28
34
22



FIG. 2
10
32
34
22
36
210
66
68
212
208
54
14
214
206
46
216
196
198
156
44
132
42
158
50
168
48
78
170
74
222
52
6
76
6
202
224
200
56
70
46
72
40
38
32
190
194
22
34



FIG.3
210
236
4
238
212
66
68
58
60
206
208
150
216
198
196
214
180
134
5
182
5
164
174
176
156
88
220
172
158
166
218
178
86
168
80
78
74
230
218
232
82
76
92
224
222
90
220
170
84
200
202
64
184
186
62
106
98
70
72
188
204
192
234
4

FIG. 4
22
14
16
54
150
152
132
12
46
20
88
86
78
128
74
136
100
102
120
74
130
16
76
116
114
56
96
94
124
112
126
110
22
122
10
46
98
108
118
104
106



FIG. 5

48
20
10
50
12
46
22
132
164
166
14
16
196
214
156
86
88
86
158
216
198

FIG. 6

10
24
48
50
26
12
74
96
218
222
220
170
112
224
116
168
124
120
14
16



FIG.7
10
210
212
236
238
206
208
154
150
132
214
216
196
198
180
182
176
164
134
162
174
158
88
218
220
168
166
156
160
148
144
172
170
178
142
140
138
146
136
120
230
232
226
224
222
124
228
218
220
126
200
202
186
184
186
98
106
192
188
204
234
190
194

U.S. Patent May 31, 1983 Sheet 7 of 11 4,386,338

FIG. 8
10
210
212
236
238
206
208
154
150
132
196
214
216
198
180
176
182
134
174
162
158
88
218
220
168
164
156
166
172
148
160
170
144
178
146
142
138
140
136
120
230
232
226
224
222
124
218
220
126
228
200
202
186
184
186
106
98
188
192
204
234
190
194

U.S. Patent May 31, 1983 Sheet 8 of 11 4,386,338

FIG.9
10
210
212
236
238
206
208
154
150
132
214
196
216
198
180
176
182
134
174
158
162
88
218
220
164
156
166
168
160
148
144
172
170
146
142
140
178
138
136
120
230
232
226
224
222
126
124
218
228
220
200
202
186
184
98
186
106
192
188
204
234
190
194



FIG. 10
10
210
212
236
238
154
150
132
206
208
214
196
180
182
216
198
174
164
134
176
160
156
166
88
218
220
168
172
142
158
162
146
138
170
178
148
144
136
140
120
232
230
226
126
224
222
124
218
220
98
228
200
202
106
186
184
186
188
192
204
234
190
194



FIG. 11
10
210
212
236
238
154
150
132
206
208
214
180
174
216
182
198
196
134
176
160
156
166
158
88
218
220
168
164
172
162
146
142
178
170
138
144
148
140
136
120
230
226
232
224
222
124
218
220
126
228
200
202
186
184
186
106
98
184
188
192
204
234
190
194

FIG. 12

FIG. 13

FIG. 14



## REMOTE CONTROL SYSTEM

### BACKGROUND OF THE INVENTION

The present invention relates to remote control systems and receptacles, and more particularly to a universal switch receptacle system capable of use in conjunction with either remote control systems or ground fault circuit interrupting devices.

### FIELD OF THE INVENTION

The use of electronics to control appliances and lighting in the home and within commercial buildings has been made more accessible by systems such as the control system disclosed in U.S. Pat. No. 4,200,862 entitled "Appliance Control", in the names of Campbell and Thompson. Likewise, U.S. Pat. No. 4,189,713 granted on Feb. 19, 1980 in the name of Duffy discloses remote control systems.

However, until now, systems such as described in these patents and which are now commercially available in the United States require the use of "modules" which receive the plugs of cord sets attached to lighting or appliance devices and which, in turn, contain their own electrical connectors whereby they are plugged into normal receptacles of the duplex or other types.

A need exists for a receptacle capable of being used in conjunction with such systems, which can function as an ordinary receptacle if desired, and which is small and shallow enough in structure to enable its being "piggybacked" with one or more of a variety of electronic modules which serve predetermined and desired functions. These functions might include ground fault circuit breaking functions, or any other functions of a control nature that the user feels is important.

### SUMMARY OF THE INVENTION

Accordingly, the present invention teaches a remote control system which, throughout this specification, is also referred to as a universal switch receptacle system. In order to fit within the confines of the duplex receptacle box without departing from standard configurations and dimensions, the present invention enables the user to accomplish the foregoing with room to spare for associated electronic and logic circuitry.

Another object of the present invention is to provide a receptacle system which is shallow enough in depth and small enough in size, so as to provide switching and circuit breaking functions of a type compatible with either remote control systems or ground fault circuit breaking signals.

The present invention accomplishes these ends and distinguishes from the known prior art by providing a receptacle having a number of novel and interesting features. These include, without limitation, the provision of a mounting strap which not only serves its traditional mounting function, but additionally serves as a portion of the magnetic circuitry associated with the solenoid-type mechanism; and further serves as the support for integral ground terminals adapted to be engaged by the ground prong of a three-wired plug.

Another feature of the present invention resides in a novel cam arrangement which can only be appreciated from the following more detailed description of the drawings and the components of the present invention disclosed therein, but suffice it to say that not only is a flip-flop cam arrangement taught by the present invention, but its placement about a ground receptacle opening is a unique approach to space saving reliability of functioning.

### DESCRIPTION OF PRIOR ART

In the spirit of making known to the U.S. Patent Trademark Office prior art patents other than those already mentioned, but which are really not believed to be relevant as anticipating the present invention, a brief summary of those which are known to the undersigned will be set forth herein.

U.S. Pat. No. 3,569,890 granted on Mar. 9, 1971 discloses a magnetic latching relay arrangement, wherein an annular permanent magnet is utilized.

U.S. Pat. No. 3,584,174, granted on June 8, 1971 discloses a push-button switch arrangement having cam means utilized in conjunction with a light pipe circuit.

U.S. Pat. No. 3,626,337 dated Dec. 7, 1971 discloses an electro-magnetic relay wherein permanent magnet latching is accomplished via a diaphragm as part of the electro-magnetic circuit.

U.S. Pat. No. 3,646,297 granted on Feb. 29, 1972 teaches a push switch arrangement wherein step-by-step advancement of a rotary cam is controlled.

U.S. Pat. No. 3,646,283 granted on Feb. 29, 1972 teaches a multistation switch assembly which controls a number of switch models.

U.S. Pat. No. 3,665,128 granted on Mar. 23, 1972 discloses an electrical switch having a rotary carriage controlable by pushing action.

U.S. Pat. No. 3,666,900 granted on May 30, 1972 discloses a cam structure actuated by a combination of a push-button switch and a joystick.

U.S. Pat. No. 3,676,759 granted on July 11, 1972 teaches a triggered control for photographic apparatus.

U.S. Pat. No. 3,694,603 granted on Sept. 26, 1972 teaches a make and break latching mechanism for remote control of lighting.

U.S. Pat. No. 3,694,779 granted on Sept. 26, 1972 discloses a latching relay assembly wherein a cam roller is utilized.

U.S. Pat. No. 3,717,737 granted on Feb. 22, 1973 teaches an omnidirectional push-button for making and breaking an electrical circuit.

U.S. Pat. No. 3,721,927 granted on Mar. 20, 1973 teaches a bistable electromagnetic relay wherein the state of the relay armatures is altered and controlled.

U.S. Pat. No. 3,727,013 dated Apr. 10, 1973 teaches an interlocked push button switch utilizing actuator indexing means.

U.S. Pat. No. 3,728,651 granted on Apr. 17, 1973 teaches an impulse relay.

U.S. Pat. No. 3,735,068 granted on May 22, 1973 teaches a push button switch.

U.S. Pat. No. 3,740,501 granted on June 19, 1973 discloses a modular contact assembly capable of being stacked to provide programs.

U.S. Pat. No. 3,751,618 granted on Aug. 7, 1973 discloses a push button switch for use with keyboards, wherein a plunger is utilized to enable electrical contact programs.

U.S. Pat. No. 3,805,008 granted on Apr. 16, 1974 discloses a rocker switch actuator wherein highly efficient mechanical force reductions required to actuate the switch are provided.

U.S. Pat. No. 3,827,313 granted on Aug. 6, 1974 discloses a master control switching mechanism.

U.S. Pat. No. 3,852,554 granted in Dec. 3, 1974 discloses a multiposition push button switch cooperative with rotatable gears.

U.S. Pat. No. 3,869,684 granted on Mar. 4, 1975 discloses a latching relay utilizing a magnetic circuitry in conjunction with reed contacts.

U.S. Pat. No. 3,889,088 granted on June 10, 1975 discloses an electrical push button switch actuator.

U.S. Pat. No. 3,896,283 granted on July 22, 1975 teaches a two-stage push button switch and spring arrangement.

U.S. Pat. No. 3,914,723 granted on Oct. 21, 1975 teaches a magnetic latching relay utilizing reversal of current flow.

U.S. Pat. No. 3,932,830 granted on Jan. 13, 1976 teaches a thermal cycle switch for use with domestic cooking ranges.

U.S. Pat. No. 4,090,167 granted on May 16, 1978 teaches a potentiameter and switch assembly utilizing camming surfaces.

These prior art patents, together with all patents cited or referred to therein, are made known by the foregoing recitation. As other relevant prior art becomes know, it will likewise be disclosed to the U.S. Patent and Trademark Office.

## BRIEF DESCRIPTION OF THE DRAWINGS

A better appreciation for the subject invention will be realized from a reading of the following specification in conjunction with the drawings, wherein:

FIG. **1** is a perspective view of the remote control system or receptacle switch system according to the present invention;

FIG. **2** is a top plan view of the system of FIG. **1**, with the cover housing portion removed showing the mounting strap therewithin;

FIG. **3** is an enlarged fragmentary plan view of the system shown in FIGS. **1** and **2**, wherein the mounting strap has been removed to show components lying beneath it;

FIG. **4** is a fragmentary sectional elevational view taken along the line **4—4** of FIG. **3**;

FIG. **5** is a fragmentary sectional elevational view taken along the line **5—5** of FIG. **3**;

FIG. **6** is a fragmentary sectional elevational view taken along the line **6—6** of FIG. **2**;

FIG. **7** is an enlarged plan view of the system of FIG. **1**, showing components of the invention after strap and solenoid components have been removed;

FIG. **8** is a view similar to FIG. **7** showing a next sequential step after coil actuation.

FIG. **9** is a view similar to FIG. **8** showing a next sequential step after coil actuation;

FIG. **10** is a view similar to FIG. **9**, showing the next sequential step after coil actuation;

FIG. **11** is a view similar to FIG. **10** showing the next sequential step after coil deenergization;

FIG. **12** is a perspective-type view of the mounting strap according to the present invention;

FIG. **13** is a perspective-type view of the cam according to the present invention; and

FIG. **14** is an exploded-type view of the actuating components utilized in the system according to the present invention.

## DESCRIPTION OF A PREFERRED EMBODIMENT

Before referring in more detail to the drawings of the present specification, it is important here to emphasize the universality of the switch receptacle system being described here. By that, what is meant is that the basic switching arrangement described below may be utilized not only in conjunction with remote control wireless switching systems, but also in conjunction with circuit breaking mechanisms and systems, such as of the ground fault circuit interrupting type. Furthermore, in the form to be described below, costs and extraneous features aside, the universal switch receptacle system according to the present invention may be used simply as an ordinary household receptacle under circumstances making this desirable.

Referring now in detail to the drawings, reference character **10** shall be used throughout this specification to describe the overall universal switch receptable system of the present invention. FIG. **1**, depicting a perspective view of the present invention, illustrates a preferred embodiment of our invention wherein three distinct housing portions **12**, **14** and **16**, respectively, when assembled, make up the overall system **10** housing.

Installed, the face or cover housing portion **12** will be visible, and includes entry ports **18** for receiving normal or polarized prongs of a male plug normally found at the end of a lamp or appliance cord set (not shown), as well as an opening **20** for receiving the ground prong of a three-wired plug. As shown in FIG. **1**, a duplex-type receptacle is shown wherein a second pair of receptacle ports **18** and a second ground-receiving opening **20** are provided.

A unique mounting strap or yoke **22** is shown in FIG. **1** sandwiched between face or cover housing portion **12** and its adjoining housing portion **14**. While strap or yoke **22** includes external features similar in appearance to conventional mounting straps or yokes normally used in the trade today, a further reading of the specification will enlighten the reader as to its unique configuration and functioning according to the present invention.

Face portion **12** is further formed with a pair of through openings **24** and **26**, which accommodate channel selecting controls that will be described further within this specification. Suffice it to say that the provisions of openings **24** and **26** in the face of portion **12** enables the user of the universal switch receptacle system **10** to gain access to and manipulate the controls being referred to.

Four housing shoulders **28** of face portion **12** nest with and engage housing portion **14** during assembly of the system **10**. The shape of shoulders **28** and their cooperative alignment with corresponding surfaces of housing portion **14** assure proper alignment of the entire assembly and the sub-assemblies and components contained therein. Provision is made for conventional-type fasteners, such as screws (not shown), which are used to join housing portions **12** and **14** together, as well as portions **14** and **16** together.

At the risk of stressing the universality of system **10**, the present invention contemplates housing portion **16** enclosing the electronics circuitry adapting the switch receptacle of this system to the particular purpose and function desired. For example, in the embodiment of the invention that will be described in this specification, electronic components compatible with a remote control system described in U.S. Pat. Nos. 4,200,862

granted on Apr. 29, 1980 and 4,189,713 granted on Feb. 19, 1980 are housed and mounted within the enclosure defined by the inner surfaces of housing portion **14** and the inner confine surfaces of housing portion **16**.

Housing portions **12**, **14** and **16** are preferably injection molded of a plastic material having characteristics of durability and reliability. The outer configurations of these housing portions are such as to provide reliefs or accessways **30** for facilitating the use of tools to install and assemble the components of this system.

FIG. **2** may best be described as being a view of the system **10** from the front after removing the face or cover housing portion **12** from the rest of the assembly. While this view does not reveal some of the more critical components and features of this invention, it does serve to illustrate the position of the mounting strap **22** with respect to its neighboring components. Mounting screws **32** are shown extending through mounting slots **34** of strap **22** to orient the reader insofar as the mounting of the entire assembly **10** within a duplex receptacle box is concerned.

Strap **22** is formed with a pair of end tab portions **36** and **38**, the latter unlike the former including a generally square opening **40** formed therethrough. A second opening **42** is formed through relatively central body portion **44** of strap **22**, each of openings **40** and **42** being defined by surfaces of strap **22** which are adjacent rivet posts **46** integrally formed with the strap. The reader is referred to FIG. **12** which, in a perspective-type view, more clearly illustrates the strap **22** configuration.

Strap **22** is created from blanked steel sheet metal by means of a progressive die stamping and forming procedure, and further includes a pair of relatively upstanding boundary ribs **48** and **50** located on opposite sides of a coil opening **52** formed therethrough.

When assembled and positioned with respect to housing portion **14** and its cover portion **12**, neck portions **54** and **56** of strap **22** fit snugly between opposing surfaces **58** and **60** on one hand and **62** and **64** on the other (see FIG. 3), of generally U-shaped walls **66** and **68** on one hand and **70** and **72** on the other, respectively. These U-shaped walls are more easily seen within the larger view of FIG. **3**, which depicts the universal switch receptacle system with the strap **22** just described removed from the said assembly. At this point it is worth mentioning that rivet posts **46** formed in strap **22** are provided to receive and secure ground contacts (not shown) which electrically communicate with the strap **22** and are held integrated with it when placed. A grounding connection is assured by means of mounting screws **32** which secures strap **22** to a supporting structure which is grounded, and the integral ground contacts located within openings **40** and **42** form a grounding communication between the ground male terminal of a three-wired plug to the grounded strap **22**.

The generally U-shaped cutouts of the material forming strap **22** at either end, so as to define neck portions **54** and **56**, cooperate with the U-shaped walls **66**, **68**, **70** and **72**, thereby restricting the movement of strap **22** within the assembly. A coil or stator **74** is mounted centrally within housing portion **14**, and is located with respect to strap **22** such that the coil or stator **74** and its windings are disposed within the opening **52** bounded on either side by ribs **48** and **50** of the strap. Coil **74** includes a predetermined number of wire windings held upon a spool formed with end flanges **76** and **78**, the latter flange being formed with an integral locating rib **80** extending upwardly as depicted in FIG. **3**. End

flange **76**, on the other hand, is formed with a pair of integral and spaced locating tabs **82** and **84** which extend outwardly from the coil in the direction opposite from that of rib **80**.

Rib **80** is held within a recess defined by a hollow generally cylindrical post **86**, through which an opening **88** communicative with opening **20** in housing portion **12** extends. At this point for the sake of clarity it should be stated that opening **88** accommodates the entry of a grounding prong of a three-wired plug of the type already described in conjunction with housing portion **12** and opening **42** within strap **22**. Opening **42** overlies and is in substantial alignment with opening **88**.

Locating tabs **82** and **84** normally are situated within recesses formed within bosses **90** and **92** which are integrally formed with U-shaped walls **70** and **72** at their upper ends. This three point anchoring and locating of outer portions of coil **74** provide relatively accurate alignment of the coil with respect to the rest of the components to be described herein. It further assures proper registration with the opening **52** in strap **22** as well as the location of coil **74** with respect to upstanding ribs **48** and **50** of the strap.

Coil **74** functions in a manner similar to that of a solenoid stator or coil, and has associated with it a plunger **94** (FIG. **4**) supported for reciprocating movement within a central opening of coil **74**. Plunger **94**, shown more clearly in FIG. **4**, includes a generally cylindrical body **96** from which a hook portion **98** extends outwardly and then at approximately 90 degrees from the body **96**. The spool **100** whose end flanges **76** and **78** have already been described, includes a generally central opening **102** within which body portion **96** of plunger **94** is able to extend and reciprocate, as will be described in more detail below.

An actuating member **104**, sometimes more affectionately known as a "kicker", is located beneath coil **74** and its associated plunger **94**. Actuating member **104** includes a leg **106** formed with a recess **108** into which hook portion **98** of plunger **94** normally extends and is held. Yet another recess to which a reference character has not been assigned captively holds an end **110** of a helical spring **112** whose opposite end **114** overlies a locating protuberance **116** extending integrally from flange **76** of spool **100**. Helical spring **112** functions in compression and, as shown in FIG. **4**, normally biases a leg **106** of actuating member **104** away from coil **74** toward housing wall **118**, which serves as a limiting surface.

Actuating member of kicker **104** further includes a vertically extending leg **120** which extends at approximately 90 degrees from leg **106**, and which rides upon a generally planar surface **122** of housing **14**. Surface **122** is interrupted by a recess **124** into which an alignment boss **126** extends. Alignment boss **126** and the surfaces of the housing **14** which define recess **124** serve a realignment function during reciprocation of actuating member **104**, as will be more clearly understood from a reading of the following portions of this specification.

Viewed in FIG. **4**, it should now be obvious to the reader that reciprocation of plunger **94** as a result of alternate energization and deenergization of coil **74** will result in like reciprocation of actuating member **104**, first toward coil **74** when the coil is actuated, and thereafter away from coil **74** under the biasing forces of spring **112** when the coil is deenergized.

While we are looking at FIG. **4**, the reader will note that an assembly of electronic components are shown

supported by housing portion wall **128** and extending into a chamber designated reference character **130**, which, in turn, is defined by wall **128** and housing portion **16**. No effort will be made within the present specification to either define in detail or by function the various electronic components shown existing within chamber **130**. However, the present invention contemplates an ability to "piggy-back" upon the switch mechanism distinct electronic assemblies having distinct functions, such that their functions can be adapted to and include the features of the switching and circuit breaking characteristics of the universal switch receptacle system **10** being described within this specification.

Before going on to a description of other components of the present invention and system, it is very strongly emphasized here that a novel feature of the present invention includes the use of and provision of the strap and its upstanding ribs **48** and **50** to serve as means by which the magnetic circuit associated with coil **74** and plunger **94** flows and is conducted. In other words, portions of strap **22** in the form of its configuration and disposition with respect to the coil **74** serve as a path and an inducement of the magnetic circuit which enables coil **74** and its plunger **94** to act in a solenoid-like fashion. Strap **22** serves the function of a coil frame and actually includes part of the magnetic circuit upon the firing of coil **74**. This is the same mounting strap **22** which also supported riveted integral ground terminals.

The reader's attention is now turned to a novel cam arrangement which serves as a flip-flop reciprocating rotor. A cam **132** shown in perspective in FIG. **13**, is also shown in plan views within FIGS. **7**, **8**, **9**, **10** and **11**. Cam **132**, as viewed in FIG. **7**, is preferably a single, unitary member which is formed by injection molding and which includes a generally central cylindrical bore or opening **134** whose diameter is very slightly larger than the outer diameter of post **86**. Cam **132** is actually mounted over and encircles post **86** when assembled such that the surfaces defining bore **134** slidably engage the outer surfaces of post **86** with sufficient clearance to avoid undesirable wear. At what is arbitrarily be called a forward end **136**, a pair of ramp surfaces **138** and **140** converge, these ramp surfaces extending away from forward end **136** to pockets **142** and **144** defined by curvilinear surfaces which likewise define opposite shoulders **146** and **148**, respectively.

Cam **132**, at a side or end opposite that of end **136** is formed with an upstanding spring tab **150** which is placed a predetermined distance from an upstanding hub **152** encircling post **86** (see FIG. **4**). Interference between the outer surfaces of spring tab **150** and inner surfaces of housing portion wall **154** result in most stable orientations of cam **142** in the position shown in FIG. **7**, on one hand, and in FIG. **10** on the other, wherein spring tab **150** lies within clearance defined by the housing configuration and its relationship to cam **132**. At this point it should be emphasized that cam **132** is free to rotate between positions shown in FIGS. **7** and **10**, for example, as will become more readily apparent below.

Cam **132** is further formed with a pair of oppositely extending wing members **156** and **158** whose outer cam surfaces **160** and **162** are adapted to bear against and move surfaces **164** and **166**, respectively, of leaf spring contact supporting members **168** and **170**.

Rotary movement of cam **132** is limited by interference between stop surfaces and **172**, **174** and **176**, with upstanding housing wall surfaces **178**, **180** and **182**, respectively. Thus, as shown in FIG. **7**, counter clockwise rotation of cam **132** about post **86** is limited by interference between surfaces **172** and **178** as well as between surfaces **176** and **182**. In the case of clockwise rotation of cam **132**, this directional movement is limited, as can best be seen in FIG. **10**, by interference between surfaces **174** and **180**.

Referring now in a bit more detail to the leaf spring contact supporting members **168** and **170**, FIG. **7** illustrates their being anchored between respective opposing pairs of wall fingers **184** and **186**, between which these members are force-fit and held. Electrical connections are accomplished via conductors **188**, **190**, **192** and **194**. Conductor **190** carries an electrical connection to member **168** and, thus, the movable contact **196** which it suppots. Likewise, conductor **194** carries an electrical connection to member **170** and, in turn, the movable contact **198** which it supports. Contacts in all cases as concerns the present invention are of the silver type, and in the case of movable contacts **196** and **198** are riveted or otherwise fastened to the ends of support members **168** and **170**. Conductor **188** electrically interconnects contact **196** and its support member **168** with electronic components beneath blade-receiving terminal **200**. Likewise, conductor **192** electrically interconnects contact **198** and its support member **170** with electronic components beneath blade-receiving terminal **202**.

Terminals **200** and **202**, together with optional but provided opening **204** accept the blades and grounding prong, respectively, of a male plug which is plugged into the system **10**. Blade-receiving terminals **206** and **208** are, respectively, electrically joined by conductors, such that a second of the duplex receptacles will accommodate entry of the blades of a plug into engagement with terminals **206** and **208**, with a grounding prong being accepted within opening **88**.

In a preferred embodiment of the present invention, fixed contacts **214** and **216** are mounted upon conducting strips **218** and **220**, respectively, such that electrical continuity is provided as between terminal **206**, fixed contact **214**, and terminal **200**.

Still referring to FIG. **7**, it can be seen that electronic channel selector shafts **222** and **224** extend upwardly through cylindrical openings defined by housing walls **226** and **228**, respectively, these shafts extending from connections to the electronic components beneath this mechanical assembly outwardly to the openings **24** and **26** already described for the face housing portion **12**. In this way, the user is able to manipulate these shafts **222** and **224**, such as by means of a screwdriver, and appropriate channel selection is easily accomplished.

Also visible in FIG. **7** are guide walls **230** and **232**, which limit the left-to-right movement of kicker leg **120**. Other walls serve a variety of functions which include spacing, holding, and movement limiting functions with respect to the various components of system **10** being described here. Pads **234**, **236** and **238** serve as support surfaces for the end tab portions **36** and **38** of mounting strap **22**.

In operation, assuming a normal condition wherein fixed contacts **214** and **216** are engaged by their movable respective counterparts, **196** and **198**, thereby providing current flow to a lamp or appliance, for example, actuation of coil **74** in response to a signal generated by the electronic components heretofore described, will result in retraction of the body portion **96** of plunger **94** toward the center of opening **102** within coil **74**. This

retraction occurs against the biasing forces of helical spring **112** with the resulting movement of actuating member **104** and its kicker leg **120** in the same direction as plunger **94** due to the engagement of hook **98** within recess **108** of leg **106**.

Referring to FIG. **8**, this movement of kicker leg **120** is shown from the position depicted in phantom outline in FIG. **8** toward the position shown in solid in FIG. **8** wherein leg **120** engages ramp surface **138** of cam **132**. Yet further movement of kicker leg **120** as a result of the pulling magnetic forces generated by coil **74** result in sliding movement of the end of leg **120** upwardly along ramp surface **138** until the end of leg **120** engages pocket **142** and adjoining shoulder **146**. This next intermediary position is best seen in FIG. **9**, wherein the position just described is shown in full line depiction. Yet further movement of kicker leg **120** under the influence of hook **98** results in clockwise rotation of cam member **120** about post **86** due to the pushing of the end of kicker leg **120** against shoulder **146** until surfaces **174** and **180** interfere with one another and the cam **132** comes to rest in the position shown in FIG. **10**.

In moving from the position shown in FIG. **9** to that of FIG. **10**, the cam surfaces **160** and **162** of cam **132** have engaged and forcibly urged surfaces **164** and **166**, together with their respective contact-carrying members **168** and **170**, outwardly away from the axis of rotation of cam **132** (which is coaxial with the longitudinal axis of post **86**), with the result that movable contacts **196** and **198** have been moved away from their respective contacted fixed contacts **214** and **216** to the position shown in FIG. **10**. This clockwise motion of cam **132** as a result of the actuation of coil **74** has thus resulted in breaking the electrical circuit as between the fixed and movable contacts herein described. It should also be noted that in the rest position shown in FIG. **10**, cam **132** and its wings **156** and **158** maintain disconnection of the electrical connection as between the fixed and movable contacts at all times until the next sequential actuation of coil **74**.

Before turning to the next actuation of coil **74**, it should be emphasized that upon cam **132** assuming the position shown in FIG. **10**, the coil **74** is deenergized, with the result that the compressed helical spring **112** urges actuating member **104** and its kicker leg **120** back to the rest position from which it started its travel. It should also be noted that the location of forward end **136** of cam **132** has shifted across the longitudinal center line of system **10** such that it is off center and exposes ramp **140** to the next actuation of kicker leg **120**. Thus, upon the next sequential actuation of coil **74**, kicker leg **120** comes into contact with ramp **140** in much the same manner as it engaged ramp **138**, and thereafter engages pocket **144** and adjoining shoulder **148** such that cam **132** is urged in a counter clockwise direction to the position originally described for FIG. **7**. Further counter clockwise movement is prevented by means of interference between surfaces **176** and **182**, as well as surfaces **172** and **178**.

With this counter clockwise shifting of cam **132**, interference between surfaces **160** and **162** with their respective surfaces **164** and **166** is eliminated, such that movable contacts **196** and **198** are able to return under the inward biasing influence of spring members **168** and **170** until these contacts come into engagement and electrical communication with their fixed contacts counterparts, contacts **214** and **216**.

The cycles just described may be repeated any number of times as a result of signals generated either remotely or via other means.

The embodiment of the present invention herein described and disclosed is presented merely as an example of the invention. Other embodiments, forms and structures coming within the scope of the present invention will readily suggest themselves to those skilled in the art, and shall be deemed to come within the scope of the appended claims.

What is claimed is:

**1.** Switching apparatus for selectively completing or interrupting an electrical connection between input and output conductors, or the like, comprising, in combination: a housing; a magnetizable armature disposed within a portion of said housing and being movable between first and second positions; electromagnet coil means disposed within said housing for moving said armature when energized from the first position to the second position; an input contact electrically connected to said input conductor; an output contact electrically connected to said output conductor; strap means for mounting the switching apparatus upon a selected surface, said strap means including portions thereof which define a path of the magnetic field generated by said coil means to influence the position of said armature, and movable cam means responsive to movement of said armature for influencing a separation of said input and output contacts, thereby interrupting electrical connection between them.

**2.** Apparatus according to claim **1**, further including movable actuating means having portions thereof in contact with said armature means for influencing the position of said cam means.

**3.** Apparatus according to claim **2**, wherein said cam means includes portions thereof disposed in the path of said actuating means.

**4.** Apparatus according to claim **1**, wherein said cam means is supported for rotary movement about an axis which substantially coincides with an axis of entry of an electrical connector to be joined with the switching apparatus.

* * * * *