Page 1

1            In The United States District Court
2              For The District of Maryland
3       ------------------------------------x
4       Leviton Manufacturing, Inc.          :
                                             :
5                    Plaintiff               : NO. 01CV3855 AMD
                                             :
6                       v                    :
                                             :
7       Universal Security                   :
        Instruments, Inc. and USI            :
8       Electric, Inc.                       :
9       ------------------------------------x
10      DEPOSITION OF:
11                   Jerome Massie,
12      a witness, called by counsel pursuant to notice,
13      commencing at 10:00 a.m, which was taken at 2000 P
14      Street, NW, Washington DC.
15
16
17
18
19
20
21

Ovenite Court Reporting Service          310-593-0671          Washington D.C. metro area
Washington, D.C. Metro Area                                    EMAIL SEARCHABLE TRANSCRIPT

3b97bac0-a8b7-11d7-ac75-0030843153ba

Case 1:01-cv-03855-AMD   Document 76-8   Filed 07/21/2003   Page 2 of 2

Jerome Massie                              June 26, 2003                    Leviton Manufacturings vs. USI

Page 118

1  that that is, it's the amendment that was sent in
2  just before that, which I think is reasonable. That
3  is PTO 37-B. That is the cover letter. Doesn't
4  reflect anything else. Doesn't reflect any of the
5  other items regarding notice of allowance. Which I
6  thought was interesting. It does have the accurate
7  date.
8       What the patent person here chose to do is
9  include three documents in one instead of like this
10 does, do the transaction for each one of those
11 documents. That happens. They have so many
12 applications to process in a period of time. There
13 is very often a mismatch between the table of
14 contents file history and PALM record.
15      From my personal experience, the PALM
16 record does consistently a better job of getting the
17 papers in that are, particularly the papers that are
18 separate papers. Here we see, both these examples
19 that you give us, they were both included in the
20 notice of allowance.
21      More interesting about it is, both

Page 119

1  applications were processed by the same examiner,
2  which means there were also processed by the same
3  clerk in the particular area of the Patent Office.
4  That person obviously chose to take the shortcuts,
5  that individual. That may not be a good indicator
6  of other individuals ability to enter data. I just
7  wanted to explain that.
8       Q. What is required to get domestic priority
9  under 35 U.S.C. Section 120?
10      A. There should be a claim for priority, some
11 indication in the record. You can do it any number
12 of ways. Rules on how to do that and have changed.
13 They have got significantly easier as time has come
14 on.
15      When I fist began as an examiner in 1972
16 it was very strident. It had to be mentioned in the
17 oath of declaration. It had to be included, had a
18 separate letter, under separate cover. It could be
19 included anytime in the prosecution. If it came
20 late in the prosecution after finality of the last
21 office action, the Patent Office may refuse entry of

Page 120

1  it.
2       That whole system changed substantially
3  over the period of 30 years. Where now you just
4  have to have it in your Declaration. You don't have
5  to have it there. Have it on your application data
6  sheet and use the proper Declaration form. You have
7  also satisfied the requirement. It's changed
8  considerably over the years.
9       I do not recall the exact requirements at
10 the time of the '894 Patent.
11      Q. In your opinion does the '894 Patent claim
12 priority to the '338 Patent?
13      A. Yes. Looking at the Massie Exhibit 1,
14 which is the U.S. Patent for 4595'894, that patent
15 on its cover page does have a field 63 entitled,
16 related U.S. application data, which relates to
17 application that preceded this application, which
18 they claim continuity under 35 U.S.C. 120.
19      Q. United States Patent 4386338 is not listed
20 there; is that correct?
21      A. That is correct.

Page 121

1       Q. Priority to United States Patent 438338 is
2  not being claimed; is that correct?
3       A. Not on the face of this patent it doesn't
4  appear to be.
5       Q. If United States Patent 4386338 issued
6  more than one year before the filing date of the
7  '894 Patent, would it be available as prior art?
8       A. Could you repeat that.
9          (Record read).
10      THE WITNESS: Only if it did not have the
11 same inventors continuing with the '894 Patent and
12 had no line of continuity or copendency during that
13 period at least on the face of it. Again, without
14 the file record we can't tell what transpired. If
15 there was ever a claim. We have no idea.
16      I went to the record we have each, which
17 is a microfiche copy. Of course, what's interesting
18 about that is, none of the continuity data shows up
19 on the front of the patent.
20      BY MR. BRADLEY:
21      Q. From the microfiche copy on page 2 it has

31 (Pages 118 to 121)

Ovenite Court Reporting Service          310-593-0671              Washington D.C. metro area
Washington, D.C. Metro Area                                         EMAIL SEARCHABLE TRANSCRIPT

3b97bac0-a8b7-11d7-ac75-0030843153ba