Appendix B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

LEVITON MANUFACTURING, INC.
    (Plaintiff)           *

       vs.          *      **Case No.** 01CV3855 AMD

UNIVERSAL SECURITY INSTRUMENTS, INC.
AND USI ELECTRIC, INC.    *
    (Defendants)      *******

### NOTICE OF FILING OF DOCUMENT UNDER SEAL

*Check one:*

[ X ]  Exhibit   L  , which is an attachment to Defendants' Motion for Summary Judgment on Invalidity of U.S. Patent 4,595,894 for Double Patenting

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[   ] _____
                (title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

   I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.


   July 21,2003
_____                /s/
*Date*                        _____

                   Maurice U. Cahn   4171
                   *Printed Name*       *Bar Number*

                   2000 P Street, NW Suite 200
                   *Address*

                   Washington, D.C. 20036
                   *City/State/Zip*

                   202 331-8777   202 331-3838
                   *Phone No.*          *Fax No.*