| CLAIM 1 of '894 PATENT | '894 SPECIFICIATION | '945 SPECIFICATION |
|---|---|---|
| 1. Switching apparatus for selectively interrupting an electrical connection between input and output conductors, or the like, comprising, in combination | Col. 2, ln 38-41: Referring to FIGS. 1-10, a circuit interrupting or switching system or apparatus 310 is shown as being made up of and consisting of a number of sub-assemblies and component parts. | Col. 3, ln 67 – Col. 4, ln 7: Before referring in more detail to the drawings of the present specification, it is important here to emphasize the universality of the switch receptacle system being described here. By that, what is meant is that the basic switching arrangement described below may be utilized not only in conjunction with remote control wireless switching systems but also in conjunction with circuit breaking mechanisms and systems, such as of the ground fault circuit interrupting type. |
| a housing; | Col. 2. ln 44-45: A housing 312 holds the system in the form of a duplex receptacle, | Col. 4, ln 17-20: [I]llustrates a preferred embodiment of our invention wherein three distinct housing portions 12, 14 and 16, respectively, when assembled, make up the overall system 10 housing. |
| magnetizable plunger means disposed within a portion of said housing for movement between first and second positions; | Col. 3, ln 21-24: This magnetic field influences the position of an armature or plunger 348, which responds to the energizing of coil assembly 346 by being drawn toward the center of the coil assembly in the manner of plunger 94. | Col. 6, ln 20-27: Coil 74 functions in a manner similar to that of a solenoid stator or coil, and has associated with it a plunger 94 (FIG. 4) supported for reciprocating movement within a central opening of coil 74. Plunger 94, shown more clearly in FIG. 4, includes a generally cylindrical body 96 from which a hook portion 98 extends outwardly and then at approximately 90 degrees from the body 96. |
| electromagnet coil means disposed within said housing for moving said plunger means when energized from the first position to the second position; | Col. 3, ln 17-24: Coil assembly 346 includes a plurality of conductor windings which generate and induce an electromagnetic field, the path of which extends through strap 326, as in the case of strap 22. This magnetic field influences the position of an armature | Col. 6, ln 20-27: Coil 74 functions in a manner similar to that of a solenoid stator or coil, and has associated with it a plunger 94 (FIG. 4) supported for reciprocating movement within a central opening of coil 74.

Col. 6, ln 56-63: Viewed in FIG. 4, it should now be obvious to the reader that reciprocation of plunger 94 as a result of alternate energization and deenergizationof coil 74 will result in |

| | | | |
|---|---|---|---|
| | | or plunger 348, which responds to the energizing of coil assembly 346 by being drawn toward the center of the coil assembly in the manner of plunger 94.<br><br>Col. 5. ln 50-54: The energization of coil 346 results in the generation of a magnetic field therearound with the aid of mounting strap 326, with the further result that plunger 348 is forcibly drawn toward coil 346. | like reciprocation of actuatin member 104, first toward coil 74 when the coil is actuated, and therafter away from coil 74 under the biasing forces of spring 1112 when the coil is deenergized. |
| an input contact electrically connected to said input conductor; | | Fixed contact. | Fixed contact. |
| an output contact electrically connected to said output conductor, | | Movable contact. | Movable contact. |
| strap means for mounting the switching apparatus upon a selected surface, | | Col. 2, ln 67-Col. 3, ln 3: [I]t serves to illustrate the position of mounting strap 326 with respect to its neighboring components. Mount slots 328 are formed through remote ends of the strap to accommodate mounting screws (not shown). | Col. 5, ln 10-17: While this view does not reveal some of the more critical components and features of this invention, it does serve to illustrate the position of the mounting strap 22 with respect to its neighboring components. Mounting screws 32 are shown extending through muting slots 34 of strap 22 to orient the reader insofar as the mounting of the entire assembly 10 within a duplex receptacle box is concerned. |
| said strap means including portions | | Col. 3, ln 17-24: Coil assembly 346 includes a plurality of conductor | Col. 7, ln 10-23: Before going on to a description of other components of the present invention and system, it is very |

| | | |
|---|---|---|
| thereof which define a path of the magnetic field generated by said coil means to influence the position of said plunger means, | windings which generate and induce an electromagnetic field, the path of which extends through strap 326, as in the case of strap 22. This magnetic field influences the position of an armature or plunger 348, which responds to the energizing of coil assembly 346 by being drawn toward the center of the coil assembly in the manner of plunger 94. | strongly emphasized here that a novel feature of the present invention includes the use of and provision of the strap and its upstanding ribs 48 and 50 to serve as means by which the magnetic circuit associated with coil 74 and plunger 94 flows and is conducted. In other words, portions of strap 22 in the form of its configuration and disposition with respect to the coil 74 serve as a path and an inducement of the magnetic circuit which enables coil 74 and its plunger 94 to act in a solenoid-like fashion. Strap 22 serves the function of a coil frame and actually includes part of the magnetic circuit upon the firing of coil 74. |
| and movable means responsive to movement of said plunger means for influencing a separation of said input and output contacts, thereby interrupting electrical connection between them, | Col. 5, ln 58-2: Upon energization of coil 346 and the forcible movement of plunger 348 toward the coil and against the compressive forces of banger return spring 370, [**moveable means responsive to movement of said plunger means**] the banger is thus to likewise move, with the result that rear banger dogs 362 "bang" or hit against latching member portions 470, dislodging latching fingers 430 from engagement with the undersides of ends 460 of the moveable contacts as a result of rearward pivotal movement of the latching members, [**influencing a separation of said input and output contacts**] | Col. 8, ln 62 – Col. 9, ln 35: [A]ctuation of coil 74 in response to a signal generated by the electronic componets heretofore described, will result in retraction of the body portion 96 of plunger 94 toward the center of opening 102 within coil 74. This retraction occurs against the biasing forces of helical spring 112 [**moveable means responsive to movement of said plunger means**] with the resulting movement of actuating member 104 and its kicker leg 120 in the same direction as plunger 94 due to the engagement of hook 98 within recess 108 of leg 106.<br><br>Referring to FIG. 8, this movement of kicker leg 120 is shown having moved from the position depicted in phantom outline within FIG. 8 in the direction of the arrow shown in that view toward the position shown in FIG. 8 wherein leg 120 engages ramp surface 138 of cam 132.<br><br>. . . . with the result that movable contacts 196 and 198 have been moved |

| | | with the further result that the movable contact arms 462 swing downwardly under spring pressure such that the movable and fixed contacts are separated, **[thereby interrupting electrical connection between them]** thereby "breaking" or interrupting the normally closed operating circuit. | away from their respective contacted fixed contacts 214 and 216 to the position shown in FIG. 10. **[influencing a separation of said input and output contacts]** This clockwise motion of cam 132 as a result of the actuation of coil 74 has thus resulted in **[thereby interrupting electrical connection between them]** breaking the electrical circuit as between the fixed and movable contacts herein described. |
|---|---|---|---|
| said movable means including first and second movable members, movement of said second member being caused by movement of said first member. | | Col. 5, ln 58-2: Upon energization of coil 346 and the forcible movement of plunger 348 toward the coil and against the compressive forces of banger return spring 370, **[moveable means including]** the banger is thus to likewise move **[first moveable member]**, with the result that rear banger dogs 362 "bang" or hit against latching member portions 470, dislodging latching fingers 430 from engagement with the undersides of ends 460 of the moveable contacts as a result of rearward pivotal movement of the latching members **[second moveable member, movement of said second member being caused by movement of said first moveable member]**, with the further result that the movable contact arms 462 swing | Col. 8, ln 62 – Col. 9, ln 35: [A]ctuation of coil 74 in response to a signal generated by the electronic componets heretofore described, will result in retraction of the body portion 96 of plunger 94 toward the center of opening 102 within coil 74. This retraction occurs against the biasing forces of helical spring 112 with the resulting movement of **[moveable means including]** actuating member 104 and its kicker leg 120 **[first moveable member]** in the same direction as plunger 94 due to the engagement of hook 98 within recess 108 of leg 106.<br><br>Referring to FIG. 8, this movement of kicker leg 120 is shown having moved from the position depicted in phantom outline within FIG. 8 in the direction of the arrow shown in that view toward the position shown in FIG. 8 wherein leg 120 engages ramp surface 138 of cam 132. **[second moveable member, movement of said second member being caused by movement of said first moveable member]**<br><br>Yet further movement of kicker leg 120 as a result of the pulling magnetic forces generated by coil 74 result in sliding movement of the end of leg 120 |

| | | downwardly under spring pressure<br><br>such that the movable and fixed contacts are separated, thereby "breaking" or interrupting the normally closed operating circuit. | engages pocket 142 and adjoining shoulder 146. This next intermediary position is best seen in FIG. 9, wherein the position just described is shown in full line depiction. Yet further movement of kicker leg 120 under the influence of hook 98 results in clockwise rotation of cam member 120 about post 86 due to the pushing of the end of kicker leg 120 against should 146 until surfaces 174 and 180 interfere with one another and the cam 132 comes to rest in the postion shown in FIG. 10.<br><br>In moving from the postion shown in FIG. 9 to that of FIG. 10, the cam surfaces 160 and 162 of cam 132 have engaged and forcibly urged surfaces 164 and 166, together with their respective contact-carrying members 168 and 170, outwardly away from the axis of rotation of cam 132 (which is coaxial with the longitudinal axis of post 86), with the result that movable contacts 196 and 198 have been moved away from their respective contacted fixed contacts 214 and 216 to the position shown in FIG. 10. This clockwise motion of cam 132 as a result of the actuation of coil 74 has thus resulted in breaking the electrical circuit as between the fixed and movable contacts herein described. |