# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 4,595,894

DATED : June 17, 1986

INVENTOR(S) : Richard C. Doyle, et al

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 7, line 3, Claim 2, after "and" should read —second positions; electromagnet coil means disposed within—.

Signed and Sealed this

Twelfth Day of July, 1988

Attest:

DONALD J. QUIGG

Attesting Officer                     Commissioner of Patents and Trademarks