# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

Page 1 of 1

PATENT NO.   : 4,595,894
DATED        : June 17, 1986
INVENTOR(S)  : Richard C. Doyle, et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>Column 6, claim 1,</u>
Line 53, after "and" should read -- second positions; electromagnet coil means disposed within --.

This Certificate supersedes Certificate of Correction issued July 12, 1988.

Signed and Sealed this

Eleventh Day of December, 2001

*Attest:*

*Nicholas P. Godici*

*Attesting Officer*

NICHOLAS P. GODICI
*Acting Director of the United States Patent and Trademark Office*