

# UNITED STATES PATENT AND TRADEMARK OFFICE
## PATENT APPLICATION INFORMATION RETRIEVAL

| Search results for application number: 06/431,982 | | | |
|---|---|---|---|
| Filing or 371(c) Date: | 09-30-1982 | Class / Sub-Class: | 340/999.999 |
| Issue Date of Patent: | 05-21-1985 | Location: | FILE REPOSITORY (FRANCONIA) |
| Examiner Name: | SWANN III, GLEN R | Status: | Patented Case |
| Group Art Unit: | 2608 | Attorney Docket Number: | - |
| Earliest Publication No: | - | Patent Number: | 4,518,945 |
| Earliest Publication Date: | - | Customer Number: | - |
| Confirmation Number: | 3808 | | |

*Maintenance Fees Available: Mon-Fri 5:30 AM to Midnight, Sat-Sun-Hol. 7:30 AM to 8:00 PM E.T.*

| File Contents History | | |
|---|---|---|
| Number | Date | Contents Description |
| 31 | 02-07-2002 | File Marked Lost |
| 30 | 09-22-2001 | Set Application Status |
| 29 | 06-27-2001 | Case Found |
| 28 | 06-27-2001 | Termination of Official Search |
| 27 | 06-15-2001 | Official Search Conducted |
| 26 | 06-15-2001 | Case Reported Lost |
| 25 | 03-06-1985 | Mailroom Date of Issue Fee Payment |
| 24 | 01-09-1985 | Mail Notice of Allowance |
| 23 | 01-09-1985 | Notice of Allowance Data Verification Completed |
| 22 | 01-09-1985 | Mail Examiner's Amendment |
| 21 | 01-09-1985 | Examiner's Amendment Communication |
| 20 | 01-09-1985 | Notice of Allowability |
| 19 | 12-21-1984 | Amendment after Final Rejection |
| 18 | 09-19-1984 | Mail Final Rejection (PTOL - 326) |
| 17 | 09-17-1984 | Final Rejection |
| 16 | 07-06-1984 | Response after Non-Final Action |
| 15 | 07-06-1984 | Supplemental Response |
| 14 | 06-18-1984 | Mail Miscellaneous Communication to Applicant (Count Credited) |
| 13 | 06-18-1984 | Miscellaneous Action with SSP |
| 12 | 05-21-1984 | Response after Non-Final Action |
| 11 | 05-21-1984 | Request for Extension of Time - Granted |
| 10 | 04-18-1984 | Case Docketed to Examiner in GAU |



EXHIBIT 6

6-26-03

| | | |
|---|---|---|
| 9 | 01-18-1984 | Mail Non-Final Rejection |
| 8 | 01-12-1984 | Non-Final Rejection |
| 7 | 11-15-1983 | Terminal Disclaimer Filed |
| 6 | 11-15-1983 | Preliminary Amendment |
| 5 | 11-10-1983 | Examiner Interview Summary Record (PTOL - 413) |
| 4 | 10-18-1983 | Mail Miscellaneous Communication to Applicant (Count Credited) |
| 3 | 11-09-1983 | Miscellaneous Action with SSP |
| 2 | 10-07-1983 | Preliminary Amendment |
| 1 | 03-31-1983 | Case Docketed to Examiner in GAU |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER |
NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

http://pair.uspto.gov/cgi-bin/final/pairsearch.pl?applicationnumber=06431982&searchtype=applica...    6/26/2003