| TRANSMITTAL LETTER | Docket No. |
| --- | --- |
| (General – Patent Issued) | 0267-1-0159CIP |

Patentee(s): Richard C. Doyle, et al.

| U.S. Patent No. | Issue Date |
| --- | --- |
| 4,595,894 | June 17, 1986 |

Title: GROUND FAULT CIRCUIT INTERRUPTING SYSTEM

### TO THE ASSISTANT COMMISSIONER FOR PATENTS:

Transmitted herewith is:

Certificate of Correction

- ☐ No additional fee is required.
- ☐ A check in the amount of      is attached.
- ☒ The Assistant Commissioner is hereby authorized to charge and credit Deposit Account No.    12-1185 as described below. A duplicate copy of this sheet is enclosed.
  - ☐ Charge the amount of
  - ☒ Credit any overpayment.
  - ☒ Charge any additional fee required.

_____
Signature

Dated: July 17, 2001

I certify that this document and fee is being deposited on      with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

*Signature of Person Mailing Correspondence*

*Typed or Printed Name of Person Mailing Correspondence*

cc:

P17A/REV02

| TRANSMITTAL LETTER | Docket No. |
| :---: | :---: |
| (General - Patent Issued) | 0267-1-0159CIP |

Patentee(s):  Richard C. Doyle, et al.

| U.S. Patent No. | Issue Date |
| :---: | :---: |
| 4,595,894 | June 17, 1986 |

Title:  GROUND FAULT CIRCUIT INTERRUPTING SYSTEM

### TO THE ASSISTANT COMMISSIONER FOR PATENTS:

Transmitted herewith is:

**Certificate of Correction**

☐ No additional fee is required.
☐ A check in the amount of _____ is attached.
☒ The Assistant Commissioner is hereby authorized to charge and credit Deposit Account No.   12-1185
   as described below. A duplicate copy of this sheet is enclosed.
   ☐ Charge the amount of
   ☒ Credit any overpayment.
   ☒ Charge any additional fee required.

_____         Dated:   July 17, 2001
Signature

I certify that this document and fee is being deposited on _____ with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

*Signature of Person Mailing Correspondence*

cc:

*Typed or Printed Name of Person Mailing Correspondence*

P17A/REV02

PTO/SB/44 (02-01)
Approved for use through 01/31/2004. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION
## TO
## JULY 12, 1988 CERTIFICATE OF CORRECTION

PATENT NO    : 4,595,894
DATED        : June 17, 1986
INVENTOR(S)  : Richard C. Doyle, et al.

It is certified that error appears in the July 12, 1988 Certificate of Correction in the above-identified patent, and that said Certificate and said Letters Patent is hereby corrected as shown below:

Column 6, line 53, Claim 1, line 5, after "and" should read –second positions; electromagnet coil means disposed within--.

MAILING ADDRESS OF SENDER:
Paul J. Sutton, Reg.No. 24,201
Greenberg Traurig, LLP
885 Third Ave, New York, NY 10022

PATENT NO.   4,595,894

No. of additional copies

⇒5

Burden Hour Statement: This form is estimated to take 1.0 hour to complete. Time will vary depending upon the needs of the individual case. Any comment on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Mailed: July 18, 2001
Docket No.: 0267-001-0159CIP
Due Date:

By Hand Delivery

The official dating stamp of the USPTO hereon is acknowledgment of the receipt of CERTIFICATE OF CORRECTION

Applicant: Richard C. Doyle, et al.
Patent No.: 4,595,894
Title: GROUND FAULT CIRCUIT INTERRUPTING SYSTEM         Issued: June 17, 1986

Including: Certificate of Correction, Transmittal Letter in duplicate authorizing use of Deposit Account and return postal card.



MC LEAN JUL 19'01 VA

U.S. POSTAGE 00.01 H METER 539585

CERTIFICATE OF CORRECTION JUL 19 2001

Paul J. Sutton, Esq.
Greenberg Traurig, LLP
885 Third Avenue -- 21st Floor
New York, NY 10022

USA 20