# GREENBERG TRAURIG
ATTORNEYS AT LAW

## Transmittal Cover Sheet

| | | | |
|---|---|---|---|
| **TO** | Ms. Cecilia Newman | **Company** | USPTO |
| **Fax Number** | 703.308.6672 | **Phone Number** | 703.305.8228 |
| **FROM** | Paul J. Sutton | | |
| **File Number** | 41912.010200 | U.S. Patent No. 4,595,894 | |

**Comments**

Dear Ms. Newman: Per your telephone request, I'm pleased to enclose a duplicate copy of:

1. July 17, 2001 transmittal letter (in duplicate for deposit account)
2. Certificate of Correction to July 12, 1988 Certificate of Correction
3. Front and back of our post card, stamped July 19, 2001 by PTO
4. Mr. McQuade's July 25, 2001 letter identifying the pending litigation, to support our request for expedited action.

This will also confirm the destruction (due to fire/water) and unavailability of our only copy of the file history.

Many thanks for your consideration.

**Date** October 18, 2001

**Time**

**No. Pages** Including this cover sheet   7

Please notify us immediately if not received properly at 212-848-1000.

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for your postage. Thank you.

885 Third Avenue, New York, New York 10022   (212) 801-2100 Fax (212) 688-2449