**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LEVITON MANUFACTURING CO., INC.,                    :

                 Plaintiff,                    :

     v.                    :          Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,          :
INC., *et al.,*

                            :

             Defendants.                    :

                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**<u>INTERIM SEALING MOTION</u>**

Pursuant to Local Rule 105.11 and the Stipulated Protective Order entered by the Court

in this Case, the Plaintiff, Leviton Manufacturing Company, Inc. ("Leviton"), files this Interim

Sealing Motion to accompany its submission of  confidential material attached to its Motion for

Summary Judgment that Defendants' Products Infringe the Asserted Claims of the '894 Patent

("Motion") and states as follows:

     1.     In support of its Motion, Leviton has referenced to and attached copies of certain

documents and transcripts designated as "CONFIDENTIAL – OUTSIDE COUNSEL EYES

ONLY" pursuant to the Stipulated Protective Order.

     2.     Pursuant to the Stipulated Protective Order, Leviton has placed a copy of the

confidential documents in an envelope affixed with the sealing language set forth in the

Stipulated Order.

3.    Leviton believes that there are no alternatives to sealing its filing that would permit the Court's prompt review of the confidential materials and at the same time maintain the documents' purported protected status.

WHEREFORE, Leviton requests that this Court grant its Interim Sealing Motion,  and place Under Seal the copies of the confidential documents attached as Exhibits to Leviton's Opposition to Defendants' Motion for Summary Judgment on Invalidity for Double Patenting Seal.

Respectfully submitted,


_____
                /s/
D. Christopher Ohly, Fed. Bar No. 01725
BLANK ROME LLP
250 West Pratt Street, Suite 1100
Baltimore, Maryland 21201
Telephone: (410) 659-1400
Facsimile: (410) 659-1414

Paul J. Sutton
Barry G. Magidoff
Joseph G. Lee
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York  10022
Telephone: (212) 801-2100
Facsimile: (212) 688-2449

*Counsel for the Plaintiff,*
*Leviton Manufacturing Co., Inc.*

2

117728.00601/35585050v1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LEVITON MANUFACTURING CO., INC.,    :

       Plaintiff,          :

     v.               :       Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,   :
INC., *et al.,*

                     :

       Defendants.

                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## ORDER

Upon consideration of the Interim Sealing Motion filed by the Plaintiff, Leviton

Manufacturing Company, Inc., it is this ____ day of _____, 2003, hereby

ORDERED that Exhibits ___ and ___, attached to Leviton Manufacturing Co., Inc.'s

Motion for Summary Judgment that Defendants' Products Infringe the Asserted Claims of the

'894 Patent be SEALED pursuant to Local Rule 105.11 and the Stipulated Protective Order

previously entered in this case, until further Order of the Court.

                          _____

                          Judge, United States District Court
                            for the District of Maryland