UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| LEVITON MANUFACTURING CO., INC., | : | |
| Plaintiff, | : | Civil Action No. 01 CV 3855 AMD |
| v. | : | |
| UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLAINTIFF LEVITON MANUFACTURING CO. INC.'S
MOTION FOR SUMMARY JUDGMENT THAT DEFENDANTS'
<u>PRODUCTS INFRINGE THE ASSERTED CLAIMS OF THE '894 PATENT</u>**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Fed. R. Civ. P., the Plaintiff, Leviton Manufacturing Co., Inc. ("Leviton"), respectfully submits this Motion for Summary Judgment of Infringement. This motion seeks entry of a judgment that the Defendants, Universal Security Instruments, Inc. and USI Electric, Inc. (collectively, "Defendants") infringe the asserted claims of the patent in suit, United States Patent No. 4,595,894 "Ground Fault Circuit Interrupting System" (the "'894 Patent"). In support of this motion, Leviton submits the Declaration of technical expert Steve Campolo dated July 18, 2003. Since there are no genuine issues of material fact concerning Defendants' infringement, Leviton is entitled to judgment as a matter of law. The grounds supporting this Motion are set forth in the accompanying memorandum and exhibits thereto.

A proposed ORDER, consistent with the relief requested, is attached.

        Respectfully submitted,

        _____/s/_____
        D. Christopher Ohly, Esq.
        BLANK ROME LLP
        250 West Pratt Street
        Suite 2110
        Baltimore, MD 21201
        Telephone:  (410) 659-1400
        Facsimile:  (401) 659-1414

        Paul J. Sutton
        Joseph M. Manak
        Barry G. Magidoff
        Joseph G. Lee
        GREENBERG TRAURIG, LLP
        885 Third Avenue
        New York, New York 10022
        Telephone:  (212) 801-2100
        Facsimile:  (212) 688-2449

        Attorneys for Plaintiff,
        Leviton Manufacturing Co., Inc.

Dated: July 21, 2003

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

```
------------------------------------X
LEVITON MANUFACTURING CO., INC.,    :

            Plaintiff,              :
                                         Civil Action No. 01 CV 3855 AMD
      v.                            :

UNIVERSAL SECURITY INSTRUMENTS,     :
INC., et al.,
                                    :
            Defendants.
                                    :
------------------------------------X
```

## ORDER

Upon consideration of the Plaintiff Leviton Manufacturing Co. Inc.'s Motion for Summary Judgment that Defendants' Products Infringe the Asserted Claims of the '894 Patent and Supporting Memorandum, filed by the Plaintiffs, and the oppositions thereto, it is, this ____ day of _____, 2003, hereby

ORDERED that the Plaintiff Leviton Manufacturing Co. Inc.'s Motion for Summary Judgment that Defendants' Products Infringe the Asserted Claims of the '894 Patent be, and hereby is, GRANTED; and it is further

ORDERED that the Motion for Summary Judgment filed by the Defendants, Universal Security Instruments and USI Electric, Inc. is hereby DENIED.

_____
Judge, United States District Court

Case 1:01-cv-03855-AMD   Document 80   Filed 07/21/2003   Page 4 of 4

4