Hearing                                                    Page 1
July 29, 2002


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

                                    )
LEVITON MANUFACTURING CO., INC.     )
                                    )
        Plaintiff                   )
                                    )
   v.                               )   Civil Docket No. AMD-01-3855
                                    )
UNIVERSAL SECURITY INSTRUMENTS,     )
INC., et al.                        )
                                    )
        Defendants                  )
                                    )

                                        Baltimore, Maryland
                                        July 29, 2002
                                        9:25 AM to 10:01 AM


The above-entitled matter came on for a hearing before
The Honorable Andre M. Davis


**A P P E A R A N C E S**

On Behalf of the Plaintiff:
John C. Dougherty, Esquire
Paul J. Sutton, Esquire
Joseph M. Manak, Esquire
William G. Todd, Esquire

On Behalf of the Defendants:
Maurice U. Cahn, Esquire
Frederick N. Samuels, Esquire
William E. Bradley, Esquire


Sharon Cook, Official Court Reporter, U.S. District Court

1   THE COURT: Let's hold all -- it seems to me to make
2   the most sense to hold all of that until the dispositive
3   motions stage. And in keeping with what I said a moment ago,
4   let's wait for discovery to see what crystallizes, because it
5   may be some inequitable conduct relating to the prosecution of
6   the patent. Obviously, that may well be in the case. I
7   understand you are saying they have not even alleged enough
8   facts to support that defense.
9   MR. MANAK: Yes. Well, there was no prosecution of
10  this application, as we point out in our opposition papers. It
11  was a first-action allowance.
12  THE COURT: That's right. Okay.
13  MR. MANAK: Which should have been apparent to the
14  other side when they brought this motion, this frivolous
15  motion.
16  THE COURT: All right.
17  MR. DOUGHERTY: Your Honor, looking forward on
18  discovery, --
19  THE COURT: I think the defendants have a lot of
20  explaining to do. I'll leave it at that.
21  MR. MANAK: Okay.
22  MR. DOUGHERTY: Looking forward to the discovery on
23  the matter, we appreciate getting the case to the merits of
24  their infringement. How do you suggest that we proceed if the
25  first notice of deposition we get is for Mr. Sutton?

```
 1            THE COURT:  It is not going to be for Mr. Sutton.
 2   Again, there shall be no discovery taken from the law firm or
 3   from Mr. Sutton.
 4            MR. DOUGHERTY:  Very good.
 5            THE COURT:  Was that clear?
 6            MR. DOUGHERTY:  It's clear to me, Your Honor.  Thank
 7   you.
 8            THE COURT:  I hope it's clear now.
 9            Okay.  Anything else?
10            MR. MANAK:  No thank you, Your Honor.  We're done.
11            THE COURT:  Thank you all.  It's always a pleasure.
12            The Court will enter a brief order.
13            We are in recess.
14            (The proceeding was then concluded.)
15
16
17
18
19
20
21
22
23
24
25
```