L. Goffrey

1

```
 1              UNITED STATES DISTRICT COURT
 2                  DISTRICT OF MARYLAND
 3    -------------------------------x
 4    LEVITON MANUFACTURING           :
 5    CO., INC.,                      :
 6              Plaintiff             :
 7          v.                        :    Case No.
 8    UNIVERSAL SECURITY              :    01CV3855 AMD
 9    INSTRUMENTS, INC., et al.,      :
10              Defendants            :
11    -------------------------------x
12
13           Videotaped Deposition of
14         LAWRENCE G. GOFFNEY, JR.
15              Washington, D.C.
16          Tuesday, June 3, 2003
17                10:17 a.m.
18
19
20
21
22
23
24
25
```

L. Goffrey

18

1    A    No, because I'm not skilled in the art.  I
2  don't expect to say that.  I expect to say that, you
3  know, that hypothetical person has certain experience
4  in the field.  I know this often comes up, whether or
5  not a person who examines in that area at the Patent
6  and Trademark Office is one of ordinary skill in the
7  art.  I know for a fact that's not the case, not
8  because that person doesn't know it, he may well know
9  it, he may know as much as persons who are of ordinary
10 skill in the art, although usually that's not the
11 case, either.
12         I mean, what examiners know is what
13 examiners know, which is very important, you know,
14 very important for what they do, which is to pass on
15 patent applications so that they may issue the
16 patents.  And persons of ordinary skill in the art may
17 not know how that's done.  But generally, just as a
18 matter of administrative nicety or form, a patent
19 examiner is not one of ordinary skill in the art.  He
20 just doesn't qualify as one of ordinary skill in the
21 art, because he has a different job, and it's within
22 the administrative definition of what examiners do.
23         So other than that, I can't tell you who's
24 of ordinary skill in the art or not in circuit
25 interrupters, because I'm not one skilled in the art,

L. Goffrey

19

```
 1   I'm not one of extraordinary skill in the art, clearly
 2   that's not the case, and I don't consider myself one
 3   of ordinary skill in the art, either.
 4       Q    Does the patent law presume that examiners
 5   when they examine patent applications are presumed to
 6   have done their job correctly?
 7       A    Does the patent law -- that's, again, a
 8   matter of law.  You know, I've heard and I perhaps
 9   could tell you experiences outside of my role as an
10   expert here, but I choose not to do that, experiences
11   that I've had and understand about the law.  But I can
12   say it is my general understanding that there is a
13   presumption of validity on a patent, and it's a
14   presumption and it is that, it is not a conclusion.
15   It's not even a rebuttal.
16       Q    Tell us what the presumption of validity of
17   a patent is all about.
18       A    That's the law, and I don't expect to say
19   that.  I can say from the Patent Office that we
20   know -- we want to do a good and thorough job, because
21   we recognize that that administrative process brings
22   into being a patent that can only be challenged to a
23   limited extent, that is, either by the burden of proof
24   or the like.  That's all I can say about my role as
25   the administrative process -- with regard to the
```