```
00001
 1         UNITED STATES DISTRICT COURT
 2            DISTRICT OF MARYLAND
 3 -------------------------------x
 4 LEVITON MANUFACTURING       :
 5 CO., INC.,                  :
 6         Plaintiff           :
 7     v.                      :  Case No.
 8 UNIVERSAL SECURITY          :  01CV3855 AMD
 9 INSTRUMENTS, INC., et al.,  :
10         Defendants          :
11 -------------------------------x
12
13         Videotape Deposition of
14           PHILIP G. HAMPTON, II
15            Washington, D.C.
16           Friday, May 23, 2003
17              10:13 a.m.
18
19
20
21
22 Job No: 1-17088
23 Pages 1 - 127
24 Reported by:  Jacquelyn C. Scott, R.P.R.
25
```

00118
1  BY MR. MANAK:
2  Q  Do you have any industry experience in
3  ground fault circuit interrupters?
4  A  I was a chemical engineer.
5  Q  The answer to that question is?
6  A  No.
7  Q  Ever work in the field of electronic
8  appliances?
9  A  No, I have not.
10 Q  Do you have any experience in the marketing
11 of ground fault circuit interrupters?
12 A  No, I do not.
13 Q  Do you have any experience in the
14 advertising of ground fault circuit interrupters?
15 A  No, I do not.
16 Q  Do you have any experience in the
17 advertising of electrical wall receptacles?
18 A  No, I do not.
19 Q  Do you have any experience in the marketing
20 of electrical wall receptacles?
21 A  No, I do not.
22 Q  Do you have any experience in the
23 manufacturing of ground fault circuit interrupters?
24 A  No, I do not.
25 Q  Do you have any experience in the

00119
1  manufacturing of electrical wall receptacles?
2     A   No, I do not.
3     Q   Do you have any experience in the design of
4  ground fault circuit interrupters?
5     A   No, I do not.
6     Q   Do you have any experience in the design of
7  electrical wall receptacles?
8     A   No, I do not.
9     Q   Did you ever work for a company that made,
10 used, or sold ground fault circuit interrupters?
11    A   Possibly.
12    Q   What makes you say that?
13    A   When I was working in the plant at Polaroid,
14 it might have been possible that they had ground
15 circuit, ground fault circuit, GFCIs, but I'm not
16 sure.
17    Q   Okay.  When did you work for Polaroid?
18    A   1977.
19    Q   During what period of time?
20    A   From about February to September.
21    Q   Roughly seven, eight months?
22    A   Yes.
23    Q   The year 1977?
24    A   Yes.
25    Q   Do you recall being involved at that time in