IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF MARYLAND

| | | |
|---|---|---|
| LEVITON MANUFACTURING CO., INC., | : | |
| Plaintiff, | : | Civil Action No. 01 CV 3855 AMD |
| v. | : | |
| UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X | | |

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibit H, which is an attachment to Plaintiff Leviton Manufacturing Co, Inc.'s Motion for Summary Judgment that Defendants' Products Infringe the Asserted Claims of the '894 Patent exists only in paper format and if scanned will be larger that 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of filing this Notice, I will file and serve paper copies of the document identified above.

Respectfully submitted,

_____/s/_____
D. Christopher Ohly, Esq.
BLANK ROME COMISKY & McCAULEY, LLP
250 West Pratt Street
Suite 110
Baltimore, MD 21201
Telephone: (410) 659-1400
Facsimile: (401) 659-1414

        Paul J. Sutton
        Joseph M. Manak
        Barry G. Magidoff
        Joseph G. Lee
        GREENBERG TRAURIG, LLP
        885 Third Avenue
        new York, new York 10022
        Telephone: (212) 801-2100
        Facsimile: (212) 688-2449

        Attorneys for Plaintiff,
        Leviton Manufacturing Co., Inc.

Dated: July 21, 2003