## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

LEVITON MANUFACTURING CO., INC.,

    Plaintiff,

v.

: Civil Action No. 01 CV 3855 AMD

UNNERSAL SECURITY
INSTRUMENTS, INC., et al,

    Defendants.

### DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES 1-16

Defendants Universal Security Instruments, Inc. and USI Electric, Inc. hereby respond to Plaintiff Leviton Manufacturing Company, Inc.'s First Set of Interrogatories as follows:

### GENERAL OBJECTIONS:

1. Defendants object to the "Definition" of the term "Leviton Patent" to the extent it is defined to require incorporation of U.S. Patent No. 4,595,894 and the inclusion of a Certificate of Correction issued on July 12, 1988 and a subsequent Certificate of Correction issued on December 11, 2001.

2. Defendants object to each interrogatory to the extent that it seeks information protected by the attorney-client privilege and/or attorney work-product doctrine.

3. Defendants object to each interrogatory to the extent that it seeks information pertaining to actions of the Defendants prior to December 11, 2001.

### RESPONSES

1

### INTERROGATORY NO.1

Identify by model number or other unique designation for each model of ground fault circuit interrupter ("GFCI") manufactured, used, offered for sale or sold by the defendants in the United States, and for each identified model, including, but not limited to, USI Model Nos. 8155 and 8205, identify the manufacturer thereof, state the unit and dollar sales thereof and the profit earned therefrom, by year, to date, resulting from the sales thereof.

### OBJECTIONS:

Defendants object to this interrogatory as unduly broad and overly burdensome, and calling for information not reasonably calculated to lead to admissible evidence. This interrogatory has no temporal limitation and thereby requests information regarding Defendants products which cannot be the subject of an award of damages, cannot expose Defendants to liability, or otherwise be relevant to the issues raised in this action. This interrogatory also requests information regarding all GFCIs manufactured, used, offered for sale or sold by Defendants whether or not the GFCI has any relevance or relation to any issue raised in this action.

### RESPONSE:

Subject to, and without waiving the foregoing objections, pursuant to Fed. R. Civ. Pro. 33(d), Defendants will produce relevant, responsive, and non-privileged business documents.

### INTERROGATORY NO.2

Separately for each ground fault circuit interrupter identified in response to Interrogatory No.1, including but not limited to USI Model Nos. 8155 and 8205, identify at least three persons, at least one of whom resides in the United States, with knowledge of the design and development thereof, the construction and operation thereof, the sales and marketing thereof, and the advertising and promotion thereof.

2