## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

------------------------------------- X
LEVITON MANUFACTURING CO., INC., :

       Plaintiff, :

  v. :     Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS, :
INC., *et al.*,
      :
       Defendants.
      :
------------------------------------- X

### NOTICE OF FILING OF DOCUMENT UNDER SEAL

    Certain exhibits of Plaintiff's Motion for Summary Judgment that Defendants' Products Infringe the Asserted Claims of the '894 Patent, will be filed with the Clerk's Office in paper format so that it may be placed under seal.

    I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

July 21, 2003

                                                 /s/
                                        D. Christopher Ohly
                                        Federal Bar No. 01725
                                        BLANK ROME LLP
                                        Watergate
                                        600 New Hampshire Avenue
                                        Washington, DC 20037
                                        (202) 944-3000

2

        Paul J. Sutton
        Joseph M. Manak
        Barry G. Magidoff
        Joseph G. Lee
        GREENBERG TRAURIG, LLP
        885 Third Avenue
        New York, New York 10022
        Telephone: (212) 848-1000
        Facsimile: (212) 688-2449

        Attorneys for Plaintiff,
        *Leviton Manufacturing Co., Inc.*