IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LEVITON MANUFACTURING CO., INC.,                :

        Plaintiff,                              :

     v.                                          :      Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,                 :
INC., *et al.,*

                                                :

        Defendants.

                                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**INTERIM SEALING MOTION**

      Pursuant to Local Rule 105.11 and the Stipulated Protective Order entered by the Court in this Case, the Plaintiff, Leviton Manufacturing Company, Inc. ("Leviton"), files this Interim Sealing Motion to accompany its submission of confidential material attached to its Motion for Summary Judgment of Validity and Enforceability for the '894 Patent ("Motion") and states as follows:

      1.    In support of its Motion, Leviton has referenced to copies of certain documents and transcripts designated as "CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" pursuant to the Stipulated Protective Order.

      2.    Pursuant to the Stipulated Protective Order, Leviton has placed a copy of the confidential documents in an envelope affixed with the sealing language set forth in the Stipulated Order.

3.     Leviton believes that there are no alternatives to sealing its filing that would permit the Court's prompt review of the confidential materials and at the same time maintain the documents' purported protected status.

WHEREFORE, Leviton requests that this Court grant its Interim Sealing Motion, and place Under Seal the copies of the confidential documents attached as Exhibits to Leviton's Motion for Summary Judgment of Validity and Enforceability for the '894 Patent.

Respectfully submitted,

/s/
D. Christopher Ohly, Fed. Bar No. 01725
BLANK ROME LLP
Watergate
600 New Hampshire Avenue
Washington, DC 20037
Telephone: (202) 944-3000


Paul J. Sutton
Barry G. Magidoff
Joseph G. Lee
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York  10022
Telephone: (212) 801-2100
Facsimile: (212) 688-2449

*Counsel for the Plaintiff,*
*Leviton Manufacturing Co., Inc.*

117728.00601/35585060v1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LEVITON MANUFACTURING CO., INC.,     :

       Plaintiff,     :

    v.     :     Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,     :
INC., *et al.,*

       :

       Defendants.

       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**<u>ORDER</u>**

Upon consideration of the Interim Sealing Motion filed by the Plaintiff, Leviton Manufacturing Company, Inc., it is this ____ day of _____, 2003, hereby

ORDERED that Exhibits H, I, N and O, attached to Leviton Manufacturing Co., Inc.'s Motion for Summary Judgment of Validity and Encorceability for the '894 Patent, shall be SEALED pursuant to Local Rule 105.11 and the Stipulated Protective Order previously entered in this case, until further Order of the Court.

                                                _____
                                                Judge, United States District Court
                                                   for the District of Maryland