UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

---------------------------------------X
LEVITON MANUFACTURING CO., INC.,        :

        Plaintiff,                      :
                                          Civil Action No. 01 CV 3855 AMD
   v.                                    :

UNIVERSAL SECURITY INSTRUMENTS,         :
INC., *et al.*,
                                        :
        Defendants.
                                        :
---------------------------------------X


**PLAINTIFF LEVITON MANUFACTURING CO. INC.'S
MOTION FOR SUMMARY JUDGMENT OF VALIDITY AND ENFORCEABILITY
FOR THE '894 PATENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Fed. R. Civ. P., the Plaintiff, Leviton Manufacturing Co., Inc. ("Leviton"), respectfully submits this Motion for Summary Judgment for the Validity and Enforceability of United States Patent No. 4,595,894 (the "894 Patent"). This motion seeks a finding that the '894 Patent is valid and enforceable. In support of this motion, Leviton submits Expert Reports and Declarations of Messrs. Jerome W. Massie and Steve Campolo. There being no genuine issue of material fact present in this regard, Leviton is entitled to summary judgment as a matter of law that the claims of the '894 Patent are valid and enforceable. The grounds supporting this Motion are set forth in the accompanying memorandum and exhibits thereto.

A proposed ORDER, consistent with the relief requested, is attached.

117728.00601/35585059v1

2

Respectfully submitted,

_____/s/_____
D. Christopher Ohly, Esq.
BLANK ROME LLP
250 West Pratt Street
Suite 2110
Baltimore, MD 21201
Telephone: (410) 659-1400
Facsimile: (401) 659-1414

Paul J. Sutton
Joseph M. Manak
Barry G. Magidoff
Joseph G. Lee
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 801-2100
Facsimile: (212) 688-2449

Attorneys for Plaintiff,
Leviton Manufacturing Co., Inc.

Dated: July 21, 2003

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

------------------------------------X
LEVITON MANUFACTURING CO., INC.,   :

        Plaintiff,   :

                              Civil Action No. 01 CV 3855 AMD

   v.   :

UNIVERSAL SECURITY INSTRUMENTS,   :
INC., *et al.*,
     :
        Defendants.
     :
------------------------------------X

## **ORDER**

Upon consideration of the Plaintiff Leviton Manufacturing Co. Inc.'s Motion for Summary Judgment of Validity and Enforceability for the '894 Patent, filed by the Plaintiff, and the oppositions thereto, it is, this ____ day of _____, 2003, hereby

ORDERED that the Plaintiff Leviton Manufacturing Co. Inc.'s Motion for Summary Judgment of Validity and Enforceability for the '894 Patent be, and hereby is, GRANTED; and it is further

ORDERED that the Motion for Summary Judgment filed by the Defendants, Universal Security Instruments and USI Electric, Inc. is hereby DENIED.

_____
Judge, United States District Court

3

117728.00601/35585059v1