

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us

PATENT APPLICATION INFORMATION RETRIEVAL





*Other Links*

| Search results for patent number: 4,595,894 ||||
|---|---|---|---|
| Application Number: | 06/716,991 | Class / Sub-Class: | 335/018.000 |
| Application Filing Date: | 04-01-1985 | Location: | - |
| Issue Date of Patent: | 06-17-1986 | Status: | Patented Case |
| Examiner Name: | DONOVAN, LINCOLN D | Group Art Unit: | 2106 |
| Earliest Publication No: | - | Attorney Docket Number: | 0267-0010159 |
| Earliest Publication Date: | - | Customer Number: | - |
| Confirmation Number: | 6383 | | |

[Continuity Data]   [Web Patent Database]

[Retrieve Maint.Fees to Pay]   [View Maint. Payment Windows]   Payment Window: 4   [View Maint. Statement]

*Maintenance Fees Available: Mon-Fri 5:30 AM to Midnight, Sat-Sun-Hol. 7:30 AM to 8:00 PM EST*

| File Contents History |||
|---|---|---|
| Number | Date | Contents Description |
| 40 | 09-20-2001 | Set Application Status |
| 39 | 12-01-2000 | Termination of Official Search |
| 38 | 08-17-2000 | Official Search Conducted |
| 37 | 08-17-2000 | Termination of Official Search |
| 36 | 07-18-2000 | Official Search Conducted |
| 35 | 04-12-2000 | Termination of Official Search |
| 34 | 03-15-2000 | Official Search Conducted |
| 33 | 02-22-2000 | File Marked Lost |
| 32 | 01-10-2000 | Termination of Official Search |
| 31 | 12-09-1999 | Official Search Conducted |
| 30 | 12-08-1999 | Termination of Official Search |
| 29 | 11-09-1999 | Official Search Conducted |
| 28 | 11-05-1999 | Case Reported Lost |
| 27 | 10-25-1999 | Case Reported Lost |
| 26 | 09-09-1999 | Termination of Official Search |
| 25 | 08-09-1999 | Official Search Conducted |
| 24 | 07-30-1999 | Case Reported Lost |
| 23 | 04-09-1998 | Termination of Official Search |
| 22 | 03-12-1998 | Official Search Conducted |
| 21 | 02-26-1998 | Case Reported Lost |
| 20 | 07-11-1995 | Official Search Conducted |

| 19 | 06-28-1995 | Case Reported Lost |
|----|------------|--------------------|
| 18 | 06-10-1993 | Termination of Official Search |
| 17 | 05-14-1993 | Official Search Conducted |
| 16 | 05-04-1993 | Case Reported Lost |
| 15 | 05-17-1989 | Termination of Official Search |
| 14 | 04-19-1989 | Official Search Conducted |
| 13 | 04-11-1989 | Case Reported Lost |
| 12 | 06-01-1988 | Post Issue Communication - Certificate of Correction |
| 11 | 06-18-1986 | Recordation of Patent Grant Mailed |
| 10 | 03-06-1986 | Mailroom Date of Issue Fee Payment |
| 9  | 12-10-1985 | Mail Notice of Allowance |
| 8  | 12-10-1985 | Notice of Allowance Data Verification Completed |
| 7  | 12-09-1985 | Notice of Allowability |
| 6  | 11-07-1985 | Case Docketed to Examiner in GAU |
| 5  | 04-02-1985 | Miscellaneous Incoming Letter |
| 4  | 04-01-1985 | Miscellaneous Incoming Letter |
| 3  | 04-02-1985 | Grant Request for Regular License |
| 2  | 04-01-1985 | Request or Renewed Request for Regular License |
| 1  | 06-21-1985 | Case Docketed to Examiner in GAU |