UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

LEVITON MANUFACTURING CO., INC.,

    Plaintiff,

: Civil Action No. 01 CV 3855 AMD

v.

UNNERSAL SECURITY
INSTRUMENTS, INC., et al,

    Defendants.

**DEFENDANTS' THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES 1-16**

Pursuant to Fed. R. Civ. Pro. 33, Defendants Universal Security Instruments, Inc. and USI Electric, Inc. hereby serve their second supplemental response to Interrogatory No. 8 of Plaintiff Leviton Manufacturing Company, Inc.'s First Set of Interrogatories (1-16). The General Objections previously served in response to these interrogatories are hereby incorporated by reference. The previous claim charts submitted in response to Interrogatory No. 8 are omitted in the interest of saving space.

**SPECIFIC SUPPLEMENTAL RESPONSES**

INTERROGATORY NO.8
    If the defendants contend that any claim of the Leviton Patent is obvious over the prior art, identify all documents or other evidence upon which defendants base their contention, setting forth for each limitation of each claim the identity of the relevant document and page number(s), or other evidence where each limitation of each claim allegedly is found in any combination of prior art references in question, and identify where a motivation to combine such references can be found, by using the claims chart, as depicted below.

| '894 CLAIMS | Halbeck 4,002,951 |
|---|---|
| 1. Switching apparatus for selectively interrupting an electrical connection between input and output conductors, or the like, comprising, in combination: | See each of the prior art claim charts. |
| a housing; | See each of the prior art claim charts. |
| magnetizable plunger means disposed within a portion of said housing for movement between first and second positions; | See each of the prior art claim charts. |
| electromagnet coil means disposed within said housing for moving said plunger means when energized from the first position to the second position; | See each of the prior art claim charts. |
| an input contact electrically connected to said input conductor; | See each of the prior art claim charts. |
| an output contact electrically connected to said output conductor; | See each of the prior art claim charts. |
| strap means for mounting the switching apparatus upon a selected surface, | See each of the prior art claim charts. |
| said strap means including portions thereof which define a path of the magnetic field generated by said coil means to influence the position of said plunger means, | "The supporting framework can serve as part of the magnetic circuit for operating the solenoid and is preferably of a good magnetic material such as mild steel." Col. 5, ln 8-11. This is a GFCI patent using a solenoid trip which teaches the advantage of using metal in construction to serve as part of the magnetic circuit and thus provides the motivation to combine the references. |
| and movable means responsive to movement of said plunger means for influencing a separation of said input and output contacts, thereby interrupting electrical connection between them | See each of the prior art claim charts. |
| Said movable means including first and second movable members, movement of said second member being caused by movement of said first member. | See each of the prior art claim charts. |
| 2. Switching apparatus according to claim 1, wherein said first member is movable with and operatively connected to said plunger | See each of the prior art claim charts. |

2

| | |
|---|---|
| means. | |
| 3. Switching apparatus according to claim 1, wherein said plunger means comprises a plunger member formed with a relatively elongated portion which extends into portions of said electromagnetic coil means. | See each of the prior art claim charts. |
| 4. Switching apparatus according to claim 1, further including spring means for returning said plunger means to said first position after energization of said coil means. | Spring means is spring 116. "As illustrated in FIG. 8, upon deenergization of the coil of the solenoid, armature 114 swings back to the left under the bias of spring 116 until stud 124 reaches stop 126." Col.5, ln 52-55. This is a GFCI patent using a solenoid trip which teaches the feature and provides the motivation to combine the references and shows that the use of a spring is an obvious design choice known in the art at the time the invention was made. |

| '894 CLAIMS | Doyle 3,813,579 |
|---|---|
| 1. Switching apparatus for selectively interrupting an electrical connection between input and output conductors, or the like, comprising, in combination: | Col. 1 lines 15-19<br>Col. 2 lines 26-34 |
| a housing; | Housing 44 Col 4, 53-56 |
| magnetizable plunger means disposed within a portion of said housing for movement between first and second positions; | Plunger 89 Col 4, line 68-Col5 line 6 |
| electromagnet coil means disposed within said housing for moving said plunger means when energized from the first position to the second position; | Solenoid 86  Col. 6 line 4 - 14 |
| an input contact electrically connected to said input conductor; | Conductor L . Col 3 line 30 and contact 17 Col. 5 line 21-26 |
| an output contact electrically connected to said output conductor; | Conductor N . Col 3 line 30 and contact 17 Col. 5 line 21-26 |
| strap means for mounting the switching apparatus upon a selected surface, | mounting plate 47 (Col. 4 lines 47-50) and supporting framework 81,82, 83, 84, (Col 5, line 66-Col 6, 10) |
| said strap means including portions | Supporting framework...can |

3

| | |
|---|---|
| thereof which define a path of the magnetic field generated by said coil means to influence the position of said plunger means, | serve as part of the magnetic circuit for operating the solenoid plunger" (Col. 6 lines 10-14) |
| and movable means responsive to movement of said plunger means for influencing a separation of said input and output contacts, thereby interrupting electrical connection between them | Connecting pin 94 (Col 6 Line 20-21) |
| Said movable means including first and second movable members, movement of said second member being caused by movement of said first member. | Connecting pin 94 (col. 6, ln 20-21) is the first movable member. Latch member 93 (Col 6 line 16-17) (Col 7 line 11-14) is the second movable member. |
| 2. Switching apparatus according to claim 1, wherein said first member is movable with and operatively connected to said plunger means. | Plunger member 89 (Col 6 line 8-10) has Connecting pin 94 (Col 6 Line 20-21) operatively connected. |
| 3. Switching apparatus according to claim 1, wherein said plunger means comprises a plunger member formed with a relatively elongated portion which extends into portions of said electromagnetic coil means. | Plunger member 89 Col 6, line 8-10 li See Figure 6) |
| 4. Switching apparatus according to claim 1, further including spring means for returning said plunger means to said first position after energization of said coil means. | Latch Spring 96 serves to urges latch 93 forward (Col 6 lines 20-23) |

| '894 CLAIMS | Doyle 3,864,649 |
|---|---|
| 1. Switching apparatus for selectively interrupting an electrical connection between input and output conductors, or the like, comprising, in combination: | Col. 1 lines 15-19 Col. 2 lines 26-34 |
| a housing; | Housing 44 Col 3, 39-41 |
| magnetizable plunger means disposed within a portion of said housing for movement between first and second positions; | Plunger 89 Col 4, line 68-Col5 line 6 |
| electromagnet coil means disposed within said housing for moving said plunger means when energized from the first position to the second position; | Solenoid 86 Col. 4 line 64 - Col 5 line 2 |
| an input contact electrically connected to said input conductor; | Ungrounded Line Conductor L . Col 2 line 18 and contact 17 Col. 2 line 26-32 |

| | |
|---|---|
| an output contact electrically connected to said output conductor; | Grounded Line Conductor N . Col 2 line 19 and contact 17 Col. 2 line 26-32 |
| strap means for mounting the switching apparatus upon a selected surface, | mounting plate 47 (Col. 3 lines 47-50) and supporting framework (Col 4 line 58-Col 5 line 2) |
| said strap means including portions thereof which define a path of the magnetic field generated by said coil means to influence the position of said plunger means, | although the "Supporting framework" is described as the solenoid supporting box at Col 4 lines 59-64) it "can serve as part of the magnetic circuit for operating the solenoid plunger" (Col. 5 lines 2-6) |
| and movable means responsive to movement of said plunger means for influencing a separation of said input and output contacts, thereby interrupting electrical connection between them | Connecting pin 94 (Col 5 Line 12-13) |
| Said movable means including first and second movable members, movement of said second member being caused by movement of said first member. | Connecting pin 94 (Col 5 Line 12-13) is the first movable member. Latch member 93 (Col 5 line 8-12) (Col 6 line 12-15) is the second movable member. |
| 2. Switching apparatus according to claim 1, wherein said first member is movable with and operatively connected to said plunger means. | Connecting pin 94 (Col 5 Line 12-13) is operatively connected to and moves with the plunger 89. |
| 3. Switching apparatus according to claim 1, wherein said plunger means comprises a plunger member formed with a relatively elongated portion which extends into portions of said electromagnetic coil means. | Plunger 89 Col 4, line 68-Col5 line 6 See Figure 6) |
| 4. Switching apparatus according to claim 1, further including spring means for returning said plunger means to said first position after energization of said coil means. | Latch Spring 96 urges latch 93 forward (see Col 5 lines 13-15) and in reset mode described at Col 6 lines 40-50. |
| '894 CLAIMS | Draper 4,263,637 |
| 1. Switching apparatus for selectively interrupting an electrical connection between input and output conductors, or the like, comprising, in combination: | Col. 1 lines 8-18 |
| a housing; | Receptacle case 2   Col 2, 43-48 |
| magnetizable plunger means disposed | Large portion of plunger as |

| | |
|---|---|
| within a portion of said housing for movement between first and second positions; | depicted in Figure 7 |
| electromagnet coil means disposed within said housing for moving said plunger means when energized from the first position to the second position; | Trip coil 51  Col. 4 line 8, Col. 8 line 15-18 |
| an input contact electrically connected to said input conductor; | Conductor L and Line side terminal 35a, and contacts 102 and 103 Col 3 line 42-45, Col. 4 line 2-8 and Col 6 lines 44-51 |
| an output contact electrically connected to said output conductor; | Conductor N. and Line side terminal 35b, and contacts 104 Col 3 line 42-45, Col. 4 line 2-8 and Col.6 lines 44-51 |
| strap means for mounting the switching apparatus upon a selected surface, | mounting strap or yoke 4 (Col. 2 lines 40-42) and (Col 11, line 10-14) |
| said strap means including portions thereof which define a path of the magnetic field generated by said coil means to influence the position of said plunger means, | Inherent as property of metal and/or obvious in view of Doyle, Klein and/or Halbeck US 4,002,951 (col. 5, ln 8-11 ("The supporting framework can serve as part of the magnetic circuit for operating the solenoid and is preferably of a good magnetic material such as mild steel.")). |
| and movable means responsive to movement of said plunger means for influencing a separation of said input and output contacts, thereby interrupting electrical connection between them | Plunger type armature (ref#33) of the Plunger assembly depicted in Figure 7 |
| Said movable means including first and second movable members, movement of said second member being caused by movement of said second movable member. | Plunger type armature 133 (Col 8, line 15- 25) is the first movable member and Latch 127 (Col 8 line 15-25) is the second movable member |
| 2.Switching apparatus according to claim 1, wherein said first member is movable with and operatively connected to said plunger means. | Plunger type armature 133 connected to the larger plunger cylinder depicted in Figure 7 |
| 3. Switching apparatus according to claim 1, wherein said plunger means comprises a plunger member formed with a relatively elongated portion which extends into | Figure 7 depicts portion of plunger disposed in solenoid 51 |

6

| | |
|---|---|
| portions of said electromagnetic coil means. | |
| 4. Switching apparatus according to claim 1, further including spring means for returning said plunger means to said first position after energization of said coil means. | Spring means is spring 116 from Halbeck. "As illustrated in FIG. 8, upon deenergization of the coil of the solenoid, armature 114 swings back to the left under the bias of spring 116 until stud 124 reaches stop 126." Halbeck, Col.5, ln 52-55.<br>This is a GFCI patent using a solenoid trip which teaches the feature and provides the motivation to combine the references and shows that the use of a spring is an obvious design choice known in the art at the time the invention was made. |

**OBJECTIONS:**

Defendants object to this interrogatory as premature in that the scope and meaning of the language of the claims has not been established. Defendants also object to this interrogatory as premature in that one or more experts may be required in providing the requested information.

**SUPPLEMENTAL RESPONSE:**

Subject to, and without waiving the foregoing objections, Defendants submit the claim chart filled in above. Defendants reserve the right to supplement their identification of prior art references after the claims have been construed as a matter of law by the Court.

**SECOND SUPPLEMENTAL RESPONSE:**

Subject to, and without waiving the foregoing objections, Defendants submit the additional claim charts filled in above. Defendants reserve the right to

supplement their identification of prior art references after the claims have been construed as a matter of law by the Court.

## Verification of Answers

I declare under penalty of perjury that that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and correct.

Executed on this ____ day of _____ 2003.


_____
Harvey Grossblatt, President



Submitted by and Objections by Counsel for Defendants

_____
Maurice U. Cahn, Esq.
Frederick N. Samuels, Esq.
William E. Bradley, Esq.
CAHN & SAMUELS, LLP
2000 P Street, NW
Suite 200
Washington, D.C.  20036
(202) 331-8777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of:

**DEFENDANTS' THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES 1-16**

was served on Plaintiff's attorney by facsimile and first class mail, postage prepaid, this 31th day of January 2003 to the following address:

D. Christopher Ohly, Esq.
BLANK ROME COMISKY & McCAULEY, LLP
250 West Pratt Street
Suite 1100
Baltimore, MD 21201
FAX (410) 986-2707

By: _____
William E. Bradley