## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

---------------------------------- X
LEVITON MANUFACTURING CO., INC.,      :

      Plaintiff,            :

                                                       Civil Action No. 01 CV 3855 AMD

   v.                             :

UNIVERSAL SECURITY INSTRUMENTS,        :
INC., *et al.*,
                                                       :

      Defendants.
                                                       :
---------------------------------- X

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

Certain exhibits of Plaintiff's Motion for Summary Judgment of Validity and Enforceability for the '894 Patent, will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

July 21, 2003                                                                   /s/
                                                                       D. Christopher Ohly
                                                                       Federal Bar No. 01725
                                                                       BLANK ROME LLP
                                                                       Watergate
                                                                       600 New Hampshire Avenue
                                                                       Washington, DC 20037
                                                                       (202) 944-3000

117728.00601/35585051v1

2

        Paul J. Sutton
        Joseph M. Manak
        Barry G. Magidoff
        Joseph G. Lee
        GREENBERG TRAURIG, LLP
        885 Third Avenue
        New York, New York 10022
        Telephone: (212) 848-1000
        Facsimile: (212) 688-2449

        Attorneys for Plaintiff,
        *Leviton Manufacturing Co., Inc.*

117728.00601/35585051v1