**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF MARYLAND**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LEVITON MANUFACTURING CO., INC.,    **:**

          Plaintiff,    **:**

            v.    **:**

UNIVERSAL SECURITY INSTRUMENTS,    **:**
INC., *et al.,*

               **:**

          Defendants.    **:**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 01 CV 3855 AMD

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit Q, which is an attachment to Plaintiff Leviton Manufacturing Co. Inc.'s Motion for Summary Judgment of Validity and Enforceability for the '894 Patent exists only in paper format and if scanned will be larger that 1.5 MB.  It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of filing this Notice, I will file and serve paper copies of the document identified above.

          Respectfully submitted,

          _____/s/_____

          D. Christopher Ohly, Esq.
          BLANK ROME LLP
          Watergate
          600 New Hampshire Avenue
          Washington, DC 20037
          Telephone:  (212) 944-3000

Paul J. Sutton
Joseph M. Manak
Barry G. Magidoff
Joseph G. Lee
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York 10022
Telephone:  (212) 801-2100
Facsimile:  (212) 688-2449

Attorneys for Plaintiff,
Leviton Manufacturing Co., Inc.

Dated: July 21, 2003