**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEVITON MANUFACTURING CO., INC. | ) | |
| | ) | |
| (Plaintiff) | ) | |
| vs. | ) | 01CV3855 AMD |
| | ) | |
| UNIVERSAL SECURITY INSTRUMENTS, INC. et al | ) ) | |
| (Defendants) | ) | |

## DEFENDANTS' NOTICE OF SERVICE OF MOTION TO COMPEL

Pursuant to Rule 104.8 of the Local Rules of the United States District Court for the District of Maryland, Defendants' certify that Defendants' Motion to Compel the Production of Documents and Supporting Memorandum were properly served on Plaintiff pursuant to the Court's Electronic Filing Requirements and Procedures on July 24, 2003.

Respectfully submitted,

UNIVERSAL SECURITY INSTRUMENTS, INC.
USI ELECTRIC, INC.

By: _____
Maurice U. Cahn, Esq.
William E. Bradley, Esq.
CAHN & SAMUELS, LLP
2000 P Street, NW, Suite 200
Washington, D.C. 20036
(202) 331-8777