LAW OFFICES OF
# CAHN & SAMUELS, LLP
INTELLECTUAL PROPERTY COUNSEL



PATENTS
COPYRIGHTS
TRADEMARKS

June 6, 2003

D. Christopher Ohly, Esq.
BLANK ROME COMISKY & McCAULEY, LLP
The Farragut Building
900 17th Street, N.W., Suite 1000
Washington, D.C. 20006

Re:   Leviton v. Universal Security Instruments et al
      Civil Action No. AMD-01-CV-3855
      Our Ref: 295.0009

Dear Chris:

It has recently come to our attention that Leviton does indeed have an archive of catalogues dating back to at least the early 1980s. These catalogues were not made available for our document inspection last January. During the inspection when we specifically inquired as to the existence of catalogues from prior years, we were told by counsel that all documents responsive to our requests were produced for inspection. This appears not to be the case.

With specific reference to our Requests for Production, you will see that Request for Production No. 19, asks for:

> "All documents and things referring or relating to the promotion, marketing, packaging or advertising of each type of model of GFCI made, used, advertised, offered for sale or sold by or on behalf of Leviton, including without limitation price lists, **product catalogues**, publications, advertisements, marketing materials, brochures, press releases, instruction manuals, packaging materials, product inserts and booklets."

Likewise, Request for Production No. 22 asks for:

> "All documents and things referring or relating to offers for sale, or solicitation of orders, for each type and model of GFCI used, advertised, offered for sale or sold by or on behalf of Leviton, including without limitation price lists, **product catalogues**, product proposals, letters, communications, quotes, orders or offers for sale."

Indisputably, our document requests sought production of these catalogues. In view of the foregoing, we now request that these

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN†
WILLIAM J. BUNDREN‡
WILLIAM E. BRADLEY‡

* ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE
† ADMITTED IN DC, FL, OH AND
US PATENT & TRADEMARK OFFICE
‡ ADMITTED IN VA, DC AND
US PATENT & TRADEMARK OFFICE

HEADQUARTERS
BUILDING
2000 P STREET
NORTHWEST
SUITE 200
WASHINGTON, DC
20036-6924

202·331·8777
FAX: 202·331·3838
WWW.PATTMCOPY.COM

D. Christopher Ohly, Esq.
June 6, 2003
Page 2 of 2

catalogues be produced for inspection during our visit to Greenberg, Traurig's New York office on June 12, 2003.

Very truly yours,

*W. E. Bradley*

William E. Bradley, Esq.

cc: Joseph Lee, Esq.

enclosures
WEB/std