**VENABLE, BAETJER, HOWARD & CIVILETTI, LLP**
*Including professional corporations*

1201 New York Avenue, N.W., Suite 1000
Washington, D.C. 20005-3917
(202) 962-4800, Fax (202) 962-8300
www.venable.com

OFFICES IN

WASHINGTON, D.C.
MARYLAND
VIRGINIA

# VENABLE
ATTORNEYS AT LAW

Gary M. Hnath
(202) 962-4809

February 19, 2003

**VIA FACSIMILE**
**AND FIRST CLASS MAIL**

Rachel A. Adams, Esq.
HOWREY SIMON ARNOLD
  & WHITE, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

> Re:   *Certain Ground Fault Circuit Interrupters and*
>       *Products Containing Same, Inv. No. 337-TA-478*

Dear Rachel:

      I am writing with respect to Leviton's responses to Respondents' Fourth and Fifth Sets of Document Requests.

      With respect to the Fourth Set of Document Requests, Leviton replies with respect to Request No. 71 that it "is searching for earlier versions of its catalog." This request seeks copies of Leviton's catalogs for each year from 1978 to and including 1988. Mr. Campolo testified that catalogs exist going back at least to 1984-1985; in fact, he testified that he reviewed these catalogs. (Campolo Dep. Tr. 57-58). Therefore, there is no reason for Leviton's delay in responding to this request.

      Request No. 72 seeks copies of any sales or promotional materials identifying Leviton's GFCIs of any type created and/or distributed from 1978 to and including 1988. Leviton's response that no documents responsive to this request exist is not credible. Leviton must have advertisements, brochures, or other materials response to this request.

      Request No. 73 seeks any documents created and/or distributed from 1978 to and including 1988 identifying model numbers associated with Leviton's GFCIs of any type. Leviton's response is that "it is currently searching for responsive documents, to the extent that any exist." Documents responsive to this request must exist and need to be produced.

LMC-USI 01632



Rachel A. Adams, Esq.
February 19, 2003
Page 2

   Respondents' Fourth Set of Document Requests was served on January 31, 2003. Leviton responded on February 12, 2003 that it was still searching for documents responsive to these requests. One week later, no documents have been produced. We request that all documents responsive to each of these requests be produced no later than the close of business on Thursday, February 20, 2003. Otherwise, we will be forced file a motion to compel their production.

   With respect to the Fifth Set of Document Requests, Request No. 74 seeks all drafts of Confidential Exhibits 52 and 53 to the Complaint in this investigation. Leviton replies that no responsive documents exist. It is difficult to believe that no responsive documents exist. Please advise us whether your response covers <u>all</u> forms of the documents, whether in paper or electronic form, and whether your response encompasses drafts in the files both of Leviton and of its counsel. If documents are being withheld on the basis of a claim of privilege, please identify them for us.

   Request No. 75 seeks all documents relating or referring to the creation or preparation of Confidential Exhibits 52 and 53 to the Complaint, including documents indicating those individuals involved in the creation or preparation of these exhibits. Our comments with respect to this document request are the same as for Request No. 74.

   Finally, Request No. 76 seeks all documents relating or referring to any due diligence, inquiries or investigations, whether by Steve Campolo or anyone else to determine the accuracy of the facts set forth in Leviton's Complaint in this investigation, including but not limited to facts set forth in Confidential Exhibits 52 and 53. Leviton objects on the basis of privilege. We do not believe that there is a good faith basis for objecting on this ground, but if Leviton maintains this objection, we request that such documents be identified on a privilege log. We also request that you advise us whether Leviton's response includes documents in electronic as well as paper form, and whether it includes documents in the files of Leviton's counsel as well as the company itself.

   The Fifth Set of Document Requests was served on February 3, 2003, and Leviton's response was served on February 13, 2003. Therefore, we ask that you provide the information requested above by the close of business on Thursday, February 20, 2003.

LMC-USI 01633



Rachel A. Adams, Esq.
February 19, 2003
Page 3

Please feel free to call me if you have any questions.

Sincerely yours,

Gary M. Hnath

GMH/ydr
DC2/DOCS/435263

cc:  David H. Hollander, Jr. Esq.
     Barry G. Magidoff, Esq.

LMC-USI 01634