**Appendix B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Leviton Manufacturing, Inc. | | |
| (Plaintiff) | * | |
| vs. | * | Case No.   01CV3855 AMD |
| Universal Security Instruments, Inc and | | |
| USI Electric   (Defendants) | * | |
| | ****** | |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

*Check one:*

[X]   Exhibit  8  , which is an attachment to  Defendant's Motion to Compel the Production of Documents

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[ ]   _____
     (title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_July 24, 2003_
Date

/s/

Maurice U. Cahn     4171
*Printed Name*     *Bar Number*

2000 P Street, NW Suite 200
*Address*

Washington, D.C. 20036
*City/State/Zip*

202 331- 8777     202 331-3838
*Phone No.*     *Fax No.*

**Appendix E**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Leviton Manufacturing, Inc.

( Plaintiff)                                    *

        vs.                                    *     Case No.  01CV3855 AMD

Universal Security Instruments, Inc. and
                                         *
USI Electric, Inc.        (Defendants)
                                         *******

## CERTIFICATE OF SERVICE

     I hereby certify that on _____July 24_____, 2003 a copy of __Defendant's Motion to Compel the Production of Documents__

which was electronically filed in this case on _____July 24_____, 2003, was mailed via first class mail, postage prepaid, to __D. Christopher Ohly__

                                                        /s/

                                      Maurice U. Cahn                    4171
                                      *Printed Name*                    *Bar Number*

                                      2000 P Street, NW S Suite 200
                                      *Address*

                                      Washington, D.C. 20036
                                      *City/State/Zip*

                                      202 331-8777                   202 331-3838
                                      *Phone No.*                    *Fax No.*