IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC. | ) |
| (Plaintiff) | ) |
| v. | ) 01CV3855 AMD |
| UNIVERSAL SECURITY INSTRUMENTS, INC. et al. | ) |
| (Defendants) | ) |

**DECLARATION OF HARVEY GROSSBLATT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION UNDER FED. R. CIV. P. 56**

1. I, Harvey Grossblatt, am over eighteen years of age, am competent to make this declaration, make this declaration based upon personal knowledge, and if called as a witness would testify as follows.

2. I am the President of Universal Security Instruments, Inc. ("USI"), the Defendant in the above-captioned action. I have been president of USI since 1996.

3. USI is a Maryland corporation that designs, tests, imports and sells electronic products including Ground Fault Circuit Interrupters ("GFCI").

4. From 2000 until the summer of 2002, USI purchased GFCI's from China that, when opened, were of a construction depicted in photographs (1-3).

5. Commencing in 2002, USI started purchasing GFCI's of a different design from China that it started selling in the fall. The interior of the 2002 GFCI, when opened, were of a construction depicted in photographs (4-6).

1


Photo 1


Photo 4


Photo 2


Photo 5


Photo 3


Photo 6

6. Upon the briefest of perusal, there are obvious structural differences between the older GFCI units (photos 1-3) and the newer units (photos 4-6). For

2

example the unit of Photos 1-3 include a structure that I am informed is a resilient test switch blade. The unit of Photos 4-6 does not include such a structure.

7. Additionally, from the photos it is clear that the reset button of Photos 4-6 is mounted on a guide pin that passes through the metal strap while the earlier unit of Photos 1-3 do not.

8. Furthermore, I am informed that the newer units do not have a "banger" attached to the plunger of the solenoid, and do not use a "banger/latch" mechanism to interrupt the circuit.

### DECLARATION IN LIEU OF OATH

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of August 2003.

_____
Harvey Grossblatt

3