Shanghai Pre-2003

Shanghai 2003-Compliant



