```
                                                                    1

1                UNITED STATES DISTRICT COURT
2                    DISTRICT OF MARYLAND
3    ---------------------------------x
4    LEVITON MANUFACTURING             :    Case No.
5    CO., INC.,                        :    01CV3855 AMD
6                  Plaintiff           :    Volume I
7          v.                          :    Confidential
8    UNIVERSAL SECURITY                :    Pursuant to
9    INSTRUMENTS, INC., et al.,        :    Protective
10                 Defendants          :    Order
11   ---------------------------------x
12           Videotape 30(b)(6) Deposition of
13         UNIVERSAL SECURITY INSTRUMENTS, INC.,
14      through its designee, HARVEY B. GROSSBLATT
15                  Baltimore, Maryland
16              Wednesday, February 12, 2003
17                       9:35 a.m.
18   CONFIDENTIAL
19
20   Job No: 1-12173                         COPY
21   Pages 1 - 228
22   Reported by: Jacquelyn Continetti Scott, R.P.R.
```



**L.A.D. REPORTING COMPANY, INC.**
1100 Connecticut Avenue, NW • Suite 1150, Washington, D.C. 20036 • 202.861.3410
Fax: 202.861.3425 • 800.292.4789 • Website: ladreporting.com • E-mail: lisa@ladreporting.com

NATIONWIDE COURT REPORTERS AND VIDEOGRAPHERS

90

| | | | |
|---|---|---|---|
| 1 | A | Same thing, it's 8163 again. | 11:46:52 |
| 2 | Q | Same model as the one -- | 11:46:56 |
| 3 | A | One of the ones I just read. | 11:46:57 |
| 4 | Q | As 15? | 11:46:59 |
| 5 | A | Yes. | 11:47:00 |
| 6 | Q | USI Exhibit 17? | 11:47:00 |
| 7 | A | USI model 8215, GFCI sold by Universal and | 11:47:04 |
| 8 | USI Electric. | | 11:47:10 |
| 9 | Q | USI number -- Exhibit 18 is the same thing? | 11:47:11 |
| 10 | A | Same thing. | 11:47:15 |
| 11 | Q | USI Exhibit 19? | 11:47:16 |
| 12 | A | Model USI 8211 GFCI sold by Universal and | 11:47:22 |
| 13 | USI Electric. | | 11:47:27 |
| 14 | | (Discussion off record.) | 11:47:39 |
| 15 | BY MR. MANAK: | | 11:47:48 |
| 16 | Q | I'll ask you this question with respect to | 11:47:49 |
| 17 | USI Exhibits 1 through USI Exhibit 19. Are the inner | | 11:47:51 |
| 18 | working parts of all of those USI GFCIs the same? | | 11:47:58 |
| 19 | | MR. CAHN: Objection. Form of the question. | 11:48:02 |
| 20 | | THE WITNESS: Okay -- | 11:48:12 |
| 21 | BY MR. MANAK: | | 11:48:12 |
| 22 | Q | Are they all designed, have the same design | 11:48:13 |

91

| | | |
|---|---|---|
| 1 | and engineering? | 11:48:15 |
| 2 | MR. CAHN: Objection. Form of the question. | 11:48:16 |
| 3 | THE WITNESS: I'd have to look at the date | 11:48:17 |
| 4 | codes to see, but I would assume the answer is yes, | 11:48:19 |
| 5 | depending on the date codes. | 11:48:23 |
| 6 | BY MR. MANAK: | 11:48:24 |
| 7 | Q   Okay. Where would the date codes be? | 11:48:24 |
| 8 | A   See right there, it says 34th week, 2002. | 11:48:38 |
| 9 | Q   34th week of 2002? | 11:48:43 |
| 10 | A   Yes. | 11:48:45 |
| 11 | MR. MANAK: Let the record reflect the | 11:48:46 |
| 12 | witness has opened the box and pulled out the GFCI, | 11:48:48 |
| 13 | and there's a sticker on each, I suppose, which say | 11:48:51 |
| 14 | "Quality inspected, 2002, 37." | 11:48:54 |
| 15 | BY MR. MANAK: | 11:48:59 |
| 16 | Q   Being the 37th week? | 11:48:59 |
| 17 | A   Right. | 11:49:00 |
| 18 | Q   And "Approved." | 11:49:01 |
| 19 | A   Without having the chart that I do not have | 11:49:04 |
| 20 | here, because I don't know what the date code started | 11:49:06 |
| 21 | with those units that we produced documents for you | 11:49:09 |
| 22 | today, so I can't make that statement that all these | 11:49:12 |

92

1   are identical on the inside.                                    11:49:16

2       Q    Let me ask it a different way.  Would the              11:49:18

3   inner working parts of all of the GFCIs which have              11:49:24

4   been marked as USI 1 through USI 19 have either the             11:49:26

5   internal construction of the GFCIs provided by Wenzhou          11:49:33

6   Yatai or the later construction provided by the                 11:49:40

7   Shanghai company?                                               11:49:43

8       A    Yes.                                                   11:49:44

9       Q    Okay.                                                  11:49:44

10           (Discussion off record.)                               11:50:06

11  BY MR. MANAK:                                                   11:50:09

12      Q    Would you be able, then, just so the record            11:50:10

13  is clear, to be able to sort through these Exhibits 1           11:50:13

14  through 19 to see which ones, if any, are the                   11:50:18

15  constructions of GFCIs supplied by Shanghai as opposed          11:50:22

16  to Yatai?                                                       11:50:28

17           MR. CAHN:  Objection.                                  11:50:29

18  BY MR. MANAK:                                                   11:50:30

19      Q    Or to separate them out?                               11:50:30

20           MR. CAHN:  Objection to the form of the                11:50:33

21  question.  I think the witness just said without -- he          11:50:35

22  needs a chart.                                                  11:50:39