**Appendix B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

                         *

vs.                  *         Case No.

                         *

                    *******

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

*Check one:*

[ ]    Exhibit _____, which is an attachment to _____

_____

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[ ]    _____
                          (title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_____         _____/s/_____
*Date*                                                              

                                                    _____
                                                    *Printed Name*                *Bar Number*

                                                    _____
                                                    *Address*

                                                    _____
                                                    *City/State/Zip*

                                                    _____
                                                    *Phone No.*                    *Fax No.*

**Appendix E**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
|  | * |  |
| vs. | * | Case No. |
|  | * |  |

*******

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, 2003 a copy of _____

_____.

which was electronically filed in this case on _____, 2003, was mailed via

first class mail, postage prepaid, to _____

_____.

_____/s/_____

*Printed Name*       *Bar Number*

*Address*

*City/State/Zip*

*Phone No.*       *Fax No.*
