Steve Campolo - Confidential

Page 1

UNITED STATES INTERNATIONAL TRADE COMMISSION
--------------------------------------X
In the Matter of Certain Ground Fault
Circuit Interrupters and Products
Containing Same
--------------------------------------X


            DEPOSITION OF STEVE CAMPOLO
                 New York, New York
              Wednesday, December 11, 2002




Reported by:
WILLIAM BYRNE
JOB NO: 143285

Page 2

                   December 11, 2002
                       11:40 a.m.



        Rule 30(b)(6) deposition of LEVITON
MANUFACTURING, through its representative, STEVE
CAMPOLO, held at the offices of Esquire
Deposition Services, before a Notary Public of
the State of New York.

Page 3

APPEARANCES:

    GREENBERG & TRAURIG, ESQS.
        Attorneys for Leviton
        Manufacturing Co.
        885 Third Avenue
        New York, New York 10022
    BY: PAUL J. SUTTON, ESQ.
        BARRY MAGIDOFF, ESQ.
        BRAD NEEDLEMAN, ESQ.



    VENABLE, BAETJER, HOWARD & OLILETTI, ESQS.
        Attorneys for Van-Sheen & Yueqing
        Huameili Electronic Co., Ltd.,
        d/b/a HML
        1201 New York Avenue
        Northwest, Washington D.C. 20005
    BY: GARY M. HNATH, ESQ.


              *         *         *

Page 4

        IT IS HEREBY STIPULATED AND AGREED, by
and between the attorneys for the respective
parties herein, that filing and sealing be
and the same are hereby waived.
        IT IS FURTHER STIPULATED AND AGREED
that all objections, except as to the form
of the question, shall be reserved to the
time of the trial.
        IT IS FURTHER STIPULATED AND AGREED
that the within deposition may be sworn to
and signed before any officer authorized to
administer an oath, with the same force and
effect as if signed and sworn to before the
Court.
        IT IS FURTHER STIPULATED AND AGREED
that counsel for Defendant shall furnish to
counsel for Plaintiff a copy of this examination
without charge.

Page 263

1        Campolo - * Confidential *
2    Drawing by Mr. Campolo, marked for
3    identification, as of this date.)
4  BY MR. HNATH:
5    Q.   Is there an equation or a law which
6  describes the strength of the magnetic force?
7        MR. SUTTON:  Objection.
8        Go ahead.  Please answer.
9    A.   In this particular GFCI you're
10 talking about?
11   Q.   In any application.
12   A.   There are numerous equations that
13 this can be found that describe the force
14 exerted on a generic solenoid, yes.
15   Q.   And what are some of them?
16   A.   I don't have them committed to
17 memory.
18   Q.   Have you heard of Gauss' law?
19   A.   Yes.
20   Q.   What is Gauss' law?
21   A.   I don't know that I can recant it
22 here.  It's been quite a number of years.
23   Q.   What is magnetic permeability?
24   A.   You want a general response or a
25 technical response?

Page 264

1        Campolo - * Confidential *
2    Q.   I'll take both.
3    A.   Probably my understanding is
4  somewhere in the middle, but the easiest way I
5  understand permeability is the ability of a
6  substance to become magnetized.
7    Q.   Now the '894 patent describes two
8  tabs on the strap; is that right?
9    A.   Yes.
10   Q.   And do you understand that those tabs
11 will provide a conduit for the magnetic lines of
12 force?
13   A.   Yes.
14   Q.   And do you understand that that's the
15 purpose of those tabs as shown in the figures of
16 the patent?
17       MR. SUTTON:  Objection.
18       It requires the state of mind of
19   another individual.
20   A.   I don't know if that's the only
21 purpose but certainly that's one.
22   Q.   What are the other purposes as you
23 understand it?
24   A.   I don't know.  This is a product that
25 is not of my design.

Page 265

1        Campolo - * Confidential *
2    Q.   Do you know how much those tabs
3  influence the magnetic field?
4    A.   In my opinion, minimally.
5    Q.   Have you measured that?
6    A.   No, but that would be interesting to
7  do.
8    Q.   And is that true of both tabs?
9    A.   I'm not sure without conducting an
10 experiment.
11   Q.   You said the effect was minimal.
12       Were you referring to one tab or both
13 tabs?
14   A.   Oh, each one considered individually
15 as well as both.
16   Q.   And you've done no experiments to
17 determine that, have you?
18   A.   No.
19   Q.   Have you done any computer modeling
20 to determine the effect of those tabs?
21   A.   No.
22   Q.   Have you done any computer modeling
23 to determine the effect of the strap on the
24 Leviton GFCI on the magnetic field?
25   A.   I didn't have to.

Page 266

1        Campolo - * Confidential *
2    Q.   Why not?
3    A.   Because the experiment we went over
4  in detail proved it.
5    Q.   So you're relying on your experiment.
6    A.   No, not solely.
7    Q.   What else are you relying on?
8    A.   The laws of physics as I know them.
9    Q.   Which laws of physics?
10   A.   General magnetism.
11   Q.   These are laws that would have been
12 known to anyone of skill in the art in 1985?
13   A.   Or perhaps back to the turn of the
14 century or shortly thereafter.
15   Q.   And can you tell us exactly what laws
16 of physics you're referring to?
17   A.   Well, probably the most simplest one
18 is one that every grade school child learns,
19 that when you place a piece of iron in a
20 magnetic field, it becomes a magnet.
21   Q.   What other laws of physics?
22   A.   That's about all you need to
23 understand this one.
24   Q.   I understand you said you don't need
25 to do any computer modeling, but let me just

Page 275

1       Campolo - * Confidential *
2  relating to that?
3       A.    I don't recall any, no.
4       Q.    At that time was G.E. selling its own
5  GFCI?
6       A.    They may have been. I seem to recall
7  something about that, but I couldn't verify it
8  one way or another.
9       Q.    Did G.E. ever sell a product as
10 described in the '652 patent decline that you're
11 aware of?
12            MR. SUTTON: Objection.
13      A.    I'm not aware.
14      Q.    You're not aware one way or the
15 other; is that correct?
16      A.    That's correct.
17            Did you say '659 patent?
18      Q.    I thought I said '652. I meant to
19 say the '652 patent.
20            THE REPORTER: You did. You said the
21      '652 patent.
22            THE WITNESS: Okay.
23 BY MR. HNATH:
24      Q.    Okay. Referring again to the strap
25 means element of the '894 patent, do you still

Page 276

1       Campolo - * Confidential *
2  have your claim chart in front of you?
3             And that limitation describes a
4  "Strap means including portions thereof which
5  define a path of the magnetic field generated by
6  said coil means to influence the position of
7  said plunger means."
8             And I'm going to hand you a copy of
9  Figure 3 from the '894 patent and I wonder if
10 you could circle for us the portions of that
11 strap means which define a path of the magnetic
12 field generated by said coil means to influence
13 the position of said plunger means.
14      A.    Well --
15            MR. SUTTON: Do you have a colored
16      pencil?
17            MR. HNATH: I have a highlighter. We
18      can use that.
19      A.    I don't know that I could do that.
20      Q.    Why couldn't you do that?
21      A.    Well, Figure 3 doesn't show the
22 entire strap.
23      Q.    Would you like to use a different
24 figure?
25      A.    Could you just ask me again what is

Page 277

1       Campolo - * Confidential *
2  it you'd like me to do?
3       Q.    I'm interested in knowing which
4  portion of the strap in your opinion define a
5  path of the magnetic field generated by the coil
6  means to influence the position of the plunger
7  means.
8             MR. SUTTON: I'm sorry. Did your
9       question -- Madam Reporter, was it portion
10      or portions?
11            THE REPORTER: It's portion.
12            MR. SUTTON: Singular?
13            THE REPORTER: Yes.
14            MR. HNATH: Yes, we can do portions.
15            MR. SUTTON: Plural?
16            MR. HNATH: Um-hmm.
17      A.    Again, since you cannot see these
18 magnetic lines of force, I can tell you that the
19 entire strap serves as a conduit for those lines
20 of force.
21            And in a general sense, the stronger
22 influence is certainly at the source of the
23 magnetic generation, which is the coil, and to a
24 lesser extent as you go further and further
25 away, it has a lesser influence.

Page 278

1       Campolo - * Confidential *
2             Where to draw a demarcation line or a
3  where to put a color or a mark on this drawing,
4  I couldn't tell you sitting here today, but
5  certainly the entire strap is part of that
6  magnetic conduit or magnetic circuit in the
7  flux, and what's closest to the coil is the
8  strongest and has the strongest influence.
9       Q.    Would the part that's closest to the
10 coil include the two tabs?
11      A.    Well, that is closest to the coil,
12 yes.
13      Q.    So they would be part of the strap
14 that you've described that would be close to the
15 coil and have the strongest influence on the
16 plunger; is that correct?
17      A.    The tabs are part of the strap as
18 depicted in Figure 3 and they are close to the
19 plunger.
20            I don't know what portion to assign
21 any influence that those tabs may or may not
22 have in relationship to the entire mass of the
23 strap.
24      Q.    Is it your opinion that the tabs
25 would have some influence on the position of the

Page 279

```
 1         Campolo - * Confidential *
 2   plunger?
 3         MR. SUTTON:  Objection.
 4         Please answer.
 5     A.   Without actually doing some tests, I
 6   couldn't tell you, but some is probably safe.
 7     Q.   And when the term is used in the
 8   claim "influence the position of said plunger
 9   means," how did you construe the term
10   "influence"?
11     A.   Something that would change or modify
12   the movement of that plunger while it's doing
13   its job.
14     Q.   How much would it have to change or
15   modify the movement?
16     A.   I don't know that I can answer that.
17     Q.   Would any magnetic field have a
18   theoretical influence on the plunger?
19         MR. SUTTON:  Objection.
20     A.   Do you mean any magnetic field in the
21   universe or just sitting right next to the
22   plunger?
23     Q.   In the proximity of the plunger.
24     A.   Probably, but I don't know about the
25   significance.
```

Page 280

```
 1         Campolo - * Confidential *
 2         You said theoretically, and in
 3   theory, a magnet on the other side of the planet
 4   influences it.  I don't know that you could
 5   measure it though.
 6     Q.   That's what I'm trying to understand,
 7   what you mean by -- how you construe the term
 8   "influence."
 9         Do you mean a measurable influence or
10   any influence whatsoever?
11     A.   Well, I think we proved a measurable
12   influence.
13     Q.   But how do you construe the claim
14   language to influence?
15         MR. SUTTON:  Objection.
16     A.   Probably a combination of both
17   practical and theoretical influence.
18     Q.   Can you explain what you mean by
19   that?
20     A.   Well, certainly practically we have
21   proven or I have proven that there is a
22   practical influence.
23         Theoretically, again, the text and
24   references that go back nearly to the turn of
25   the century all talk about marked differences
```

Page 281

```
 1         Campolo - * Confidential *
 2   when you have a magnetizable material in the
 3   vicinity of a solenoid coil.
 4     Q.   So is it your opinion then that it
 5   would have to have a measurable or a marked
 6   influence on the position of the plunger in
 7   order to fall within this claim language?
 8     A.   Yes.
 9         MR. SUTTON:  Objection.
10         You're now asking something else
11     that's gone beyond the report but --
12     objection.
13     A.   Could you repeat the question?
14     Q.   Um-hmm.  Yes.
15         Is it your opinion then that you
16   construe this claim language to require that
17   there would have to be a measurable or a marked
18   influence on the plunger?
19         MR. SUTTON:  Where in the claim
20     language are you referring to?  I don't see
21     that language.
22         Objection.
23         MR. HNATH:  I'm trying to understand
24     how he construes the term "influence."
25         MR. SUTTON:  But where were you
```

Page 282

```
 1         Campolo - * Confidential *
 2   reading the language of your question?
 3         MR. HNATH:  I'm asking him if that's
 4     his opinion.
 5         MR. SUTTON:  Oh, you're not referring
 6     to the claim.
 7         MR. HNATH:  No.  I'm asking if that's
 8     his opinion that that's how the term
 9     "influence" should be construed in that
10     claim.
11         MR. SUTTON:  Please answer.
12     A.   Let me make sure I understand your
13   question because there's a lot of crosstalk
14   here.  Repeat the question again and which
15   portion of the claim are you referring to?
16     Q.   Right.  We're referring to the
17   limitation "Strap means including portions
18   thereof which define a path of the magnetic
19   field generated by said coil means to influence
20   the position of said plunger means," and I'm
21   trying to understand how you construe the term
22   "influence."
23         Does it mean any theoretical
24   influence or does it have to be a measurable
25   influence?
```