# REGULAR UTILITY

Form PTO-436
(Rev. 8/78)

**SERIAL NUMBER** (Series of 1979)

## 558262

PATENT DATE

NUMBER PATENT

12-5

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 06/558,262 | 12/05/83 | 361 | 49 | 212  214 | |

**APPLICANTS**

RICHARD C. DOYLE, GREENLAWN, NY; LESTER RIVERA, GLENDALE, NY.

**\*\*CONTINUING DATA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
VERIFIED
    THIS APPLN IS A CIP OF  06/431,982 09/30/82

H.C.

**\*\*FOREIGN/PCT APPLICATIONS\*\*\*\*\*\*\*\*\*\*\*\***
VERIFIED

H.C.  none

FOREIGN FILING LICENSE GRANTED 01/09/84

| Foreign priority claimed 35 USC 119 conditions met | ☐ yes ☑ no ☐ yes ☑ no | Verified and Acknowledged **Examiner's Initials** H.C. | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | NY | 8 | 2 | 2 | $  400.00 | 0267-001- |

PAUL J. SUTTON
420 LEXINGTON AVENUE
NEW YORK, NY 10170

...CK HAZARD PROTECTION SYSTEM

U.S. DEPT. of COMM.-Pat. & TM Office — PTO-436L (Rev. 1

Transferred drawings (8) sheets to 885114

PARTS OF APPLICATION FILED SEPARATELY

PREPARED FOR ISSUE

| | | | AT ALLOWANCE | | (Assistant Examiner) | (Docket Clerk) |
|---|---|---|---|---|---|---|
| SHEETS DRWGS. | FIGURES DRWGS. | CLAIMS | CLASS | SUBCLASS | | |

EXAMINED AND PASSED FOR ISSUE

(Primary Examiner)   (Art Unit)

Estimate of printed pages

Drawing(s) _____ Spec(s) _____   Issue fee due/

Notice of allowance



APPROVED FOR LICENSE
INITIALS _____

3

558262

Entered

## CONTENTS

1. *Application _____ papers.*
2. *Pl atty,* JUL 25 1984
3. *ft i re (Decl)* JUL 25 1...
4. Power To Inspect  Nov 26, 1984
5. *Ly (3)* Mar 14, 1985  2-25
6. *Exlt (3) line* Sept 13, 1985
7. Amdt A.  Sept 13, 1985
8. *Rej 3mos.*  Jan 13, 1986  12-18
9. Extension (3mos)  July 14, 1986  -14
L.M 10. Notice of Aband.  8-1968
11. Request For Access  5-3-93
12. Request for Access  5-18-83
13. Request for Access  4-3-96
14. Request for (clless)  2-7-00
15. Request for Clless  5-3-01
16. Request for Clless  2/14/02
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.



## SEARCH NOTES

| | Date | Ex'r |
|---|---|---|
| | | |

**PRINT CLAIM(S):**

## SEARCHED

| Class | Sub | Date | Ex'r |
|---|---|---|---|
| 361 | 42 | ~/14/88 | H.C. |
| 361 | 49 | '' | '' |
| Update above | | | |
| 361 | 47,48,50 | | |
| | 178 | 12/14/89 | JD |
| 302 | 118 | | |

## INTERFERENCE SEARCHED

| Class | Sub | Date | Ex'r |
|---|---|---|---|
| | | | |

## INDEX OF CLAIMS

| Claim | | Date | | Claim | | Date | |
|---|---|---|---|---|---|---|---|
| Final | Original | | | Final | Original | | |
| | 1 | | | | 26 | | |
| | 2 | | | | 27 | | |
| | 3 | | | | 28 | | |
| | 4 | | | | 29 | | |
| | 5 | | | | 30 | | |
| | 6 | | | | 31 | | |
| | 7 | | | | 32 | | |
| | 8 | | | | 33 | | |
| | 9 | | | | 34 | | |
| | 10 | | | | 35 | | |
| | 11 | | | | 36 | | |
| | 12 | | | | 37 | | |
| | 13 | | | | 38 | | |
| | 14 | | | | 39 | | |
| | 15 | | | | 40 | | |
| | 16 | | | | 41 | | |
| | 17 | | | | 42 | | |
| | 18 | | | | 43 | | |
| | 19 | | | | 44 | | |
| | 20 | | | | 45 | | |
| | 21 | | | | 46 | | |
| | 22 | | | | 47 | | |
| | 23 | | | | 48 | | |
| | 24 | | | | 49 | | |
| | 25 | | | | 50 | | |

**SYMBOLS**          **STATUS**

| | |
|---|---|
| √ | Rejected |
| = | Allowed |
| – (Through numeral) | Canceled |
| + | Restriction requirement |
| N | Nonelected invention or species |
| I | Interference |
| A | Appeal |
| O | Objected |

"Express Mail" mailing lab-1 ~ er B 19026633
Date of Deposit:  December ᴵ ᴵᴶ83
I hereby certify that this paper or fee is being deposited with the United States Postal
Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date
indicated above and is addressed to the Commissioner of Patents & Trademarks, Wash. DC 20231

0262-001-0284
5582A2

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

*Awilda Irizarry*
Awilda Irizarry

Transmitted herewith for filing is the patent application of
Inventor:  RICHARD C. DOYLE and LESTER RIVERA
For  SHOCK HAZARD PROTECTION SYSTEM

Enclosed are:                        THIS APPLICATION IS A C-I-P OF U.S. PATENT
XX ___8___ sheets of drawing.    Informal/    APPLICATION NO. 431,982 filed 09/30/82
☐ An assignment of the invention to _____

☐ A certified copy of a _____
☐ An associate power of attorney. _____ application.
☐ A verified statement to establish small entity status under 37 CFR 1.9 and 37 CFR 1.27.
☒

The filing fee has been calculated as shown below:

|  | (Col. 1) | (Col. 2) | SMALL ENTITY | | | OTHER THAN A SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR: | NO. FILED | NO. EXTRA | RATE | FEE | OR | RATE | FEE |
| BASIC FEE |  |  |  | $150 | OR |  | $300 |
| TOTAL CLAIMS | -20 = |  | x5 = | $ | OR | x10 = | $ 0 |
| INDEP CLAIMS | -3 = | 2 | x15 = | $ | OR | x30 = | $ 0 |
| IF MULTIPLE DEPENDENT CLAIM PRESENTED |  | 2 | + 50 = | $ | OR | + 100 = | $ |
| *If the difference in Col. 1 is less than zero, enter "0" in Col. 2 |  |  | TOTAL | $ | OR | TOTAL | $ 300.00 |

☒ Please charge my Deposit Account No. 12-1185 the amount of $ 300.00 A duplicate copy of this sheet is enclosed.

☐ A check in the amount of $_____ to cover the filing fee is enclosed.

☒ The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or
credit any overpayment to Deposit Account No. 12-1185. A duplicate copy of this sheet is enclosed.

  ☒ Any additional filing fees required under 37 CFR 1.16.
  ☒ Any patent application processing fees under 37 CFR 1.17.

☐ The Commissioner is hereby authorized to charge payment of the following fees during the pendency of this application
or credit any overpayment to Deposit Account No. 12-1185. A duplicate copy of this sheet is enclosed.

  ☒ Any patent application processing fees under 37 CFR 1.17.
  ☐ The issue fee set in 37 CFR 1.18 at or before mailing of the Notice of Allowance, pursuant to 37 CFR 1.311 (b).
  ☒ Any filing fees under 37 CFR 1.16 for presentation of extra claims.

Paul J. Sutton, Esq.          Respectfully submitted,
420 Lexington Avenue
New York, NY 10170
                              Paul J. Sutton

"Express Mail" mailing label Number B 19020033
Date of Deposit:  December 5, 1983
   I hereby certify that this paper or fee is being deposited with the United States Postal
Service "Express Mail Post    ce to Addressee" service unde    / CF. 1.10 on the date
indicated above and is ad/   .d to the Commissioner of Paten    & Trademarks, Wash. DC  20231

Awilda Irizarry

0267-001-0284

UNITED STATES PATENT APPLICATION

558262

of

Richard C. Doyle
Lester Rivera

for a

SHOCK HAZARD PROTECTION SYSTEM

Abstract of the Disclosure:

     The present invention teaches a new and novel system
for protecting people and property against electrical shock.  The
invention includes a number of preferred and other embodiments
which have this as their goal, but which represent a number of
distinctive and novel approaches to solving prior art problems.
By way of example only, and without limiting the scope of this
invention, these approaches include novel immersion detecting
circuits, broken wire test circuits, electromechanical circuit
breaking means including coil/plunger arrangements, and relay
circuit breaking mechanisms cooperative with associated
circuitry, all of which are able to be incorporated as a system
wholly within the load (appliance) and its associated cord set
(including a "plug").

P2028 12/07/83 558262          12-1185 2 101      300.00CH


P0748 08/10/84 558262         _ 12-1185 2 105     100.00CH

This ~~invention relates generally~~ ~~electrical hazard~~ prevention, and more specifically to a shock hazard prevention system for disconnecting an electrical load from an electrical source when a shock hazard condition exists within the load.

Devices for protecting human life and property against electrical shock and damage resulting from a shock hazard condition within an electrical load are known. For example, the model No. 6199 ground fault circuit interruptor (GFCI) marketed by the assignee of the present invention is capable of sensing and responding to the inadvertent grounding of the neutral conductor of an A-C electrical distribution system. It is noted, however, that in certain applications the utilization of such a GFCI is not practical.

In particular, the GFCI is a relatively expensive and complex device which requires the utilization of several transformers. In addition, the GFCI is often hardwired in a wall outlet or receptacle and is neither portable nor readily disconnected. Thus, unless each outlet in which an electrical device such as, for example, an appliance is to be utilized is protected by a GFCI, the user of the appliance is subject to possible injury if a shock hazard condition should exist in conjunction with a non-protected outlet.

In addition, in certain environments the utilization of a conventional GFCI would not afford any shock hazard protection to the user of an appliance. More specifically, a

- 1 -

~~conventional~~ ~~of~~ ~~device of the type known~~ ʌ ~~applicants will not~~
be effective or work if the user of an electrical appliance drops
the appliance in a plastic insulated bathtub.

Another potential drawback, exists regarding the use of
a GFCI for certain types of portable electrical appliances such
as, for example, a hair dryer. Although the owner of a hair
dryer may have his or her residence outlets adequately protected
by GFCI devices, it is possible that other places, such as
hotels, the residence of relatives, friends, etc., where it is
desired to use the hair dryer may not be protected by such
devices.

Accordingly, it is clear that what is needed is a shock
hazard protector which is associated with the appliance to be
protected itself rather than with the electrical outlet in which
the appliance is plugged and energized. It is believed that
prior to the present invention, this need has gone unfulfilled.

A need exists for a shock hazard protector which
possesses attributes including having a minimum number of
components, reliability, cost and portability.

It is accordingly a general object of this invention to
overcome the aforementioned limitations and drawbacks associated
with the known devices and to fulfill the needs mentioned by
providing a hazard protection system having all of the
desirable attributes noted above.

- 2 -

~~It is a particular object of the present invention to~~ provide a shock hazard protector capable of disconnecting an electrical source from an electrical load in response to the detection of a shock hazard condition within the electrical load.

Another object of the present invention is to provide a shock hazard protector capable of detecting and responding to a water-related shock hazard condition within an electrical appliance.

A further object of the present invention is to provide a shock hazard protection system, as above, incorporating immersion detection circuitry.

A still further object of this invention is to provide a shock hazard protection system, as above, wherein a feature is provided for detecting a possible break or discontinuity in a sensing or guard wire.

Yet another object of this invention is to provide a system, as above, wherein a solenoid-type electromechanical mechanism acts as a circuit breaking or interrupting means.

A further object is to provide such a system wherein a relay and associated circuitry and mechanical means enable the desired result.

Yet a further object of this invention is to provide a detection system which detects or senses the presence of a conductive medium, and which causes an event in response thereto.

- 3 -

~~Anoth~~ object of this invention ~~is~~ ~~to provide a~~ detection system which detects or senses the absence of the presence of a conductive medium, and which causes an event in response thereto.

Other objects will be apparent from the following detailed description and practice of the invention.

The foregoing and other objects and advantages which will be apparent in the following detailed description of the preferred embodiment, or in the practice of the invention, are achieved by the invention disclosed herein, which generally may be characterized as a hazard protector. The hazard protector includes detecting means associated with a load for detecting a hazard condition within the load, an interrupting means associated with a source to which the load is operatively connected, and conducting means connected between the detecting means and the interrupting means. In response to the detection of a hazard condition within the load by the detecting means, the interrupting means operatively disconnects the source from the load.

Serving to illustrate exemplary embodiments of the invention are the drawings, of which:

Fig. 1 is a perspective-type view of a hair dryer and its associated cord set incorporating the system according to the present invention;

- 4 -

~~Fig.~~ : ~~a a block diagram of the~~ ~~rock hazard~~
protector, in accordance with the present invention;

Fig. 3 is a schematic diagram of one embodiment of the
shock hazard protector, in accordance with the present invention;

Fig. 4 is a schematic diagram of a second embodiment of
the shock hazard protector, in accordance with the present
invention;

Fig. 5 is an enlarged partial sectional elevational
view taken through a cord set plug of a relay embodiment of the
present invention;

Fig. 6 is a partial fragmentary sectional plan view
taken along the line 6-6 of Fig. 5;

Fig. 7 is a schematic circuit diagram of the embodiment
of the present invention associated with Figs. 5 and 6;

Fig. 8 is an elevational view of the cord set plug
illustrated in Fig. 1 and taken along line 8-8 of that same Fig. 1
depicting the assembled plug with its cover removed;

Fig. 9 is a partial sectional elevational view taken
along line 9-9 of Fig. 8;

Fig. 10 is a sectional view taken along line 10-10 of
Fig. 8;

Fig. 11 is a fragmentary sectional view taken along
line 11-11 of Fig. 8; and

Fig. 12 is an exploded-type perspective view of
components of the present invention illustrated in Fig. 8.

Referring now in more detail to the drawings, Fig. 1 is
presented in its form to illustrate a hair dryer 12 and its
associated cord set 14 as wholly containing and constituting or
comprising the shock hazard protection system 10 of the present
invention.  It is applicants' intention and desire to emphasize
here the fact that this invention contemplates an electrical
appliance, such as of the personal health care type (hair dryers,
etc.) which possesses all of the features and advantages of the
invention.  It is also an intention of applicants to provide the
system of the present invention in the form of an OEM product
available for sale to manufacturers of such appliances.

A plug assembly 16 is illustrated in Fig. 1 as
including polarized blades 18 extending from housing 20.  Whereas
commercially available hair dryers, as an example of a personal
health care appliance, normally include a cord set having two
conductors or wires, a third wire 22 is illustrated in the case
of cord set 14 electrically communicating with a bare copper wire
24 whose path (in the example given in Fig. 1) includes proximity
to and looped circuit near a dryer housing opening through which
an on-off switch assembly 26 extends, and thence upward to
another loop proximate a dryer housing air inlet opening through
which fan 28 driven by motor 30 pulls air to be heated by heating
coil 32 before exiting the dryer housing air outlet opening in

- 6 -

~~which grill 34 is positioned. After leaving the second loop~~ described as being adjacent the air inlet opening, wire 22 extends to a third loop adjacent grill 34.

Since heater coil 32 carries and operates on current in the "hot" or phase line, and with the provision of conductor or wire 24 wired as part of the neutral side of the line, the presence of a conductive medium such as, but not limited to, moisture or water between them will create a conductive path contemplated by the invention as enabling interruption of current to the load 12. This embodiment is distinguishable from another embodiment of the present invention wherein a pair of conductors, as opposed to a single guard or sensing conductor 24, are located at or near moisture/water housing penetration points. Configurations of one or more sensing or guard conductors other than those illustrated herein are contemplated as coming within the scope of this invention.

Referring to Fig. 2, a block diagram of a shock hazard protector according to the present invention is illustrated. As shown therein, it comprises a source operatively connected to a load by first and second conductors 110 and 120, respectively, a detector 200 associated with the load, a control circuit 300 connected to the detector by a sensing or third conductor 130, and an interruptor circuit 400 associated with the source and connected to the control circuit 300. In the case of an electrical A-C source, conductors 110 and 120 are tied to a phase and the neutral terminal, respectively, of the A-C source.

- 7 -

~~In the   normal mode of operation,   ab lex in the~~
absence of a hazard condition within the load, the control
circuit 300, which changes from a first state to a second state
in response to the detection of a hazard condition within the
load, remains in the first state.  Upon the detection by detector
200 of a predefined fault or hazard condition within the load,
the control circuit 300 changes from the first to the second
state, which causes the interruptor circuit 400 to operatively
disconnect the source from the load.

It is noted that the present invention contemplates
certain applications where the system sensitivity need not be
accurately controlled, and the control circuit 300 can be
eliminated. In this situation the interruptor circuit 400 is
connected to the detector 200 by the third conductor 130, and
responds directly to the detection by detector 200 of a hazard
condition within the load.

In either situation, the sensing or third conductor 130
communicates the presense of the hazard condition within the load
to the control circuit 300 or the interruptor circuit 400.

Referring now to Fig. 3, a schematic diagram of one
embodiment of the invention particularly suited for use in
conjunction with water-related shock hazard conditions within an
electrical appliance operatively connected to an A-C source (not
shown) by electrical conductors 110, 120, respectively, is
illustrated.  As shown therein, detector 200 comprises a pair of

- 8 -

~~hazard or immers~~ a detection conductors 21 and 220, which are
positioned in a non-contacting relationship and contained within
the electrical load. A pair of immersion detection conductors
210 and 220 are preferably located in proximity to each port of
the appliance to be protected where water can enter.

For ease of description, it will be assumed that the
appliance to be protected only contains one port or opening
through which water may enter. For this situation, one end of
one of the pair of immersion detection conductors 210 is
operatively connected to the phase terminal of an A-C source (not
shown) via electrical conductor 110, and one end of the second of
the pair of immersion detection conductors 220 is connected to
the load end of the third electrical conductor 130. The other
ends of immersion detection conductors 210, 220 are unconnected
and are maintained in a spaced-apart relationship, typically for
example, not more than one inch.

Shock hazard or immersion detection conductors 210, 220
may comprise, for example, a pair of bare electrical conductors
or a pair of conducting plated lines on a printed circuit board
or other physical configurations that will enable a conductive
path between the unconnected ends thereof.

Control circuit 300 comprises a solid state switching
control circuit and includes a first resistor R1 connected
in-line between the gate of a silicon controlled rectifier SCR
and the source end of the third electrical conductor 130.

~~Resistor R1 limit   the current applied to t  gate of the SCR.~~
In addition, control circuit 300 includes a parallel network
comprising resistor R2, capacitor C and diode D connected between
the gate and cathode of the SCR. These components provide a
measure of noise immunity and protection against damage across
the gate to cathode junction of the SCR.

Interruptor circuit 400 comprises an electromechanical
interrupting circuit and includes an energizing coil L and a
first and second contact or switch S1, S2 connected in-line with
the first and second electrical conductors 110, 120,
respectively. Switches S1 and S2 are responsive to the flow of
current through energizing coil L and are closed when such
current is not flowing. In response to the flow of such current
they switch from the normally closed position to the shock hazard
condition open position. One end of energizing coil L is
connected to the first electrical conductor 110 and the other end
thereof is connected to the anode of the SCR. The cathode of
the SCR is operatively connected to the second electrical
conductor 120.

~~The existence of a water r~~   ~~ted shock hazard condition~~
within the electrical appliance is detected when both unconnected
ends of the pair of immersion detection conductors 210, 220 are
immersed in the water. More specifically, the immersion of both
unconnected ends of the pair of immersion detection conductors
210, 220 causes the electrical A-C source to be operatively
connected to the gate of the SCR via the path provided by the
first electrical conductor 110, the first immersion detection
conductor 210, the electrically conducting path provided by the
water in which the unconnected ends of the first and second
immersion detection conductors 210, 220 are immersed, the second
immersion detection conductor 220, the third electrical conductor
130, and resistor R1. In response thereto, the SCR switches from
the normally non-conducting state to the shock hazard condition
conducting state, thereby providing a path for current to flow
through the energizing coil L causing switches S1 and S2 to
switch from the normally closed position to the shock hazard
condition open position and thus operatively disconnecting the
A-C source from the electrical appliance.

To insure that the shock hazard protector is operable
prior to utilization of the appliance it protects, a test circuit
(not shown) comprising, for example, a resistor in series with
a normally open switch connected between the pair of immersion
detection conductors 210, 220 may be utilized. Closing the
normally open switch causes the resistor to be connected across

- 11 -

~~the immersion-d~~ ,~~stion conductors and, in ... ne-shock-hazard~~

protector is operating, as described above, causes the A-C source

to be operatively disconnected from the appliance.  Preferably,

the test circuit is contained within the electrical appliance.

In conjunction with said test circuit, diode D could be replaced

with a light-emitting-diode (LED).  If the LED is illuminated

with the test switch in the closed position it indicates that the

shock hazard protector is not operating properly.

Preferably, electrical conductors 110, 120 and 130

comprise a three wire conductor having an A-C source compatible

plug at the source end, the control circuit 300 and interruptor

circuit 400 are contained in the plug, and the detector 200 is

contained within the appliance.

Thus in the case where the electrical appliance 15, is,

for example, a hair dryer, the detector 200 would be located

internally within the dryer and, as noted above, in proximity to

each port thereof where water can enter the dryer.  It should be

emphasized here that while water is given as the electrically

conductive medium, this invention contemplates a response to any

electrically conducting medium, such that the appliance is

electrically disconnected from the A-C source in response to the

presence of such a conductive medium.

Exemplary values for the circuit illustrated in Figure

3 are as follows:  $R_1$-2000 ohms, $R_2$-1000 ohms, C-0.1

microfarads, D-1N4004, SCR-2N5064.

Referring now to Figure 4, a schematic diagram of a

second embodiment of the present invention particularly suited

- 12 -

~~for use in conj    tion with water-related.    ack hazard conditions.~~
within an electrical appliance is illustrated. This embodiment
provides an additional feature not present in the first
embodiment illustrated in Figure 3. In particular, the
embodiment illustrated in Figure 3, provides shock hazard
protection if any of electrical conductors 110, 120, individually
or in combination, are broken, but does not provide shock hazard
protection if electrical conductor 130 is broken. The embodiment
illustrated in Figure 4 provides an additional measure of shock
hazard protection by rendering the electrical appliance
inoperative if any of electrical conductors 110, 120 and 130,
individually or in combination, are broken.

This additional measure of protection is provided by
the addition of a first diode $D_1$ connected in series between the
second immersion detection conductor 220 and the third electrical
conductor 130, the replacement of the capacitor connected between
the gate and cathode of the SCR with an appropriate charging
capacitor, the addition of a first charging circuit comprising
resistor $R_N$ and diode $D_N$ connected between the first and third
electrical conductors 110, 130, the addition of a zener diode in
series with the diode connected between the gate and cathode of
the SCR, the addition of a second charging circuit comprising
resistor Rp and diode Dp connected between the first electrical
conductor 110 and the gate of the SCR, and the elimination of
resistor $R_2$ connected between the gate and cathode of the SCR.

- 13 -

~~The operation of the circuit 11 depicted in Figure 1 is~~
as follows. Assuming that the sensing or third conductor 130, is
in tact, the appliance is not immersed in water and that it is
energized, during the negative half cycle of the A-C signal on
electrical conductor 110 a negative charging path via diode $D_N$,
resistor $R_N$, third conductor 130, resistor $R_1$ provides charge to
capacitor C, thereby charging it negatively. During the positive
half cycle diode $D_N$ blocks, however a positive charging path via
resistor $R_P$ and diode $D_P$ provides charge to capacitor C, thereby
charging it positively. Since the time constant of resistor $R_N$
and capacitor C, is roughly 33 times greater than the time
constant of resistor $R_P$ and capacitor C, the capacitor C charges
much faster in the negative sense, so that under steady state
conditions a negative voltage exists on the gate of the SCR
thereby keeping it in a non-conducting state. In order to limit
that negative voltage to a value that would not damage the gate
to cathode junction of the SCR a three volt zener diode is added
in series with diode $D_2$, also in parallel with capacitor C.

The next condition to look at is a broken third
conductor 130. Under this condition a negative charging path no
longer exists for the negative voltage to be impressed on
capacitor C, and, therefore during positive half cycles capictor
C will discharge positively and eventually the voltage on the
gate of the SCR will get high enough to trip the SCR, causing it
to switch to the conducting state thereby operatively dis-

- 14 -

connecting, the ( source from the applica putting you in a safe condition. Exemplary values for the circuit illustrated in Figure 4 are as follows: $D_1$, $D_2$, $D_N$, $D_P$-1N 4004, $R_N$-30,000 ohms, $R_P$-1,000,000 ohms, $R_1$-2000 ohms, C-1 microfarad,SCR-2N5064, Z-3 volt zener diode.

Preferably, the components comprising the first charging circuit $R_N$, $D_N$ and diode $D_1$ are contained within the electrical appliance and are water proof, the components comprising the second charging circuit $R_P$, $D_P$ and the zener diode D are contained in the plug.

It is noted that with minor modifications the above described invention has many other applications. For example, in the situation where the electrical appliance comprises a power tool, such as, a drill, having an electrically conducting housing the teachings of the present invention may be utilized by eliminating immersion detection conductor 220 and connecting the third electrical conductor 130 to the electrically conducting housing. The immersion in water of the unconnected end of shock hazard detection conductor 210 provides an electrically conductive path between the shock hazard detection conductor and the electrically conducting housing of the drill causing, as described above, the drill to be operatively disconnected from the A-C source.

- 15 -

a15 ~~Referi g now to an embodiment c the present invention~~
which utilizes the approach of a relay mechanism to accomplish
the circuit interrupting goal of the invention, Fig. 5
illustrates a shock hazard protector embodiment of a plug
assembly 510 formed with a housing with a base and cover body
halves 512 and 514, respectively, joined at a housing reference
line 516. A strain relief 518 comprises part of cord 520 and, in
cooperative combination with the shape and contour of annular
surfaces 522, 524, 526 and 528, serves as a means for protecting
the integrity of electrical connections during use.

Blades 530 extend outwardly from surface 532 of housing
half 512 and serve the function of matingly and electrically
engaging electrical contacts within a receptacle (not shown) or
electrical outlet in the home, for example. A fixed contact 534
is associated and integral with each of the blades 530, contacts
534 being fixed or stationary as opposed to movable when
assembled.

A pair of movable contacts 536 are provided and are
integral with leaf springs 538 which, in turn, are anchored by
means of eyelets 540 extending through openings in an end portion
of the leaf springs 538 spaced from the movable contacts 536.
These eyelets further extend through openings through a printed
circuit board 542 supported by ledges 544 and 546 adjacent
upstanding walls 548 and 550, as shown in Fig. 5.

- 16 -

~~A tab P associated with each ~~ | ~~spring 538 further~~
anchors the leaf springs to the printed circuit board in spaced
relationship with respect to the aforesaid eyelets, thereby
serving an additional function of preventing undesirable rotation
of the leaf springs 538, assuring alignment and reliably repeated
engagement between the fixed and movable contacts 534 and 536,
respectively.  Leaf springs 538 are configured to normally bias
the movable contacts 536 away from the fixed contacts 534 when in
an unstressed condition, thereby normally interrupting an
electrical path between these contacts.  The ends of leaf springs
538 are formed with upstanding flanges 554 to which conductors
556 are connected.

A plunger or core 558 is disposed vertically within a
bobbin coil 560, as illustrated in Fig. 5.  A reset button 564
contacts the uppermost portions of plunger 558, while a butterfly
cross bar 562 extends laterally across the plug housing and in
contact with upper surfaces of leaf springs 538.  The upward
biasing forces of leaf springs 538 maintain the cross bar 562,
plunger 558 and reset button 564 in the positions shown in Fig.
5, while a metal strap 566 extends about portions of coil 560 as
shown.  The cross sectional shape of reset button 564 is
polygonal, such as square, to prevent rotation thereof, while the
cross sectional shape of core or plunger 558 is round to provide
maximum electromagnetic efficiency in its interaction with bobbin
coil 560.  Fig. 6 illustrates in a cross sectional view what

- 17 -

~~applicants refer~~ ) ~~as the "butterfly" wit~~  ~~arms 568 being~~
splayed outwardly from a center rivet member 570 aligned with
plunger 558.

In operation, power for the printed circuit board
electronic components is supplied by a copper path on the board
via pins 572 extending downwardly from the bobbin coil 560.
Prior to a shock hazard predetermined condition, the system of
Fig. 5 is "set" by means of depressing set or reset button 564
inwardly, which results in movement of the plunger and the cross
bar against the opposing biasing forces of leaf springs 538.
This depression of the set or reset button will result in
movement of the leaf springs until the movable contacts engage
the fixed contacts, thereby completing an electrical circuit.

The completion of the electrical circuit just described
results in current flow to the bobbin coil which, in turn,
electromagnetically "keeps" and holds the plunger in its
depressed position until an interruption of such current flow.
The interengagement of the movable and fixed contacts further
serves to enable the supply of power to the load or appliance
with which the inventive assembly of Fig. 5 is associated, again,
until an interruption in current flow to the bobbin coil.

In the event of the presence of a shock hazard
condition, as a result of the operation of circuitry of Fig. 7
described in detail below, current to the bobbin coil is
interrupted, with the result that the upward biasing forces of

leaf springs 53C rapidly cause a separation of the movable
contacts away from the fixed contacts, thereby in turn causing an
interruption of power from the source through the blades to the
load or appliance.

Referring now to Fig. 7 of the drawings, the aforesaid
circuitry associated with the device of Fig. 5 is illustrated
with like components in Figs. 5 and 7 carrying like reference
characters. With the relay of Fig. 5 being fed with half wave
rectified alternating current, or pulsating direct current, there
is some current flow during the negative half cycle or the half
cycle other than that when line current is flowing. A free
wheeling diode FWD continues current flow.

The main contacts $M_C$ are normally open. When it is
desired to turn on the appliance after plugging it into a
receptacle power source, pushing a momentary double pull $D_P$ with
respect to the normally open switch (set or reset button 564).
This applies half wave rectified direct current to the bobbin
coil. This results in applying a voltage from the phase line
through the double pole single throw switch DPST, through a diode
$D_1$, thence through the bobbin coil, with the other end of the
coil going through another contact of the double pole switch to
neutral. Thus, by pushing the switch or reset button, the coil
is energized, and the main contact $M_C$ is closed.

- 19 -

~~Once t~~  ~~main contact M$_C$ is clos~~  ~~a parallel path for~~
the current is provided through another diode $D_2$, such that there
is current flow from phase through diode $D_2$ through the coil with
its free wheeling diode in parallel with it, thence through the
collector of a transistor $Q_1$, the emitter of the transistor $Q_1$
being connected to neutral.  The transistor is kept on by a
resistor going from phase to the base.  $R_1$ is the resistor
between phase and the base.

Once the coil energizes itself as described, the
transistor is turned on and then the momentary contact in the
DPST is released and the coil is self-holding.  Should the load
or appliance be dropped into water, creating a shock hazard
condition, the current in a sense line is rectified by diode $D_3$
and a resistor $R_2$ puts a negative voltage onto the base of the
transistor.  A capacitor $C_1$ is provided between the transistor
base and the emitter which will essentially store whatever
voltage was present to smooth it out.  By setting the value of $R_2$
relatively small with respect to the value of $R_1$, the time
constant of the negative current is shorter than that of the
positive current and in this way there is a negative charge
turning off the transistor with the result that the movable
contacts separate from the fixed contacts (Fig. 5).

~~The re... r is cautioned not to... rue the examples~~ presented in this specification, such as in describing hair dryers or other appliances, as limiting the invention to these examples. Any electrical appliance or apparatus with which a shock hazard may be associated is contemplated as being favorably affected by the advantages and features of the present invention.

Referring now to another embodiment of the present invention illustrated in Figs. 8-12, wherein a novel electro-mechanical and electromagnetic combination ~~serves~~ serves a circuit interrupting or breaking function, as well as other functions. In Fig. 8 a plug assembly 600 of the type designated reference character 16 in Fig. 1 is shown with cover housing half 602 removed to illustrate base housing half 604 with its assembled subassemblies in place. A pair of movable contact arms 606 and 608 are each anchored at their respective angled depending legs 610 and 612 within slots or recesses 614 and 616 of base housing half 604. Near ends 618 and 620 of movable arms 606 and 608, respectively, remote from their ends 610 and 612, silver contacts 622 and 624 are rivoted to its arm.

Flexible conductors 626 are welded at 628 to depending legs 610 and 612 at one of their ends, and at their other ends 630 the flexible conductors are welded to plug insertion blades 632. Blades 632 are configured with mounting shoulders 634 so as to be held relatively integral with base 604 when assembled.

~~Movable   contact arms 606 and 608~~ . ~~, normally biased in~~
the direction shown in phantom lines within Fig. 11 such that
they bias the silver contacts 622 and 624 away from fixed silver
contacts 636 and 638 which are riveted to fixed contact terminals
640 and 642, respectively.  The fixed contact terminals 640 and
642 themselves are physically and electrically connected to a
printed circuit board 644 which carries one of the electrical
circuit embodiments described above and contemplated by the
invention.

A latch member 646 formed with a tang 648 is associated
with each movable contact arm and each is mounted and pivoted at
its upper end on pivot points 650 formed on legs 652 of a
set/reset button 654.  At their lower ends 656, latches 646 are
formed with downward bend or leg, as viewed in Fig. 11, these
latter legs giving the latches structural stability for added
reliability.  The full lines of Fig. 11 illustrate latches 646 in
their latched or set position, with tangs 648 holding the ends of
movable contact arms 606 and 608 such that movable silver
contacts 622 and 624 are in physical and electrical engagement
with fixed silver contacts 636 and 638, thereby enabling current
flow through blades 632 from a source such as an electrical
receptacle to a load, such as hair dryer 12.

~~Reset button 654 is normally bias. In a direction away~~
from blades 632 by means of helical compression springs 658 shown
in Figs. 9 and 12, for example. Springs 658 are held captive
between and exert forces against opposing surfaces 660 and 662 of
the underside of the reset button 654 and a metallic frame 664
(see Fig. 9). Set/reset button 654 is visible to the user
through a window 668 formed within cover housing half 602 and
preferably carries indicia of the type illustrated in Fig. 8 to
draw attention to its function.

When the movable contact arms 606 and 608 are in the
positions shown in Fig. 11 in phantom outline, resting against a
wall 666 formed in base housing half 604, such that the
electrical circuit is in an interrupted state with the movable
and fixed contacts spaced in opposition with respect to one
another, the user of the present invention is able to close the
circuit, assuming no hazard condition is present, by depressing
with his or her finger the set/reset button 654. This depression
of the button 654 causes latches 646 to move in the same
direction as the movable button 654 and in sliding engagement
with the ends of the movable contact arms 606 and 608 until and
such that tangs 648 ride over these arm ends. Release of the
formerly depressed button 654 results in its only partially
returning under the influence of springs 658 towards its original
position, with a resulting pulling of the movable contacts 622

~~and 624 into engagement with their respective opposing contacts~~
636 and 638 by latch tangs 648 against the undersides of the
movable arm ends, thereby setting the system and closing the
circuit. Latches 646 and their tangs 648 hold the movable
contacts in the last position just described until a hazard
condition is sensed or detected. In such an event, a plunger 670
shown in Figs. 8 and 9 as being normally biased away from its
associated winding or coil 672 by means of a helical compression
spring 674 is caused to rapidly approach the core of coil 672 as
a result of its being energized. Plunger 670 is formed with a
neck 676 adjacent its end remote from coil 672, with which a
clevis 678 of what will here by referred to as a banger 680
matingly engages. Banger 680 is further formed with pairs of
trip and reset dogs 682 and 684 movable paths that coincide with
latch 646. Upon energization of coil 672, trip dogs 682 rapidly
come into contact with and "bang" against the surfaces of latches
646 facing wall 666, forcibly disengaging the latches 646 and
their tangs 648 from the movable contact arms, with the result
that these arms return to their rest positions against wall 666,
and interrupt current flow through the movable and fixed
contacts. Once the current is interrupted, the compression
forces within spring 674 cause the plunger 670 and its
interconnected banger 680 to return to the position illustrated
in Fig. 9, with the reset dogs 684 coming into contact with and
biasing the latches 646 against the ends of the movable contact
arms 606 and 608.

~~frame~~    ~~comprises part of the magnetic circuit~~
associated with an operating winding or coil 672, and for that
purpose encloses a portion of the coil. A strain relief 686
formed in the insulation of a cord set 688 is shown in Figs. 8
and 9 held between opposing annular walls 690 and 692,
respectively, of housing halves 602 and 604 which, in turn, are
releasably secured together by means of fasteners 694. Cord set
688 corresponds to the cord set 14 illustrated in Fig. 1.

Fig. 8 illustrates the printed circuit board 644 in
broken-line outline in the position it occupies atop the banger
assembly and the fixed contacts. Fig. 8 further illustrates the
three wires, phase/neutral 696 and the guard or sensing wire 698
which extend through and as part of cord set 688, through the
strain relief 686, and into the confines of plug assembly 600.
Sensing wire 698 corresponds to the third wire 22 of Fig. 1 which
electrically communicates with a sensing wire in the load, such
as sensing wire 24 of Fig. 1, and wire 698 is coupled to the PC
board 644 while the phase and neutral lines are electrically
secured to the fixed contact terminals 640 and 642. Terminals
640 and 642 are soft soldered to the PC board 644 by means of
mounting tabs 700.

The present invention thus provides the user with a shock hazard protection system which: has a reponse time that conforms to Underwriters Laboratories requirements; is trip free; possesses a double pole interrupting mechanism with an air gap switch; operates with reverse polarity; requires only a 2 pole receptacle; operates in an ungrounded environment, such as a plastic tub; is of a reasonable size and cost; provides the user with a visible trip indication; meets Underwriters Laboratories overload, short circuit, and endurance requirements; possesses electrical noise immunity so as to minimize false tripping; provides protection in the event the cord is broken, with proper polarity assumed; provides adequate strain relief; is usable with a combination switch/receptacle; and provides protection whether the load or appliance switches are on or off, or are at medium or high settings.

The embodiments of the present invention herein described and disclosed are presented merely as examples of the invention.  Other embodiments, forms and structures coming within the scope of this invention will readily suggest themselves to those skilled in the art, and shall be deemed to come within the scope of the appended claims.

- 26 -

WHAT IS CLAIMED IS:

1. In combination with a load operatively connected to a source, detecting means associated with said load for detecting a shock hazard condition associated with said load, and conducting means connected to said detecting means, circuit interrupting means comprising:

a pair of first and second contacts supported for engagement and disengagement with respect to one another,

a coil electrically connected to said detecting means via said conducting means,

a magnetizable plunger member having portions thereof disposed within said coil and movable in response to energization of said coil,

frame means for defining a path of a magnetic field generated by said coil, and

latch means with portions thereof in the path of said plunger member for influencing the disengagement of said first and second contacts.

- 1 -

2. In combination with a load operatively connected to
a source, detecting means associated with said load for detecting
a shock hazard condition associated with said load, and
conducting means connected to said detecting means, circuit
interrupting means comprising:

a pair of first and second contacts supported for
engagement and disengagement with respect to one another,

a coil electrically connected to said detecting means
via said conducting means,

a magnetizable plunger member having portions thereof
disposed within said coil and movable in response to energization
of said coil,

frame means for defining a path of a magnetic field
generated by said coil,

said coil and plunger comprising relay means for
influencing and maintaining the engagement of said first and
second contacts during times when a shock hazard condition is not
detected.

- 2 -

267-001-0284

### DECLARATION FOR PATENT APPLICATION

Docket No. _____

As a below named Inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled ___ SHOCK HAZARD PROTECTION SYSTEM _____, the specification of which

(check one) ☒ is attached hereto. THIS APPLICATION IS A C-I-P OF U.S. APPLN. 431,982
☐ was filed on _____ Filed: 09/30/82
Application Serial No. _____ as
and was amended on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)

| | | | Priority Claimed | |
|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Status—patented, pending, abandoned) |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status—patented, pending, abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

Address all telephone calls to _____ at telephone no. _____
Address all correspondence to _____

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or first inventor ____ RICHARD C. DOYLE _____
Inventor's signature _____ Date _____
Residence __ 203 Stony Hollow Rd., Greenlawn, NY ___ Citizenship _ U.S. _
Post Office Address __ 203 Stony Hollow Road _____
Greenlawn, NY 11740 _____
Full name of second joint inventor, if any ___ LESTER RIVERA _____
Second Inventor's signature _____ Date _____
Residence __ 70-02 68th Street, Glendale, NY __ Citizenship _ U.S. _
Post Office Address __ 70-02 68th Street _____
Glendale, NY 11554 _____

558262



FIG. 1





FIG. 2

FIG.3

FIG 4

558262



FIG. 5

558262



FIG. 7

FIG. 6

558262



FIG.8

558262



*FIG. 9*

558262



FIG.10

FIG.11

558262



558262



FIG.12