**Appendix B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____       *

vs.                                                          *          Case No.

_____       *
*******

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

*Check one:*

[ ]   Exhibit _____, which is an attachment to _____

_____

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[ ]   _____
(title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_____            _____/s/_____
*Date*

_____
*Printed Name*                                                 *Bar Number*

_____
*Address*

_____
*City/State/Zip*

_____
*Phone No.*                                                      *Fax No.*

U.S. District Court (1/6/2003) Notice of Filing of Sealed Document

**Appendix E**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

\*

vs.      \*      Case No.

\*

\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2003 a copy of _____

_____,

which was electronically filed in this case on _____, 2003, was mailed via

first class mail, postage prepaid, to _____

_____.

_____/s/_____

*Printed Name*          *Bar Number*

*Address*

*City/State/Zip*

*Phone No.*          *Fax No.*

U.S. District Court (1/6/2003) Certificate of Service