


# UNITED STATES PATENT AND TRADEMARK OFFICE

Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us

## PATENT APPLICATION INFORMATION RETRIEVAL

**PAIR** | **FAQ** | **Help** | **Feedback**

**Other Links**

E-Business Center Patents | Employee Locator | Class/Subclass GAU Information | Information Contacts

### Search results for patent number: 4,386,338

| | | | |
|---|---|---|---|
| Application Number: | 06/207,534 | Class / Sub-Class: | 340/999.999 |
| Filing or 371(c) Date: | 11-17-1980 | Location: | FILE REPOSITORY (FRANCONIA) |
| Issue Date of Patent: | 05-31-1983 | Status: | Patented Case |
| Examiner Name: | SWANN III, GLEN R | Group Art Unit: | 2604 |
| Earliest Publication No: | - | Attorney Docket Number: | - |
| Earliest Publication Date: | - | Customer Number: | - |
| Confirmation Number: | 2033 | | |

[Continuity Data]   [Full-text and Images]

[Retrieve Maint. Fees to Pay]   [View Maint. Payment Windows]   Payment Window: 4   [View Maint.]

*Maintenance Fees Available: Mon-Fri 5:30 AM to Midnight, Sat-Sun-Hol. 7:30 AM to 8:00 F*

### File Contents History

| Number | Date | Contents Description |
|---|---|---|
| 10 | 09-20-2001 | Set Application Status |
| 9 | 01-05-1983 | Mailroom Date of Issue Fee Payment |
| 8 | 11-29-1982 | Mail Notice of Allowance |
| 7 | 11-29-1982 | Notice of Allowance Data Verification Completed |
| 6 | 10-13-1982 | Notice of Allowability |
| 5 | 06-08-1982 | Mail Final Rejection (PTOL - 326) |
| 4 | 06-08-1982 | Final Rejection |
| 3 | 10-15-1981 | Mail Non-Final Rejection |
| 2 | 10-15-1981 | Non-Final Rejection |
| 1 | 04-13-1981 | Case Docketed to Examiner in GAU |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT



EXHIBIT 4
6-26-03