**United States Patent** [19] [11] **4,010,431**

**Virani et al.** [45] **Mar. 1, 1977**

[54] **SWITCH FOR ELECTRICAL WALL RECEPTACLE WITH GROUND FAULT PROTECTION**

[75] Inventors: **Gopal J. Virani,** Bridgeport; **John J. Misencik,** Shelton; **Roy O. Wiley,** Huntington, all of Conn.

[73] Assignee: **Westinghouse Electric Corporation,** Pittsburgh, Pa.

[22] Filed: **Aug. 29, 1975**

[21] Appl. No.: **609,134**

[52] **U.S. Cl.** .............................. **335/18;** 335/192; 361/43

[51] **Int. Cl.**[2] .............................. **H01H 83/02**

[58] **Field of Search** .......... 335/18, 192; 317/18 D, 317/112

[56] **References Cited**

UNITED STATES PATENTS

| 3,623,150 | 11/1971 | Minns | 335/192 |
|---|---|---|---|
| 3,813,579 | 5/1974 | Doyle | 335/18 |

*Primary Examiner*—Harold Broome
*Attorney, Agent, or Firm*—L. P. Johns

[57] **ABSTRACT**

An electric receptacle with ground fault protection characterized by an insulating rectangular housing adapted for mounting in a wall outlet box. The housing comprises opposite end and edge walls with front and rear sides open and with a transverse partition dividing a chamber formed by the ends and side walls into a pair of side-by-side compartments. Partition aperture means between the compartments and the first compartment communicating with the open front side and the second compartment communicating with the open rear side. Receptacle components are disposed in the first compartment and electronic components are disposed in the second compartment, and the components in each compartment are so disposed as to minimize the space requirements for the receptacle. The receptacle components include a contact arm which carries one contact for each of two pairs of contacts and the arm is movable between open and closed positions of the contacts and is operatively connected to a latch member releasably holding the arm in the contact closed position. Ground fault sensing means for monitoring the flow of current through the receptacle is provided for releasing the latch member, whereby the contacts on the arm are opened and closed sequentially.

**10 Claims, 10 Drawing Figures**






FIG. 2.




FIG. 1.


69
63
IV
61
59
73
71
75
67
81
V
93
85
89e
17
107
15
87
95
171
89d
97
145
173
99
101
89c
79
17
15
77
89b
103
107
105
89a
89
23
91
109
111
67
11
81
83
V
65
75
71
73
69
61
IV
63
59

FIG. 3.




FIG. 4.


83
131
17
35
121
129
119
15
137
17
135
149
147
149
77
39
15
17
15
17
177
29
93
31
23
81

FIG. 5.




FIG. 6.






FIG. 7.




FIG. 8.


169
171
175
145
91
143
151
153
41
127
47
49
51
157
141
115
155
17
53
163
15
147
161
139
117
65
55
57
29
125
113
31
15
17
93

FIG. 9.


37
45
49
41
47
15
A.C. SOURCE
13
53
51
33
29
17
35
55
41
57
39
21
19
23
LOAD
25
31
TRIP CIRCUIT
27
11

FIG.10.

## SWITCH FOR ELECTRICAL WALL RECEPTACLE WITH GROUND FAULT PROTECTION

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to an electric receptacle for a wall outlet box.

2. Description of the Prior Art

The prior art of ground fault interrupter receptacles is limited at present, because they are in the development stage. A difficulty with such receptacles heretofore has been that receptacles with ground fault protection have been too large to mount in a conventional wall outlet box without the use of a fixture or extension block. One reason for the large size is that the receptacle with ground fault monitors contains a great number of electronic components, such as relays and solenoids. But a need exists for a receptacle with ground fault protection and having a compact size to enable insertion into a standard wall outlet box and which provides satisfactory electrical performance. One type of electric receptacle assembly with ground fault protection is that shown in U.S. Pat. No. 3,813,579.

Most receptacles with ground fault protection have involved various problems. First, the standard wall outlet box has been used with receptacles without ground fault protection. Manifestly, a receptacle having ground fault protection means involves additional parts that must be assembled in the same space as the original receptacle. There is also a problem of nuisance tripping incurred by the magnetic flux developed by the power source conductors which necessarily pass through the sensor coil of the ground fault detector. More particularly, the segments of the conductor are proximate to the coil due to the requirements of compactness of the assembly. As a result the magnetic flux in each conductor causes the coil to respond to current imbalances not incurred by real ground fault causes. In addition, other segments of the conductors on the opposite side of the sensor coil are connected to a contact carrier switch arm which must be free to move in response to ground fault causes and uninhibited by any mechanical force due to the wire.

Associated with the foregoing has been a need for a trip-free construction by which the receptacle cannot be reset so long as a ground fault continues to exist. It is desirable to provide the trip-free feature even though a reset button is held manually in place.

### SUMMARY OF THE INVENTION

In accordance with this invention it has been found that the foregoing problems may be overcome by the provision of a compact electric receptacle adapted for mounting in a standard wall outlet box, comprising an insulating housing smaller than a standard wall outlet box and having opposite edge walls and opposite end walls forming open front and rear sides, a partition within the housing and dividing the housing into side-by-side first and second compartments, the first compartment communicating with the open front side and the second compartment communicating with the open rear side, the partition having aperture means between the compartments, the partition having at least one portion nearer the open front side than the remaining portions thereof, receptacle components in the first compartment and electronic components in the second compartment; the receptacle components comprising socket means for receiving the plug of an electric appliance, contacts movable between open and closed positions for interruptably connecting the socket means to a power source, a contact arm carrying one of the contacts, a latch member releasably engaging the contact arm, operating means for moving the contacts to their open position in response to a ground fault; the electronic components comprising ground fault responsive means for monitoring the flow of current in the conductors and delivering a fault signal to the operating means in response to a current imbalance in the conductors, and said responsive means comprising a toroidal coil through which the conductors extend.



The electric receptacle also comprises a first pair of cooperable contacts operable between open and closed positions, a second pair of cooperable contacts operable between open and closed positions, an operating mechanism including a contact arm carrying one contact of each pair of contacts and movable between open and closed positions of the contacts, a latch member releasably holding the arm in the closed position, bias means engaging the arm for urging the arm to the open position when the latch member is released, a pivot rib for the contact arm, the bias means urging the arm to pivot about the first pair of contacts during an initial movement of the arm when released to open the second pair of contacts and to then pivot about the pivot rib during a final movement of the arm to open the first pair of contacts, ground fault sensing means for monitoring the flow of current through the socket means, and release means responsive to the ground fault sensing means for releasing the latch member from the contact arm, whereby the first and second pairs of contacts are opened sequentially. In addition to the foregoing the electric receptacle includes third contact means located in the path of movement of the arm at the open position thereof, the third contact means being operatively connected to open a circuit through the release means when the arm is in the open position, the third contact means comprising a contact button in detachable engagement with one of the conductors of the power source when the arm is in the closed position, and resilient means for urging the button in the closed position when the arm is not in the open position.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an elevational view of the front side of an electric receptacle in accordance with this invention.

FIG. **2** is an elevational view of the rear side thereof.

FIG. **3** is a vertical sectional view taken on the line III—III of FIG. **1** with some parts in exploded view and showing in addition the wall plate and wall outlet box in which the electric receptacle is disposed.

FIG. **4** is a vertical sectional view taken on the line IV—IV of FIG. **3**.

FIG. **5** is a vertical sectional view taken on the line V—V of FIG. **3**.

FIG. **6** is a vertical sectional view taken on the line VI—VI of FIG. **4** and showing the contact arm in the closed position.

FIG. **7** is a fragmentary sectional view showing the contact arm in an intermediate position.

FIG. **8** is a view similar to FIG. **6** and showing the contact arm in the open position.

FIG. **9** is a fragmentary sectional view of another embodiment showing the manner in which the shunt wires are disposed.

FIG. **10** is a wiring diagram of the receptacle assembly.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The electric receptacle with ground fault protection of this invention is generally indicated at **11** in FIG. **10.** It is connected by a single phase, two-wire line to an AC power source **13,** the two-wire line consisting of a line conductor **15** and a grounded neutral conductor **17.** Although a single phase, two-wire system is disclosed, it is understood that conventional single phase or polyphase circuits consisting of three or four wires may be used.

The conductors **15, 17** extend through the receptacle **11** to socket means which include a line terminal **19,** a neutral terminal **21,** and a ground terminal **23,** to which a load, such as an electrical appliance, is detachably connected in a conventional manner. The receptacle **11** comprises ground fault detection means included within a broken line rectangle generally indicated at **27** and comprising a differential transformer including a toroidal core **29** and a ground fault sensor for trip circuit **31.** As disclosed in the prior art, such as U.S. Pat. No. 3,813,579, the line and neutral conductors **15, 17** pass through the toroidal core **29** thereby essentially comprising single turn primary windings of the core. A secondary winding **33** consists of a plurality of turns around the core and comprises a part of the trip circuit **31.** The conductors **15, 17** also pass through a grounded neutral transformer **35** which is responsive to a fault on the load side of the differential transformer or core **29.** The purpose and construction of the transformer **35** is set forth more particularly in the application of John J. Misencik, Ser. No. 417,659, filed Nov. 20, 1973. Operating means **39** comprise a solenoid by which the contact arm is actuated from the closed to the open position thereby opening circuits between pairs of contacts **47, 49,** contacts **51, 53,** and contacts **55, 57.** The electronic portions of the receptacle **11** are contained within the broken line rectangle **27** as will be set forth more particularly below.

The electromechanical components of the receptacle **11** are contained within the broken line rectangle **37** and comprise an insulative contact arm **41,** a reset mechanism **43,** and a test button **45.**

As shown in FIG. **3** the receptacle **11** is located within an outlet box **59** which is mounted within an opening **61** of a wall **63.** The several components of the receptacle **11** are contained within an insulative housing **65** which is contained within the box **59** on a mounting plate **67** which is secured in place at peripheral areas in contact with the wall **63** at **69** by mounting screws **71** extending between the plate and the outlet box **59.** A cover plate **73** is mounted over the mounting plate **67** and is secured in place by screws **75.**

The insulative housing **65** is a rectangular member having opposite edge walls **77, 79,** opposite end walls **81, 83,** and opposite front and rear side openings **85, 87.** A partition **89** extends across the interior of the housing **65** between opposite walls **77, 79, 81, 83,** to divide the interior of the housing into separate compartments **91, 93** corresponding respectively to the broken line rectangles **37, 27** as shown in FIG. **10.** Spaced aperture means, such as an opening **95,** are provided between opposite sides of the compartments **91, 93** to enable passage of wires such as the line and neutral conductors **15, 17.** As shown in FIG. **3,** the partition **89** includes spaced longitudinal portions **89*a*, 89*b*, 89*c*, 89*d*, 89*e*** which are disposed at various lateral positions between the front and rear side openings **85, 87.** The partition **89** provides various recesses such as recesses **97** and **99,** on the side of the compartment **91,** and recesses **101, 103** on the side of the compartment **93.** By providing the partition **89** with partition segments **89*a–e*** of different depths, the varous recesses, such as recesses **97–103** having different locations with respect to the front rear side openings **85, 87,** enable the assembly of the several parts comprising the electronic and mechanical components into a more compact arrangement than would be possible if the partition **89** were a single planar member extending across the interior of the housing between the opposite end walls **81, 83.**

Moreover, the several recesses **97–103** enable the location of the several electronic and mechanical components in place with a minimum of mounting parts. The recesses hold several parts in place and prevent their shifting from position once they are seated in their predesigned locations. Accordingly, the partition performs the two-fold purpose of separating the electronic and mechanical portions from each other to prevent debris from the mechanical side, such as fumes resulting from arcing during opening and closing of the contacts, from contaminating the electronic side; and of conserving space in order to minimize the overall size of the housing **65** while providing an outlet receptacle with ground fault protection. In addition the housing **65** includes a back cover **105** which is secured in place by spaced screws **107.** The electronic or ground fault components **29, 31, 35** are contained within the second compartment between the partition **89** and the back cover **105.** The so-called mechanical components **39, 41, 43, 45, 47–57,** are contained within the compartment **91** between the partition **89** and the mounting plate **67.**

In FIGS. **1** and **2** the front and rear sides of the receptacle **11** are shown in the assembled condition. The receptacle **11** is of the duplex type with one terminal above and another terminal below the reset and test buttons **43, 45.** The reset and test buttons **43, 45** as well as the upper and lower receptacles or sockets **19, 21, 23** are disposed generally in the planar surface of the front side of the receptacle. As shown in FIG. **3,** a front cover insert **109,** shown in exploded position with respect to the receptacle **11,** is disposed within an opening **111** in the cover plate **73** and is provided with aligned openings each group for the terminals **19, 21, 23,** as well as the reset and test buttons **43, 45.**

As shown in FIG. **5** the electronic components comprising the ground fault protection portion of the receptacle **11** are contained within the compartment **93** between the partition **89** and the back cover **105.** Generally those components comprise the toroidal core **29,** the trip circuit **31,** the operating means **39,** and the grounded neutral transformer **35.** Inasmuch as the detail description of these parts is set forth in U.S. Pat. No. 3,813,579, and application Ser. No. 417,659, filed Nov. 20, 1973, now U.S. Pat. No. 3,930,187, the description of those portions is limited to the parts that are essential to the operation of the invention disclosed herein.

The lead conductor **15** (FIG. **2**) extends through the back cover **105** into the compartment **93** (FIG. **6**) where it is connected to a contact bracket **113** which carries the current through an aperture in the partition

89 to contacts 47, 49 in the compartment 91. From there the current moves through a contact plate 115 which is secured to the contact arm 41. The circuit continues through a shunt which is a continuation of the conductor 15 that passes through an aperture 117 in the partition 89, and through the core 29. As shown in FIG. 5, the line conductor 15 extends from the core 29 to a splice 119 having a splice insulator 121 and then through the grounded neutral transformer 36 to a receptacle conductor 123 (FIG. 4) to which the conductor 15 is electrically secured such as by a spot weld (not shown). The receptacle conductor 123 extends between and is an integral part of the pair of line terminals 19 (upper and lower), whereby a circuit is maintained to both terminals.

In a similar manner a circuit through the neutral conductor 17 extends through the back cover 105 (FIG. 2) into the compartment 93 (FIG. 5) where the conductor is secured, such as by a weld, to a contact bracket 125 which extends through an aperture in the partition 89 to the compartment 91 (FIG. 6) where the circuit passes through the closed contacts 53, 51. The movable contact 51 is mounted on a contact plate 127 on the contact arm 41. From there the circuit passes through a shunt which is part of the neutral conductor 17 which extends through the aperture 117 and then through the core 29 into the compartment 93. The conductor 17 includes a splice 129 (FIG. 4) having a splice insulator and continues through the grounded neutral transformer 35 to a receptacle conductor 133 to which it is secured electrically, such as by a spot weld (not shown). Like the receptacle conductor 123, the conductor 133 is an integral part of both the upper and lower neutral terminals 21 between which it extends to provide a circuit through the lower terminal 21.

In the event that it is necessary to connect other receptacles having no ground fault protection units in the same circuit with the receptacle 11, a line conductor 135 (FIG. 5) and a neutral conductor 137 may be added by connecting said conductors at the junction of the line and neutral conductors 15, 17 to the receptacle conductors 123, 133, respectively, whereby feed through to the other receptacles is obtained.

In accordance with this invention as shown in FIG. 5 the line and neutral conductors 15, 17 are twisted around each other for at least one complete cycle coaxially of each other at the portion of the conductors adjacent the toroidal core 29 in order to eliminate nuisance tripping caused by surge currents in the conductors. The twisted conductors having magnetic fluxes have a cancelling effect upon each other and therefore do not influence the coil of the core 29.

In the closed circuit position of the contact arm 41 (FIG. 6) a latch plate 139 retains the arm in said position. For that purpose the latch plate 139 comprises a shoulder 141 which engages an edge 143 of the contact plate 115, thereby holding the arm 41 in said position against the pressure of a coil spring 145 so that circuits through the line conductor contacts 47, 49 as well as through the neutral conductor contacts 51, 43 are closed. Under predetermined conditions of overload current the operating means 39 which includes a solenoid 147 having a plunger 149, is actuated against the latch plate 139 to move the plate to the position shown in FIG. 8 so that the coil spring 145 moves the contact arm 41 to the open position of the contact.



In accordance with this invention the contact arm 41 rotates about two different pivot points during the movement of the arm between the closed and open position as shown in FIGS. 6 and 7. A pivot point 151 extends through a hole 153 having tapered sides and having a lower side which provides a clearance 155 with the pivot point in the closed position of the arm 41. When the latch plate 139 is moved to the unlatched position (FIG. 7) the clearance 155 around the pivot point 151 prevents the arm from contacting the pivot point so that the spring 145 moves the plate counterclockwise initially around a pivot between the contacts 51, 53.

Moreover, in accordance with this invention, the contact plate 115 strikes a button 157 (FIG. 8) on a pin 161 and against a spring 163 so that the contact 57 is moved from the contact 55 which is a flange portion of the contact bracket 113. Likewise, in accordance with this invention the clearance 155 between the arm 41 and the pivot point 151 no longer exists so that continued movement of the arm now depends upon pivot about the pivot point 151, causing the contacts 51, 53 to separate as shown in FIG. 8. Thus, the several pairs of contacts open and close sequentially and not simultaneously.

The sequential operation of the contact arm 41 provides for maintenance of a circuit through the trip circuit 31 during opening and closing of the contacts. So long as the receptacle 11 is properly wired, the neutral line will close before the hot line closes, because of the typical relay design, and there will be no problem in case of continuing ground fault. However, in case of reverse polarity, due to inadvertent wiring of the receptacle, the neutral line becomes the hot line and will close before the neutral line closes which, without the third contact or contact means 55, 57, would not provide the protection against ground fault. Accordingly, the button 157 having a coil spring 163 to hold it in the upper position (FIG. 6) provides protection against ground fault in case of reverse polarity or miswiring of the receptacle, because it closes before both of the line and neutral contacts and energizes the trip circuit 31 as soon as the contacts 51, 53 close. In addition, in the open position the contacts 51, 53 have a smaller gap 165 (FIG. 8) than a gap 167 between contacts 47, 49. Moreover, the length of the control arm 41 between the pivot point 151 and the contact 51 is less than that between the pivot point 151 and the contact 49. Thus, when the arm 41 is moved to the closed position, the contacts 51, 53 close before the contacts 47. 49.

The arm 41 is moved to the closed position by a manual reset button 169 located on a bracket 171 that is slidably mounted in grooves (not shown) in the housing 65. The lower end of the bracket is spring biased upwardly by a coil spring 173 (FIG. 3). The latch plate 139 is pivotally mounted to move between the latched and unlatched positions (FIGS. 6 and 8) and is retained in place by an L-shaped flexible member 175, the upper end of which is secured to the bracket 171 and the lower end of which is secured, such as by a spot weld, to the latch plate 139. Thus, each time the solenoid plunger 149 is driven against the lower end of the latch plate 139, the plate rotates clockwise from the latched to the unlatched positions (FIGS. 6 and 8). When the reset button 169 is depressed against the spring 173, the latch plate moves down and the shoulder 141 moves below the edge 143 of the contact plate

**115**, whereby the latch plate rotates counterclockwise under influence of the flexible member **175**. Upon release of the reset button **169** the spring **173** raises the reset button assembly and the contact arm **41** to the closed position of FIG. **6**.

During resetting of the contact arm **41** to the closed position the arm first rotates on the pivot point **151** at **177** (FIG. **8**) until the contacts **51, 53** engage each other. Thereafter, the pivot point for the arm moves to the point of contact between the contacts **51, 53** until the contacts **47, 49** are closed. During the initial period of movement of the contact arm **41** to the closed position, the pin **161** is urged upwardly by the spring **163** until the contacts **55, 57** are closed, thereby closing the circuit through the trip circuit **31** which in turn continues to operate the solenoid **149** to prevent the arm **41** from remaining in a closed contact position until an existing ground fault is eliminated.

Moreover, in accordance with this invention as shown in FIGS. **5** and **6**, the conductors **15, 17** extend across one side of the core **27**, and through the central opening therein where the conductors are retained in place by suitable means to prevent any movement of the conductors within the core. Such suitable means may include an islet **177** (FIG. **6**) having a flange **179**. The islet is crimped tightly around the conductors **15, 17** and is seated within the opening of the core **29** with the flange **129** disposed against the partition **89**. The flange **179** is preferably seated within an enlarged portion **181** of the aperture **117** to further limit any movement of the assembly by clamping the assembly in place between the core **29** and the partition **89**. Between the islet **177** and the arm **41**, the conductors **15, 17**, having similar insulating sleeves **183**, are connected to the contact plates **115, 127** at joints **185, 187**, respectively. The segments of the conductors **15, 17** next adjacent the joints **185, 187** are of ample lengths and are preferably arcuate to minimize as much as possible any influence of the conductors may have on movement of the arm **41**. Thus, the provision of more than enough length of the segments of the conductors **15, 17** adjacent the arm **41** permits the arm to move uninhibitedly in response to the downward pressure of the spring **145** when the latch plate **139** is actuated.

Another embodiment of the invention is shown in FIG. **9** in which the insulated conductors **15, 17** extend through the hole in the core **29** where they are retained by suitable clamping means such as a segment **189** of heat shrink tubing which grips or clasps the conductors tightly together within the core. In addition the insulating sleeve **183** on the conductors **15, 17** are clamped between the core **29** and the partition **89**, whereby the ample arcuate uninsulated portions of the conductors **15, 17** are free to move in response to movement of the arm **41**.

Accordingly, the electric receptacle of this invention avoids many disadvantages of prior art receptacles and provides advantages that have not been available heretofore. Those advantages include a more compact receptacle unit which fits into a standard wall outlet box, line terminals secured in place and formed for maximum strain relief on the electrical contact gap, and a partition wall enabling the placement of each component in its intended location so that movement of the solenoid mechanism and the reset mechanism are avoided thereby providing greater reliability without the use of additional fasteners.

What is claimed is:

**1.** An electric receptacle for mounting in a wall outlet box for connecting an electrical load to the conductors of a power source, comprising socket means for receiving a plug of an electrical load, a first pair of cooperable contacts operable between open and closed positions, a second pair of cooperable contacts operable between open and closed positions, an operating mechanism including a contact arm carrying one contact of each pair of contacts and movable between open and closed positions of the contacts, a latch member releasably holding the arm in the closed position, bias means engaging the arm for urging the arm to the open position when the latch member is released, a pivot rib for the contact arm, the bias means urging the arm to pivot about the first pair of contacts during an initial movement of the arm when released to open the second pair of contacts and to then pivot about the pivot rib during a final movement of the arm to open the first pair of contacts, ground fault sensing means for monitoring the flow of current through the socket means, and release means responsive to the fault sensing means for releasing the latch member from the contact arm, whereby the first and second pairs of contacts are opened sequentially.

**2.** The electric receptacle of claim **1** in which the contacts on the arm are located at opposite ends thereof, and the pivot rib is located intermediate the contacts.

**3.** The electric receptacle of claim **1** in which the other contacts of each pair are located on opposite sides of the arm.

**4.** The electric receptacle of claim **3** in which the pivot rib is nearer one contact than the other.

**5.** The electric receptacle of claim **1** in which the first pair of contacts are connected to the neutral conductor of the power source and the second pair of contacts are connected to the line conductor of the power source.

**6.** The electric receptacle of claim **5** including reset means for returning the contacts to the closed position, and the contacts being unclosable by the reset means during continued existence of a ground fault.

**7.** The electric receptacle of claim **6** in which third contact means are located in the path of movement of the arm at the open position thereof, the third contact means being operatively connected to open a circuit through the release means when the arm is in the open position.

**8.** The electric receptacle of claim **7** in which the third contact means comprises a contact button in detachable engagement with one of the conductors of the power source when the arm is in the closed position, and resilient means for urging the button in the closed position when the arm is not in the open position.

**9.** The electric receptacle of claim **8** in which the contact button is engaged with the line conductor.

**10.** The electric receptacle of claim **8** in which the contact button is closed before the arm reaches the closed position of the contacts.

* * * * *