**Appendix B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|                     |   |              |
|---------------------|---|--------------|
|                     | * |              |
| vs.                 | * | Case No.     |
|                     | * |              |
|                     | ******* |        |

### NOTICE OF FILING OF DOCUMENT UNDER SEAL

***Check one:***

[ ] Exhibit _____, which is an attachment to _____

_____

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[ ] _____
(title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_____         _____/s/_____
Date

                                                           *Printed Name*                   *Bar Number*

                                                       *Address*

                                                       *City/State/Zip*

                                                       *Phone No.*                        *Fax No.*

**Appendix E**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

                          *

vs.                        *        Case No.

                        *

                   *******

### CERTIFICATE OF SERVICE

    I hereby certify that on _____, 2003 a copy of _____

_____,

which was electronically filed in this case on _____, 2003, was mailed via

first class mail, postage prepaid, to _____

_____.

                                              _____/s/_____

                                           *Printed Name*        *Bar Number*

                                           *Address*

                                           *City/State/Zip*

                                           *Phone No.*            *Fax No.*