**Appendix B**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

\*

vs.                                    \*          Case No.

\*
\*\*\*\*\*\*\*

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

*Check one:*

[  ]  Exhibit _____, which is an attachment to _____

_____

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[  ]  _____

(title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies

of the document identified above.


_____          _____/s/_____
*Date*

                                          _____
                                          *Printed Name*              *Bar Number*

                                          _____
                                          *Address*

                                          _____
                                          *City/State/Zip*

                                          _____
                                          *Phone No.*                 *Fax No.*


U.S. District Court (1/6/2003) Notice of Filing of Sealed Document

**Appendix E**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

                                        *

vs.                                     *         Case No.

                                   ·    *
                              *******

### CERTIFICATE OF SERVICE

I hereby certify that on _____, 2003 a copy of _____

_____.

which was electronically filed in this case on _____, 2003, was mailed via

first class mail, postage prepaid, to _____

_____.


_____/s/_____


_____
*Printed Name*                          *Bar Number*

_____
*Address*

_____
*City/State/Zip*

_____
*Phone No.*                             *Fax No.*


U.S. District Court (1/6/2003) Certificate of Service