Appendix B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

\*

vs.                          \*          Case No.

\*

\*\*\*\*\*\*\*

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

*Check one:*

[   ]   Exhibit _____, which is an attachment to _____

_____

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[   ]   _____
                                            (title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies

of the document identified above.

_____          _____ /s/ _____
*Date*

                                           _____
                                           *Printed Name*                    *Bar Number*

                                           _____
                                           *Address*

                                           _____
                                           *City/State/Zip*

                                           _____
                                           *Phone No.*                        *Fax No.*

**Appendix E**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

*

**vs.**                              *            **Case No.**

*
*******

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on _____, 2003 a copy of _____

_____,

which was electronically filed in this case on _____, 2003, was mailed via

first class mail, postage prepaid, to _____

_____.

_____/s/_____

_____

*Printed Name*                          *Bar Number*

_____

*Address*

_____

*City/State/Zip*

_____

*Phone No.*                              *Fax No.*

U.S. District Court (1/6/2003) Certificate of Service