UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

------------------------------------- X
LEVITON MANUFACTURING CO., INC., :

    Plaintiff, :

    v. :

UNIVERSAL SECURITY INSTRUMENTS, :
INC., *et al.*,
                                                            :

    Defendants. :
                                                             :
------------------------------------- X

Civil Action No. 01 CV 3855 AMD

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

    Certain exhibits of Plaintiff's Opposition to Defendants' Motion for Summary Judgment on Count Two (Trade Dress), will be filed with the Clerk's Office in paper format so that it may be placed under seal.

    I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

August 7, 2003

                                                    /s/
                                        D. Christopher Ohly
                                        Federal Bar No. 01725
                                        BLANK ROME LLP
                                        Watergate
                                        600 New Hampshire Avenue
                                        Washington, DC 20037
                                        (202) 944-3000

2

Paul J. Sutton
Joseph M. Manak
Barry G. Magidoff
Joseph G. Lee
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York 10022
Telephone:  (212) 848-1000
Facsimile:  (212) 688-2449

Attorneys for Plaintiff,
*Leviton Manufacturing Co., Inc.*

2