IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

------------------------------------X

LEVITON MANUFACTURING CO., INC., :

       Plaintiff, :

   v. :   Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS, :
INC., *et al.,*
      :
       Defendants.
      :

------------------------------------X

## INTERIM SEALING MOTION

     Pursuant to Local Rule 105.11 and the Stipulated Protective Order entered by the Court in this Case, the Plaintiff, Leviton Manufacturing Company, Inc. ("Leviton"), files this Interim Sealing Motion to accompany its submission of confidential material included in its Opposition to Defendants' Motion for Summary Judgment on Count Two (Trade Dress) and states as follows:

     1.    Pursuant to the Stipulated Protective Order, Leviton has placed a copy of the confidential documents in an envelope affixed with the sealing language set forth in the Stipulated Order.

     2.    Leviton believes that there are no alternatives to sealing its filing that would permit the Court's prompt review of the confidential materials and at the same time maintain the documents' purported protected status.

117728.00601/35585050v1

WHEREFORE, Leviton requests that this Court grant its Interim Sealing Motion, and place Under Seal the copies of the confidential documents to Leviton's Opposition to Defendants' Motion for Summary Judgment on Count Two (Trade Dress).

                                                    Respectfully submitted,

                                                    /s/
                            D. Christopher Ohly, Fed. Bar No. 01725
BLANK ROME LLP
250 West Pratt Street, Suite 1100
Baltimore, Maryland 21201
Telephone: (410) 659-1400
Facsimile: (410) 659-1414

Paul J. Sutton
Barry G. Magidoff
Joseph G. Lee
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York  10022
Telephone: (212) 801-2100
Facsimile: (212) 688-2449

*Counsel for the Plaintiff,*
*Leviton Manufacturing Co., Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 01 CV 3855 AMD |
| UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.,* | : |
| Defendants. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## **ORDER**

Upon consideration of the Interim Sealing Motion filed by the Plaintiff, Leviton Manufacturing Company, Inc., it is this ____ day of _____, 2003, hereby

ORDERED that Leviton Manufacturing Co., Inc.'s Opposition to Defendants' Motion for Summary Judgment on Count Two (Trade Dress), shall be SEALED pursuant to Local Rule 105.11 and the Stipulated Protective Order previously entered in this case, until further Order of the Court.

_____
Judge, United States District Court
for the District of Maryland

117728.00601/35585050v1