# Second SmartLock GFCI Patent Infringement Lawsuit Is Filed by Leviton



Leviton Manufacturing Company announced that it has filed a second lawsuit against Universal Security Instruments, Incorporated (USI), an importer of Ground Fault Circuit Interrupters (GFCIs). The suit was filed on June 10, 2003 in the U.S. District Court of Maryland and states that USI is willfully infringing patents covering the lockout feature used in Leviton's SmartLock™ GFCI, a design feature that complies with the January 2003 UL 943 Requirements. The lawsuit is the second Leviton has filed against USI. It claims that USI's 2003 UL-compliant GFCIs infringe on at least 6 current patents Leviton holds on its SmartLock GFCI. Leviton anticipates being granted more than a dozen additional patents that will cover the Leviton lockout design feature, and it believes that USI's "knock-off" GFCIs are likely to infringe on these as well.

In 2001 Leviton filed an earlier suit against USI seeking a permanent injunction and recovery of treble damages and legal fees for USI's infringing on an older Leviton GFCI patent. That suit also charged USI with intentionally misrepresenting its imported products as designed and engineered in the United States through a depiction of the American flag on the packaging of USI's GFCIs. In challenges to the earlier series of legal actions against USI, the District Court in which the charges were brought has consistently ruled in Leviton's favor.

On April 22, 2003, when Leviton's position on infringement was challenged by the manufacturer of USI's infringing GFCIs in legal action the company initiated before The United States International Trade Commission (ITC), in which Leviton sought to have U.S. Customs officials stop "infringing goods" from entering the country, the Commission also ruled in Leviton's favor.

The lawsuits against USI are part of a broader campaign Leviton said it has implemented to protect its intellectual property rights and safeguard the public from unwittingly buying, selling, reselling, installing and using unlawful, patent-infringing and/or counterfeit GFCI devices. Litigation is but one part of Leviton's GFCI patent enforcement policy. Increasing industry awareness to the full extent of the problem is critical because importers and resellers of counterfeit and/or patent-infringing devices have jeopardized the ability of distributors and retailers to compete in a fair manner.

Contact Leviton Manufacturing Co., Inc., 59-25 Little Neck Parkway, Little Neck, NY 11362-2591 Phone: 1-800-323-8920; Tech Line: 1-800-824-3005; FAX: 1-800-832-9538, www.leviton.com.

---

Universal Lighting Technologies' Ballasts

# Major Lighting Retrofit Dramatically Lowers Energy, Fixture Replacement Costs

The California Department of the Youth Authority, which operates 15 correctional facilities throughout the state, initiated a major lighting retrofit project at its five Southern California centers last year. Installing ballasts manufactured by Universal Lighting Technologies dramatically lowered energy and fixture replacement costs for the California Youth Authority (CYA).

From April to November of 2002, the CYA Construction Department converted five facilities in Whittier, Norwalk, Chino, El Paso de Robles and Ventura from older T12 magnetic ballasts to newer T8 electronic systems. The centers are all 30+ years old, and many were illuminated using eight-foot fluorescent fixtures with magnetic ballasts.

"The major changes in the project were to retrofit all of the eight-foot fixtures into four-footers and to replace all of the ballasts with Universal Lighting Technologies models that supported either 120-volt or 277-volt applications," said Construction Supervisor Lance Phillips. "These changes resulted in a tremendous benefit for our maintenance departments because now they only need to stock one size of fluorescent lamp and one ballast, resulting in a overall reduction in inventory and transaction costs."

Catalina Ballast and Bulb in El Monte, California, supplied the ballasts/fixture systems. According to Catalina's president, Frank Sarate, the CYA used conversion kits to change the fluorescent lighting from F40T12 and F48T12 units to F32T8 units and installed reliable Universal Lighting Technologies parallel-lamp ballasts.   "If one lamp burns out, the others stay lit," he said. "When we were awarded this job the CYA told us the main objective was reliability, so we put together a system package that we knew would meet their needs."

The ballasts installed for either the two- or four-lamp configurations were Universal Lighting Technologies' Triad® Low Profile electronic linear fluorescent ballasts (B232IUNVHP-B and B432IUNVHP-A). The ballasts are low profile—45 percent smaller and much lighter weight than their predecessor ballasts—and high performance. They operate with less than 10 percent Total Harmonic Distortion (THD), which is important in specialized incarceration facilities where electrical interference with surveillance cameras and electronic monitoring equipment can occur.

Altogether the CYA installed more than 11,000 two-lamp ballasts and nearly 3,700 four-lamp ballasts at an estimated project cost of $1.2 million. According to Phillips, the nicest surprise was the energy savings that resulted from the retrofit project.

The CYA project demonstrates that lighting upgrade programs provide financial and practical benefits at a time when commercial, institutional, industrial and government entities are trying to reduce costs to meet falling tax revenues. "We are seeing an increase in inquiries from a number of federal and state entities who, given the current economic environment, have a strong desire to streamline costs and improve energy-efficiency within facilities," said Mark Timbario, electronic products manager for Universal Lighting Technologies Inc.

Universal Lighting offers a comprehensive line of products to meet the demands of retrofit applications for energy-conscious applications where inventory is reduced and overall lighting is improved.

For more information, visit www.universalballast.com.