**Appendix B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
|  | * |  |
| vs. | * | Case No. |
|  | * |  |

\*\*\*\*\*\*\*

### NOTICE OF FILING OF DOCUMENT UNDER SEAL

*Check one:*

[ ]   Exhibit _____, which is an attachment to _____

_____

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[ ]   _____
(title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_____          _____/s/_____
Date                                                                

*Printed Name*                                      *Bar Number*

*Address*

*City/State/Zip*

*Phone No.*                                          *Fax No.*