**Appendix B**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

_____    *

vs.                                               *        Case No.

_____    *

*******

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one:**

[ ]  Exhibit _____, which is an attachment to _____

_____

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[ ]  _____

(title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_____    _____/s/_____
*Date*

_____
*Printed Name*                              *Bar Number*

_____
*Address*

_____
*City/State/Zip*

_____
*Phone No.*                                  *Fax No.*

U.S. District Court (1/6/2003) Notice of Filing of Sealed Document