Appendix B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

*

vs.                      *         Case No.

*

*******

## <u>NOTICE OF FILING OF DOCUMENT UNDER SEAL</u>

*Check one:*

[   ]   Exhibit _____, which is an attachment to _____

_____

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[   ]   _____
(title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies

of the document identified above.


_____       _____/s/_____
*Date*

                                       _____
                                       *Printed Name*           *Bar Number*

                                       _____
                                       *Address*

                                       _____
                                       *City/State/Zip*

                                       _____
                                       *Phone No.*              *Fax No.*