**Appendix B**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

_____  *
                     *
         vs.         *    Case No.
                     *
_____  *
                  *******

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

***Check one:***

[ ]  Exhibit _____, which is an attachment to _____

_____

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[ ]  _____
                              (title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_____           _____/s/_____
*Date*

                                          _____
                                          *Printed Name*          *Bar Number*

                                          _____
                                          *Address*

                                          _____
                                          *City/State/Zip*

                                          _____
                                          *Phone No.*             *Fax No.*