**Appendix B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
                              *
       vs.                    *        Case No.
                              *
                           *******
```

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

***Check one:***

[ ]   Exhibit _____, which is an attachment to _____

_____

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[ ]   _____

(title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_____           _____/s/_____
Date

_____
*Printed Name*                               *Bar Number*

_____
*Address*

_____
*City/State/Zip*

_____
*Phone No.*                                  *Fax No.*