LAW OFFICES OF
## CAHN & SAMUELS, LLP
INTELLECTUAL PROPERTY COUNSEL

July 31, 2003

**VIA FACSIMILE**



D. Christopher Ohly, Esq.
BLANK ROME, LLP
600 New Hampshire Ave., NW, Ste. 1200
Washington, D.C. 20037

Re:   Leviton v. Universal Security Instruments et al
      Civil Action No. AMD-01-CV-3855
      Our Ref: 295.0009

Dear Chris:

We are writing with regards to what appears to be yet another violation of the Protective Order by Leviton's lawyers. We received notification today that a customer of USI's in another country received a letter on July 30, 2003, from legal counsel acting on behalf of Leviton threatening an infringement suit on a foreign counterpart to the '894 patent. During the 30(b)(6) deposition of Harvey Grossblatt, which you attended, the witness identified this customer and its purchase of USI's GFCIs in response to questions regarding Exhibit 26, which was designated "Confidential – Outside Counsel Only." See 30(b)(6) Deposition Tr. at 181:7 to 182:16. Given that this testimony is the only known source of the information regarding this customer's purchase of USI GFCIs, we demand that you provide us with the source and basis of the information and accusations contained in the July 30, 2003 letter by the close of business tomorrow or we will seek appropriate relief.

Very truly yours,

W.E. Bradley

William E. Bradley, Esq.

WEB/std

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN†
WILLIAM E. BRADLEY‡

* ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE

† ADMITTED IN DC, FL, OH AND
US PATENT & TRADEMARK OFFICE

‡ ADMITTED IN VA, DC AND
US PATENT & TRADEMARK OFFICE

HEADQUARTERS
BUILDING
2000 P STREET
NORTHWEST
SUITE 200
WASHINGTON, DC
20036-6924

202•331•8777
FAX: 202•331•3838
WWW.PATTMCOPY.COM