LAW OFFICES OF
## CAHN & SAMUELS, LLP
INTELLECTUAL PROPERTY COUNSEL

August 5, 2003



PATENTS
COPYRIGHTS
TRADEMARKS

**VIA FACSIMILE AND CONFIRM MAIL**

D. Christopher Ohly, Esq.
BLANK ROME, LLP
600 New Hampshire Ave., NW, Ste. 1200
Washington, D.C. 20037

Re:   Leviton v. Universal Security Instruments et al
      Civil Action No. AMD-01-CV-3855
      <u>Our Ref: 295.0009</u>

Dear Chris:

    Thank you for your letter of August 5, 2003. Our previous letter was indeed an attempt to obtain further facts before seeking relief from the Court (as your letter suggests we should do). Notably, you still have not provided us with the non-confidential means through which you allege Leviton learned of USI's Canadian customer.

    Additionally, we are puzzled by your allegations of "libel." As you know, the tort of libel has both a "publication" and a "falsity" requirement. Our July 31, 2003 letter was a direct communication to you, which does not satisfy the publication requirement. The letter was clearly an inquiry into "what appears to be another violation of the Protective Order" and we provided you with the basis for our inquiry. Unless we are provided with a supportable explanation by you, we remain convinced of the truth of our belief. Hence, there is no falsity of any statement raised in the letter.

    Finally, with respect to your request for the July 30, 2003 letter, please ask your client for a copy. Leviton was one of the recipients of a copy.

Very truly yours,

*W. E. Bradley*

William E. Bradley, Esq.

WEB/std

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN†
WILLIAM E. BRADLEY‡
REGINALD D. LUCAS«

*ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE

†ADMITTED IN DC, FL, OH AND
US PATENT & TRADEMARK OFFICE

‡ADMITTED IN VA, DC AND
US PATENT & TRADEMARK OFFICE

«ADMITTED IN VA AND
US PATENT & TRADEMARK OFFICE

HEADQUARTERS
BUILDING
2000 P STREET
NORTHWEST
SUITE 200
WASHINGTON, DC
20036-6924

202·331·8777
FAX: 202·331·3838
WWW.PATTMCOPY.COM