**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
LEVITON MANUFACTURING CO., INC., :

      Plaintiff, :

                                                        Civil Action No. 01 CV 3855 AMD

      v. :

UNIVERSAL SECURITY INSTRUMENTS, :
INC., *et al.,*

:
      Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## JOINT STIPULATION

Leviton Manufacturing Co., Inc. ("Plaintiff") and Universal Security Instruments, Inc., and USI Electric, Inc. (collectively, the "Defendants"), by their undersigned attorneys, stipulate and agree that the following Reply briefs currently due on August 21, 2003, shall be due on August 26, 2003:

    a.    Defendants' Reply to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment on Count Two (Trade Dress);

    b.    Defendants' Reply to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment on Indefiniteness and in Support of Leviton's Cross-Motion for Summary Judgment on No Validity for Indefiniteness;

    c.    Defendants' Reply to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment on Invalidity for Double Patenting and In Support of Leviton's Cross Motion for Summary Judgment of No Invalidity for Double Patenting;

117728.00601/35589056v1

    d.    Defendants' Reply to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment for Non-Liability for Patent Infringement for Actions Taken Prior to December 11, 2001 and in Support of Cross-Motion that the Claims of the '895 Patent Were Not Indefinite Prior to December 11, 2001;

    e.    Plaintiff's Reply to Defendants' Response in Opposition to Leviton's Motion for Summary Judgment of Validity and Enforceability for the '894 Patent and Cross-Motion for Invalidity;   and

    f.    Plaintiff's Reply to Defendants' Response in Opposition to Leviton's Motion for Summary Judgment for Infringement.

Dated:   August 20, 2003

| /s/ | /s/ |
|---|---|
| Maurice U. Cahn | D. Christopher Ohly |
| William E. Bradley (signed by Brian Kelly with permission of William E. Bradley) | BLANK ROME LLP |
| | Watergate |
| CAHN & SAMUELS, LLP | 600 New Hampshire Avenue, NW |
| 2000 P Street, N.W., Suite 200 | Washington, D.C. 20036 |
| Washington, D.C. 20036 | (202) 944-3000 |
| (202)331-8777 | (202) 572-1428 (facsimile) |
| (202)331-3838 (facsimile) | |
| | Attorneys for Plaintiff, |
| Attorneys for Defendants, | *Leviton Manufacturing Company., Inc.* |
| *USI Electric, Inc. and Universal Security Interests, Inc.* | |

So ORDERED this  20th  day of August, 2003.

    /s/
_____
Andre M. Davis, U.S. District Judge