```
                                                            0229
 1              V O L U M E  2
 2        IN THE UNITED STATES DISTRICT COURT
 3            FOR THE DISTRICT OF MARYLAND
 4   LEVITON MANUFACTURING    :
 5   CO., INC.                :
 6        Plaintiff           :
 7   vs.                      : Civil Action No.
 8   UNIVERSAL SECURITY       :
 9   INSTRUMENTS, INC., et al: 01CV385AMD
10        Defendants          :
11                            ------------
12       Continued Videotape 30(b)(6) Deposition of
13       UNIVERSAL SECURITY INSTRUMENTS, INC. and USI
14       ELECTRIC by and through its Corporate Designee
15                    HARVEY GROSSBLATT
16                   Baltimore, Maryland
17                Thursday, February 13, 2003
18                       9:46 a.m.
19
20   Job No: 1-12404
21   Pages: 229 - 459
22   Reported by:  Dawn M. Hart, RPR-RMR, Notary Public
```

0239

```
 1      Q    Did USI -- was it USI's intention in April
 2 of 2000 to have its GFCIs be the exact same color as
 3 Leviton's GFCIs?
 4      A    We were trying to have -- we picked out
 5 Leviton, as well as Pass & Seymour, as well as other
 6 GFCIs and we wanted the factory to match the same
 7 color.
 8      Q    Okay.
 9      A    Referring to -- he's talking about ivory,
10 almond, brown, gray.
11      Q    Why did USI want to exactly match the
12 color of Leviton's GFCIs?
13      A    As I mentioned earlier, we wanted to match
14 the colors -- we picked out colors that we thought
15 were the most popular colors, some of Leviton, some
16 of them could be Pass & Seymour, and we wanted the
17 factory to make the colors to be the same shading,
18 and we sent them samples to have them do that.
19      Q    Why is that, why did you want them to be
20 the same shading?
21      A    Those are the colors that sell at retail.
22 White, ivory are the most popular colors.
```

```
                                                              0240
 1        Q    But why have the exact same color match as
 2   Leviton's GFCIs?  How would that impact on the
 3   business of USI?
 4        A    You want to have a color that's accepted
 5   in the marketplace.  All the competitors -- I'm
 6   sure if you put up most everybody's white, they'd be
 7   very close if not exact to each other.  I mean why
 8   reinvent the wheel?
 9        Q    The next page of this exhibit is 5018?
10        A    Yes.
11        Q    A fax dated May 3, 2000?
12        A    Yes.
13        Q    Michael Kovens is sending on behalf of USI
14   to Yatai samples of Leviton's GFCIs?
15        A    For color matching purposes.
16        Q    But that is correct?
17        A    Yes.
18        Q    Next page of the exhibit is Bates No.
19   5014?
20        A    Yes.
21        Q    Fax dated May 15, sent by Michael Kovens
22   to Yatai?
```

```
                                                            0339
1       A    I thought it fit into our product line.
2       Q    And going back again to the third full
3  paragraph where it says, problems when it doesn't
4  match up against Leviton, again, what are those
5  problems?
6            MR. CAHN:  Same objection.
7       Q    Based on your understanding and
8  recollection as President of the company.
9            MR. CAHN:  Okay.
10      A    The issue with the almond was the color
11 was substantially different.
12      Q    Yeah.
13      A    And don't ask me if that's eight shades or
14 14 shades of almond different, but it was a
15 different -- you could put the two next to each
16 other and it was a different color almond.  And this
17 unit, we were unable to sell this unit.  Eventually
18 we ended up closing it out because the color
19 didn't -- wasn't close enough to what was being sold
20 by our competitors.
21      Q    When you said put the two next to each
22 other, what are the two you're referring to?
```

0340

```
 1        A    Leviton, Pass & Seymour.  People put two
 2   almond colors next to each other, they should look
 3   similar.  Same way if you put whites or ivories or
 4   any other color.
 5        Q    Now, the two being put together here are
 6   Leviton and USI GFCI --
 7             MR. CAHN:  Objection.  Asked and answered.
 8        Q    -- is that correct?
 9        A    Referring to almond and ivory color.
10        Q    Yes.
11        A    Yes.
12        Q    There's no mention in this E-mail about
13   the Pass & Seymour GFCI; is that correct?
14        A    In this E-mail he's referring to ivory and
15   almond, that's all he's talking about.  We have five
16   colors.
17        Q    Okay.
18        A    So there's nothing -- the other three
19   colors is not being discussed here.
20        Q    Understood.  But with respect to the
21   almond and the ivory, you're trying to match up the
22   Leviton and the USI GFCI colors.
```