


# UNITED STATES PATENT AND TRADEMARK OFFICE

Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us

## PATENT APPLICATION INFORMATION RETRIEVAL



PAIR
FAQ
Help
Feedback

**Other Links**

E-Business Center Patents
Employee Locator
Class/Subclass GAU Information
Information Contacts

| Search results for patent number: 4,595,894 |||||
|---|---|---|---|---|
| Application Number: | 06/716,991 | | Class / Sub-Class: | 335/01 |
| Filing or 371(c) Date: | 04-01-1985 | | Location: | - |
| Issue Date of Patent: | 06-17-1986 | | Status: | - |
| Examiner Name: | DONOVAN, LINCOLN D | | Group Art Unit: | 2106 |
| Earliest Publication No: | - | | Attorney Docket Number: | 0267-0 |
| Earliest Publication Date: | - | | Customer Number: | - |
| Confirmation Number: | 6383 | | | |

Continuity Data    Full-text and Images

Retrieve Maint. Fees to Pay    View Maint. Payment Windows    Payment Window: 4     View Maint.

*Maintenance Fees Available: Mon-Fri 5:30 AM to Midnight, Sat-Sun-Hol. 7:30 AM to 8:00 P*

| File Contents History |||
|---|---|---|
| Number | Date | Contents Description |
| 40 | 09-20-2001 | Set Application Status |
| 39 | 12-01-2000 | Termination of Official Search |
| 38 | 08-17-2000 | Official Search Conducted |
| 37 | 08-17-2000 | Termination of Official Search |
| 36 | 07-18-2000 | Official Search Conducted |
| 35 | 04-12-2000 | Termination of Official Search |
| 34 | 03-15-2000 | Official Search Conducted |
| 33 | 02-22-2000 | File Marked Lost |
| 32 | 01-10-2000 | Termination of Official Search |
| 31 | 12-09-1999 | Official Search Conducted |
| 30 | 12-08-1999 | Termination of Official Search |
| 29 | 11-09-1999 | Official Search Conducted |
| 28 | 11-05-1999 | Case Reported Lost |
| 27 | 10-25-1999 | Case Reported Lost |
| 26 | 09-09-1999 | Termination of Official Search |
| 25 | 08-09-1999 | Official Search Conducted |
| 24 | 07-30-1999 | Case Reported Lost |
| 23 | 04-09-1998 | Termination of Official Search |
| 22 | 03-12-1998 | Official Search Conducted |
| 21 | 02-26-1998 | Case Reported Lost |
| 20 | 07-11-1995 | Official Search Conducted |
| 19 | 06-28-1995 | Case Reported Lost |
| 18 | 06-10-1993 | Termination of Official Search |



EXHIBIT 3
6-26-03

Case 1:01-cv-03855-AMD   Document 98-5   Filed 08/26/2003   Page 2 of 5
PAIR Page                                                                    Page 2 of 2

| 17 | 05-14-1993 | Official Search Conducted |
|----|------------|---------------------------|
| 16 | 05-04-1993 | Case Reported Lost |
| 15 | 05-17-1989 | Termination of Official Search |
| 14 | 04-19-1989 | Official Search Conducted |
| 13 | 04-11-1989 | Case Reported Lost |
| 12 | 06-01-1988 | Post Issue Communication - Certificate of Correction |
| 11 | 06-18-1986 | Recordation of Patent Grant Mailed |
| 10 | 03-06-1986 | Mailroom Date of Issue Fee Payment |
| 9  | 12-10-1985 | Mail Notice of Allowance |
| 8  | 12-10-1985 | Notice of Allowance Data Verification Completed |
| 7  | 12-09-1985 | Notice of Allowability |
| 6  | 11-07-1985 | Case Docketed to Examiner in GAU |
| 5  | 04-02-1985 | Miscellaneous Incoming Letter |
| 4  | 04-01-1985 | Miscellaneous Incoming Letter |
| 3  | 04-02-1985 | Grant Request for Regular License |
| 2  | 04-01-1985 | Request or Renewed Request for Regular License |
| 1  | 06-21-1985 | Case Docketed to Examiner in GAU |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER |
NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

# PALM INTRANET

Day: Tuesday
Date: 3/4/2003
Time: 09:18:37

## Patent Number Information

Application Number: 06/716991 · Order This File  Assignments
Filing Date: 04/01/1985
Effective Date: 04/01/1985
Application Received: 04/01/1985
Patent Number: 4595894
Issue Date: 06/17/1986
Date of Abandonment: 00/00/0000
Attorney Docket Number: 0267-0010159
Status: 150 / PATENTED CASE
Confirmation Number: 6383

Examiner Number: 65027 / DONOVAN, LINCOLN
Group Art Unit: 2106
Class/Subclass: 335/018.000
Lost Case: YES
Interference Number:
Unmatched Petition: NO
L&R Code: Secrecy Code:1
Third Level Review: NO
Secrecy Order: NO
Status Date: 04/17/1986

**EXHIBIT G**

Title of Invention: GROUND FAULT CIRCUIT INTERRUPTING SYSTEM

| Bar Code | Location | Location Date | Chrg to Location | Charge to Name | Emp. ID | Infra Loc |
|---|---|---|---|---|---|---|
| 06716991 | 9200 FILE REPOSITORY (FRANCONIA) | 09/22/1997 | 9250 | No Charge to Name | LOE CONV DR1995C | |

Appln Info | Contents | Petition Info | Atty/Agent Info | Continuity Data | Foreign Data | Inver

Search Another: Application# [ ]  [Search]         or Patent# [ ]  [Search]

PCT / [ ] / [ ]  [Search]    or PG PUBS # [ ]  [Search]

Attorney Docket # [ ]  [Search]

Bar Code # [ ]  [Search]

To go back use Back button on your browser toolbar.

Back to PALM | ASSIGNMENT | OASIS | Home page

EXHIBIT 2
6-26-03

03/04/2003 09:40 FAX 703 306 3186    TECHNOLOGY CENTER 1700    ☒005
Content Information EXPO V1.00    http://nex/cgi-bin/expo/GenInfo/sncontent.pl?APPL_ID=0671

## PALM INTRANET

Day: Tuesday
Date: 3/4/2003
Time: 09:18:58

# Content Information for 06/716991

Search Another: Application# [ ] [Search]    or Patent# [ ] [Search]

PCT / [ ] / [ ] [Search]    or PG PUBS # [ ] [Search]

Attorney Docket # [ ] [Search]

Bar Code # [ ] [Search]

[Appln Info] [Contents] [Petition Info] [Atty/Agent Info] [Continuity Data] [Foreign Data]

| Date | Status | Code | Description |
|---|---|---|---|
| 09/20/2001 | 150 | SETS | SET APPLICATION STATUS |
| 12/01/2000 | | TMOS | TERMINATION OF OFFICIAL SEARCH |
| 08/17/2000 | | SRCH | OFFICIAL SEARCH CONDUCTED |
| 08/17/2000 | | TMOS | TERMINATION OF OFFICIAL SEARCH |
| 07/18/2000 | | SRCH | OFFICIAL SEARCH CONDUCTED |
| 04/12/2000 | | TMOS | TERMINATION OF OFFICIAL SEARCH |
| 03/15/2000 | | SRCH | OFFICIAL SEARCH CONDUCTED |
| 02/22/2000 | | LFLOST | FILE MARKED LOST |
| 01/10/2000 | | TMOS | TERMINATION OF OFFICIAL SEARCH |
| 12/09/1999 | | SRCH | OFFICIAL SEARCH CONDUCTED |
| 12/08/1999 | | TMOS | TERMINATION OF OFFICIAL SEARCH |
| 11/09/1999 | | SRCH | OFFICIAL SEARCH CONDUCTED |
| 11/05/1999 | | LOST | CASE REPORTED LOST |
| 10/25/1999 | | LOST | CASE REPORTED LOST |
| 09/09/1999 | | TMOS | TERMINATION OF OFFICIAL SEARCH |
| 08/09/1999 | | SRCH | OFFICIAL SEARCH CONDUCTED |
| 07/30/1999 | | LOST | CASE REPORTED LOST |
| 04/09/1998 | | TMOS | TERMINATION OF OFFICIAL SEARCH |
| 03/12/1998 | | SRCH | OFFICIAL SEARCH CONDUCTED |
| 02/26/1998 | | LOST | CASE REPORTED LOST |
| 07/11/1995 | | SRCH | OFFICIAL SEARCH CONDUCTED |
| 06/28/1995 | | LOST | CASE REPORTED LOST |
| 06/10/1993 | | TMOS | TERMINATION OF OFFICIAL SEARCH |

03/04/2003 09:41 FAX 703 306 3186          TECHNOLOGY CENTER 1700                                  ☒006
Content Information EXPO V1.00                                  http://neo/cgi-bin/expo/GenInfo/sncontent.pl?APPL_ID=0671

| Date | Code1 | Code2 | Description |
|---|---|---|---|
| 05/14/1993 | | SRCH | OFFICIAL SEARCH CONDUCTED |
| 05/04/1993 | | LOST | CASE REPORTED LOST |
| 05/17/1989 | | TMOS | TERMINATION OF OFFICIAL SEARCH |
| 04/19/1989 | | SRCH | OFFICIAL SEARCH CONDUCTED |
| 04/11/1989 | | LOST | CASE REPORTED LOST |
| 06/01/1988 | | N423 | POST ISSUE COMMUNICATION - CERTIFICATE OF CORRE |
| 06/18/1986 | | PGM/ | RECORDATION OF PATENT GRANT MAILED |
| 03/06/1986 | 95 | N084 | MAILROOM DATE OF ISSUE FEE PAYMENT |
| 12/10/1985 | 92 | MN/=. | MAIL NOTICE OF ALLOWANCE |
| 12/10/1985 | 90 | N/=. | NOTICE OF ALLOWANCE DATA VERIFICATION COMPLET |
| 12/09/1985 | 89 | CNTA | NOTICE OF ALLOWABILITY |
| 11/07/1985 | | DOCK | CASE DOCKETED TO EXAMINER IN GAU |
| 04/02/1985 | | LET. | MISCELLANEOUS INCOMING LETTER |
| 04/01/1985 | | LET. | MISCELLANEOUS INCOMING LETTER |
| 04/02/1985 | | L155 | GRANT REQUEST FOR REGULAR LICENSE |
| 04/01/1985 | | L150 | REQUEST OR RENEWED REQUEST FOR REGULAR LICENS |
| 06/21/1985 | 30 | DOCK | CASE DOCKETED TO EXAMINER IN GAU |

| Appln Info | Contents | Petition Info | Atty/Agent Info | Continuity Data | Foreign Data |

To go back use Back button on your browser toolbar.

Back to PALM | ASSIGNMENT | OASIS | Home page