

## RAM Fee History Query
### Revenue Accounting and Management

**Name/Number:** 4595894  
**Start Date:** Any Date  
**Total Records Found:** 12  
**End Date:** Any Date

| Accounting Date | Sequence Num. | Tran Type | Fee Code | Fee Amount | Mailroom Date | Payment Method |
|---|---|---|---|---|---|---|
| 12/01/1993 | 01515301 | 2 | 184 | $1,870.00 | 11/22/1993 | DA 121185 |
| 10/30/1997 | 00000061 | 2 | 185 | $3,080.00 | 09/29/1997 | DA 121185 |
| 07/20/2001 | 00000005 | 3 | 569 | $100.00 | 07/20/2001 | ET |
| 08/28/2001 | 00000023 | 3 | 569 | $75.00 | 08/28/2001 | ET |
| 08/28/2001 | 00000022 | 3 | 569 | $25.00 | 08/28/2001 | ET |
| 12/14/2001 | 00000220 | 2 | 569 | $250.00 | 12/14/2001 | DA 500653 |
| 07/19/2002 | 00000107 | 2 | 569 | $250.00 | 07/19/2002 | CK |
| 07/19/2002 | 00000106 | 2 | 584 | $120.00 | 07/19/2002 | CK |
| 07/22/2002 | 00000139 | 2 | 569 | $25.00 | 07/19/2002 | CK |
| 07/22/2002 | 00000142 | 2 | 570 | $25.00 | 07/19/2002 | CK |
| 07/22/2002 | 00000141 | 2 | 584 | $120.00 | 07/19/2002 | CK |
| 07/22/2002 | 00000140 | 2 | 584 | $120.00 | 07/19/2002 | CK |

*866-947-0973*