

**GREENBERG TRAURIG**
ATTORNEYS AT LAW

Joseph G. Lee
8212-801-2150

April 18, 2003

**VIA TELECOPIER**

Maurice U. Cahn, Esq.
Cahn & Samuels, LLP
Headquarters Building
2000 P. Street, NW, Suite 200
Washington, DC 20036

Re: *Leviton Manufacturing Company, Inc. v. Universal Security Instruments, et al.,*
Civil Action No. 01 CV 3855 AMD

Dear Maurice:

Please find attached the addresses of counsel for defendants in the related GFCI cases ordered by Judge Andre Davis at the hearing on Thursday, April 17, 2003, at 10:30 a.m. If you have any questions, do not hesitate to contact me at 212-801-2150.

Very truly yours,

Joseph G. Lee

cc: Chris Ohly, Esq.

Maurice U. Cahn, Esq.
April 18, 2003
Page 2

Preferred Industries/Florida Lighting
Miami, Florida
USDC-SDFL
02-60106-CIV-MARTINEZ
(Defendant's Counsel: Allan A. Joseph; Hall David and Joseph, P.A., 1428 Brickell Avenue, Penthouse, Miami, Florida 33131
(305) 374-5030 (Direct)
(305) 374-5033 (Fax)
ajoseph@hdjlaw.com

Jiamei Electrical Engineering Co., Ltd.
Peoples Republic of China
USDC-EDNY
CV 02 0482
NO COUNSEL

TBA LLC
Louisville, Kentucky
USDC-WDKY
3:01CV-525-H
Defendant's Counsel: Edward C. Airhart; Airhart & Associates, 440 South Seventh Street, Louisville, Kentucky 40203
(502) 587-0789 (Direct)
(502) 589-9472 (Fax)

Orbit
Los Angeles, California
CDC USDC
Defendant's Counsel: Jonathan Hangartner;
Liu & Liu LLP, 905 Van Nuys Street,
San Diego, California 92109
(213) 830-5740 (Office)
(213) 830-5741 (Fax)

Stellar Sales (Filed on 3/12/03)
CDC USDC
CV-1724-SVW (RZx)
Defendant's Counsel: Jonathan Hangartner;
Liu & Liu LLP, 905 Van Nuys Street,
San Diego, California 92109
(213) 830-5740 (Office)

Brite USA
Los Angeles, California
USDC-CDCA-WD
SACV 02-3272 DDP (RZx)

Maurice U. Cahn, Esq.
April 18, 2003
Page 3

Defendant's Counsel:
Neil N. Werb
7316 Birdview Avenue, Malibu, CA 90265
(310) 457-1837 (Direct)
(310) 457-2188 (Fax)

HML/Yuenqing Huameli Electronic Co.
Peoples Republic of China
USDC-EDNY
CV 02 0479
Gary M. Hnath, Esq.
Venable, Baetjer, Howard and Civiletti, LLP
1201 New York Avenue, NW
Suite 1000
Washington, DC 20005-3917
(202) 962-4800 (Direct)
(202) 962-8300 (Fax)

Leen and Associates d/b/a The Designer's Edge
Bellevue, Washington
USDC-WDWA
C02-0183L
Defendant's Counsel: Jerry McNaul & Leslie Hagan; McNaul, Ebel, Nawrot, Helgren & Vance, PLLC, 600 University Street, Suite 2700, Seattle, Washington, 98101
(206) 467-1816 (Direct)

Maloy Inc./Universal
Laguna Niguel, California
USDC-CDCA/SD
SACV 02-90 AHS (MLGx)
Defendant's Counsel: Samuel Woo and Ernie Price; Ropers, Majeski, Kohn & Bentley, 515 South Flower Street, Suite 2100, Los Angeles, California 90071
(213) 312-2000 (Office)
(213) 312-2072 (Direct)
(213) 312-2001 (Fax)

Morris Products
Queensbury, New York
USDC-NDNY
02-CV-0123(FJS)
Defendant's Counsel: Porter F. Fleming; Frommer Lawrence & Haug, LLP, 745 Fifth Avenue, New York, New York 10151
(212) 588-0800 (Direct)
(212) 588-0500 (Fax)

Maurice U. Cahn, Esq.
April 18, 2003
Page 4

Perry, Naim
Los Angeles, California
USDC-CDCA SD
CV 02-03269 DDP (RZx)
Defendant's Counsel: Jonathan Hangartner; Liu & Liu LLP, 905 Van Nuys Street, San Diego, California 92109
(213) 830-5740 (Direct)
(213) 830-5741 (Fax)

Pro Line Products Inc.
Davie, Florida
USDC-SDFL
02-60107CIV-Fergerson
Defendant's Counsel: Brenda Hacker, PA,
404 East Atlantic Boulevard, Suite 100
Pompano Beach, Florida 33060
bhacker@17hotmail.com
(954) 493-5338
(954) 684-6344

RST Electrical Distributors, Inc.
Orlando, Florida
USDC-MDFL
6:02-CV-ORL-28JGG
Defendant's Counsel: James E. Willingham, Jr., 2411 Mohawk Trail, Maitland, Florida 32751
(407) 645-5454 (Direct)
jaywillingham@cfl.rr.com

Reeves Company Inc.
Kirkland, Washington
USDC-WDWA/ND
CV02-0184Z
Defendant's Counsel: D. Bruce Gardner; The Gardner Law Firm, 12040 - 98th NE, Suite 101, Kirkland, Washington 98034
(425) 823-9456

Sammax International Limited
Hong Kong
USDC-EDNY
CV 02 483
Defendant's Counsel: Gerald Padion, Tashjion & Padion, 15 West 36th Street, 15th Floor, New York, New York 10018
(212) 319-9800 (Direct)
(212) 319-9883 (Fax)
gpadion@tashpad.com

Maurice U. Cahn, Esq.
April 18, 2003
Page 5

Tower Manufacturing Corporation
Providence, Rhode Island
USDC-DRI
Civ. No. 02-049
Defendant's Counsel: Bruce W. Gladstone; Cameron & Mittleman LLP, 56 Exchange Terrace, Providence, Rhode Island
(401) 331-5700
Irving M. Kriegsman
Kriegsman & Kriegsman
665 Franklin Street
Framingham, Massachusetts 01702
Telephone (508) 879-3500
Facsimile (508) 879-4200
kriegspat@aol.com

UNITED STATES INTERNATIONAL TRADE COMMISSION, WASHINGTON, DC
DOCKET NO. 337-TA-478

On behalf of Yuequing Huameili Electronic co., Ltd., and Van-Sheen Electric Appliance Co., Ltd.
Gary M. Hnath, Esq.
Venable, Baetjer, Howard and Civiletti, LLP
1201 New York Avenue, NW
Suite 1000
Washington, DC 20005-3917
(202) 962-4800 (Direct)
(202) 962-8300 (Fax)

On behalf of Sammax International Limited
Irving M. Kriegsman, Esq.
Kriegsman and Kriegsman
664 Franklin Street
Farmingham, MA 01702
(See above)

RESPONDENTS:

Jiamei Electrical Engineering Co., Ltd.
Xuezhai Liushi town
Yueqing Zhejiang
China 325604

GREENBERG TRAURIG