LAW OFFICES OF
## CAHN & SAMUELS, LLP
INTELLECTUAL PROPERTY COUNSEL


PATENTS
COPYRIGHTS
TRADEMARKS

April 28, 2003

VIA FACSIMILE AND CONFIRM MAIL

Allan A. Joseph, Esq.
Hall David & Joseph, P.A.
1428 Brickell Ave.
Penthouse
Miami, FL 33131

Re: Leviton v. Universal Security Instruments et al
Civil Action No. AMD-01-CV-3855
Our Ref: 295.0009

Dear Mr. Joseph:

    We represent the Defendants in the above-identified Civil Action.

    Leviton Manufacturing Co. sued Defendants for infringement of Leviton's U.S. Patent No. 4,595,894 and Leviton's alleged GFCI configuration trade dress. During discovery, relying on protective orders to cloak themselves in confidentiality, Leviton refused to provide USI with access to copies of court pleadings, discovery responses it produced, transcripts of its own witnesses, settlement agreements to which it was a party, and statements and communications made by it, its agents, and/or counsel relating to other litigations involving the '894 patent and/or the alleged GFCI configuration trade dress.

    In response to our request, on April 17, 2003, Judge Davis of the Federal Court in Baltimore ordered Leviton to provide us with contact information for all other defendants' counsel in litigation involving the '894 patent and/or alleged GFCI configuration trade dress for the purpose of obtaining written permission and directing Leviton to release the materials sought. We are now requesting such a permission from you/your client, acknowledged in the form of your countersignature below.

    By signing in the space provided below, you are authorizing us, attorneys for USI in this action, direct Leviton to provide us with full access to pleadings, discovery responses, correspondence, transcripts, settlement agreements and other communications authored, made by or received from Leviton, its agents, and/or counsel.

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN*
WILLIAM J. BUNDRENS
WILLIAM E. BRADLEY◊

* ADMITTED IN DC AND US PATENT & TRADEMARK OFFICE
◊ ADMITTED IN DC, PA AND US PATENT & TRADEMARK OFFICE
◊ ADMITTED IN VA, DC AND US PATENT & TRADEMARK OFFICE

HEADQUARTERS
BUILDING
2100 P STREET
NORTHWEST
SUITE 200
WASHINGTON, DC
20036-6924

202-331-8777
FAX 202-331-3838
www.patcom.com

Case 1:01-cv-08855-AMD    Document 101-6    Filed 08/26/2003    Page 2 of 2

Sent by: HALL DAVID AND JOSEPH PA    305 374 5033;    05/01/03 12:24PM;JetFax #185;Page 3/3
04/29/2003 11:28  202-3313838    CAHN & SAMUELS, LLP    PAGE 03/03

Allan A. Joseph, Esq.
April 28, 2003
Page 2 of 2

  Please be assured that our request targets only communications, statements and documents in which Leviton had a hand in creating or communicating. We do not want copies of your client's proprietary sales and purchase information.

  Assuming that we can look forward to your client's cooperation, please sign the acknowledgment below so that we can direct Leviton to provide such documents. We can assure you that we intend to reciprocate, if asked by your client.

  Should you wish to provide us additional information that you believe may assist us in the defense of our action, please be advised that any such non-public materials provided will be treated by us as being designated "Outside Counsel Only" under the extant Protective Order in our case. "Outside Counsel Only" materials cannot be disclosed to the Defendants and can only be viewed by outside counsel and retained experts. Should you wish for an electronic copy of our Protective Order, please advise us by e-mail, so that we can transmit a copy to you.

  We hope that we can look forward to your cooperation in this matter and receipt of a copy of your acknowledgment releasing the above-designated materials (preferably by return facsimile).

  If you have any questions or concerns, please do not hesitate to contact us.

Very truly yours,

Maurice U. Cahn, Esq.

MUC/WEB/std

CONSENTED TO by _____

Allan A. Joseph, Esq.
Hall David & Joseph, P.A.
1428 Brickell Ave.
Penthouse
Miami, FL 33131