05/04/2003   17:36   GR   JERG/TRAURIG → 41912#020700#12023313                    NO.390   D002



**GREENBERG**
ATTORNEYS AT LAW
**TRAURIG**

Joseph G. Lee
212-801-2150
leejo@gtlaw.com

June 4, 2003

**VIA TELECOPIER**

William E. Bradley, Esq.
Cahn & Samuels, LLP
Headquarters Building
2000 P Street, Suite 200
Washington, DC 20036-6924

> Re:   *Leviton Manufacturing Company, Inc. v. Universal Security Instruments, Inc., et al.*, Docket No. 01 CV 3855 AMD

Dear Bill:

This letter is in response to your letter dated May 30, 2003, requesting dates in which to inspect documents subject to confidential protective orders with Preferred, HML, Van-Sheen and BRITE USA. As early as next week the same will be ready for inspection at our offices at 885 Third Avenue, New York City.

Please call me at your earliest convenience to inform me when you can travel to New York. Given the sensitivity of the documents, Leviton does not wish to send originals by courier to Washington, DC or Baltimore, Maryland.

Also, it is my understanding from Joe Manak that you wish to take the deposition of Mr. Massie the week of June 23rd. Please give me a firm date.

Very truly yours

Joseph G. Lee

GREENBERG TRAURIG, LLP
885 THIRD AVENUE
NEW YORK, NEW YORK 10022-4834
212-848-1000  FAX 212-688-2449  www.gtlaw.com
NEW YORK  MIAMI  WASHINGTON, D.C.  ATLANTA  PHILADELPHIA  TYSONS CORNER  CHICAGO  BOSTON  PHOENIX  WILMINGTON  LOS ANGELES  DENVER
SÃO PAULO  FORT LAUDERDALE  BOCA RATON  WEST PALM BEACH  ORLANDO  TALLAHASSEE

WyZ-srv01\699405v01\41912.020700