### Lee, Joseph (Assoc-NY-IP)

**From:** William E. Bradley
**Sent:** Wednesday, June 11, 2003 2:43 PM
**To:** Lee, Joseph (Assoc-NY-IP)
**Subject:** Re: Leviton v. USI

I am now free on the 19th and would like to take you up on your offer.  Instead of us inspecting documents tomorrow, I will travel to New York to inspect documents on the 19th and Maurice will join me in New York for the deposition on the 20th.  Please reply to this e-mail, so I know you received it and know that you do not expect us in New York tomorrow.  Thanks.

LeeJo@gtlaw.com wrote:

> Better yet. Why don't you all come up the 19th and do the inspection and then Campolo the next day?
>
>> -----Original Message-----
>> **From:** William E. Bradley [mailto:wbradley@pattmcopy.com]
>> **Sent:** Thursday, June 05, 2003 5:22 PM
>> **To:** Lee, Joseph (Assoc-NY-IP)
>> **Subject:** Re: Leviton v. USI
>>
>> Thanks for your prompt response.  We will be at your offices on June 12 around 10 am.
>>
>> LeeJo@gtlaw.com wrote:
>>
>>> Dear Bill:
>>>
>>> In response to your request this date to inspect the sister litigation documents in New York from the ITC, Preferred and BRITE USA cases, your propsal of June 12, 2003 is acceptable. Approximately 10 boxes will be produced. Further, your proposed date of June 17, 2003 for Mr. Massie is also acceptable. We are looking into Mr Campolo's schedule at this time and will get back to you.
>>> Regards, Joe.
>>>
>>> ---
>>> The information contained in this transmission may contain
>>> privileged and confidential information.  It is intended only
>>> for the use of the person(s) named above. If you are not the
>>> intended recipient,  you are hereby notified that any review,
>>> dissemination, distribution or duplication of this
>>> communication is strictly prohibited. If you are not the
>>> intended recipient, please contact the sender by reply email
>>> and destroy all copies of the original message.
>>>
>>> To reply to our email administrator directly, please send an
>>> email to postmaster@gtlaw.com.

8/26/2003