UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
LEVITON MANUFACTURING CO., INC.,                :

        Plaintiff,                                                   :

        v.                                                                  :

UNIVERSAL SECURITY INSTRUMENTS,         :
INC., *et al.*,
                                                                      :

        Defendants.                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 01 CV 3855 AMD

**JOINT STIPULATION TO EXTENSION OF TIME FOR LEVITON
TO FILE AN OPPOSITION TO MOTION FOR ORDER TO SHOW CAUSE**

Leviton Manufacturing Co., Inc. ("Plaintiff") and Universal Security Instruments, Inc., and USI Electric, Inc. (collectively, the "Defendants"), by their undersigned attorneys, stipulate and agree to extend the deadline for Plaintiff to file its Opposition to the Defendants' Motion for Order to Show Cause Why Sanctions Should Note Be Entered Against Plaintiff and its Counsel for Violating the Protective Order from September 2, 2003, to September 8, 2003.

**SIGNATURE ON FOLLOWING PAGE**

117728.00601/35590878v1

Respectfully submitted,

_____   _____
D. Christopher Ohly                    Maurice U. Cahn
Federal Bar No. 01725                  William E. Bradley (signed by Brian Kelly
Blank Rome, LLP                        with permission of William E. Bradley)
600 New Hampshire Ave., N.W.           CAHN & SAMUELS, LLP
Washington, D.C. 20037                 2000 P Street, N.W., Suite 200
(410) 659-1400                         Washington, D.C. 20036
                                       (202)331-8777
*Counsel for Plaintiff,*               (202)331-3838 (facsimile)
*Leviton Manufacturing Co., Inc*
                                       *Attorneys for Defendants,*
                                       *USI Electric, Inc. and Universal Security*
                                       *Interests, Inc.*


SO ORDERED this __ day of _____ 2003.


_____
Andre M. Davis, U.S. District Judge

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on this 2 day of September, 2003, a true copy of the foregoing CONSENT TO EXTEND TIME FOR OPPOSITION TO ORDER TO SHOW CAUSE was sent by first class mail to:

Maurice U. Cahn
Fredrick N. Samuels
William E. Bradley

CAHN & SAMUELS LLP
2000 P Street, NW Suite 200
Washington, DC 20036
(202) 331-8777
(202) 331-3838 FAX

Attorneys for Defendants

_____
John J. Yun

117728.00601/35590878v1