**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC. )<br>)<br>(Plaintiff) )<br>vs. )<br>)<br>UNIVERSAL SECURITY INSTRUMENTS, )<br>INC. et al )<br>)<br>(Defendants) ) | 01CV3855 AMD |

### DEFENDANTS' NOTICE OF SERVICE OF MOTION TO COMPEL

Pursuant to Rule 104.8 of the Local Rules of the United States District Court for the District of Maryland, Defendants' certify that Defendants' Reply in Support of its Motion to Compel the Production of Documents was properly served on Plaintiff pursuant to the Court's Electronic Filing Requirements and Procedures on September 8, 2003.

Respectfully submitted,

UNIVERSAL SECURITY INSTRUMENTS, INC.
USI ELECTRIC, INC.

By: _____
Maurice U. Cahn, Esq.
William E. Bradley, Esq.
CAHN & SAMUELS, LLP
2000 P Street, NW, Suite 200
Washington, D.C. 20036
(202) 331-8777