Steve Campolo - Confidential

Page 1

1

2   UNITED STATES INTERNATIONAL TRADE COMMISSION

3   ------------------------------------------------X

4   In the Matter of Certain Ground Fault

5   Circuit Interrupters and Products

6   Containing Same

7   ------------------------------------------------X

8

9

10

11

12         DEPOSITION OF STEVE CAMPOLO

13              New York, New York

14         Wednesday, December 11, 2002

15

16

17

18

19

20  Reported by:

21  WILLIAM BYRNE

22  JOB NO: 143285

23

24

25

**Steve Campolo - Confidential**

Page 57

```
 1                    S. CAMPOLO
 2   place?
 3       A.    That was one of the things that Bill
 4   Marshall was to try to ascertain and whatever was
 5   found was amassed in these documents I referred
 6   to earlier and made available.
 7       Q.    And did he provide you any information
 8   about when the first sale of the product alleged
 9   to have been covered be the 894 patent took
10   place?
11       A.    I specifically have no recollection of
12   it.
13       Q.    Did you discuss that with anyone else
14   other than Mr. Marshall?
15       A.    I don't recall.
16       Q.    Does Leviton have information about
17   who purchased the first 6599 GFCI?
18       A.    I don't know.
19       Q.    Do you know whether the 6599 product
20   was first included in Leviton's catalog?
21       A.    No.
22       Q.    Does Leviton have copies of catalogs
23   going back to 1984 and 1985?
24       A.    I believe so.
25       Q.    Why do you believe that?
```

Steve Campolo - Confidential

Page 58

```
1                    S. CAMPOLO
2       A.    I have searched them.
3       Q.    Are there any other documents that you
4  can think of as you sit here today which might
5  contain information about when Leviton first sold
6  a 6599 GFCI product?
7       A.    You mean other than what was produced?
8       Q.    Yes.
9       A.    I don't know.
10      Q.    There is nothing that was produced
11 which relates to when it was first sold?
12            MR. SUTTON:  Wait a minute.  That's a
13       statement that you are making.  This witness
14       would have no personal knowledge about that
15       and we have a bone of contention about that
16       so why don't you ask the witness the
17       question.
18      Q.    What documents have been produced
19 which indicate when Leviton first sold 6599 GFCI
20 product?
21            Mr. Sutton:  I will ask you to please
22       put those documents in front of the witness
23       and perhaps he can choose them.
24            MR. HNATH:  I can't put a whole
25       roomful of documents in front of the
```