

**GREENBERG TRAURIG**
ATTORNEYS AT LAW

Joseph G. Lee
212-801-2150
leejo@gtlaw.com

August 1, 2003

**VIA FEDERAL EXPRESS**

William E. Bradley, Esq.
Cahn & Samuels, LLP
Headquarters Building
2000 P Street, NW, Suite 200
Washington, DC 20036-5924

Re:  Leviton Manufacturing Company, Inc. v. Universal Security Instruments, Inc., et al., Docket No. AMD-01-CV-3855

Dear Bill:

Enclosed please find copies of Leviton's catalogs, recently retrieved, which are the subject of your recently filed motion to compel. We have provided copies of the catalog cover, the table of content and the relevant pages discussing the GFCI product at BATES ranges LMC USI 01594 to 01748. In any event, in light of this production your motion has become moot. Please call to discuss withdrawing the same.

Very truly yours,

Joseph G. Lee

JGL/JB

GREENBERG TRAURIG, LLP
885 THIRD AVENUE
NEW YORK, NEW YORK 10022-4834
212-848-1000  FAX 212-688-2449  www.gtlaw.com

NEW YORK  MIAMI  WASHINGTON, D.C.  ATLANTA  PHILADELPHIA  TYSONS CORNER  CHICAGO  BOSTON  PHOENIX  WILMINGTON  LOS ANGELES  DENVER
SÃO PAULO  FORT LAUDERDALE  BOCA RATON  WEST PALM BEACH  ORLANDO  TALLAHASSEE