LAW OFFICES OF
# CAHN & SAMUELS, LLP
INTELLECTUAL PROPERTY COUNSEL

August 6, 2003



Joseph G. Lee, Esq.
GREENBERG TRAURIG, LLP
Lipstick Building
885 Third Avenue
New York, New York 10022

**FACSIMILE AND CONFIRM MAIL**

Re: Leviton v. Universal Security Instruments et al.
Civil Action No. AMD-01-CV-3855
<u>Our Ref: 295.0009</u>

Dear Joe:

Thank you for your letter and enclosures of August 1, 2003. We have reviewed the materials provided and note that the earliest catalog is dated 1993. We remain convinced that Leviton has an archive of catalogs dating back to its entry into the GFCI business in the late 1970s. As you are well aware, we requested these catalogs in our first requests for production almost a year ago.

We do not intend to withdraw our motion to compel at this time given Leviton's recent, and reluctant, partial production of materials that should have been produced much earlier in this litigation. However, in an effort to resolve this matter extra-judicially, we will reconsider our position if:

   1) Leviton serves us with an opposition to our motion, duly signed by an attorney pursuant to Rule 11 of the Federal Rules of Procedure, indicating that all of the catalogs in the possession, custody or control of Leviton have been produced; and

   2) Leviton's opposition includes as exhibits sworn affidavits from both Mr. Sokolow and Mr. Campolo, certifying under penalties of perjury, that to the best of their knowledge and belief:
      a) Leviton did not have in its possession, custody or control, any catalogs dating prior to 1989 when it filed suit against Orbit in 1999;
      b) Leviton does not have any catalogs dating prior to 1993 in its possession, custody or control, as of today;
      c) Leviton did not remove or destroy any catalogs dating prior to 1993 after suit was filed against Orbit in 1999;
      d) Leviton does not keep copies of its catalogs dating back more than 10 years; and
      e) that any current or former employee who claims that Leviton does maintain an archive of catalogs more than 10 years back is wrong or mistaken.

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN†
WILLIAM E. BRADLEY‡

* ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE
† ADMITTED IN DC, FL, OH AND
US PATENT & TRADEMARK OFFICE
‡ ADMITTED IN VA, DC AND
US PATENT & TRADEMARK OFFICE

HEADQUARTERS
BUILDING
2000 P STREET
NORTHWEST
SUITE 200
WASHINGTON, DC
20036-6924

202•331•8777
FAX: 202•331•3838
WWW.PATTMCOPY.COM

Joseph G. Lee, Esq.
August 6, 2003
Page 2 of 2


Sincerely yours,

*W. E. Bradley* (signature)

William E. Bradley, Esq.

WEB/std
cc: D. Christopher Ohly, Esq.