LAW OFFICES OF
## CAHN & SAMUELS, LLP
INTELLECTUAL PROPERTY COUNSEL

August 19, 2003


PATENTS
COPYRIGHTS
TRADEMARKS

**VIA FACSIMILE**

Brian J. Kelly, Esq.
BLANK ROME, LLP
600 New Hampshire Ave., NW, Ste. 1200
Washington, D.C. 20037

Re:   Leviton v. Universal Security Instruments et al
      Civil Action No. AMD-01-CV-3855
      <u>Our Ref: 295.0009</u>

Dear Brian:

    Bill Bradley of my office relayed your request to me for another week delay before meeting and conferring in relation to our July 24 motion to compel. As I understand it, you reported that the delay was necessitated due to the further absence of Mr. Ohly. I am confident that Blank Rome has many competent attorneys, including you who can ably address the simple issues pending in the pending motion, particularly since no Opposition was served. Consequently, I cannot accept and must decline further delay.

    As you know, we properly noticed and served our motion to compel on July 24, 2003. Under the Local Rules, Leviton had until August 11, 2003 to notice and serve its opposition. To date, no opposition papers have been served. Continuing delays in resolving this discovery dispute act to the prejudice of USI by impairing its defense of this suit, and we are unwilling to indulge any further delays.

    Please arrange for yourself or another Blank Rome attorney to meet and confer with Bill regarding our outstanding motion to compel on Wednesday, August 20, 2003 at 3 pm.

Very truly yours,

Maurice U. Cahn, Esq.

MUC/tim

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN†
WILLIAM E. BRADLEY‡
REGINALD D. LUCAS«

* ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE
† ADMITTED IN DC, FL, OH AND
US PATENT & TRADEMARK OFFICE
‡ ADMITTED IN VA, DC AND
US PATENT & TRADEMARK OFFICE
« ADMITTED IN VA AND
US PATENT & TRADEMARK OFFICE

HEADQUARTERS
BUILDING
2000 P STREET
NORTHWEST
SUITE 200
WASHINGTON, DC
20036-6924

202•331•8777
FAX: 202•331•3838
WWW.PATTMCOPY.COM