

# News Releases

**Home**
**New to UL?**
**UL Clients**
**Industries**
**Consumers**
**Regulators**
**Retailers**
**Media**

**Standards**
**Certifications**
**Online Tools**
**Search**
**Site Map**

**Contact Us**
**About UL**
**Online Policies**
**Copyrights**

**Canada**
**Europe**
**Asia**
**Latin America**
**USA**

**FOR IMMEDIATE RELEASE**

Contact: Underwriters Laboratories Inc.
Joe Hirschmugl
+1 847 664-1508
**Joseph.F.Hirschmugl@us.ul.com**

**You Are Here**

**UL.com - Media - News
Releases - News Release**

*Send this page to a friend*

# UL warns of potential electric shock hazard with Ground Fault Circuit Interrupter (GFCI)

**NORTHBROOK, Ill., USA - Aug. 26, 2003 -** Underwriters Laboratories Inc. (UL) is notifying consumers, electricians, contractors and manufacturers that the GFCI described below does not meet current UL requirements and may pose a fire or electric shock hazard to users. UL encourages users to stop using the GFCI immediately and return it to the place of purchase.

**Name of product:** Ground fault circuit interrupter (GFCI). Rated 15 or 20 Amps, 125 volts.

**Units:** More than 135,000.

**Manufacturer:** Manufactured by Shanghai Meihao Electric, Inc of Shanghai China and also sold under the name of The Designers Edge, Preferred Industries and USI Electric, Inc.

**Date of manufacture:** January 2003 to the present.

**Hazard:** The GFCI may not trip when a ground fault is present, resulting in a risk of electric shock. The GFCI may pose a fire hazard when subjected to a voltage surge commonly associated with a lightning strike.

**Identification:**

*On the GFCI:* Company Name or File Number and the date code "2003 X" with the X representing 1 to 52.

*On the Packaging:* Company Name and Part Number (see below).

| Company Name | File Number | Part Number |
|---|---|---|
| Preferred Industries | E220379 | GFCILO-15, GFCILO-20 |
| Shanghai Meihao Electric, Inc. | E220379 | MH15, MH20 |
| The Designers Edge | E178961 | L-3200, L-3202 |

| USI Electric Inc. | E197052 | USI-91XX and USI-92XX series |
|---|---|---|

The UL Listing Mark appears on the product and packaging. The UL Mark is not authorized and the product is not considered Listed by UL.

**Consumer Contact:**

Shanghai Meihao Electric, Inc.
58 Shane Road
Jiangqiao Town, Jiading Borough
Shanghai China
Tel: +86 021-59143130, Fax: + 86 021-59143700

The Designers Edge
11730 N.E. 12th Street
Bellevue, WA
Tel: +1-425-637-9601, Fax: +1-425-637-9603
**www.designersedge.com**

Preferred Industries
2001 NW 25th Avenue
Pompano Beach, FL
33069, Tel: +1-954-972-9833

USI Electric, Inc
7-A, Gwynns Mill Court
Owings Mills, MD
21117, Tel: +1-800-390-4321, Fax: +1-410-363-2218
**www.usielectric.com**

**Sold at:** Electrical distributors and home centers since January 2003.

**Remedy:** If you believe that you may have a GFCI identified in this notice, stop using it immediately. If the GFCI is already installed in your home, contact a qualified electrician to verify the marking and date code and have it replaced with a similarly rated UL Listed GFCI.

Underwriters Laboratories Inc. (UL) is an independent, not-for-profit organization that has evaluated products, materials and systems in the interest of public safety for 108 years. More than 17 billion UL Marks appear on products each year, and more than 18,000 types of products are tested at UL's five U.S. laboratories. Worldwide, the UL family of companies and its network of service providers include more than 47 laboratory, testing and certification facilities.



**top of page**

© 2003 Underwriters Laboratories Inc.

