LAW OFFICES OF
# CAHN & SAMUELS, LLP
INTELLECTUAL PROPERTY COUNSEL

June 23, 2003


PATENTS
COPYRIGHTS
TRADEMARKS

**VIA FACSIMILE**

Joseph G. Lee, Esq.
GREENBERG TRAURIG, LLP
Lipstick Building
685 Third Avenue
New York, New York 10022

Re:  Leviton v. Universal Security Instruments et al
     Civil Action No. AMD-01-CV-3855

Dear Joe:

    Thank you for your cordial reception during our document inspection at your New York offices on June 19, 2003. We are writing to follow-up on the inspection and other housekeeping matters.

    First, we again want to voice our concern that Leviton still has not produced its catalogues for inspection. We understand that Leviton does keep an archive of its catalogues. Accordingly, we are perplexed that Leviton has failed to make them available despite our repeated requests. Please apprise us when you expect the catalogues to be ready for our review.

    Second, with respect to the documents we want copied from those produced for inspection last week, I am attaching a list of the documents we want copied to this letter. Please contact me if you have any questions regarding the requested documents.

    Next, we would like to confirm our understanding regarding the schedule for filing dispositive motions in this case. We understand Judge Davis' order to require opening briefs to be filed on or after July 21, 2003. Thereafter, the parties would respond as required by the Local Rules. Specifically, opposition briefs or cross-motion papers would be due 14 days after the opening briefs and then replies and other responses would be due 11 days later.

    Finally, we want to confirm that the deposition of Jerome Massie will commence at 10 a.m. on Thursday, June 26, 2003, at our offices located at 2000 P Street, NW, Suite 200, Washington, DC 20036.

Sincerely yours,

W. E. Bradley

William E. Bradley, Esq.

cc:  D. Christopher Ohly, Esq.

enclosure

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN†
WILLIAM J. BUNDREN‡
WILLIAM E. BRADLEY‡

* ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE
† ADMITTED IN DC, FL, OH AND
US PATENT & TRADEMARK OFFICE
‡ ADMITTED IN VA, DC AND
US PATENT & TRADEMARK OFFICE

HEADQUARTERS
BUILDING
2000 P STREET
NORTHWEST
SUITE 200
WASHINGTON, DC
20036-6924

202•331•8777
FAX: 202•331•3838
WWW.PATTMCOPY.COM

**DOCUMENTS TO BE COPIED FOR PRODUCTION**

A. From the ITC Correspondence folders:
   1) ITC Correspondence, Vol. 3. (in its entirety)

B. From the ITC Pleadings folders:
   1) Complainant's Discovery Statement (probably supposed to be at Tab 21A – which was empty)
   2) Complainant's Responses to Interrogatories (Tab 27)
   3) Complainant's Responses to Document Requests (Tab 27A)
   4) Complainant's Responses to 2nd Set of Interrogatories (Tab 33)
   5) Complainant's Responses to 2nd Set of Document Requests (Tab 33B)
   6) Complainant's Privilege Log (probably supposed to be at Tab 40 – which was empty)
   7) Complainant's Supplemental Responses to First Set of Interrogatories (Tab 41B)
   8) Complainant's Supplemental Responses to First Set of Document Requests (Tab 41D)
   9) Complainant's Supplemental Responses to Second Set of Interrogatories (Tab 41E)
   10) Complainant's Supplemental Responses to Second Set of Document Requests (Tab 41F)
   11) Order No. 5 (Tab 42)
   12) Respondent's Motion to Stay (Tab 53)
   13) Respondent's Motion to Terminate (Tab 54)
   14) Respondent's Memorandum in Support and Exhibits 1-22 (Tab 55)
   15) Complainant's Opposition to Motion to Shorten (Tab 56)
   16) Respondent's Motion for Leave to File Reply re: Motion to Stay (Tab 57)
   17) Respondent's Submission of Expert Reports (Tab 60)
   18) Campolo Expert Report (Tab 61)
   19) Massie Expert Report (Tab 62)
   20) Complainant's Responses to 3rd Set of Interrogatories (Tab 63)
   21) Complainant's Responses to 3rd Set of Document Requests (Tab 64)
   22) Complainant's Opposition to Motion to Terminate (Tab 66)
   23) Commission Response to Motion to Terminate (Tab 67)
   24) Complainant's Opposition to Motion to Stay (Tab 68)
   25) Complainant's Motion for Summary Determination re: Infringement (Tab 69)
   26) Complainant's Memorandum in Support of Motion for Summary Determination re: Infringement (Tab 70)
   27) Declaration of Steve Campolo in Support of Motion for Summary Determination re: Infringement (Tab 71)
   28) Declaration of Jerome Massie in Support of Motion for Summary Determination re: Infringement (Tab 72)
   29) Respondent's Reply re: Motion to Stay (Tab 74)
   30) Complainant's Motion to File Surreply (Tab 75)
   31) Declaration of Steve Campolo in Support of Motion for Summary Determination re: Validity and Enforceability (Tab 81)
   32) Declaration of Sokolow in Support of Motion for Summary Determination re: Validity and Enforceability (Tab 82)

33) Respondent's Response to Surreply re: Motion to Stay (Tab 83)
34) Respondent's Motion to Compel and Exhibits 1-20 (Tab 87)
35) Respondent's Memorandum in Support of Motion to Compel (Tab 88)
36) Complainant's Motion for Summary Determination re: Validity and Enforceability (Tab 89)
37) Complainant's Memorandum in Support of Motion for Summary Determination re: Validity and Enforceability (Tab 90)
38) Complainant's Motion for Summary Determination re: Economic Prong (Tab 92)
39) Declaration of Edward Plaia in Support of Motion for Summary Determination re: Economic Prong (Tab 93)
40) Complainant's Opposition to Respondent's Surreply re: Motion to Stay (Tab 94)
41) Complainant's Opposition to Respondent's Motion to Compel (Tab 96)
42) Commission Response to Respondent's Motion to Compel (Tab 97)
43) Respondent's Motion for Leave to File Reply re: Motion to Compel (Tab 101)
44) Respondent's Reply in Support of Motion to Compel (Tab 102)
45) Respondent's Opposition to Motion for Summary Determination re: Infringement (Tab 106 or 114)
46) Supplemental Declaration of Edward Plaia (Tab 108)
47) Order No. 7 re: Motion to Compel (Tab 113)
49) Complainant's Response in Motion for Summary Determination re: Validity and Enforceability (Tab 115)
50) Commission Reply re: Summary Determination re: Infringement (Tab 116)
51) Complainant's Supplemental Responses Pursuant to Order No. 7 (Tab 117)
52) Complainant's Responses to 4th Set of Document Requests (Tab 118)
53) Respondent's Response to Complainant's and Commission's Reply re: Infringement (Tab 120)
54) Respondent's Opposition to Complainant's Motion for Summary Determination re: Economic Prong (Tab 121)
55) Complainant's Responses to 5th Set of Document Requests (Tab 122)
56) Commission Response to Motion for Summary Determination re: Validity and Enforceability (Tab 123)
57) Commission Response to Motion for Summary Determination re: Economic Prong (Tab 124)
58) Respondent's Conditional Cross-Motion for Summary Determination of Invalidity and Unenforceability (Tab 125)
59) Respondent's Opposition to Motion for Summary Determination and In Support of Cross-Motion re: Invalidity and Unenforceability (Tab 126)
60) Respondent's Motion to Compel Compliance with Order No. 7 (Tab 128)

C. Other Pleadings from the ITC not in the ITC Folders
1) Complainant's Motion for Leave to File a Reply in Support of its Motion for Summary Determination re: Economic Prong
2) Commission Investigative Staff's Response to Respondent's Conditional Cross-Motion for Summary Determination re: Invalidity and Unenforceability

3) Complainant's Reply in Support of Motion for Summary Determination re: Validity and Enforceability
4) Complainant's Motion to Terminate Investigation on Basis of Withdrawal of the Complaint
5) Complainant's Opposition to Respondent's Motion to Compel Compliance with Order No. 7 and for Sanctions
6) Respondent's Motion for Leave and Memorandum in Response to Complainant's Reply in Support of its Motion for Summary Determination re: Economic Prong
7) Respondent's Motion for Leave and Response to Complainant's and the Staff's Submissions Concerning Motion for Summary Determination re" Validity and Enforceability and Respondent's Cross-Motion
8) Respondent's Response to Motion of Complainant to Terminate Investigation on the Basis of Withdrawal of the Complaint
9) Order No. 10" Concerning Respondent's Draft Motion for Sanctions
10) Respondent's Motion for Leave and Reply in Support of Motion to Compel Compliance with Order No. 7 and for Sanctions
11) Response of Complainant to Order No. 10
12) Respondent's Reply to Response of Complainant to Order No. 10
13) Petition of Complainant for Review of Order No. 11
14) Complainant's Reply in Support of its Petition for Review of Order No. 11
15) Respondent's Supplemental Response to Complainant's Motion to Terminate Investigation on the Basis of Withdrawal of the Complaint
16) Response of Complainant to Respondent's Supplemental Response to Complainant's Motion to Terminate
17) Response of the Office of Unfair Import Investigations to Complainant's and Respondent's Petitions for Review of Order No. 13
18) Motion of Complainant for Leave to File Reply to the Opposition of Respondent's to Petition of Complainant for Partial Review of Order No. 13
19) Opposition of Respondent's to Complainant's Motion for Leave to File a Reply to Respondent's Opposition to Complainant's Petition for Partial Review of Order No. 13
20) Motion of Complainant for Leave to Reply to Respondent's Opposition to Motion for Leave to File a Reply to Respondent's Opposition to Complainant's Petition for Partial Review of Order No. 13
21) Further Reply of Complainant to Respondent's Opposition to Motion of Complainant for Leave to File a Reply to Respondent's Opposition to Complainant's Petition for Partial Review of Order No. 13
22) Respondent's Response to Complainant's Motion for Leave to Reply to Respondent's Opposition
23) Response of the Office of Unfair Import Investigations to Complainant's and Respondent's Petition for Review of Order No. 13

D. From the Box with the ITC Deposition Transcripts
   1) Transcript of Tansi Deposition
   2) Transcript of Rivera Deposition
   3) Transcript of Sutton Deposition

      4) Transcript of Massie Deposition
      5) Transcript of Campolo Deposition (1)
      6) Transcript of Campolo Deposition (2)
      7) Declaration of Gene Haynes
      8) 2nd Declaration of Gene Haynes

E. From the ITC Production
    1) LMC 02990 through LMC 03073
    2) LMC 03241 and LMC 03242
    3) LMC 03311 through LMC 03316
    4) LMC 03439 through LMC 03452
    5) LMC 05932 through LMC 05946
    6) LMC 07475 through LMC 07483
    7) LMC 09022 through LMC 09048
    8) LMC 10487 through LMC 10640
    9) LMC 10962 through LMC 10969
    10) LMC 14320 though LMC 14332

F. From the Preferred Industries Production
    1) LMC 01494 though LMC 01536
    2) LMC 02361 though LMC 02704
    3) LMC 03253 though LMC 03800
    4) LMC 09285 through LMC 09308

G. From the Brite USA Pleadings
    1) Settlement Agreement (Tab 11)

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME : 06/23/2003 18:16
NAME : CAHN & SAMUELS,LLP
FAX  : 202-3313838
TEL  : 202-3318777
```

```
DATE,TIME          06/23 18:15
FAX NO./NAME       4636915
DURATION           00:00:53
PAGE(S)            06
RESULT             OK
MODE               STANDARD
                   ECM
```

# CAHN & SAMUELS, LLP
## INTELLECTUAL PROPERTY LAW COUNSEL

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: D. Christopher Ohly, Esq. | FROM: William E. Bradley |
| COMPANY: BLANK ROME LLP | DATE: JUNE 23, 2003 |
| FAX NUMBER: 202-463-6915 | TOTAL NO. OF PAGES INCLUDING COVER: 6 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: 295.0009 |
| RE: Leviton v. Universal, 01-CV-3855 | YOUR REFERENCE NUMBER: |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

See Attached

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND TO THOSE PROPERLY ENTITLED TO ACCESS TO THE INFORMATION. IT IS EXEMPTED FROM DISCOSURE UNDER APPLICABLE LAW INCLUDING COURT ORDERS. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS FACSIMILE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION, OR DUPLICATION OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU

CAHN & SAMUELS, LLP
INTELLECTUAL PROPERTY LAW COUNSEL

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| D. Christopher Ohly, Esq. | William E. Bradley |
| COMPANY: | DATE: |
| BLANK ROME LLP | JUNE 23, 2003 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 202-463-6915 | 6 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|  | 295.0009 |
| RE: | YOUR REFERENCE NUMBER: |
| Leviton v. Universal, 01-CV-3855 |  |

☐ URGENT   X FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

See Attached

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND TO THOSE PROPERLY ENTITLED TO ACCESS TO THE INFORMATION. IT IS EXEMPTED FROM DISCOSURE UNDER APPLICABLE LAW INCLUDING COURT ORDERS. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS FACSIMILE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION,OR DUPLICATION OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR FACSIMILE, AND MAIL THIS FACSIMILE BACK TO US IMMEDIATELY. THANK YOU.

HEADQUARTERS BUILDING
2000 P STREET, N.W., SUITE 200
WASHINGTON, D.C. 20036
TEL: 202 331-8777  FAX: 202 331-3838

TRANSMISSION VERIFICATION REPORT

```
TIME  : 06/23/2003 18:14
NAME  : CAHN & SAMUELS,LLP
FAX   : 202-3313838
TEL   : 202-3318777
```

```
DATE,TIME         06/23  18:12
FAX NO./NAME      12126882449
DURATION          00:01:57
PAGE(S)           06
RESULT            OK
MODE              STANDARD
                  ECM
```

# CAHN & SAMUELS, LLP
## INTELLECTUAL PROPERTY LAW COUNSEL

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Joseph Lee, Esq. | William E. Bradley |
| **COMPANY:** GREENBERG TRAURIG, LLP | **DATE:** JUNE 23, 2003 |
| **FAX NUMBER:** 212 688-2449 | **TOTAL NO. OF PAGES INCLUDING COVER:** 6 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** 295.0009 |
| **RE:** Leviton v. Universal, CV-3855 | **YOUR REFERENCE NUMBER:** |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    X PLEASE REPLY    ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

See Attached

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND TO THOSE PROPERLY ENTITLED TO ACCESS TO THE INFORMATION. IT IS EXEMPTED FROM DISCOSURE UNDER APPLICABLE LAW INCLUDING COURT ORDERS. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS FACSIMILE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION,OR

## CAHN & SAMUELS, LLP
## INTELLECTUAL PROPERTY LAW COUNSEL

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Joseph Lee, Esq. | William E. Bradley |
| COMPANY: | DATE: |
| GREENBERG TRAURIG, LLP | JUNE 23, 2003 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 212 688-2449 | 6 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|  | 295.0009 |
| RE: | YOUR REFERENCE NUMBER: |
| Leviton v. Universal, CV-3855 |  |

☐ URGENT   X FOR REVIEW   ☐ PLEASE COMMENT   X PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

See Attached

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND TO THOSE PROPERLY ENTITLED TO ACCESS TO THE INFORMATION. IT IS EXEMPTED FROM DISCOSURE UNDER APPLICABLE LAW INCLUDING COURT ORDERS. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS FACSIMILE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION,OR DUPLICATION OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR FACSIMILE, AND MAIL THIS FACSIMILE BACK TO US IMMEDIATELY. THANK YOU.