LAW OFFICES OF

# CAHN & SAMUELS, LLP

INTELLECTUAL PROPERTY COUNSEL



June 25, 2003

Joseph G. Lee, Esq.
GREENBERG TRAURIG, LLP
Lipstick Building
885 Third Avenue
New York, New York 10022

Re:   Leviton v. Universal Security Instruments et al
      Civil Action No. AMD-01-CV-3855
      <u>Our Ref: 295.0009</u>

Dear Mr. Lee:

Thank you for your letter of June 24, 2003. We are writing to request that Mr. Massie bring with him tomorrow for his deposition the materials he reviewed in connection with his role as an expert in this case.

Also, we are writing to remind you that, under the Local Rules, a party producing copies during discovery cannot charge more than more than $0.15 per copy. Therefore, we think it is preferable if you do not have the copy service invoice us directly but allow us to send you a check for the number of copies produced to us.

Sincerely yours,

*/signed/*

William E. Bradley, Esq.

WEB/std

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN†
WILLIAM E. BRADLEY‡
REGINALD D. LUCAS«

* ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE

† ADMITTED IN DC, FL, OH AND
US PATENT & TRADEMARK OFFICE

‡ ADMITTED IN VA, DC AND
US PATENT & TRADEMARK OFFICE

« ADMITTED IN VA AND
US PATENT & TRADEMARK OFFICE

HEADQUARTERS
BUILDING
2000 P STREET
NORTHWEST
SUITE 200
WASHINGTON, DC
20036-6924

202·331·8777
FAX: 202·331·3838
WWW.PATTMCOPY.COM