**Subject: RE: bates numbers**
**Date:** Tue, 8 Jul 2003 16:26:50 -0400
**From:** TamrazH@gtlaw.com
**To:** wbradley@pattmcopy.com

thank you so much

-----Original Message-----
From: William E. Bradley [mailto:wbradley@pattmcopy.com]
Sent: Tuesday, July 08, 2003 4:18 PM
To: Tamraz, Habibah (Assoc-NY-IP)
Subject: bates numbers


The original production ended with LMC-USI 01587. However, on May 6,
2003, Blank Rome sent us USI Supp. 0001-0031 (instead of starting with
1588). We don't have any preference as to where you start the new
numbers for the production. Thanks.
Bill