LAW OFFICES OF
## CAHN & SAMUELS, LLP
INTELLECTUAL PROPERTY COUNSEL

July 11, 2003


PATENTS
COPYRIGHTS
TRADEMARKS

**VIA FACSIMILE**

D. Christopher Ohly, Esq.
BLANK ROME COMISKY & McCAULEY, LLP
The Farragut Building
900 17th Street, N.W., Suite 1000
Washington, D.C. 20006

Re: Leviton v. Universal Security Instruments et al
Civil Action No. AMD-01-CV-3855
Our Ref: 295.0009

Dear Chris:

It is now after the close of business on Friday, July 11, 2003, and we still have not received the documents we identified in our June 23, 2003 for copying. As you are well aware, dispositive motions are due on July 21, 2003. We need the documents to prepare our motions and supporting memoranda. Seeing as the earliest we can now expect the documents is Monday, July 14, 2003, we will have less than one week to review the materials and prepare our papers. We object to the delay in producing these documents and ask that the documents be forwarded to our offices immediately.

In addition, in view of the fact that the catalogues we have repeatedly requested to be produced are not forthcoming, we will be serving you with a motion to compel absent an immediate response indicating that the catalogues will be made available for inspection.

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN†
WILLIAM E. BRADLEY‡

Very truly yours,

W. E. Bradley

William E. Bradley, Esq.

* ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE
† ADMITTED IN DC, FL, OH AND
US PATENT & TRADEMARK OFFICE
‡ ADMITTED IN VA, DC AND
US PATENT & TRADEMARK OFFICE

cc: Joseph Lee, Esq.
WEB/std

HEADQUARTERS
BUILDING
2000 P STREET
NORTHWEST
SUITE 200
WASHINGTON, DC
20036-6924

202·331·8777
FAX: 202·331·3838
WWW.PATTMCOPY.COM