SKYLINE duplication & DOCUMENT MANAGEMENT CORP.

| CLIENT NAME | COMPANY NAME |
|---|---|
| SEYA HABIBEH | GREENBERG TRAURIG |

| CLIENT MATTER NAME | BOX | OF | BOX(ES) |
|---|---|---|---|
| 37851 | 1 | | 1 |

LMC-USI 01594 — LMC-USI 06394

QC'D BY: _____
DATE: 7/9/03