**Appendix B**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Leviton Manufacturing, Inc.

   (Plaintiff)                      *

                vs.               *      Case No.    01CV3855 AMD

Universal Security Instruments, Inc and

USI Electric    (Defendants)      *

                                            *******

### NOTICE OF FILING OF DOCUMENT UNDER SEAL

*Check one:*

[X]   Exhibit __10__, which is an attachment to __Defendants' Reply in Support of Defendant's__

       __Cross-Motion for Summary Judgment of Invalidity__

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[ ]   _____

                        (title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

__9/9/03__                                                    /s/
*Date*

                                                Maurice U. Cahn            4171
                                                *Printed Name*                  *Bar Number*
                                                2000 P Street, NW Suite 200
                                                *Address*
                                                Washington, D.C. 20036
                                                *City/State/Zip*

                                                202 331- 8777          202 331-3838
                                                *Phone No.*                      *Fax No.*