**Appendix B**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Leviton Manufacturing, Inc.

    (Plaintiff)

        vs.

Universal Security Instruments, Inc and

USI Electric    (Defendants)

Case No.  01CV3855 AMD

*******

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

*Check one:*

[X]  Exhibit __f1__, which is an attachment to __Defendants' Reply in Support of Defendant's Cross-Motion for Summary Judgment of Invalidity__

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[ ]  _____
(title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

__9/9/03__
*Date*

__/s/__

Maurice U. Cahn    4171
*Printed Name*    *Bar Number*

2000 P Street, NW Suite 200
*Address*

Washington, D.C. 20036
*City/State/Zip*

202 331-8777    202 331-3838
*Phone No.*    *Fax No.*