IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| LEVITON MANUFACTURING CO., INC. | ) | |
| (Plaintiff) | ) ) | |
| vs. | ) ) | 01CV3855 AMD |
| UNIVERSAL SECURITY INSTRUMENTS, INC. et al | ) ) ) | |
| (Defendants) | ) | |

## MOTION TO COMPEL DISCOVERY

A motion to compel discovery was served on Plaintiff Leviton Manufacturing, Inc.. The motion is attached to the notice of service of motion to compel discovery filed in this case on July 24, 2003 as Paper No. 85. A response in opposition was served on Defendants' Universal Security Systems, Inc. and USI Electric, Inc. (collectively "USI") on August 25, 2003. The notice of service and response in opposition were not electronically filed with the Court so a copy is being attached hereto. A reply was served and is attached to the notice of service of reply to response filed in this case on September 8, 2003 as Paper No. 104.

Counsel for the parties have conferred and have been unable to resolve the issue of whether an Order compelling production of catalogs is proper. This issue is the only issue addressed in the parties' respective papers.

A certificate of compliance with Local Rule 104.7 is also attached hereto.

Respectfully submitted,

UNIVERSAL SECURITY INSTRUMENTS, INC.
USI ELECTRIC, INC.

By: /s/ W. E. Bradley
Maurice U. Cahn, Esq.
William E. Bradley, Esq.
CAHN & SAMUELS, LLP
2000 P Street, NW, Suite 200
Washington, D.C. 20036
(202) 331-8777
(202) 331-3838 FAX