UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEVITON MANUFACTURING CO., INC., Plaintiff, | : | |
| v. | : | Civil Action No. 01 CV 3855 AMD |
| UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.*, Defendants. | : | |

**PLAINTIFF LEVITON MANUFACTURING CO., INC.'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**

The Plaintiff, Leviton Manufacturing Company, Inc. ("Leviton"), by its undersigned counsel, respectfully submits this Opposition to Defendants' Motion to Compel the Production of Documents. Specifically, Leviton submits that Defendants are not entitled to an order compelling further document production regarding catalogs as Leviton has produced on August 1, 2003, over one hundred and fifty (150) pages of catalogs, BATES range LMC-USI 01594 – 01748, reflecting all catalogs currently recovered, rendering this motion moot (see Exhibit A attached hereto).

Yet, Defendants' unsubstantiated assertion that Leviton must provide affidavits and Rule 11 certifications because Defendants believe that further production is necessary is simply harassment and a continued effort to obfuscate the real issues. Leviton respectfully reminds the Court that the Defendants have lost and/or destroyed a comparison board which was a critical piece of evidence in this action and the Defendants were not ordered to execute certifications and/or provide responses to numerous interrogatory type questions and requests now posed by letter from counsel for Defendants on August 6, 2003, attached hereto as Exhibit B.

**CONCLUSION**

For all of the above reasons, Leviton respectfully submits that this Court should deny Defendants' Motion to Compel the Production of Documents and Things.

Dated: August 25, 2003

Respectfully submitted,

Paul J. Sutton
Joseph M. Manak
Barry G. Magidoff
Joseph G. Lee
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 801-2100
Facsimile: (212) 688-2449

D. Christopher Ohly, Esq.
BLANK ROME COMISKY & McCAULEY, LLP
250 West Pratt Street
Suite 1100
Baltimore, MD 21201
Telephone: (410) 659-1400
Facsimile: (401) 659-1414

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered by U.S. Mail to Maurice U. Cahn and Frederick N. Samuels, Cahn & Samuels, LLP, Headquarters Building, 2000 P Street, N.W., Suite 200, Washington, DC 20036 on this 25th day of August, 2003.

By: ______________________

Joseph G. Lee
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 801-2100
Facsimile: (212) 688-2449

Attorneys for Plaintiff,
*Leviton Manufacturing Co., Inc.*



GREENBERG
ATTORNEYS AT LAW
TRAURIG

Joseph G. Lee
212-801-2150
leejo@gtlaw.com

August 1, 2003

**VIA FEDERAL EXPRESS**

William E. Bradley, Esq.
Cahn & Samuels, LLP
Headquarters Building
2000 P Street, NW, Suite 200
Washington, DC 20036-5924

Re: Leviton Manufacturing Company, Inc. v. Universal Security Instruments, Inc., et al., Docket No. AMD-01-CV-3855

Dear Bill:

Enclosed please find copies of Leviton's catalogs, recently retrieved, which are the subject of your recently filed motion to compel. We have provided copies of the catalog cover, the table of content and the relevant pages discussing the GFCI product at BATES ranges LMC USI 01594 to 01748. In any event, in light of this production your motion has become moot. Please call to discuss withdrawing the same.

Very truly yours,

Joseph G. Lee

JGL/JB

GREENBERG TRAURIG, LLP
885 THIRD AVENUE
NEW YORK, NEW YORK 10022-4834
212-848-1000 FAX 212-688-2449 www.gtlaw.com
NEW YORK MIAMI WASHINGTON, D.C. ATLANTA PHILADELPHIA TYSONS CORNER CHICAGO BOSTON PHOENIX WILMINGTON LOS ANGELES DENVER
SÃO PAULO FORT LAUDERDALE BOCA RATON WEST PALM BEACH ORLANDO TALLAHASSEE

LAW OFFICES OF
CAHN & SAMUELS, LLP
INTELLECTUAL PROPERTY COUNSEL

August 6, 2003

**FACSIMILE AND CONFIRM MAIL**

Joseph G. Lee, Esq.
GREENBERG TRAURIG, LLP
Lipstick Building
885 Third Avenue
New York, New York 10022

Re: Leviton v. Universal Security Instruments et al.
Civil Action No. AMD-01-CV-3855
Our Ref: 295.0009

Dear Joe:

Thank you for your letter and enclosures of August 1, 2003. We have reviewed the materials provided and note that the earliest catalog is dated 1993. We remain convinced that Leviton has an archive of catalogs dating back to its entry into the GFCI business in the late 1970s. As you are well aware, we requested these catalogs in our first requests for production almost a year ago.

We do not intend to withdraw our motion to compel at this time given Leviton's recent, and reluctant, partial production of materials that should have been produced much earlier in this litigation. However, in an effort to resolve this matter extra-judicially, we will reconsider our position if:

1) Leviton serves us with an opposition to our motion, duly signed by an attorney pursuant to Rule 11 of the Federal Rules of Procedure, indicating that all of the catalogs in the possession, custody or control of Leviton have been produced; and

2) Leviton's opposition includes as exhibits sworn affidavits from both Mr. Sokolow and Mr. Campolo, certifying under penalties of perjury, that to the best of their knowledge and belief:

a) Leviton did not have in its possession, custody or control, any catalogs dating prior to 1989 when it filed suit against Orbit in 1999;

b) Leviton does not have any catalogs dating prior to 1993 in its possession, custody or control, as of today;

c) Leviton did not remove or destroy any catalogs dating prior to 1993 after suit was filed against Orbit in 1999;

d) Leviton does not keep copies of its catalogs dating back more than 10 years; and

e) that any current or former employee who claims that Leviton does maintain an archive of catalogs more than 10 years back is wrong or mistaken.

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN†
WILLIAM E. BRADLEY‡

* ADMITTED IN MD, DC AND US PATENT & TRADEMARK OFFICE
† ADMITTED IN DC, FL, OH AND US PATENT & TRADEMARK OFFICE
‡ ADMITTED IN VA, DC AND US PATENT & TRADEMARK OFFICE

HEADQUARTERS BUILDING
2000 P STREET NORTHWEST
SUITE 200
WASHINGTON, DC 20036-6924

202•331•8777
FAX: 202•331•3838
WWW.PATTMCOPY.COM

Joseph G. Lee, Esq.
August 6, 2003
Page 2 of 2

Sincerely yours,

W. E. Bradley

William E. Bradley, Esq.

WEB/std
cc: D. Christopher Ohly, Esq.