## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC. ) | |
| ) | |
| (Plaintiff) ) | |
| vs. ) | 01CV3855 AMD |
| ) | |
| UNIVERSAL SECURITY INSTRUMENTS, ) | |
| INC. et al ) | |
| (Defendants) ) | |

### CERTIFICATE PURSUANT TO LOCAL RULE 104.7

Pursuant to Rule 104.7 of the Local Rules of the United States District Court for the District of Maryland, the undersigned certifies that counsel for the parties conferred telephonically regarding this discovery dispute on Wednesday, August 20, 2003 at 3:30 pm and agreed that the parties were at an impasse and that the parties should each brief their respective positions and submit the dispute to the Court for a determination of whether or not an Order compelling production was warranted or proper.

Respectfully submitted,

UNIVERSAL SECURITY INSTRUMENTS, INC.
USI ELECTRIC, INC.

By: _____
Maurice U. Cahn, Esq.
William E. Bradley, Esq.
CAHN & SAMUELS, LLP
2000 P Street, NW, Suite 200
Washington, D.C. 20036
(202) 331-8777