LAW OFFICES OF
## CAHN & SAMUELS, LLP
INTELLECTUAL PROPERTY COUNSEL

August 20, 2003

**VIA FACSIMILE**



Paul J. Sutton, Esq.
GREENBERG TRAURIG, LLP
Lipstick Building
885 Third Avenue
New York, New York 10022

Re: Leviton v. Universal Security Instruments et al
Civil Action No. AMD-01-CV-3855
Our Ref: 295.0009

Dear Paul:

    To follow up on our phone conversation of earlier today, please note the following. First, the change from the Yatai GFCI device to the Shanghai Meiho device went into effect during the 34th week of 2002. Thus, any GFCI device you see with a number between 34 and 52 in the blank on the inspection sticker contains a Shanghai Meiho device, not the Yatai structure which was the basis of this suit. Secondly, please review your correspondence for a January 17, 2003 letter from Chris Ohly to our offices (both Barry and Joe were carbon copied). This is the letter in which Chris confirmed the receipt of 31 GFCI devices (also see our letter of January 18 indicating that all makes and models had been produced). His letter includes a photocopy of the front and back of the samples he took possession of. We are certain that a quick perusal of the Shanghai Meiho device will conclusively convince you that these devices could not possibly infringe the '894 patent. Please let us know if you will stipulate to the non-infringement of these devices before reply briefs are due next Tuesday.

    Next, as I indicated, I will relay your request that we voluntarily withdraw our motion to show cause to avoid a request for fees in the event an opposition brief is filed. However, I once again ask that you simply provide us with the non-confidential means through which Leviton learned of USI's Canadian client and its importation and sale of USI's GFCIs.

Sincerely yours,

W. E. Bradley

William E. Bradley

WEB/std

cc: D. Christopher Ohly, Esq.

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN†
WILLIAM E. BRADLEY‡

* ADMITTED IN MD, DC AND US PATENT & TRADEMARK OFFICE
† ADMITTED IN DC, FL, OH AND US PATENT & TRADEMARK OFFICE
‡ ADMITTED IN VA, DC AND US PATENT & TRADEMARK OFFICE

HEADQUARTERS BUILDING
2000 P STREET NORTHWEST
SUITE 200
WASHINGTON, DC
20036-6924

202•331•8777
FAX: 202•331•3838
WWW.PATTMCOPY.COM

# CAHN & SAMUELS, LLP
## INTELLECTUAL PROPERTY LAW COUNSEL

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Paul J. Sutton, Esq. | FROM: William E. Bradley |
| COMPANY: GREENBERG TRAURIG, LLP | DATE: AUGUST 20, 2003 |
| FAX NUMBER: 212 688-2449 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: 295.0009 |
| RE: Leviton v. Universal, 01-CV-3855 | YOUR REFERENCE NUMBER: |

☐ URGENT   X FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

See Attached

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND TO THOSE PROPERLY ENTITLED TO ACCESS TO THE INFORMATION. IT IS EXEMPTED FROM DISCOSURE UNDER APPLICABLE LAW INCLUDING COURT ORDERS. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS FACSIMILE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION,OR DUPLICATION OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR FACSIMILE, AND MAIL THIS FACSIMILE BACK TO US IMMEDIATELY. THANK YOU.

HEADQUARTERS BUILDING
2000 P STREET, N.W., SUITE 200
WASHINGTON, D.C. 20036
TEL: 202 331-8777  FAX: 202 331-3838

TRANSMISSION VERIFICATION REPORT

```
                                        TIME  : 08/20/2003 20:43
                                        NAME  : CAHN & SAMUELS,LLP
                                        FAX   : 202-3313838
                                        TEL   : 202-3318777

DATE,TIME                    08/20  20:42
FAX NO./NAME                 12126882449
DURATION                     00:00:40
PAGE(S)                      02
RESULT                       OK
MODE                         STANDARD
                             ECM
```

# CAHN & SAMUELS, LLP
## INTELLECTUAL PROPERTY LAW COUNSEL

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Paul J. Sutton, Esq. | William E. Bradley |
| **COMPANY:** GREENBERG TRAURIG, LLP | **DATE:** AUGUST 20, 2003 |
| **FAX NUMBER:** 212 688-2449 | **TOTAL NO. OF PAGES INCLUDING COVER:** 2 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** 295.0009 |
| **RE:** Leviton v. Universal, 01-CV-3855 | **YOUR REFERENCE NUMBER:** |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

See Attached

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND TO THOSE PROPERLY ENTITLED TO ACCESS TO THE INFORMATION. IT IS EXEMPTED FROM DISCOSURE UNDER APPLICABLE LAW INCLUDING COURT ORDERS. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS FACSIMILE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION,OR DUPLICATION OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU