LAW OFFICES OF
## CAHN & SAMUELS, LLP
INTELLECTUAL PROPERTY COUNSEL

August 20, 2003



PATENTS
COPYRIGHTS
TRADEMARKS

**VIA FACSIMILE**

Barry G. Magidoff, Esq.
GREENBERG TRAURIG, LLP
Lipstick Building
885 Third Avenue
New York, New York 10022

Re:   Leviton v. Universal Security Instruments et al
      Civil Action No. AMD-01-CV-3855
      Our Ref: 295.0009

Dear Barry:

    Pursuant to your request earlier today, I do intend to communicate the substance of our conversation to my client. However, I would like to make certain that I correctly represent what you told me. As reflected in my notes, you advised me to inform the USI Defendants that they are selling ground fault circuit interrupters (GFCIs) produced by Shanghai Meiho which do not meet the current UL standards for GFCIs. Moreover, tests performed by Leviton and others have determined that these devices not only fail to meet the UL standards, but also indicate that these devices pose an electrocution hazard to its users. You suggested that USI be advised to consider an immediate voluntary recall of its devices to avoid the stiff financial penalties of the Consumer Products Safety Commission for unsafe devices. You also indicated that Shanghai Meiho may already be aware of this information.

    If the foregoing is inaccurate of what you asked me to relay to my client, please advise me immediately. I intend to call my client tomorrow at 4 pm to discuss this and the other matters raised during our meet and confer conference call. Also, if possible, please FAX me a copy of any test results you may have so they can be forwarded to my client for their consideration.

Sincerely yours,

*W. E. Bradley* (signature)

William E. Bradley, Esq.

WEB/std

cc: D. Christopher Ohly, Esq.

---

MAURICE U. CAHN*
FREDERICK N. SAMUELS*
GEORGE A. METZENTHIN†
WILLIAM E. BRADLEY‡

*ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE
†ADMITTED IN DC, FL, OH AND
US PATENT & TRADEMARK OFFICE
‡ADMITTED IN VA, DC AND
US PATENT & TRADEMARK OFFICE

HEADQUARTERS
BUILDING
2000 P STREET
NORTHWEST
SUITE 200
WASHINGTON, DC
20036-6924

202•331•8777
FAX: 202•331•3838
WWW.PATTMCOPY.COM

# CAHN & SAMUELS, LLP
## INTELLECTUAL PROPERTY LAW COUNSEL

---

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Barry Magidoff, Esq. | William E. Bradley |
| COMPANY: | DATE: |
| GREENBERG TAURIG, LLP | AUGUST 20, 2003 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 212 688-2449 | 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|  | 295.0009 |
| RE: | YOUR REFERENCE NUMBER: |
| Leviton v. Universal, 01-CV-3855 |  |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

See Attached

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND TO THOSE PROPERLY ENTITLED TO ACCESS TO THE INFORMATION. IT IS EXEMPTED FROM DISCOSURE UNDER APPLICABLE LAW INCLUDING COURT ORDERS. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS FACSIMILE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION,OR DUPLICATION OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR FACSIMILE, AND MAIL THIS FACSIMILE BACK TO US IMMEDIATELY. THANK YOU.

TRANSMISSION VERIFICATION REPORT

```
TIME  : 08/20/2003 20:41
NAME  : CAHN & SAMUELS,LLP
FAX   : 202-3313838
TEL   : 202-3318777
```

```
DATE,TIME            08/20  20:40
FAX NO./NAME         12126882449
DURATION             00:00:39
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```

# CAHN & SAMUELS, LLP
## INTELLECTUAL PROPERTY LAW COUNSEL

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Barry Magidoff, Esq. | William E. Bradley |
| COMPANY: | DATE: |
| GREENBERG TRAURIG, LLP | AUGUST 20, 2003 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 212 688-2449 | 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|  | 295.0009 |
| RE: | YOUR REFERENCE NUMBER: |
| Leviton v. Universal, 01-CV-3855 |  |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

See Attached

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND TO THOSE PROPERLY ENTITLED TO ACCESS TO THE INFORMATION. IT IS EXEMPTED FROM DISCOSURE UNDER APPLICABLE LAW INCLUDING COURT ORDERS. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS FACSIMILE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION,OR DUPLICATION OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU