## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **X**

LEVITON MANUFACTURING CO., INC.,                    :

          Plaintiff,                    :

          v.                    :                    Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,                    :
INC., *et al.,*

                             :

          Defendants.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **X**

## <u>NOTICE OF FILING OF DOCUMENT UNDER SEAL</u>

The Declaration of Steve Campolo in Support of Plaintiff Leviton Manufacturing Co.,

Inc.'s Opposition to Defendants' Motion for Summary Judgment on Count Two (Trade Dress),

will be filed with the Clerk's Office in paper format so that it may be placed under seal.  The

Declaration is an exhibit to Plaintiff Leviton Manufacturing Co., Inc.'s Opposition to

Defendants' Motion for Summary Judgment on Count Two (Trade Dress) filed on August 8,

2003.


September 29, 2003                    _____/s/_____
                                      D. Christopher Ohly
                                      Federal Bar No. 01725
                                      BLANK ROME LLP
                                      Watergate
                                      600 New Hampshire Avenue
                                      Washington, DC 20037
                                      (202) 944-3000

Paul J. Sutton
Joseph M. Manak
Barry G. Magidoff
Joseph G. Lee
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York 10022
Telephone:  (212) 848-1000
Facsimile:  (212) 688-2449

Attorneys for Plaintiff,
*Leviton Manufacturing Co., Inc.*

2