IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LEVITON MANUFACTURING CO., INC.,          :

        Plaintiff,          :

    v.          :          Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,          :
INC., *et al.*,

        Defendants.          :

                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**INTERIM SEALING MOTION**

Pursuant to Local Rule 105.11 and the Stipulated Protective Order entered by the Court in this Case, the Plaintiff, Leviton Manufacturing Company, Inc. ("Leviton"), files this Interim Sealing Motion to accompany its submission of confidential material included in Plaintiff's Rebuttal In Opposition to Defendants' Motion for Order To Show Cause Why Sanctions Should Not Be Entered Against Plaintiff And Its Counsel For Violating The Protective Order (the "Rebuttal") and states as follows:

1. Pursuant to the Stipulated Protective Order, Leviton has placed a copy of the Rebuttal which contains the confidential information in an envelope affixed with the sealing language set forth in the Stipulated Order.

2. Leviton believes that there are no alternatives to sealing its filing that would permit the Court's prompt review of the confidential materials and at the same time maintain the document's purported protected status.

WHEREFORE, Leviton requests that this Court grant its Interim Sealing Motion, and place Under Seal copies of the Plaintiff's Rebuttal In Opposition to Defendants' Motion for Order To Show Cause Why Sanctions Should Not Be Entered Against Plaintiff And Its Counsel For Violating The Protective Order.

Respectfully submitted,

/s/
D. Christopher Ohly, Fed. Bar No. 01725
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, DC 20037
Telephone: (202) 944-3000


Paul J. Sutton
Barry G. Magidoff
Joseph G. Lee
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 801-2100
Facsimile: (212) 688-2449

*Counsel for the Plaintiff,*
*Leviton Manufacturing Co., Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LEVITON MANUFACTURING CO., INC.,            :

      Plaintiff,            :

      v.            :   Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,   :
INC., *et al.,*

                  :

      Defendants.

                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## **ORDER**

Upon consideration of the Interim Sealing Motion filed by the Plaintiff, Leviton Manufacturing Company, Inc., it is this ____ day of _____, 2003, hereby

ORDERED that Plaintiff's Rebuttal In Opposition to Defendants' Motion for Order To Show Cause Why Sanctions Should Not Be Entered Against Plaintiff And Its Counsel For Violating The Protective Order, shall be SEALED pursuant to Local Rule 105.11 and the Stipulated Protective Order previously entered in this case, until further Order of the Court.

 

_____
Judge, United States District Court
for the District of Maryland