UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

------------------------------------------------------------ x
LEVITON MANUFACTURING CO., INC.,              :

       Plaintiff,              :

  v.              :

UNIVERSAL SECURITY INSTRUMENTS,   :   Civil Action No. 01 CV 3855 AMD
INC., *et al.*,
                                                   :

       Defendants.
                                                   :
------------------------------------------------------------ x

## DECLARATION OF BARRY G. MAGIDOFF IN OPPOSITION TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE

I, BARRY G. MAGIDOFF, state and declare as follows:

1. I am counsel for Plaintiff Leviton Manufacturing Co., Inc.("Leviton") in the above-captioned patent infringement litigation against Defendants.

2. I have been engaged in the practice of intellectual property law for some 42 years, and am currently part of the Intellectual Property Practice Group of the law firm of Greenberg Traurig, LLP, counsel for Leviton.

3. I have received and read a copy of Defendants' pending Motion For Order To Show Cause Why Sanctions Should Not Be Entered Against Plaintiff And Its Counsel For Violating The Protective Order, Plaintiff's Opposition papers, and the Reply papers served and filed by Defendants in further support of their position.

4. As explained below, it is my belief that Defendants' accusations that a violation of the protective order has taken place are untrue. I reiterate Mr. Sutton's statement that neither he nor any other attorney with our firm has violated any of the terms or provisions of the Protective Order in this action.

5. As was known to Defendants' counsel, I was on the line during the telephone conversation between counsel for Defendants and Mr. Sutton, when Mr. Sutton and I conveyed the facts that Leviton had learned about the company in Canada, Icon International, from seeing their products in the marketplace. That was done in an effort to convince Defendants to withdraw the Motion.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 30th day of September, 2003 at New York, New York.

By _____
Barry G. Magidoff