UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

------------------------------------------------------------ x
LEVITON MANUFACTURING CO., INC.,                             :

        Plaintiff,                                         :

v.                                                           :

UNIVERSAL SECURITY INSTRUMENTS,                              :   Civil Action No. 01 CV 3855 AMD
INC., *et al.*,
                                                             :

        Defendants.
                                                             :
------------------------------------------------------------ x

## DECLARATION OF GABRIEL MASSABNI

       I, Gabriel Massabni, am over 18 years of age and have personal knowledge of the information set forth below in this Declaration, as follows:

       1.    I am an executive of Leviton Mfg. of Canada, Ltd. ("Leviton Canada"), a corporation of the province of Ontario, Canada, which is a wholly-owned subsidiary of Leviton Manufacturing Co. Inc. ("Leviton"). It is my understanding that Leviton is a Plaintiff in the above captioned litigation in the United States.

       2.    I've been asked to explain how Leviton Canada came to learn that the Canadian company, Icon International Conduit Ltd. of Mississauga Ontario, had been selling products which infringe Canadian Patent No. 1248569, owned by Leviton.

       3.    I had independently learned about the sales by Icon and other companies in Canada from our customers, who informed persons on our staff, during or about the Spring or early Summer of 2003, that wall-mounted ground fault circuit interrupters ("GFCI's") that looked exactly like Leviton's GFCI's, were being sold by other companies in Canada. Samples of these products were provided to Leviton Canada by our customers. I had not received any information from Leviton personnel, or its attorneys, in the U.S. before receiving the samples of these products.

       4.    Photocopies of the front and back of the GFCI packaging are attached hereto as Exhibits A and B. As may be seen from the packaging, the name of Icon is set forth on the front panel of the package.

       5.    We then instructed our counsel, Davies Ward Phillips & Vineberg LLP, to write to Icon International. We had asked Leviton personnel in the United States to

check the UL registration numbers on the several GFCI's we had acquired, and from those were able to determine that at least some of the products were from the same source as certain companies against whom Leviton had brought action in the United States, for infringement of the corresponding U.;S. Patent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 26 day of September, 2003, at Pte Claire, Qc.

_____
GABRIEL MASSABNI

\\ny2-srv01\MAGIDOFFB\714303v01\9/25/03