**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0801**<br>**FAX (410) 962-0820**<br>MDDAMDChambers@mdd.uscourts.gov |

November 24, 2003

MEMORANDUM TO COUNSEL RE:   Leviton Manufacturing Co., Inc. v. Universal
Security Instruments, Inc., et al.
<u>Case No. AMD 01-3855</u>

   This is to inform you that a hearing has been scheduled in this case for Friday, January 16, 2004, at 9:30 a.m.   The hearing will be held in courtroom 5B of the Courthouse.

         Very truly yours,

          /s/

         Andre M. Davis
         United States District Judge

AMD:tt