

IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2004 JAN

Leviton Manufacturing Co., Inc
        Plaintiff(s)

vs.

Universal Security Instruments Inc
and USI Electric, Inc.
        Defendant(s)

BY_____
Case No.: __01CV3855 AMD__

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, D. CHRISTOPHER OHLY, am a member in good standing of the bar of this Court. My bar number is 01725. I am moving the admission of MICHAEL A. NICODEMA to appear *pro hac vice* in this case as counsel for Plaintiff, Leviton Manufacturing Co., Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of New York | 1985 |
| U.S. District Court, Southern District of New York | 1987 |
| U.S. District Court, Eastern District of New York | 1987 |
| U. S. Court of Appeals, Federal Circuit | 1987 |
| U.S. District Court, District of Arizona | 1998 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court ⌁ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure

and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  The $50.00 fee for admission *pro hac vice* is enclosed. (NOTE: Make check payable to Clerk, United States District Court.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *D. Christopher Ohly* (signature) | *Michael A. Nicodema* (signature) |
| Signature | Signature |
| D. Christopher Ohly | Michael A. Nicodema |
| Printed Name | Printed Name |
| Blank Rome LLP | Greenberg Traurig LLP |
| Firm | Firm |
| Watergate, Eleventh Floor | 885 Third Avenue, New York, NY, 10022 |
| 600 New Hampshire Ave., NW | |
| Washington, DC 20037 | |
| Address | Address |
| (202) 772-5828 | (212) 801-2100 |
| Telephone Number | Telephone Number |
| (202) 572-1428 | (212) 688-2449 |
| Fax Number | Fax Number |

**********************************  **********************************

### ORDER

☑ GRANTED    ☐ DENIED

Date: Jan. 14, 2004

_____
United States District Judge