IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

- X

LEVITON MANUFACTURING CO., INC.

   Plaintiff,

v.                                    Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,
INC., *et al.*,

   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## ORDER

Upon consideration of the Interim Sealing Motion filed by the Plaintiff, Leviton Manufacturing Company, Inc., it is this 20th day of Feb, 2004, hereby

ORDERED that Exhibits H, I, N and O, attached to Leviton Manufacturing Co., Inc.'s Motion for Summary Judgment of Validity and Encorceability for the '894 Patent, shall be SEALED pursuant to Local Rule 105. and the Stipulated Protective Order previously entered in this case, until further Order of the Court.

_____
Judge, United States District Court
for the District of Maryland

3

117728.00601/35585060v1