IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

------------------------------X

LEVITON MANUFACTURING CO., INC.,

Plaintiff,

v.   Civil Action No. 01 CV 3855 AMD

UNIVERSAL SECURITY INSTRUMENTS,
INC., et al.,

Defendants.

------------------------------X

## ORDER

Upon consideration of the Interim Sealing Motion filed by the Plaintiff, Leviton Manufacturing Company, Inc., it is this 20 day of February, 2004, hereby

ORDERED that Leviton Manufacturing Co., Inc.'s Opposition to Defendants' Motion for Summary Judgment on Count Two (Trade Dress), shall be SEALED pursuant to Local Rule 105.11 and the Stipulated Protective Order previously entered in this case, until further Order of the Court.

Judge, United States District Court
for the District of Maryland

117728.00601/35585050v1