**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

February 25, 2006

MEMORANDUM TO COUNSEL RE:

Leviton Cases
Case Nos. AMD 01-3855 & AMD 03-1701

    I am hereby entering, as an attachment to this Letter Order, your proposed order setting forth the schedule for the trial of these cases. I must alert you to several matters that may have an impact on your plans for family time this summer.

    Starting on Aril 17, 2006, I will preside over a capital criminal case. That case is presently calendared to conclude during the week of June 12, 2006, the very week you have agreed upon for trial in this case. I have some reason to believe that the criminal trial will conclude (including the sentencing hearing) before June 12, although I am sure you understand this is not certain. Accordingly, I am calendaring the trial of these cases to commence on June 12, 2006, with the following cautions to you.

    In the event the trial of these cases cannot be reached during the week of June 12, 2006 (and I should have a reasonably clear idea by the time of the pre-trial conference mentioned below, or shortly thereafter), or if the trial of these cases do not conclude by Tuesday, June 20, 2006, no matter when the trial commences, then we will either commence (or, if the trial has commenced earlier, resume) the trial of these cases on Monday, June 26, 2006. If we extend the trial of these cases into the week of June 26, 2006, we will not be in session on the following dates: Friday, June 30, Monday, July 3, or Tuesday, July 4. In other words, you and your witnesses should rest assured of a peaceful July 4 weekend (although Baltimore's insufferable humidity has not quite kicked into high gear by then, and you could do worse than to bring your families here for the weekend).

    The pretrial conference shall be held on the record on Tuesday, May 16, 2006, starting at 4:00 p.m.

    It is SO ORDERED.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt