IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br>   Plaintiff, <br><br>v. <br><br>UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.* <br><br>   Defendants. <br>and <br>LEVITON MANUFACTURING CO., INC., <br><br>   Plaintiff, <br>v. <br><br>UNIVERSAL SECURITY INSTRUMENTS, INC., *et al.*, <br><br>   Defendants. | Civil Action No. 1:03-CV-1701 AMD <br><br><br><br><br><br><br><br>Civil Action No. 01 CV 3855 AMD |

### JOINT PROPOSED FINAL SCHEDULE REGARDING PRE-TRIAL ORDER AND PRE-TRIAL CONFERENCE

In accordance with this Court's Order, counsel for Plaintiff Leviton Manufacturing Co., Inc. (hereinafter "Leviton") and Defendants Universal Security Instruments, Inc. and USI Electric, Inc. (hereinafter collectively "USI") hereby submit this Joint Proposed Final Schedule Regarding the Pre-trial Order and Pre-trial Conference.

### PROPOSED SCHEDULE

1. <u>Leviton's Proposed Pre-trial Order</u>

    Due on April 7, 2006.

2. <u>USI's Counterproposal Pre-trial Order</u>

    Due on April 21, 2006.

3.  <u>Meet and Confer</u>

    Parties shall meet and confer on the Pre-trial Order on May 2, 2006.

4.  <u>Final Proposed Pre-trial Order</u>

    Leviton shall file the final proposed pre-trial order on May 10, 2006.

5.  <u>Exchange of Listed Exhibits</u>

    The parties shall exchange listed exhibits to be used at trial three (3) days before the pre-trial conference date set forth in Paragraph 6 herein.

6.  <u>Pre-trial Conference</u>

    The week of May 15, 2006.

7.  <u>Jury Instructions</u>

    Parties are to exchange proposed jury instructions ten (10) days after the pre-trial Conference.

8.  <u>Trial Date</u>

    The Parties propose trial for the week of June 12, 2006.


Dated: February 10, 2006                     Respectfully submitted,

                                             _____-s-_____
                                             Steven E. Tiller
                                             WHITEFORD, TAYLOR & PRESTON, LLP
                                             Seven Saint Paul Street
                                             Baltimore, Maryland 21202-1626
                                             T: (410) 347-8700
                                             F: (410) 752-7092

and

Paul J. Sutton
Barry G. Magidoff
Joseph M. Manak
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
T: (212) 801-2100
F: (212) 688-2449 (facsimile)

Attorneys for Plaintiff,
*Leviton Manufacturing Co., Inc.*

_____-s-_____
Maurice U. Cahn
William E. Bradley
Cahn & Samuels, LLP
2000 P. Street
Suite 200
Washington, D.C. 20036
T: (202) 331-8777
F: (202) 331-3838

Attorneys for Defendants, *Universal Security Instruments, Inc.* and *USI Electric, Inc.*

SO ORDERED this \_\_ day of February 2006

_____
Hon. Andre M. Davis
United States District Judge
for the District of Maryland