**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

March 23, 2006

MEMORANDUM TO COUNSEL RE:

Leviton Cases
Case Nos. AMD 01-3855 & AMD 03-1701

   I am pleased to advise you that my capital criminal case has been postponed. Accordingly, I am able to confirm the calendaring of the trial of these cases to commence on June 12, 2006.

   The pretrial conference remains scheduled for Tuesday, May 16, 2006, starting at 4:00 p.m.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt