WHITEFORD, TAYLOR & PRESTON
L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626
410 347-8700
FAX 410 223-4325
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015
_____

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719
_____

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573
_____

1317 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-0265

STEVEN E. TILLER
DIRECT NUMBER
410 347-9425
stiller@wtplaw.com

May 10, 2005

*Via Electronic Filing*
Honorable Andre M. Davis
United States District Court District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    *Leviton Manufacturing, Inc. v. Universal Security Instruments, Inc.*
              Case No.: 03-CV-1701 AMD

              *Leviton Manufacturing, Inc. v. USI Electric, Inc.*
              Case No.: 01-CV-3855 AMD

Dear Judge Davis:

      Please be advised that the parties have reached a settlement in principle of the outstanding issues to be tried on June 12th in the above-referenced matters. The parties expect to finalize the terms of this settlement shortly.

      The Court's Scheduling Order requires the parties to file a Joint Proposed Pre-Trial Order today. While the parties have prepared and can submit a draft of such Order, given the pending settlement agreement, they would prefer not to file that document unless Your Honor believes it is necessary.

      Of course, if you have any questions or comments, please do not hesitate to contact me.

                                                      Respectfully submitted,

                                                        /s/

                                                      Steven E. Tiller

SET:lsm
Enclosure