UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC.<br><br>                  Plaintiff,<br><br>v.<br><br>UNIVERSAL SECURITY INSTRUMENTS, INC., and USI ELECTRIC, INC.,<br><br>                  Defendants. | Civil Action No.: AMD 01 CV3855 |

### STIPULATION AND AGREED ORDER OF DISMISSAL

Plaintiff, Leviton Manufacturing Co., Inc. ("Leviton") and Defendants, Universal Security Instruments, Inc. and USI Electric, Inc. (collectively "USI"), stipulate and agree to entry of the following Order of Dismissal pursuant to Federal Rule of Civil Procedure 41(a) in accordance with the terms of the Confidential Settlement Agreement entered into between the parties ("Settlement Agreement") and subject to the parties' respective rights to pursue any and all legal remedies in connection with the enforcement of the Settlement Agreement. The parties will bear their respective costs and attorney fees in this matter.

IT IS HEREBY ORDERED that this case is dismissed, with prejudice, with this Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

AGREED TO AND ACCEPTED BY:

_/s/ W. C. Bradley (for)_
Paul J. Sutton
Barry G. Magidoff
Alan Tenenbaum
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200

and

Steven E. Tiller
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street
Baltimore, MD 21202-1626
Telephone: (410) 347-8700

Attorneys for Plaintiff
LEVITON MANUFACTURING CO., INC.

_/s/ W. C. Bradley_
Maurice U. Cahn
William E. Bradley
CAHN & SAMUELS, LLP
2000 P Street, NW
Suite 200
Washington, D.C. 20036
Telephone: (202) 331-8777

Attorneys for Defendants
UNIVERSAL SECURITY INSTRUMENTS, INC. AND USI ELECTRIC, INC.

SO ORDERED:

Dated: June ____ , 2006

_____
Hon. Andre M. Davis
United States District Judge